**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-207C<br>(Judge Block) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PREPARE DISPOSITIVE MOTIONS**

Pursuant to RCFC Rule 6.1, Plaintiff respectfully requests that the Court extend by sixty (60) days the date upon which Plaintiff is required to file its dispositive motion to December 21, 2003, with Defendant having a corresponding additional period of time to file its response and cross-motion pursuant to RCFC 7.1. Plaintiff's dispositive motion is currently due on October 22, 2003. This is Plaintiff's third request for an enlargement of time for this purpose.

This extension is necessary to permit Plaintiff to finalize its privilege log and address whether the claim of privilege applies to several documents, including hand-written notes of meetings, the origin of which is currently ambiguous. The difficulty of determining the origin of these documents is unusually complicated in this case where the employees involved with the early negotiation and administration of the contract in the mid-1980s are no longer with the Company and, in some cases, are deceased. Because the documents at issue may relate to matters addressed by the parties' anticipated dispositive motions, Plaintiff seeks to resolve these

issues prior to filing its motion. The parties have conferred and agree that the requested additional time will be sufficient for the parties to resolve outstanding issues.

For all of the reasons set forth above, Plaintiff respectfully requests that the Court grant its motion to extend the deadline for filing its dispositive motion by sixty (60) days to, and including, December 21, 2003, with Defendant having a corresponding additional period of time to file its response and cross-motion.

Respectfully submitted,

Frank M. Rapoport by David M. Glynn

Frank M. Rapoport
Stephen E. Ruscus
David M. Glynn

McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for Plaintiff,
Fluor Enterprises, Inc.

Dated: October 10, 2003

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

**ORDER**

This case having come before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Prepare Dispositive Motions, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this ______ day of October, 2003 ORDERED that said Motion is hereby GRANTED and that the deadline for Plaintiff to file its dispositive motion is extended to, and including, December 21, 2003, with Defendant having a corresponding additional period of time to file its response and cross-motion.

______________________________
JUDGE LAWRENCE J. BLOCK

Cc:

Steven J. Abelson, Esq.
Commercial Litigation Branch
Department of Justice
Civil Division
Attn: Classification Unit (8th Floor)
1100 L St., N.W.
Washington, DC 20530

Fred Kopatich, Esq.
Office of General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, DC 20230

Frank M. Rapoport, Esq.
Stephen E. Ruscus, Esq.
David M. Glynn, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 10th day of October, 2003, a copy of Plaintiff's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PREPARE DISPOSITIVE MOTIONS and accompanying proposed order were served on Defendant by First Class Mail addressed as follows:

Steven J. Abelson, Esq.
Commercial Litigation Branch
Department of Justice
Civil Division
Attn: Classification Unit (8th Floor)
1100 L St., N.W.
Washington, DC 20530

And

Fred Kopatich, Esq.
Office of General Counsel
Department of Commerce
14th & Constitution Ave., NW
Room 5893
Washington, DC 20230

David M. Glynn

Docket No. 00-207

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Block
FROM: CLERK'S OFFICE

The attached was received on 10/10/03
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______ [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ____ | Re: ____ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules for the filing of this item
7. X ECF Case

J.T.
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

Lawrence J. Block
Signature

21 Oct. 03
Date