**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PREPARE DISPOSITIVE MOTIONS**

Pursuant to RCFC Rule 6.1, Plaintiff respectfully requests that the Court extend by sixty (60) days the date upon which Plaintiff is required to file its dispositive motion to February 20, 2004, with Defendant having a corresponding additional period of time to file its response and cross-motion pursuant to RCFC 7.1. Plaintiff's dispositive motion is currently due on December 21, 2003. This is Plaintiff's fourth request for an enlargement of time for this purpose.

This extension is necessary to permit Plaintiff to complete its motion, finalize its privilege log and address whether the claim of privilege applies to several documents. Plaintiff's motion is currently underway. However, due to the large number of documents produced to Plaintiff by the government in this case and the difficulty of reconstructing the events preceding and following contract formation over 17 years ago, Plaintiff needs additional time to adequately address the issues at bar. Furthermore, although Plaintiff has made significant progress regarding the applicability of privilege to the aforementioned documents, the difficulty of determining the origin of these documents is unusually complicated in this case where, as explained in Plaintiff's

prior motions, the employees involved with the early negotiation and administration of the contract in the mid-1980s are no longer with the Company and, in some cases, are deceased. Because the documents at issue may relate to matters addressed by the parties' anticipated dispositive motions, Plaintiff seeks to resolve these issues prior to filing its motion. The parties have conferred and agree that the requested additional time will be sufficient for the parties to resolve outstanding issues.

For all of the reasons set forth above, Plaintiff respectfully requests that the Court grant its motion to extend the deadline for filing its dispositive motion by sixty (60) days to, and including, February 20, 2004, with Defendant having a corresponding additional period of time to file its response and cross-motion.

Respectfully submitted,

/s/____________________
Frank M. Rapoport
Stephen E. Ruscus
David M. Glynn

McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for Plaintiff,
Fluor Enterprises, Inc.

Dated: December 16, 2003

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 16th day of December, 2003, a copy of Plaintiff's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PREPARE DISPOSITIVE MOTIONS and accompanying proposed order were served on Defendant by facsimile as follows:

Steven J. Abelson, Esq.
Commercial Litigation Branch
Department of Justice
Civil Division
Attn: Classification Unit (8th Floor)
1100 L St., N.W.
Washington, DC 20530

And

Fred Kopatich, Esq.
Office of General Counsel
Department of Commerce
14th & Constitution Ave., NW
Room 5893
Washington, DC 20230

/s/____________
David M. Glynn

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-207C<br>(Judge Block) |

**ORDER**

This case having come before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Prepare Dispositive Motions, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this ______ day of December, 2003 ORDERED that said Motion is hereby GRANTED and that the deadline for Plaintiff to file its dispositive motion is extended to, and including, February 20, 2004, with Defendant having a corresponding additional period of time to file its response and cross-motion.

____________________________________

JUDGE LAWRENCE J. BLOCK

Cc: Steven J. Abelson, Esq.
Commercial Litigation Branch
Department of Justice
Civil Division
Attn: Classification Unit (8th Floor)
1100 L St., N.W.
Washington, DC 20530

Fred Kopatich, Esq.
Office of General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893

Frank M. Rapoport, Esq.
Stephen E. Ruscus, Esq.
David M. Glynn, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Washington, DC 20230