**National Oceanic and Atmospheric A\ inistration,**
Host Agency serving:
Bureau of the Census
Economic Development Administration
International Trade Administration
Minority Business Development Agency
Office of the Inspector General

**L. . DEPARTMENT OF COMMERCE**
**Central Administrative Support Center**
Federal Building, Room 1736
601 East 12th Street
Kansas City, Missouri 64106

MEMORANDUM FOR: The Record

FROM: Jesus Arredondo, Contracting Officer

SUBJECT: Price and Cost Analysis -- Solicitation No. NWWR0700006000

The proposal is to provide a small portion of architect-engineer design service to site adapt a conceptually designed Weather Service office building, by another contractor, and to furnish engineering/project management services including construction management and inspection, equipment studies, and geotechnical surveys for some 52 new offices, 17 offices needing major retrofit, 17 offices needing minor modifications, and 27 offices needing expansion to accommodate the new NEXRAD system. Additionally, inspection services will be required at 113 radar data acquisition sites. The construction will be throughout CONUS and at DOD sites in Europe and the Pacific. Funding for the NEXRAD program comes from a tri-party agreement between Commerce (NWS), Transportation (FAA), and DOD.

Total design effort in FY 87 will be approximately $70,000.00; and total estimated cost for all services in FY 87 should be approximately $1.8 million, excluding fee. The estimated cost is based upon a level of effort consisting of 27,500 direct productive man-hours.

## I. PROFESSIONAL SERVICES CONTRACT

Base Period -- August 1, 1986 through September 30, 1987

Approximately 27,500 Direct Productive Man-Hours (DPMH)

1. Work for latter part of FY 86 to be done by Fluor Technology, Inc., in Irvine, California, except for Gould-Evans in Kansas City, Missouri. Expect two trips to Irvine for Bob Gould.

2. Requires two trips to Irvine for Max Entrikin.

   Award + 15
   Award + 30

   Provides funds for one trip to Kansas City in two months period for up to three Fluor planners.

G 004709

3. Includes space and furnishings at Fluor Technology, Inc., in Irvine, California, in overhead markup.

4. Provides for development of:

   * Work Breakdown Structure
   * Program Schedule
   * Initial Review (H+30)
   * Planning Workshop (A+15)
   * Cost Allocation Report Methodology
   * Program Cost Estimate
   * Progress Report

5. Commence work on:

   * Construction Materials Study
   * Life Cycle Cost Study
   * Design Manual
   * Project Procedure Manual (See Below)
   * Site Manuals

     --Data Acquisition Checklist
     --Inspection and Reporting

   * Annual Work Plan (Particular Focus on Kansas City vs. Irvine Location)
   * Engineering/Architect Procedures

     --Drawing Preparation, Size, Format, Quality, Drafting Standards, Numbering System, Squad Checks, Reviews

     --Specifications - Same

     --CAD - Computer - Hardware

     --Software - Control - Interfaces Data Link

     --Repro Planning

     --Document Control

* Engineering Procedures Manual

  --Engineering Design Criteria Manual

  --Develop Material Management Plan - Long Lead Items - GFM

  --Modularization

  --Construction Systems

  --Contracts Manual - Procedures

  --Procurement Manual

  --Office Procedures - Interfaces, NOAA, NEXRAD-JSPO, Correspondence, Files, Property, Travel Control, Pay/Timekeeping

  --Develop Format and Control Level Schedules

  --Develop Cost Code of Accounts

  --Briefing/Aids for Government Presentation

  --Estimates in Connection with Studies

  --Format for Construction Scheduling

  --Project Controls Procedures

  --Annual Work Plan Refinement

  --Annual Budget Plan

  --Develop Cost Trend System

  --Turn-over Schedule Planning

6. During FY 87, the estimated level of effort will be 13 man-years and will include a Project Director, Engineering (3), Construction (2), Contracts (2), Controls (3), and Architecture (2).

7. In FY 87, work locations will be:

| | |
|---|---|
| Kansas City | 10 |
| Irvine | 3 |

In Kansas City, Fluor will use leased space in Bob Gould's present office. Fluor understands that they will get all furniture for the cost of shipment to Kansas City from Irvine.

8. Fluor expects to complete all planning work started in FY 86, in FY 87 (see paragraph 5, previous summary). Additional planning will be done on safety, security, and information packaging.

9. In Irvine and Kansas City, Fluor/Gould-Evans will complete detailed design for two WFO's and one mod., site acquisition permitting. In the third and fourth quarter, detailed design of the following year portion of the program (12 sites) will be started (site acquisition permitting).

10. Fluor will collect data on as many sites as acquisition processing will permit. Their work will cover Davis-Bacon rates, zoning, telephone and engineering.

11. Three subcontracts per site for engineering data acquisition; these would be Fluor subcontracts, passing down all Department of Commerce requirements, and will be the basis for an effective small and disadvantaged business program on engineering aspects of the program.

12. The contract specifications packages developed by Fluor/Gould-Evans and reviewed in Kansas City will include drawings, specifications, calculations, cost estimates, and a schedule for use in evaluating bids, and the inquiry package.

13. The final quarter of FY 87: Fluor would expect to develop bidders lists for the first three solicitations.

A productive year for 13 people should cause little risk to the Government regarding successful performance of these tasks. Some delays in obtaining legal descriptions, maps, drawings, or appraisals should not seriously impact what should be accomplished this first year.

## II. COST ESTIMATE

| FISCAL YEAR | DIRECT PRODUCTIVE MANHOURS | ESTIMATED COST | ESTIMATED COST | TOTAL |
|---|---|---|---|---|
| 1986-87 | 27,500 | $1,750,000 | $145,000 | $1,875,000 |

## III. A & E FEE -- FY 87

(a) Four percent (4%) of $1,750,000.00 or $70,000.00.

(b) Fee estimates projected throughout span of contract, based on DPMH.

| | |
|---|---|
| FY 87 | 70,000 |
| 88 | 60,000 |
| 89 | 303,000 |
| 90 | 640,000 |
| 91 | 529,000 |
| | 1,602,000 |

(c) Project Management estimate projected throughout span of contract.

| | |
|---|---|
| FY 87 | 0 |
| 88 | 115,000 |
| 89 | 295,000 |
| 90 | 750,000 |
| 91 | 1,000,000 |
| | 2,160,000 |

(d) Radar Data Acquisition Management = radar, wind profiler, etc.

| | |
|---|---|
| FY 87 | 0 |
| 88 | 15,000 |
| 89 | 160,000 |
| 90 | 530,000 |
| 91 | 720,000 |
| | 1,425,000 |

Labor Rates proposed by Fluor, and verified by audit, compare favorably with previous A-E contracts awarded by CASC and NCASC:

CLASSIFICATIONS -- HOURLY RATES:

| | Fluor | Burns and McDonnell | AEPA |
|---|---|---|---|
| Principal | 35.00 | 35.00 | 26.00 |
| Project Manager | 25.00 | 25.00 | 18.00 |
| Construction Inspector | 21.50 | 25.00 | 18.00 |
| Senior Architect | 22.00 | 21.50 | 18.00 |
| Architect | 17.00 | 22.00 | 20.00 |
| Landscape Architect | 18.00 | 17.00 | 16.00 |
| Senior Mechanical Engineer | 23.00 | 18.00 | 16.00 |
| Mechanical Engineer | 17.00 | 23.00 | 22.00 |
| Senior Electrical Engineer | 23.00 | 17.00 | 17.08 |
| Electrical Engineer | 17.00 | 23.00 | 22.00 |
| Senior Structural Engineer | 23.00 | 17.00 | 15.86 |
| Structural Engineer | 16.00 | 23.00 | 22.00 |
| Senior Civil Engineer | 22.00 | 16.00 | 16.00 |
| Civil Engineer | 16.00 | 22.00 | 22.00 |
| Space Planner | 12.50 | 16.00 | 16.00 |
| Cost Estimator | 19.00 | 12.50 | 16.00 |
| Designer | 15.00 | 19.00 | 25.00 |
| Interior Designer | 13.50 | 15.00 | 12.00 |
| Draftsperson | 10.00 | 13.50 | 12.00 |
| Word Processor | 8.00 | 10.00 | 10.00 |
| Senior Environmental Engineer | 23.00 | 23.00 | -0- |
| Environmental Engineer | 16.00 | 16.00 | -0- |
| Specifications Writer | 19.00 | 19.00 | -0- |
| Typist | 6.50 | 6.50 | -0- |

Overhead, and General and Administrative Rates verified by audit are also comparable to rates in other contracts:

| | | |
|---|---|---|
| Overhead Rate: | 29.13% | (Payroll) |
| General and Administrative Rate: | 100.37% | |
| Total: | 129.50% | |

INDIRECT COSTS

(a) For expenses incurred by the A/E, such as authorized travel and subsistence (including airfare, food, lodging, automobile rental, commercial services, and incidental expenses)--the cost to A/E plus five percent (5%).

(b) For reproduction, printing, long distance telephone calls, vehicles, testing apparatus, computer and computer-aided design and drafting (CADD) services--amounts as determined from A/E's schedule of rates in effect at the time service is provided.

(c) For services rendered by others, such as subcontractor(s) to A/E, surveying, real property descriptions, soil borings, subsurface investigations, laboratory testing, field quality control tests, progress photos, or other activities required or requested by COTR--the cost to A/E plus ten percent (10%).

Based upon the above information and the DCAA audit, and on comparison with the DOE contract administered by Mr. Jeff Hoyles, DOE-Oak Ridge Operations, the prices for the level of effort/direct productive man-hours and other rates appear to be fair and reasonable.

A Certificate of Current Cost and Pricing Data has been received from Fluor Technology for this procurement.

In conclusion, I have determined that the proposal for 27.141 Direct Productive Manhours total $1,750,746.00, is fair and reasonable price and other factors considered.