**National Oceanic and Atmospheric A  nistration,**
Host Agency serving:
Bureau of the Census
Economic Development Administration
International Trade Administration
Minority Business Development Agency
Office of the Inspector General

L **DEPARTMENT OF COMMERCE**
**Central Administrative Support Center**
Federal Building, Room 1736
601 East 12th Street
Kansas City, Missouri 64106

TO: Memorandum for the Record

SUBJECT: Weighted Guideline Factors and Other Items Discussed September 17-22, 1987 between Arredondo and Tate/Toliver of Fluor Technology, Inc.

I. Initial Fluor Offer Based Upon --

| | | |
|---|---|---|
| 1. | Project Labor Skill Level | 18% |
| 2. | Subcontracts | 5% |
| 3. | Other Direct Costs | 8% |
| 4. | OH & GA | 7% |
| 5. | Cost Risks | 5% |
| 6. | Other Factors: (Fluor developed systems) | 8% |

Excessive percentage risks--developed systems either too high or recovery should be spread thru all contracts.

II. Second Fluor Proposal Based Upon --

| | | |
|---|---|---|
| 1. | Project Labor Skill Level | 15% |
| 2. | Subcontracts | 3% |
| 3. | Other Direct Costs | 5% |
| 4. | OH & GA | 1% |
| 5. | Cost Risks | 5% |
| 6. | Other Factors: (Fluor developed systems) | 5% |

III. I suggested joining other direct costs, O/H, and G&A into one factor. CPFF risks to Fluor are low; labor skills high. Therefore, overall percent too high. I proposed, after several discussions, the following:

| | | |
|---|---|---|
| 1. | Project Labor Skill Level | 13% |
| 2. | Subcontracts | 3% |
| 3. | Other Direct Costs, OH, and G&A | 5% |
| 4. | Cost Risks | 1% |
| 6. | Other Factors (as above) | 3% |

Fluor finds percent reasonable--fee based on above:

1. 174,951.00
2. 161,246.00
3. 158,606.00
4. 144,958.00 = $145,000.00



G 004707

Based on level of effort estimated at 27,141 DPMH then:

| | |
|---|---|
| F.F. - Original Proposal | $174,951.00 |
| F.F. - Revised | 145,000.00 |
| Deduct from FTI Cost Proposal | 29,941.00 |

NOTE: Recommended DOC percentile, per factor in Acquisition Letter:

| | |
|---|---|
| Labor | 1 to 18 |
| Subcontracts | 1 to 5 |
| Other Direct, G&A | 3 to 9 |
| Cost Risks | 0 to 6 |
| Other Factors | -3 to +3 |

IV. Proposed subcontractor, Gould-Evans, is acceptable to NOAA. Same standards and provisions as the prime contractor.

V. OSDBU is favorable towards small-disadvantaged business subcontracting plan. Will let FTI know as soon as possible when we hear.

Tate wanted to know a date for definitization. I stated the audit was not complete and did not have a target date. Tate: Provisional rates, etc. were accepted by DCAA/DOE. The only question was office building sold in FY 85 and leased back in FY 86.

VI. Solicitation, interviews, and selection based on A-E criteria/standards, with most of the work in project and construction management. The A-E portion is minor: to site adapt a conceptual design developed by Burns and McDonnell.

Jesus Arredondo, Contracting Officer