**National Oceanic and Atmospheric A istration,**
Host Agency serving:
Bureau of the Census
Economic Development Administration
International Trade Administration
Minority Business Development Agency
Office of the Inspector General

**L DEPARTMENT OF COMMERCE**
**Central Administrative Support Center**
Federal Building, Room 1736
601 East 12th Street
Kansas City, Missouri 64106

NEGOTIATION PLAN

Introduction: The contract is intended to obtain technical support for the CASC Special Engineering Office to accomplish the construction aspect of the Next Generation Radar (NEXRAD). The Contractor is required to furnish complete A-E services to: site adapt offices (conceptually designed by others), perform project and construction management, and conduct site surveys and construction inspection, including acceptance of completed construction.

The Contractor is to provide the above services throughout CONUS on DOD, FAA, and NWS sites. It is projected that the project and construction management aspect will be the major portion of services, with A-E design to encompass only a minor portion.

It is proposed to negotiate a cost reimbursement plus fee contract based upon a level of effort with a pre-established Productive Manhours level. The initial period was for a 14-month period with options to be incrementally increased in one-year periods, not to exceed a contract total of five years.

Award fee is to be based upon weighted guidelines as noted elsewhere in the file. It is intended that this fee should be at less than 8.5 percent of the Productive Manhours cost, including technical assistance in evaluation of construction contractors, geo-technical site surveys, etc.

Because of a need for proximity to the Special Engineering Office, the prime contractor has located a staff of six to eight in Kansas City, with the other support either from the home office or from field offices near the particular job site. The Contractor located his staff along with the sub-contractor's staff near to the Federal Office Building. This has eased communications, and has avoid delays during the construction of the weather forecast offices and modifications (minor and major) to existing offices.

This also has avoided duplication of drawings, specifications, as-builts, inspection punch-lists, and approval of contractor submittals so as not to create construction delays.

Additionally, by locating in the sub-contractor's office, there have been some savings from rental of office space and purchase of office furniture.



G 004734

I. Level of Effort

A. It is proposed by the Government that the Level of Effort (LOE) for this period will be between 46,000 and 47,500 Direct Productive Manhours, totaling an estimated cost of $2,500,000.00 to $3,000,000.00 inclusive of fee.

B. Proposed work break-out included the following preparation of Construction Costs Estimates for:

| | |
|---|---|
| Melbourne, FL | Wichita, KS |
| St. Louis, MO | Topeka, KS |
| Denver, CO | Kansas City, MO |
| Tulsa, OK | Grand Island, NE |
| Dodge City, KS | Washington, D.C. (Sterling, VA) |
| Goodland, KS | |

C. Engineering tasks included in the FY 88 plan shall include:

Site Surveys (geo-technical, access roads, etc.)
Life Cycle Costs Analysis
Property Disposal Plans (demolition; excess real property and personal property)
Facility Maintenance Plans

(1) Construction Management and Inspection Services

(2) Review of NEXRAD program materials, including ROA and MLOS design review.

II. Review Conceptual Design for:

San Francisco/San Jose, CA
Houston/Galveston, TX
San Diego, CA

III. Goals

The Level of Effort to accomplish the requirements under Task Order Number 03 to the contract in Option Year One is targeted not to exceed the following:

(A) Direct Productive Manhours: 47,000
(B) Cost (including O/H, indirect costs and G/A): $2,650,000.00
(C) Fee at 8.5 percent: $220,530.00

(D) Totals: Costs: $2,650,000.00
Fee: 220,530.00

$2,870,530.00

Jesus Arredondo, Contracting Officer

# NEGOTIATION PLAN

Introduction: The contract is intended to obtain technical support for the CASC Special Engineering Office to accomplish the construction aspect of the Next Generation Radar (NEXRAD). The Contractor is required to furnish A-E services to: site adapt offices conceptually designed by others, perform project and construction management, and conduct site surveys and construction inspection, including acceptance of completed construction.

The Contractor is to provide the above services throughout CONUS on DOD, FAA, and NWS sites. It is projected that the project and construction management aspect will be the major portion of services, with A-E design to encompass only a minor portion.

It is proposed to negotiate a cost reimbursement plus fee contract based upon a level of effort with a pre-established Productive Manhours level. The initial period is for a 14-month period with options to be incrementially increased in one-year periods, not to exceed a contract total of five years.

Award fee is to be based upon weighted guidelines as noted elsewhere in the file. It is intended that this fee should be at less than nine percent (9%) of the Productive Manhours cost, including technical assistance in evaluation of construction contractors, geo-technical site surveys, etc.

Because of a need for proximity to the Special Engineering Office, the prime contractor will relocate a technical staff of six to eight to Kansas City, with the other support either from the home office or from field offices located near the particular job site. The Contractor will house his staff along with the sub-contractor's staff near to the Federal Office Building. This should ease communications, and will avoid delays during the construction of the weather forecast offices and modifications (minor and major) to existing offices.

This also will avoid duplication of drawings, specifications, as-builts, inspection punch-lists, and approval of contractor submittals so as not to create construction delays.

Additionally, by locating in the sub-contractor's office, there should be some savings from rental of office space and purchase of office furniture.

I. Audit Costs Questioned

A. DCAA questioned costs based upon a five-year (if options are exercised) contract period.

1. Fluor (Prime Contractor) -- Kansas City Office

| | | |
|---|---|---|
| Direct Labor Hours | $110,032 | (95,680 Hrs x 1.15) |
| O/H | 71,081 | (64.6%) |
| Other Direct (reprographics) | 200,649 | (165,825 x 1.21) |
| G&A | 37,413 | (9.8% x 381,762) |
| | $419,175 | |

2. Gould-Evans (Sub-Contractor)

| | |
|---|---|
| Labor | 79,460 |
| Fringe Benefits | 20,898 |
| O/H | 58,961 |
| | 159,319 |

B. A breakdown of the above audit figures, applied only to the base period, is as follows:

1. Fluor

| | | |
|---|---|---|
| *Direct Labor | 12,696 | (11,040 x 1.15) |
| *O/H | 8,201 | (64.6%) |
| Other Direct | 25,392 | (20,985 x 1.21) |
| G&A | 4,536 | (46,289 x 9.8%) |
| | 50,825 | |

2. Gould-Evans -- Questioned costs for Gould-Evans arose because these costs are duplicated.

| | |
|---|---|
| Direct Labor | 17,591 |
| Fringe Benefits | 4,627 |
| O/H | 13,053 |
| | $35,271 |

The labor portion of the proposal is acceptable as submitted, and was discussed between J. Arredondo-NOAA, and Tom Tate/Jack Toliver-Fluor. The proposal costs/manhours included 10% uplift as noted in Fluor's personnel policy of July 23, 1986, and this uplift was deleted from the proposal during discussions of September 22, 1986.

II. Goals

Accordingly, questioned costs should be based as follows for the base period:

| | | |
|---|---|---|
| Fluor | | |
| Other Direct | 25,392 | (11,040 x 1.15) |
| G&A | 2,488 | (9.8%) |
| Sub-Total | 27,880 | |
| Gould-Evans | | |
| Direct Labor | 17,591 | |
| Fringe Benefits | 4,627 | |
| O/H | 13,053 | |
| Sub-Total | 35,271 | |
| Total Questioned Costs | 63,151 | |

In compliance with FAR requirements, an audit will be requested prior to exercising any of the option years. Therefore, costs for option years are not included in this negotiation. This should be particularly helpful because of inadequate rate forecasts for future years.

Nonetheless, because DCAA staffs looked into the entire possible period of the contract, their findings will be of great assistance in the development of future year estimated costs.

Jesus Arredondo, Contracting Officer