NOAA Contr No. 50WCNA606099
FTI Contra No. 449404

ORIGINAL

# MEMORANDUM OF UNDERSTANDING

May 30, 1987

PURPOSE:

To establish an agreed maximum Contract Price for the Base Period of subject Contract through Task Order 2, Revision A and understandings related to the pricing of subsequent modifications, options and changes.

BACKGROUND:

(1) The Contract is a Cost Plus Fixed Fee Term Form (Level-of-Effort) providing for a base period and four (4) option years. Fluor commenced work on August 4, 1986 under Letter Contract of the same number.

(2) The definitive Contract was executed on May 30, 1987 and, pursuant to FAR Clause 52.232-22, Limitation of Funds, allots a total of $2.0 million available for payment of allowable costs and fixed fee to be incurred from August 4, 1986 through the period estimated to end September 30, 1987, e.g. Base Period.

(3) The estimated total cost of the Contract was based upon FTI's cost proposal dated July 24, 1986. This proposal incorporates FTI's approved billing rates for its Southern California Division for its fiscal year 1986. The rates are:

| | | |
|---|---|---|
| o | Home Office Overhead | 90.7% |
| o | Field Overhead | 64.6% |
| o | General and Administrative Expense | 9.8% |
| o | Cost of Capital Overhead (Home Office Labor Base) | 0.2% |

(4) Subsequently, during FY1987, FTI was included in a reorganization into "business sectors" rather than divisions. This resulted in the establishment of a single set of indirect rates for all the units operating from a given office, regardless of division or business sector. In essence, it eliminated the former divisions entitled Advanced Technology Division (ATD), Southern California Division (SCD) and Telecommunications Services Division (TSD). By letter dated April 6, 1987, the Contracting Officer was advised that the Proposed Billing rates for all FTI business units headquartered in Irvine, California were:

| | | |
|---|---|---|
| o | Overhead - Home Office | 108.9% |
| | - Field Office | 85.3% |
| o | General and Administrative | 10.2% |
| o | Facilities Capital Cost of Money | |
| | Overhead Base | 0.076% |
| | G&A Base | 0.086% |

MEMORANDUM OF UNDERSTANDING (Continued)

The resulting cost impact of applying these new rates, in lieu of the approved billing rates for SCD, is to increase the forecasted cost (including fee) from $1,981,702 to $2,095,578 for the Base Period.

(5) As required, Fluor has identified the probable indirect rates for FY1987 as if it had not reorganized its business units. The rates for SCD would have been:

| | | |
|---|---|---|
| o | Overhead - Home Office | 94.7% |
| | - Field Office | 71.1% |
| o | General and Administrative | 8.9% |
| o | Facilities Capital Cost of Money | |
| | Overhead Base | 0.076% |
| | G&A Base | 0.086% |

Using these rates, the resulting forecasted cost (including fee) for the Base Period would have been $1,997,719.

(6) The forecasted costs, set forth in paragraphs (4) and (5) above, include the proposed billing rates by Gould Evans Architects, P.A. (GEA) for its FY1987. The Contracting Officer has advised that these rates are to be audited by DCAA prior to their approval or application by the Government or Fluor.

(7) The Contracting Officer has refused to accept Fluor's proposed billing rates for FY1987, as they relate to the Base Period of this Contract. The reason for this refusal is that some of the cost increase is due solely to Fluor's reorganization.

AGREEMENT:

In view of the above, the parties to the Contract agree to the following:

(1) For the Base Period only, the Total Contract Price payable to Fluor (inclusive of fee) for Work included in Task Order Nos. 1, 1A, 2 and 2A shall not exceed $2.0 million.

(2) For any modifications to the Base Period Contract, dated after the date of this Agreement, Fluor shall use its most current Irvine pricing rate in its cost proposal and, subject to audit, the Contracting Officer shall accept these Irvine rates as a reasonable basis of the indirect costs projected.

(3) For pricing, billing and final indirect rates for any other modifications, options or changes, the Contracting Officer accepts the Irvine, California office as the approved basis of the applicable indirect rates.

NOAA Contr t No. 50WCNA606099
FTI Contra.. No. 449404

MEMORANDUM OF UNDERSTANDING (Continued)

(4) For invoicing costs of the Base Period, Fluor will use its approved Irvine billing rates to compute the total invoiced value. At such time as this value exceeds $2.0 million, Fluor will credit the Government for the amount exceeding $2.0 million. The Government shall pay all costs and fee up to and including $2.0 million for the Base Period, exclusive of any modifications thereto.

This Agreement shall in no way alter any other terms or conditions of the Contract, but shall be made a part thereof and considered in precedence as a part of the schedule thereof.

This Agreement shall be effective as of the date and year first set forth above.

| For the United States Of America | For Fluor Technology, Inc. |
|---|---|
| [signature] Signature | [signature] Signature |
| J. Arredondo — Name | K. T. Sawyer — Name |
| Contracting Officer — Title | Project Manager — Title |
| May 30, 1987 — Date | May 29, 1987 — Date |

CONTRACT ADMIN. APPROVED

JMT/1008/016:nas



G 005115