October 21, 1986 RAS/OC31:WJB

MEMORANDUM FOR: OIG - Janet Stine

FROM: RAS/OC31 - William Becker WB 21 OCT 86

SUBJECT: Request for Field Pricing Support, Letter Contract No. 50-WCNA-6-06099

Please provide field pricing support for our use in definitizing the subject letter contract with Fluor Technology, Inc., 3333 Michelson Drive, Irvine, CA 92730. That contract, two copies of which are attached, is for engineering, architectural design, construction management, and construction inspection services related to National Weather Service facilities upgrages and NEXRAD installations during a base contract year and four one-year options.

Two copies of each of the following documents are also attached to assist you in performing this review.

A. Solicitation No. NWWRO700060000JA, dated July 11, 1986.

B. Flour Technology, Inc., Proposal No. GS-5621, Presentaiton for WFO-Facilities Upgrade and RDA-NEXRAD Installations, April, 1986.

C. Fluor Technology, Inc., Proposal No. GA-5621, Cost Proposal, July, 1986.

D. Department of Energy letter to Fluor Technology, Inc., dated October 6, 1986, Subject: Provisional Indirect-Cost Rates for Fiscal Year Ended October 1, 1986.

I ask that your review address, particularly, the proposed elements of cost stated below:

1. Composite direct labor rates for Irvine and Kansas City personnel during all five years.

2. Irvine and Kansas City/Other locations direct labor overhead rates for base year and four option periods.

3. The rates for travel, computer, reprographics, telephone and telegraph, and other costs that are applied to a base of direct labor manhours in the five years proposed.

4. The subcontract with Gould Evans Architects, P.A., and the other geotechnical, survey, and site evaluation subcontracts in each year.

5. The general and administative rates for 1986 through 1991.

6. The Facilities Capital Cost of Money rates and current Treasury Department interest rate for this procurement.

7. Any other information on this contractor which would be beneficial in developing a Weighted Guidelines Profit Objectivew and negotiating the letter contract definitization.

The initial period for definitizing this contract expires November 1, 1986. Although that is a very short response time, we would appreciate a verbal report of your findings as near to that date as possible to facilitate finalization of this contract.

Should you have questions or need additional information, you can contact me at FTS 758-7267 or Mr. Jesse Arredondo at FTS 758-7129. Thank you for your prompt attention to this request.

RAS/CC31:WJBecker:7267:10-22-86:jm