DEFENSE CONTRACT AUDIT AGENCY
LOS ANGELES REGION
SANTA ANA BRANCH OFFICE
34 CIVIC CENTER PLAZA
FOURTH FLOOR
SANTA ANA, CALIFORNIA 92701

IN REPLY REFER TO

Audit Report No. 4181-7D210225

2 December 1986

SUBJECT: Report on Review of Proposal
For Initial Pricing
Under Prime Contract No. 50-WCNA-6-06099
Submitted by Fluor Technology, Inc.
Southern California Division
Irvine, California

TO: Officer of Inspector General
Systems Acquisition Division
U.S. Department of Commerce
HCHB, Room 7099-C
14th and Constitution Avenue, N.W.
Washington, D. C. 20230
Attn: Ms. Janet A. Stine
Audit Manager

1. Purpose and Scope of Review.

a. As requested by your letter dated 24 October 1986, reference H7099-C/Control No. 87-N152, we have evaluated Fluor Technology, Inc., Southern California Division's proposal dated 24 July 1986 in the amount of $12,379,125. The CPFF proposal provides for the architectural and engineering design, program management support, construction management, and construction inspection services. The proposed period of performance is from 1 August 1986 through 30 September 1991.

b. The evaluation was performed in accordance with generally accepted Government auditing standards and included such tests of the contractor's data and records and such other auditing procedures we considered necessary in the circumstances except as noted in Paragraph 2. The cost principles contained in FAR and the DoD Far Supplement Subpart 31.2 and the practices required by the applicable Cost Accounting Standards were used as criteria in the evaluation of proposed costs.

Audit Report No. 4181-7D210225

2. Circumstances Affecting the Review.

a. The technical evaluation (Enclosure 1) dated 28 October 1986, did not take any exceptions to the contractor's proposal.

b. The contractor's proposal incorporates the cost of facilities capital calculations for negotiated contracts. However, the cost of money interest factor used for the subject proposal may not be in effect at the time of negotiations. Accordingly, this report is qualified regarding the allocable amount for cost of facilities capital. If a new interest rate is available prior to completing negotiations, the acquisition office should consider recomputing the cost of money amount.

3. Summary Results of Review.

a. The detailed conclusions and recommendations resulting from our review are presented as follows:

| | PROPOSED COST | RESULTS OF AUDIT (SUBPARAGRAPH (1)) QUESTIONED COST | UNRESOLVED COST | REFERENCE NOTES |
|---|---|---|---|---|
| | $ | $ | $ | |
| DIRECT LABOR | 3945819 | 110032 | | (2) |
| OVERHEAD: | | | | |
| IRVINE LOCATION | 1179189 | 0 | | |
| K.C. & OTHER LOCATIONS | 1709135 | 71081 | | (3) |
| TOTAL OVERHEAD | 2888324 | 71081 | | |
| OTHER DIRECT COSTS | 1982720 | 200649 | | (4)(a) |
| SUBCONTRACTS (G/E) | 1425921 | | 1425921 | (4)(b) |
| SUBTOTAL | 10242784 | 381762 | | |
| G&A EXPENSE | 1003792 | 37413 | | (5) |
| SUBTOTAL | 11246576 | 419175 | | |
| COST OF MONEY | 7891 | 0 | | |
| TOTAL | 11254467 | 419175 | 1425921 | |
| FEE | 1124657 | | | |
| TOTAL PROJECT | 12379124 | | | |

G 004744



FOR OFFICIAL USE ONLY

Audit Report No. 4181-7D210225

(1) The results of this report are qualified as stated in paragraph 2. of this report.

(2) Direct Labor. Based on the Technical Report (Enclosure 1) direct labor hours are accepted as proposed. The proposed direct labor rates are based on composites of actuals rates for known individuals and weighted averages of composite actuals of labor categories when the individual in specific categories are not known. Escalation was not applied by the contractor in computing forward years rates. Our recommended rates are based on 10 November 1986 actuals for named individuals and 17 September 1986 weighted average actuals for the unnamed individuals. In accordance with the contractor's procedures we did not apply escalation. Computation of questioned direct labor cost is detailed as follows:

| | Proposed Hours | Rates Proposed | Rates Questioned | Questioned Amount |
|---|---|---|---|---|
| Kansas City Personnel | 95,680 | $24.27 | $1.15 | $110.032 |
| | | | | ======== |

(3) Overhead. The questioned Kansas City and other locations overhead costs represent the proposed and accepted overhead rate applied to questioned direct labor.

$110.032 X 64.6% = $71,081
=======

(4) Other direct Costs and Subcontract Costs.

(a) The contractor proposed $414,563 for reprographics based on a unit rate of $2.50 for a quantity of 165,825. We recommended a unit rate of $1.29 based on contractor's experienced weighted average rate for the six months period ended 2 April 1986. Questioned cost is detailed below.

| Quantity | Questioned Rate | Questioned Cost |
|---|---|---|
| 165,825 | $1.21 | $200,649 |

(b) An assist audit of the Gould Evans Architects, PA, subcontract was requested by the procurement office. The results of the assist audit have not been received at the date of this report. Accordingly, proposed subcontract costs have been set out as unresolved pending receipt of the assist report. G&A expenses allocable to the unresolved costs has not been quantified. Our recommended G&A rate should be applied to any portion of the unresolved costs not accepted by the contracting officer.

(5) G&A Expense. The questioned cost represent the proposed and accepted 9.8% G&A expense rate applied to questioned base costs.

9.8% X $381,762 = $37,413.

b. In our opinion, the cost or pricing data submitted by the offeror were inadequate in some respects. However, the proposal has been prepared in accordance with applicable Cost Accounting Standards and FAR and the DoD FAR Supplement Subpart 31.2. Therefore, we consider the proposal to be acceptable for negotiating a price. This statement should not be interpreted to mean that the data are necessarily accurate, complete, and current in accordance with 10 USC 2306(f), since a postaward audit review may disclose evidence not now discernible. Nor should the statement be interpreted to mean that the offeror is necessarily in compliance in all respects with Public Law 91-379, since a final recommendation cannot be made in a preaward evaluation. Instances of noncompliance with Public Law 91-379 may be reported during contract performance.

c. Factual matters concerning audit findings were discussed with Mr. Jack Toliver, Sr. Contracts Manager. The dollar impact of our conclusions and recommendations was not disclosed to the contractor. The contractor's representative(s) reserved comment on the audit findings.

d. The information in this report pertains to the subject proposal and should not be used for other purposes without prior consultation with this office regarding applicability.

4. Disposition of Audit Recommendations.

a. Upon request, accounting counsel and additional audit services will be made available to the contracting officer in advance of or during the negotiations of the contract price covered by this report. In any case, additional audit support should be requested if changed requirements or more current cost or pricing data have a significant impact on the proposed price. Request for assistance should be made directly to Mr. Paul Greene, Supervisory Auditor, at (714) 836-2931 (Autovon 873-2931, FTS 799-2931).

Audit Report No. 4181-7D210225

b. As required by FAR 15.808(b), please provide us a record of the negotiations as promptly as possible. If no award is made, please so advise.

Defense Contract Audit Agency

for THOMAS A. SINCLAIR
Branch Manager

Advance Copy:
Audit Manager
Office of Inspector General
Systems Acquisition Division
U.S. Department of Commerce
Washington, D.C. 20230
Attn: Ms. Janet A. Stine, Audit Manager

Enclosure:
Gov't Technical Report dated 28 October 1986