UNITED STATES DEPARTMENT OF COMMERCE
Office of Inspector General
Washington, D.C. 20230

January 8, 1987

MEMORANDUM FOR: William Becker
Contracting Officer
Central Administrative Support Center

FROM : Janet A. Stine
Audit Manager
Systems Acquisition Division

SUBJECT : Transmittal of Audit Report
Letter Contract No.: 50-WCNA-6-06099
Prime Contractor : Fluor Technology, Inc.
Subcontractor : Gould Evans Architects, P.A.

Two copies of the separate reports on the above two offerors are attached for your use. The incorporation of the subcontractor audit results into the report on the prime contractor's proposal results in the following conclusions.

| Cost Categories | | Questioned Costs |
|---|---|---|
| Direct Labor | | $ 110,032 |
| Overhead: | | |
| Irvine Location | $ 0 | |
| K.C. & Other Locations | 71,081 | |
| Total Overhead | 71,081 | 71,081 |
| Other Direct Costs | | 200,649 |
| Subcontracts | | 159,319 |
| Subtotal | | 541,081 |
| G&A Expense | | 53,025 |
| Total | | $ 594,106 |

The $159,319 of questioned subcontract costs above represents the entire amount questioned in the audit of the Gould Evans proposal. The $1,425,921 listed as unresolved in the Fluor audit (report no. 4181-7D210225) is totally eliminated as a result of the Gould Evans audit (report no. 3201-7F210036). Fluor's questioned G&A expense amount is increased to reflect the portion of G&A attributable to the questioned subcontract costs.

The auditors have qualified the report regarding the allocable amount for facilities capital since the cost of money interest factor used in the proposal may not be in effect at the time of negotiations. The results of the review are also qualified to the extent that the subcontractor did not provide fringe and overhead rate forecasts for fiscal years 1988 through 1991, which limited the review to evaluation of the fiscal year 1987 rates. The report is further qualified to the extent that there may be questioned costs related to the quantitative and qualitative aspects of the subcontractor's proposal. The contracting official is responsible for assessing the impact of the above qualifications on negotiation of the contract and documenting the resolution of these issues.

The auditors have noted that Gould Evans, Architects, P.A. objects to releasing the report on their proposal to Fluor Technology, Inc.

In accordance with FAR 15.808, please send our office a copy of the negotiation memorandum your office prepares at the conclusion of the negotiations with the contractor. If negotiations do not result in award, please notify us of that information as well.

If you have any questions on this report, please contact me on FTS 377-0279 or (202)377-0279. All correspondence on this report should refer to the OIG reference number. In accordance with the billing procedures developed by OIG, the agency requesting this audit report will be billed for the cost of the audit service.

Attachments

OIG Reference No. 87-N152