The following table summarizes the computation of unallowable direct labor costs for time-sheet data entry.

| | Calculated Data Entry Hours | Calculated Data Entry Costs |
|---|---|---|
| Task Order 5 | 74.0 | $ 503 |
| Task Order 6 | 370.0 | 2,612 |
| Task Order 7 | 255.0 | 1,854 |
| Total Unallowable Direct Labor | 699.0 | $4,969 |

Human Resources Activities - Duplicative Costs

FDI charged labor for performing human resources activities including recruitment, hiring and employee benefits administration as a direct cost to the contract.

The indirect cost (overhead) charged to direct labor includes allocations from the support cost pool and the employee benefits cost pool. The support cost "pool is comprised of costs for project support functions" including: indirect labor and expenses, standards and procedures, recruitment, training, personnel and related payroll burdens and facility costs. Insurance and other benefits administration costs are allocated from the employee benefits pool.

It appears that FDI charged human resources activities as both direct and indirect costs to the contract, thereby duplicating costs. However, FDI's explanation provided in letters to the Contracting Officer, dated March 3, 1995 and March 30, 1995, along with information provided by Howard Dameron, DCAA, Santa Ana, California, DCAA, is sufficient to forego further discussion on this issue.

(b) OTHER DIRECT COSTS

Other direct costs in the amount of $146,584 for improper indirect cost allocations ($18,61 charged by Gould Evans Architects, other subcontract costs incurred outside the performance period of this contract ($127,133) and excessive travel costs ($837) are questioned or disallowed.

Gould Evans Architects (GEA) Subcontract

GEA subcontract costs in the amount of $18,614 are questioned. These questioned costs involve improper indirect cost allocations ($19,465), offset by a credit ($851) for underclaimed direct labor. The computations for the questioned costs are summarized on page 9, EXHIBIT 1.

Other Subcontracts

The OIG identified numerous costs incurred, totalling $127,133, for subcontracted services rendered after October 31, 1992. Such services included but were not limited to, title searches, site surveys and moving and storage services.

Contract number 50WCNA606099 was a term, level of effort, cost reimbursement type contract with a definite performance period. FDI had the authority, under this contract, to incur expenditures for a specified level of effort through October 31, 1992. It did not have the authority to commit to providing services or incur charges for services beyond that date. Therefore, subcontract charges in the amount of $127,133, for services performed after October 31, 1993, are unallowable.

A complete list of subcontract costs disallowed is provided on page 10, EXHIBIT 2.

Unallowable Travel Charges

FDI was reimbursed for excessive travel expenses totalling $837.00. The amount claimed for lodging costs, meals, and incidental expense (per diem) on four expense reports billed on invoice number 04-00067208 are in excess of what is allowed.

On expense report number I309682, the traveler (Scott) claimed an extra day's per diem. On expense report number I309616 the traveler (Blackard) claimed an extra nights lodging. On expense report number (s) I314141 and I314112, the travelers (Pond and Baird) claimed lodging costs in excess of that stated on the travel itinerary.

The following table summarizes the questioned travel costs.

| Report Number | Traveler | Claimed Per Diem | Authorized Per Diem | Questioned Costs |
|---|---|---|---|---|
| I309682 | Scott, Tim | $ 179.60 | $ 119.60 | $ 82 |
| I309616 | Blackard, Chas | 264.20 | 252.80 | 69 |
| I314141 | Pond, Duane | 1,715.00 | 1,372.00 | 343 |
| I314112 | Baird, George | 1,715.00 | 1,372.00 | 343 |
| Total Questioned Travel Costs | | | | $837 |

(c) INDIRECT COST CHARGES

FDI indirect costs include, overhead, general and administrative expenses (G&A) and facilities capital cost of money charges. The weighted average indirect costs rates, established by the OIG, were used to compute allowable indirect cost charges. The weighted average indirect cost ~~rates~~ established by the OIG are provided on page 11, EXHIBIT 3.

The indirect cost charges claimed by FDI were below that applied to allowable costs. A credit in the amount of $17,501 for underclaimed indirect costs, $10,154 for overhead; $6,686 for G&A expense; $314 for facilities capital cost of money based on the overhead cost base; and $347 for facilities capital cost of money based on G&A expense cost base, was applied to the total unallowable/questioned costs.

Overhead Costs

Overhead costs on direct labor was computed using the weighted average rates established by the OIG. The overhead costs claimed were $10,154 below the allowable overhead costs for the period August 4, 1986 through October 31, 1992. The credit was applied to the total questioned/unallowable costs.

The following table summarizes the computation of overhead costs.

| | Claimed Overhead | Direct Labor Accepted | Weighted Average Rate | Accepted Overhead | Questioned Overhead |
|---|---|---|---|---|---|
| Task Order #1 | | | | | |
| Irvine | $ 76,655 | $ 86,226 | 0.8890 | $ 76,655 | $ 0 |
| Task Order #2 | | | | | |
| Irvine | 275,741 | 289,223 | 0.9511 | 275,080 | 661 |
| Kansas City | 186,052 | 272,284 | 0.6778 | 184,554 | 1,498 |
| Task Order #3 | | | | | |
| Irvine | 603,021 | 552,301 | 1.0730 | 592,619 | 10,402 |
| Kansas City | 695,966 | 872,467 | 0.7817 | 682,007 | 13,959 |
| Task Order #4 | | | | | |
| Irvine | 58,452 | 52,712 | 1.1088 | 58,447 | 5 |
| Kansas City | 1,598,384 | 1,951,242 | 0.8176 | 1,595,335 | 3,049 |
| Task Order #5 | | | | | |
| Irvine | 10,807 | 9,955 | 1.0852 | 10,803 | 4 |
| Kansas City | 1,953,234 | 2,319,842 | 0.8418 | 1,952,843 | 391 |
| Task Order #6 | | | | | |
| Irvine | 5,521 | 5,653 | 0.9724 | 5,497 | 24 |
| Kansas City | 2,349,359 | 3,100,989 | 0.7585 | 2,352,100 | (2,741) |
| Task Order #7 | | | | | |
| Irvine | 10,043 | 11,006 | 0.9278 | 10,211 | (168) |
| Kansas City | 1,583,529 | 2,176,997 | 0.7372 | 1,604,882 | (21,353) |
| Task Order #8 | | | | | |
| Irvine | 7,088 | 7,694 | 0.9220 | 7,094 | (6) |
| Kansas City | 1,443,794 | 1,977,248 | 0.735 | 1,453,277 | (9,483) |
| San Juan | 44,165 | 54,836 | 0.922 | 50,559 | (6,394) |
| TOTAL | $10,901,811 | $13,740,675 | | $10,911,965[a] | $(10,154) |

[a]Columns may not sum exactly to totals due to rounding.

-- PROCUREMENT SENSITIVE INFORMATION --

General and Administrative Expenses

G&A allocated to total direct costs (direct labor, other direct costs and overhead) were computed using the weighted average rates established by the OIG. The G&A expense claimed was $6.686 below the allowable expense for the period August 4, 1986 through October 31, 1992. The credit was applied to the total questioned/unallowable costs.

The following table summarizes the computation of G&A expense.

| | Claimed G & A | Cost Base Accepted | Weighted Average Rate | Accepted G & A | Questioned G & A |
|---|---|---|---|---|---|
| Task Order #1 | $ 17,714 | $ 204,434 | 0.0830 | $ 16,968 | $ 746 |
| Task Order #2 | 176,253 | 1,616,478 | 0.1071 | 173,125 | 3,12[illegible] |
| Task Order #3 | 443,774 | 4,168,843 | 0.1067 | 444,816 | (1,042) |
| Task Order #4 | 516,943 | 5,269,219 | 0.0972 | 512,168 | 4,775 |
| Task Order #5 | 698,252 | 5,729,977 | 0.1172 | 671,553 | 26,699 |
| Task Order #6 | 788,772 | 7,403,313 | 0.1073 | 794,375 | (5,603) |
| Task Order #7 | 503,076 | 5,452,371 | 0.0960 | 523,428 | (20,352) |
| Task Order #8 | 488,631 | 5,341,121 | 0.0943 | 503,668 | (15 037) |
| TOTAL | $3,633,415 | $35,185,756 | | $3,640,101 | $ (6,6[illegible]) |

Facilities Capital Cost of Money

Two separate facilities capital cost of money rates were used to compute allowable capital cost of money charges. One rate was applied to the overhead cost base (direct labor) and the other rate was applied to the G&A cost base which is the sum of total direct costs and overhead. The weighted average rates established OIG were used to calculate the allowable cost of money charges.

Overhead Cost Base - The weighted facilities capital cost of money rate was applied to the tota[illegible] allowed direct labor costs. As a result, the capital cost of money claimed was $314 below the allowable charge for the period August 4, 1986 through October 31, 1992.

The following table summarizes the computation of the allowable facilities capital cost of money charges.

| | Claimed Cost of Money | Cost Labor Base Accepted | Weighted Average Rate | Accepted Cost of Money | Questioned Cost of Money |
|---|---|---|---|---|---|
| Task Order #1 | $ 69 | $ 86,226 | 0.00080 | $ 69 | $ 0 |
| Task Order #2 | 6,503 | 561,507 | 0.01094 | 6,143 | 360 |
| Task Order #3 | 18,608 | 1,424,768 | 0.01289 | 18,365 | 243 |
| Task Order #4 | 23,632 | 2,003,954 | 0.01182 | 23,687 | (55) |
| Task Order #5 | 33,648 | 2,329,797 | 0.01433 | 33,386 | 262 |
| Task Order #6 | 38,967 | 3,106,642 | 0.01257 | 39,050 | (83) |
| Task Order #7 | 15,504 | 2,188,003 | 0.00738 | 16,147 | (643) |
| Task Order #8 | 12,943 | 2,039,778 | 0.00654 | 13,340 | (397) |
| TOTAL | $149,874 | $13,740,675 | | $150,188[b] | $(314)[b] |

**G&A Cost Base** - The weighted facilities capital cost of money rate was applied to the sum of the allowed direct costs and overhead. As a result, the capital cost of money claimed was $34', below the allowable charge for the period August 4, 1986 through October 31, 1992.

The following table summarizes the computation of the allowable facilities capital cost of money charges.

| | Claimed Cost of Money | Cost Base Accepted | Weighted Average Rate | Accepted Cost of Money | Questioned Cost of Money |
|---|---|---|---|---|---|
| Task Order #1 | $ 571 | $ 204,434 | 0.00306 | $ 626 | $ (55) |
| Task Order #2 | 1,851 | 1,616,478 | 0.00126 | 2,037 | (186 |
| Task Order #3 | 5,364 | 4,168,843 | 0.00127 | 5,294 | 70 |
| Task Order #4 | 5,350 | 5,269,219 | 0.00103 | 5,427 | (77) |
| Task Order #5 | 5,732 | 5,729,977 | 0.00099 | 5,673 | 59 |
| Task Order #6 | 3,725 | 7,403,313 | 0.00053 | 3,924 | (199) |
| Task Order #7 | 1,422 | 5,452,371 | 0.00026 | 1,418 | 4 |
| Task Order #8 | 1,211 | 5,341,121 | 0.00022 | 1,175 | 36 |
| TOTAL | $25,226 | $35,185,756 | | $25,574[b] | $(347)[b] |

[b] Columns may not sum exactly to totals due to rounding.

(d) PROFIT

Each task order had a separate fixed fee that was established at the outset of the task performance period. Payment of the entire amount of fixed fee was contingent upon the expenditure of a specified level of effort within a definite period of time. The total fixed fee is the sum of the total fee billed on each task order.

The following table is a summary of the total fixed fee billed.

| | |
|---|---|
| Task Order # 1 | $ 23,166 |
| Task Order # 2 | 136,834 |
| Task Order # 3 | 370,900 |
| Task Order # 4 | 512,000 |
| Task Order # 5 | 550,000 |
| Task Order # 6 | 796,000 |
| Task Order # 7 | 509,200 |
| Task Order # 8 | 520,000 |
| TOTAL | $3,418,100 |

EXHIBIT 1

Gould Evans Architects
Summary of Indirect Cost Allocations

| | Labor Claimed | Labor Questioned | Labor Accepted | Overhead Claimed | Audited Rate | Overhead Accepted | Overhead Questioned | Total Questioned |
|---|---|---|---|---|---|---|---|---|
| Task Order #1 | | | | | | | | |
| 08/04/86-09/30/86 | $ 10,787 | | $ 10,787 | $ 14,679 | 1.351815 | $ 14,582 | $ 97 | $ 97 |
| Task Order #2 | | | | | | | | |
| 10/01/86-12/31/86 | 35,158 | | 35,158 | 47,845 | 1.351815 | 47,527 | 318 | 318 |
| 01/01/87-09/30/87 | 74,155 | (236) | 74,391 | 91,211 | 1.196185 | 88,985 | 2,226 | 1,990 |
| TO #2 Quest. Costs | | | | | | | | $2,308 |
| Task Order #3 | | | | | | | | |
| 10/01/87-12/31/87 | 24,174 | (263) | 24,437 | 29,734 | 1.196185 | 29,231 | 503 | 240 |
| 01/01/88-09/30/88 | 131,206 | 130 | 131,076 | 182,376 | 1.364786 | 178,891 | 3,485 | 3,615 |
| TO #3 Quest.Costs | | | | | | | | $3,855 |
| Task Order #4 | | | | | | | | |
| 10/01/88-12/31/88 | 26,746 | | 26,746 | 37,177 | 1.364786 | 36,503 | 674 | 674 |
| 01/89-09/30/89 | 162,994 | (23) | 163,017 | 226,561 | 1.359258 | 221,582 | 4,979 | 4,956 |
| TO #4 Quest. Costs | | | | | | | | $5,630 |
| Task Order #5 | | | | | | | | |
| 10/01/89-12/31/89 | 45,220 | | 45,220 | 62,856 | 1.359258 | 61,466 | 1,390 | 1,390 |
| 01/01/90-09/30/90 | 138,558 | 62 | 138,496 | 190,064 | 1.356628 | 187,888 | 2,176 | 2,238 |
| TO #5 Quest. Costs | | | | | | | | $3,628 |
| Task Order #6 | | | | | | | | |
| 10/01/90-12/31/90 | 50,533 | | 50,533 | 69,318 | 1.356628 | 68,554 | 764 | 764 |
| 01/01/91-09/30/91 | 201,117 | (336) | 201,453 | 279,552 | 1.411459 | 284,343 | (4,791) | (5,127) |
| TO #6 Quest. Costs | | | | | | | | ($4,363) |
| Task Order #7 | | | | | | | | |
| 10/01/91-12/31/91 | 70,671 | | 70,671 | 98,233 | 1.411459 | 99,749 | (1,516) | (1,516) |
| 01/01/92-04/30/92 | 125,064 | (185) | 125,249 | 173,839 | 1.360000 | 170,339 | 3,500 | 3,315 |
| TO #7 Quest. Costs | | | | | | | | $1,799 |
| Task Order #8 | | | | | | | | |
| 05/01/92-10/31/92 | 188,668 | | 188,668 | 262,248 | 1.360000 | 256,588 | 5,660 | 5,660 |
| Totals | 1,285,051 | ($851) | $1,285,902 | $1,765,693 | | $1,746,228 | $19,465 | $18,614 |

-- PROCUREMENT SENSITIVE INFORMATION --

EXHIBIT 2

Subcontracts for Services
Performed After October 31, 1992

| Invoice Number | Vendor | Questioned | Vendor Performance Period |
|---|---|---|---|
| 04-00067054 | Carter & Burgess | $ 3,200.00 | 11/01/92 through 11/30/92 |
| | Dowl Engineers | 10,367.50 | Through 11/22/92 |
| | Dowl Engineers | 6,175.00 | Through 11/22/92 |
| | Dowl Engineers | 1,320.00 | Through 11/22/92 |
| | Dowl Engineers | 12,837.50 | Through 11/22/92 |
| | Dowl Engineers | 9,307.50 | Through 11/22/92 |
| | Herbert S. Saffir | 600.00 | 11/16/92 and 12/30/92 |
| | Anthony W. Kast, Inc. | 2,730.00 | Invoice dated 12/18/92 |
| 04-00068349 | Davis Moving & Storage | 2,075.09 | 11/01/92 through 01/07/93 |
| | Dowl Engineers | 6,160.00 | 11/23/92 through 12/22/92 |
| | Herbert S. Saffir | 808.75 | 01/04/93 through 01/05/93 |
| | Hoy Transfer, Inc. | 2,080.00 | 10/06/92 through 01/06/93 |
| | Major Engineering | 1,320.00 | Invoice dated 01/11/93 |
| | Miss. Moving Systems | 91.77 | January 1993 |
| | RLDA | 4,333.50 | Invoice dated 02/02/93 |
| | Simmons Engineering, Inc. | 2,000.00 | Invoice dated 01/05/93 |
| | Twin City Testing | 4,580.00 | Invoice dated 01/14/93 |
| 04-00069142 | Aavon Moving & Storage | 149.64 | 02/01/93 through 03/01/93 |
| | Apple Transportation | 2,972.74 | 12/07/92 through 04/07/93 |
| | Derby Van & Storage | 350.00 | 02/08/93 through 02/1[illegible]/93 |
| | First American Title Ins. | 2,339.50 | Invoice dated 02/18/93 |
| | Herbert S. Saffir | 1,700.00 | 02/04/93 through 02/17/93 |
| | Hunter Land Surveying | 3,402.50 | Invoice dated 02/16/93 |
| | Miss. Moving Systems | 1,073.35 | 02/03/93 |
| | Shamrock Moving & Stor. | 775.84 | 01/07/93 through 02/26/93 |
| 04-00070008 | Derby Van & Storage | 116.48 | 03/05/93 |
| | Gore Engineering, Inc. | 1,250.00 | Invoice dated 03/29/93 |
| | Jenkins & Associates | 1,897.40 | Invoice dated 03/18/93 |
| | Miss. Moving Systems | 77.41 | January 1993 |
| | Shamrock Moving & Stor. | 680.25 | March 1993 |
| | Trinity Eng. Testing Corp. | 3,042.00 | Invoice dated 01/25/93 |
| 04-00070867 | Aavon Moving & Storage | 163.88 | March 1993 |
| | Dowl Engineers | 3,190.00 | 11/23/92 through 12/22/92 |
| | Dowl Engineers | 1,900.00 | 11/23/92 through 12/22/92 |
| | Dowl Engineers | 1,425.00 | 12/23/92 through 03/25/93 |
| | Dowl Engineers | 1,320.00 | 03/26/93 through 04/25/93 |
| | Dowl Engineers | 3,950.00 | 11/23/92 through 12/22/92 |
| | Dowl Engineers | 2,962.50 | 12/23/92 through 03/25/93 |
| | Executive Relocation | 1,874.18 | 04/07/93 and 05/03/93 |
| | Herbert S. Saffir | 2,400.00 | 03/03/93 through 03/26/93 |
| | John West Engineering | 400.00 | Invoice dated 04/22/93 |
| | RLDA | 481.50 | Invoice dated 04/21/93 |
| | Shamrock Moving & Stor. | 1,417.36 | April 1993 |
| 04-00072516 | Dowl Engineers | 7,272.50 | 12/23/92 through 06/24/93 |
| | Dowl Engineers | 6,667.50 | 11/23/92 through 06/24/93 |
| | Herbert S. Saffir | 1,000.00 | 06/01/93 through 06/25/93 |
| | Rogers Trucking | 895.00 | 04/12/93 through 06/29/93 |
| | Total Questioned | $127,133.14 | |

-- PROCUREMENT SENSITIVE INFORMATION --

EXHIBIT 3

**Weighted Indirect Cost Rates**

| | Irvine Overhead | Field Overhead | G & A | Cost of Cap. (O/H Base) | Cost of Cap. (G & A Base) |
|---|---|---|---|---|---|
| Task Order #1 (a) | 0.8890 | 0.6170 | 0.0830 | 0.00080 | 0.00306 |
| Task Order #2 (b) | 0.9511 | 0.6778 | 0.1071 | 0.01094 | 0.00126 |
| Task Order #3 (c) | 1.0730 | 0.7817 | 0.1067 | 0.01289 | 0.00127 |
| Task Order #4 (d) | 1.1088 | 0.8176 | 0.0972 | 0.01182 | 0.001[illegible] |
| Task Order #5 (e) | 1.0852 | 0.8418 | 0.1172 | 0.01433 | 0.00099 |
| Task Order #6 (f) | 0.9724 | 0.7585 | 0.1073 | 0.01257 | 0.00053 |
| Task Order #7 (g) | 0.9278 | 0.7372 | 0.0960 | 0.00738 | 0.00026 |
| Task Order #8 (h) | 0.9220 | 0.7350 | 0.0943 | 0.00654 | 0.000[illegible] |

a. Based on 2 months of FY 1986 final rates.
b. Based on 1 month of FY 1986 final rates and 11 months of FY 1987 final rates.
c. Based on 2 months of FY 1987 final rates and 10 months of FY 1988 final rates.
d. Based on 1 month of FY 1988 final rates and 11 months of FY 1989 final rates.
e. Based on 1 month of FY 1989 final rates and 11 months of FY 1990 final rates.
f. Based on 1 month of FY 1990 final rates and 11 months of FY 1991 final claimed rates.
g. Based on 1 month of FY 1991 final claimed rates and 6 months of FY 1992 final claimed ra.
h. Based on 6 months of FY 1992 final claimed rates

# SUMMARY OF INCURRED AND QUESTIONED ENGINEERING DESIGN COSTS CONTRACT NUMBER 50WCNA606099

## AUGUST 4, 1986 THROUGH OCTOBER 31, 1992

| | | |
|---|---|---|
| Total Design Cost and Fee | | $6,787,844[a] |
| Estimated Cost of Construction | $49,638,562[b] | |
| Limitation Factor | x 0.06[c] | |
| Maximum Allowable Design Cost | | $2,978,314 |
| Question Design Cost and Fee | | $3,809,530 |

[a] See Appendix II, Pages 2 through 13

[b] See Appendix II, Pages 13 through 14

[c] 41 U.S.C. 254(b) limits engineering design costs plus fee to six percent of the estimated construction costs

-- PROCUREMENT SENSITIVE INFORMATION --

SUMMARY OF DESIGN COSTS
August 4, 1986 through October 31, 1992

| | Task Order #2 | Task Order #3 | Task Order #4 | Task Order #5 | Task Order #6 | Task Order #7 | Task Order #8 | TOTALS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| rect Design Labor | | | | | | | | | |
| Kansas City | $7,308 | $124,235 | $206,633 | $317,583 | $207,200 | $379,510 | $265,675 | $1,508,144 | (a) |
| Irvine | 40,491 | 267,677 | 0 | 0 | 0 | 0 | 0 | 308,168 | (a) |
| San Juan | 0 | 0 | 0 | 0 | 0 | 0 | 38,486 | 38,486 | (a) |
| located Admin Labor | | | | | | | | | |
| Kansas City | 14,475 | 37,508 | 66,620 | 83,070 | 42,949 | 89,670 | 72,016 | 406,308 | (b) |
| Irvine | 32,818 | 64,920 | 0 | 0 | 0 | 0 | 0 | 97,738 | (b) |
| Subtotal - Labor | $95,092 | $494,340 | $273,253 | $400,653 | $250,149 | $469,180 | $376,177 | $2,358,844 | |
| erhead | | | | | | | | | |
| Kansas City | 14,765 | 126,435 | 223,412 | 337,270 | 189,738 | 345,879 | 248,203 | 1,485,701 | (c) |
| Irvine | 69,724 | 356,877 | 0 | 0 | 0 | 0 | 0 | 426,601 | (c) |
| San Juan | 0 | 0 | 0 | 0 | 0 | 0 | 35,484 | 35,484 | (c) |
| ould Evans Design Cost | 21,899 | 169,550 | 150,130 | 66,205 | 117,961 | 245,213 | 290,043 | 1,061,001 | (d) |
| her Subcontracts | 0 | 0 | 0 | 0 | 0 | 62,165 | 37,522 | 99,687 | (d) |
| . Office Rent | 1,768 | 18,724 | 29,154 | 35,435 | 20,573 | 40,623 | 29,764 | 176,041 | (e) |
| Subtotal | $203,248 | $1,165,925 | $675,949 | $839,563 | $578,421 | $1,163,060 | $1,017,193 | $5,643,359 | |
| neral & Administrative | 21,768 | 124,404 | 65,702 | 98,397 | 62,065 | 111,654 | 95,921 | 579,911 | (f) |
| t of Capital (OH) | 1,040 | 6,372 | 3,230 | 5,741 | 3,144 | 3,463 | 2,460 | 25,451 | (f) |
| t of Capital (G&A) | 256 | 1,481 | 696 | 831 | 307 | 302 | 224 | 4,097 | (f) |
| Subtotal | $226,312 | $1,298,182 | $745,577 | $944,532 | $643,937 | $1,278,479 | $1,115,798 | $6,252,817 | |
| Fixed Fee | 17,154 | 103,205 | 65,536 | 80,191 | 62,204 | 109,438 | 97,298 | 535,027 | (g) |
| TOTAL DESIGN COSTS | $243,466 | $1,401,388 | $811,113 | $1,024,72[illegible] | $706,141 | $1,387,917 | $1,213,096 | $6,787,844 | |

-- PROCUREMENT SENSITIVE INFORMATION --

FDCO 1826

## NOTES TO SUMMARY OF DESIGN COSTS INCURRED

### 1.0 NUMERATOR

#### (a) DIRECT DESIGN LABOR

The design window concept was applied to costs tabulated for task orders 3 through 8. EXHIBIT 4 provides the design window dates for each site subject to the 6% fee limitation. Costs incurred prior to the design start date and after the design completion date are excluded from the computation of design cost.

Task Order #1 - August 1, 1986 through September 30, 1986 and
Task Order #2 - October 1, 1986 through September 30, 1987

The CSSR report included labor costs applicable to effort performed from the inception of the contract, August 4, 1986. The costs were not charged to site specific CLIN codes thereby precluding application of the design window methodology. Information contained in source documents demonstrates that there was no design effort performed prior to April 15, 1987. Therefore, all costs charged to area code 13 prior to April 15, 1987 are excluded from the 6% design fee computation.

In addition, some non site specific design effort such as site surveys, site programming studies, conceptual design, access road design, foundation study and a soil study at Sterling, Virginia (CLIN BC), were performed during the period April 15, 1987 through September 30, 1987 and charged to area code 13. An adjustment was made to exclude costs for this work from the 6% design fee computation.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 2.

Task Order #2 Direct Design Labor

| | Irvine Labor | | Kansas City Labor | | Total Costs |
|---|---|---|---|---|---|
| | Hours | Costs | Hours | Costs | |
| Area Code 13 | 2868.0 | $72,773 | 638.0 | $14,649 | $87,422 |
| Exclusions | | | | | |
| Pre-Design (TO #1) | (248.0) | (5,344) | | | (5,344) |
| Pre-Design (TO #2) | (259.0) | (7,581) | (155.0) | (3,461) | (11,042) |
| Non-Design | (763.0) | (19,357) | (169.0) | (3,880) | (23,237) |
| Task Order #2 Design | 1598.0 | $40,491 | 314.0 | $ 7,308 | $47,799 |

Task Order #3 - October 1, 1987 through September 30, 1988

During task order 3, FDI began using site CLIN codes for area code 13 charges, however, usage was infrequent and inconsistent. The design window methodology was applied to area code 13 charges to site specific CLIN codes.

A substantial amount of charges were made to CLIN 00 which is not a specific site identifier. FDI contends that the work charged to CLIN 00 was primarily for conducting studies and performing non site-specific design functions. Information from source documentation supports FDI's explanation in part. Some of the charges to area code 13, CLIN 00 were for the performance of pre-design functions such as site investigations, preparing conceptual designs and for completing other surveys such as the asbestos survey at Jackson, Mississippi (CLIN FC). However, the review time-sheets revealed that at least some of the costs charged to CLIN 00 were for site specific design and should have been charged to a site CLIN code. Based on information provided in source documentation, a portion of costs charged to area code 13, CLIN 00, are excluded from the 6% design fee computation.

Designs for seven sites were completed in task order 3. Since cost estimating was charged to area code 13, no further adjustment was made for the preparation of cost estimates.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 3.

Task Order #3 Direct Design Labor

| | Irvine Labor | | Kansas City Labor | | Total Costs |
|---|---|---|---|---|---|
| | Hours | Costs | Hours | Costs | |
| **Area Code 13** | 18148.0 | $392,709 | 12918.0 | $216,190 | $608,899 |
| Exclusions | | | | | |
| Design Window | | | (1659.0) | (23,197) | (23,197) |
| Non-Design | (5777.8) | (125,032) | (4112.3) | (68,758) | (193,790) |
| Task Order #3 Design | 12370.2 | $267,677 | 7146.7 | $124,235 | $391,912 |

Task Order #4 - October 1, 1988 through September 30, 1989

Throughout task order 4, FDI continued to charge all site specific design costs to area code 13. Although use of site CLIN codes was more frequent and consistent than in task order 3, evidence of incorrect charging to CLIN 00 remained. With the exception of those documented exclusions, charges to CLIN 00 are included in the design costs computations.

Designs for seven sites were completed in task order 4. Since cost estimating was charged to area code 13, no further adjustment was made for the preparation of cost estimates.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 4.

Task Order #4 Direct Design Labor

| | Kansas City Labor Hours | Kansas City Labor Total Cost |
|---|---|---|
| **Area Code 13** | 31453.7 | $451,034 |
| Exclusions | | |
| Design Window | (10192.3) | (141,451) |
| Non WFO/Leases | (552.0) | (8,071) |
| Non-Design | (6621.0) | (94,879) |
| Task Order #4 Design | 14088.4 | $206,633 |

Task Order #5 - October 1, 1989 through September 30, 1990

Prior to the beginning of task order 5, FDI made changes to the timecard work area charge codes. Area code 13 was no longer used for design effort. New work/cost area codes were established. These new work/cost codes were separated into four major groupings coinciding with the Statement of Work. The new cost areas were labeled "Project Management," "General Design/Engineering," "Site Specific Design/Engineering/Construction," and "JSPO/NEXRAD Program." Time-sheet instructions provided directions for charging work associated with site specific design, and design package submittal coordination and review, to area code(s) 31 and 33 respectively. The instructions also provided for the continued use of the two character facility identifier, CLIN code. Charges to these two area codes were the primary focus of the Contracting Officer's analysis of task orders 5 through 8.

Although definite instructions existed for charging site specific design, engineering, and construction activities to the appropriate area code and specific CLIN codes, a significant amount of hours, were charged CLIN 00.

FDI provided a copy of a revision to the original time-sheet instructions issued September 29, 1989. The revision made significant changes in the accounting for tasks performed, particularly in the Design and Engineering area.

According to the revised instructions, the accounting for work related to "Misc. General Engineering," (area code 20) which was originally grouped under "General Design/Engineering," was changed to "General Engineering," area code 31, CLIN 00 and re-grouped under "Site Specific Design/Engineering/Construction." It seems illogical to categorize general, non-site specific work

under the "Site Specific Design" rather than under the "General Design/Engineering" group. The revision is undated and no clear explanation for the change has been provided. Consequently, there is no basis to exclude all charges to area code 31, CLIN 00, in task order 5, from the design computation.

Three site designs were completed in task order 5. The cost for one construction cost estimate for each of the three sites is included in the design computation. The cost is based on the average proposed costs for estimating in task order 5.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 5.

Task Order #5 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 22154.8 | $378,508 |
| Exclusions | | |
| Design Window | (4430.2) | (74,324) |
| Other Exclusions | (30.0) | (694) |
| **Subtotal Area Code 31** | 17694.6 | $303,490 |
| **Area Code 33** | 1240.7 | $ 20,836 |
| Exclusions | | |
| Design Window | (602.6) | (10,457) |
| Subtotal Area Code 33 | 638.1 | $ 10,379 |
| Estimates | 189.0 | 3,714 |
| Task Order #5 Design | 18521.7 | $317,583 |

Task Order #6 - October 1, 1990 through September 30, 1991

New time-sheet instructions were published at the beginning of task order 6. Site specific charges to area codes 31 and 33 continued to be the primary focus on the analysis of this task. The number of hours charged to CLIN 00 was significantly less than that in the previous task orders. Source documentation supports the exclusion of some of the CLIN 00 charges to area codes 31 and 33.

The designs for three sites were completed during task order 6. The cost for one construction cost estimate for each of the three sites is included in the design computation for task order 6.