The following table summarizes the computation of total direct design labor incurred during the performance of task order 6.

Task Order #6 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 18076.4 | $351,672 |
| Exclusions | | |
| Design Window | (8705.8) | (168,533) |
| Other Exclusions | (5.0) | (115) |
| **Subtotal Area Code 31** | 9365.6 | $183,024 |
| **Area Code 33** | 1887.9 | $ 27,084 |
| Exclusions | | |
| Design Window | (888.5) | (13,151) |
| Other Exclusions | (27.6) | (602) |
| **Subtotal Area Code 33** | 971.8 | $ 13,331 |
| Estimates | 219.0 | 10,845 |
| Task Order #6 Design | 10556.4 | $207,200 |

Task Order #7 - October 1, 1991 through April 30, 1992

The system for charging design costs in task order 7 was consistent with that used for task order 6. Accordingly, the same methodology used to reconstruct 6% related design costs in task order 6 was used for task order 7. The cost for four construction cost estimates is included in the computation.

As discussed in the analysis summary, at least some 6% related design costs incurred in task order 7 were incorrectly charged to area code 3A rather than area code 31. In a letter to the OIG dated January 14, 1993, FDI estimated that approximately 41% of the hours charged to area code 3A during January, 1992 through April, 1992 (task order 7) should have been charged to area code 31.

Based on the foregoing, FDI's estimated hours and costs for detailed design, that were incorrectly charged to area code 3A, are included in the computation of design incurred during task order 7.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 7.

Task Order #7 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 15024.0 | $318,056 |
| Exclusions | | |
| Design Window | (133.4) | (2,821) |
| Other Exclusions | (10.0) | (105) |
| **Subtotal Area Code 31** | 14880.6 | $315,130 |
| **Area Code 33** | 2655.1 | $39,149 |
| Exclusions | | |
| Design Window | (57.7) | (1,065) |
| Other Exclusions | (4.5) | (160) |
| **Subtotal Area Code 33** | 2592.9 | $37,924 |
| **Area Code 3A** | 5880.8 | $124,911 |
| Exclusions | (4906.6) | (104,462) |
| **Subtotal Area Code 3A** | 974.2 | $20,449 |
| **Estimates** | 270.0 | 6,007 |
| Task Order #7 Design | 18717.7 | $379,510 |

Task Order # 8 - May 1, 1992 through October 31, 1992

The same methodology for computing design cost in task order 7 was used to compute the design cost for task order 8. The computation of direct labor for task order 8 includes the estimated hours and costs that were incorrectly charged to area code 3A.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 8.

Task Order #8 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 7280.8 | $148,117 |
| Exclusions | | |
| Design Window | (155.1) | (3,159) |
| **Subtotal Area Code 31** | 7125.7 | $144,958 |
| **Area Code 33** | 2301.1 | $35,188 |
| Exclusions | | |
| Design Window | (373.1) | (6,599) |
| **Subtotal Area Code 33** | 1928.0 | $28,589 |
| **Area Code 3A** | 8084.9 | $170,160 |
| Exclusions | (5059.8) | (106,560) |
| **Subtotal Area Code 3A** | 3025.1 | 63,600 |
| **Estimates** | 1330.0 | 28,528 |
| **San Juan** | 2340.0 | 38,486 |
| Task Order #8 Design | 15748.8 | $304,161 |

(b) ALLOCATIONS OF ADMINISTRATIVE LABOR

The methodology used by the OIG to compute the administrative labor costs to be apportioned to costs for design services was used in this analysis. The distribution of administrative labor to design costs is based on the relative ratio (administrative ratio) of proposed administrative labor hours to proposed "productive labor" hours for each contract task order. The grouping of proposed hours as administrative or productive is based on information provided to the OIG as a result of its discussions with FDI personnel. "Productive labor" is defined as the difference between total proposed direct labor hours and proposed administrative labor hours. The hourly rate is the average rate for administrative labor based on a composite of the departmental salary rates in the proposals.

The following tables illustrate the calculation of administrative labor costs. The first table establishes the administrative ratio by dividing proposed administrative hours by proposed "productive hours." The second table illustrates the calculation of total administrative labor cost applicable to design services. The sum of the design labor hours for the Irvine office and Kansas City office multiplied by the administrative ratio equals the administrative labor hours apportioned to design. Administrative labor hours multiplied by the hourly rate equals the total administrative labor costs included in the 6% design calculation.

| | Total Proposed Direct Labor | Proposed Administrative Hours | Proposed Productive Hours | Administrative Ratio | Hourly Rate |
|---|---|---|---|---|---|
| Task Order #2 | | | | | |
| Kansas City | 11040.0 | 7360.0 | 3680.0 | 2.0000 | $23.05 |
| Irvine | 7075.0 | 3440.0 | 3635.0 | 0.9464 | $21.70 |
| Task Order #3 | 88853.4* | 19063.6* | 69789.8* | 0.2732* | $19.21* |
| Task Order #4 | 118200.0 | 25100.0 | 93100.0 | 0.2696 | $17.54 |
| Task Order #5 | 118590.0 | 23720.0 | 94870.0 | 0.2500 | $17.94 |
| Task Order #6 | 170250.0 | 30450.0 | 139800.0 | 0.2178 | $18.68 |
| Task Order #7 | 111420.0 | 23025.0 | 88395.0 | 0.2605 | $18.39 |
| Task Order #8 | 85399.0 | 20350.0 | 65049.0 | 0.3128 | $17.17 |

* Hours for task order 3 are based on the weighted average ratios from task order 2 and 4 through 8.

| | Design Labor Hours | Total Administrative Ratio | Total Administrative Hours | Hourly Rate | Administrative Labor Cost |
|---|---|---|---|---|---|
| Task Order #2 | | | | | |
| Kansas City | 314.0 | 2.0000 | 628.0 | $23.05 | $14,475 |
| Irvine | 1598.0 | 0.9464 | 1512.3 | $21.70 | 32,818 |
| Task Order #3 | | | | | |
| Kansas City | 7146.7 | 0.2732 | 1952.5 | $19.21 | 37,508 |
| Irvine | 12370.2 | 0.2732 | 3379.5 | $19.21 | 64,920 |
| Task Order #4 | 14088.4 | 0.2696 | 3798.2 | $17.54 | 66,620 |
| Task Order #5 | 18521.7 | 0.2500 | 4630.4 | $17.94 | 83,070 |
| Task Order #6 | 10556.4 | 0.2178 | 2299.2 | $18.68 | 42,949 |
| Task Order #7 | 18717.7 | 0.2605 | 4876.0 | $18.39 | 89,670 |
| Task Order #8 | 13408.8 | 0.3128 | 4194.3 | $17.17 | 72,016 |
| TOTAL | | | | | $504,046 |

(c) OVERHEAD ALLOCATED TO DIRECT LABOR

The following weighted average overhead rates, established by the OIG, were applied to the sum of direct design labor costs and allocated administrative labor for each task order. (Reference APPENDIX I, page 11, EXHIBIT 3) Rates for the Irvine office were applied to direct labor incurred at the FDI office in San Juan.

| | Irvine Overhead | Field Overhead |
|---|---|---|
| Task Order #2 | 0.9511 | 0.6778 |
| Task Order #3 | 1.0730 | 0.7817 |
| Task Order #4 | 1.1088 | 0.8176 |
| Task Order #5 | 1.0852 | 0.8418 |
| Task Order #6 | 0.9724 | 0.7585 |
| Task Order #7 | 0.9278 | 0.7372 |
| Task Order #8 | 0.9220 | 0.7350 |

(d) SUBCONTRACTS

Design costs for subcontracts were tabulated from documentation included in FDI billings. GEA provided substantial design and engineering support to FDI throughout the entire contract period. A complete analysis of GEA costs was conducted using the timesheets that accompanied most of the GEA invoices and information provided by FDI and GEA.

The total GEA design cost is based on the relative percentage of GEA 6% direct design labor hours plus CADD hours to total GEA direct labor hours plus CADD hours charged to FDI. The total GEA costs billed are adjusted for questioned indirect cost allocations (Reference: APPENDIX I, Note (b), page 3). The total GEA design cost is the result of multiplying the adjusted billed amount by the ratio of design hours to total hours.

As with some FDI design costs in task order(s) 7 and 8, GEA incurred and charged costs for detailed design to a pre-design account as well. Again, referring to FDI's January 14, 1993 letter addressing this issue, FDI estimated GEA design costs that were incorrectly charged to a pre-design account. These costs are included in the GEA direct labor design cost computation.

The following table summarizes GEA design costs included in the 6% design fee calculation.

| | Total Design Labor & CADD Hours | Total Direct Labor Hours | Design Ratio | Adjusted Total Billings | Total GEA Design Cost |
|---|---|---|---|---|---|
| Task Order #2 | 492.0 | 2444.5 | 0.2013 | $108,789 | $ 21,899 |
| Task Order #3 | 4456.0 | 11318.0 | 0.3937 | $430,659 | 169,550 |
| Task Order #4 | 4394.3 | 15639.6 | 0.2810 | $534,271 | 150,130 |
| Task Order #5 | 1847.5 | 13739.0 | 0.1345 | $492,229 | 66,205 |
| Task Order #6 | 2972.0 | 17527.5 | 0.1696 | $695,524 | 117,961 |
| Task Order #7 | 6544.0 | 13653.6 | 0.4793 | $511,606 | 245,213 |
| Task Order #8 | 7708.1 | 13063.5 | 0.5900 | $491,599 | 290,043 |
| TOTAL | | | | | $1,061,001 |

A.C. Kirkwood provided design services during task order(s) 7 and 8. The costs included in the 6% design computation for these services was taken from invoices included in the FDI billings.

(e) ALLOCATIONS OF KANSAS CITY OFFICE RENTAL

Design costs include a portion of Kansas City Office rental. The ratio of total Kansas City direct design labor hours plus allocated administrative labor to the total FDI Kansas City direct labor hours is applied to the total office rent invoiced for each task order. The total office rent multiplied by the design labor percentage yields the appropriate Kansas City office rent applicable to design.

The following table illustrates the computation for the allocation of Kansas City office costs.

| | KC Direct Design Hours | Admin Hours | Total Design Hours | Total Labor Hours | Design Rental Ratio | Total Office Rent | Total Design Rent |
|---|---|---|---|---|---|---|---|
| Task Order #2 | 314.0 | 628.0 | 942.0 | 11029.0 | 0.0854 | $ 20,700 | $ 1,768 |
| Task Order #3 | 7146.7 | 1952.5 | 9099.2 | 41770.0 | 0.2178 | 85,967 | 18,724 |
| Task Order #4 | 14088.4 | 3798.0 | 17886.4 | 103752.8 | 0.1724 | 169,108 | 29,154 |
| Task Order #5 | 18521.7 | 4630.4 | 23152.1 | 118701.4 | 0.1950 | 181,719 | 35,435 |
| Task Order #6 | 10556.4 | 2299.2 | 12855.6 | 147804.1 | 0.0870 | 236,476 | 20,573 |
| Task Order #7 | 18717.7 | 4876.0 | 23593.7 | 101976.7 | 0.2314 | 175,551 | 40,623 |
| Task Order #8 | 13408.8 | 4194.3 | 17603.1 | 94495.0 | 0.1863 | 159,762 | 29,764 |
| TOTAL | | | | | | | $176,041[d] |

(f) GENERAL AND ADMINISTRATIVE (G&A)/ CAPITAL COST OF MONEY

For the purpose of computing design costs the following weighted average G&A and Cost of Capital rates established by the OIG, were applied to the total design cost. (Reference APPENDIX I, page 11, EXHIBIT 3)

| | G&A | Cost of Capital Overhead Base | Cost of Capital G&A Base |
|---|---|---|---|
| Task Order #2 | 0.1071 | 0.01094 | 0.00126 |
| Task Order #3 | 0.1067 | 0.01289 | 0.00127 |
| Task Order #4 | 0.0972 | 0.01182 | 0.00103 |
| Task Order #5 | 0.1172 | 0.01433 | 0.00099 |
| Task Order #6 | 0.1073 | 0.01257 | 0.00053 |
| Task Order #7 | 0.0960 | 0.00738 | 0.00026 |
| Task Order #8 | 0.0943 | 0.00654 | 0.00022 |

[d] Columns may not sum exactly due to rounding

(g) ALLOCATIONS OF FIXED FEES

Using the methodology employed by the OIG, fixed fee is allocated in the same ratios as FDI's fixed fee to total costs billed for each task order. The following table summarizes the calculation of fixed fee allocated to design costs.

| | Total Invoice | Fixed Fee Billed | Total Costs Billed | Fee Ratio | Design Costs | Design Fee |
|---|---|---|---|---|---|---|
| Task Order #2 | $1,942,386 | $136,834 | $1,805,552 | 0.0758 | $ 226,312 | $ 17,154 |
| Task Order #3 | 5,035,705 | 370,900 | 4,664,805 | 0.0795 | 1,298,182 | 103,205 |
| Task Order #4 | 6,338,322 | 512,000 | 5,826,322 | 0.0879 | 745,577 | 65,536 |
| Task Order #5 | 7,027,171 | 550,000 | 6,477,171 | 0.0849 | 944,532 | 80,191 |
| Task Order #6 | 9,032,834 | 796,000 | 8,236,834 | 0.0966 | 643,937 | 62,204 |
| Task Order #7 | 6,468,065 | 509,200 | 5,958,865 | 0.0856 | 1,278,479 | 109,438 |
| Task Order #8 | 6,481,653 | 520,000 | 5,961,653 | 0.0872 | 1,115,798 | 97,298 |
| TOTAL | | | | | | $535,027[e] |

2.0 DENOMINATOR

Only those sites incurring six percent charges in the numerator are included in the denominator of the 6% fraction. The denominator is the sum of the estimated cost of construction (ECC) of all sites included in the numerator.

The ECC for designs completed in task order(s) 2 through 8 are based on the March 1992 WFO Facilities Budget (exclusive of furniture), provided by FDI. A pro-rated construction estimate was included in the denominator for those designs which started in task order 8 but were completed under the letter contract awarded by the NOAA, PGAS office.

The designs for the following twelve (12) sites were started in task order 8 but were completed under the letter contract.

| CLIN | LOCATION |
|---|---|
| CA | Aberdeen, SD |
| GB | Miami, FL |
| GG | Missoula, MT |
| GH | Mobile, AL |
| GM | Nashville, TN |
| GO | San Juan, PR |
| GS | Midland/Odessa, TX |
| GW | Paducah, KY |
| HE | Pueblo, CO |
| HI | Reno, NV |
| HY | Springfield, MO |
| IQ | Wilmington, NC |

(e) Columns may not sum exactly due to rounding

A weighted facility cost was used to identify the extent of site design effort to be completed under the letter contract. The ratio of the weighted facility cost to the total facility cost less furniture provides the percentage of total design scheduled to be completed under the letter contract. The balance of the design effort is presumed to have been completed under contract 50WCNA606099. The ECC for these twelve sites was determined by multiplying the percentage of design completed by the ECC.

The following tables illustrate the computation of the portion of the ECC included in the denominator of the 6% fraction, for the above twelve sites.

| LOCATION | PGAS WEIGHTED FACILITY COST | ECC | PERCENTAGE OF DESIGN PGAS | PERCENTAGE OF DESIGN TASK ORDER 8 |
|---|---|---|---|---|
| CA-Aberdeen | $ 867,423 | $1,029,400 | 0.8426 | 0.1574 |
| GB-Miami | $3,341,188 | $4,761,500 | 0.7017 | 0.2983 |
| GG-Missoula | $ 790,609 | $1,055,900 | 0.7488 | 0.2512 |
| GH-Mobile | $ 366,114 | $ 964,900 | 0.3794 | 0.6206 |
| GM-Nashville | $ 645,277 | $1,035,700 | 0.6230 | 0.3770 |
| GO-San Juan | $ 565,122 | $1,090,200 | 0.5184 | 0.4816 |
| GS-Midland | $ 772,507 | $ 909,800 | 0.8491 | 0.1509 |
| GW-Paducah | $ 699,989 | $ 974,000 | 0.7187 | 0.2813 |
| HE-Pueblo | $ 373,315 | $1,004,500 | 0.3716 | 0.6284 |
| HI-Reno | $1,570,532 | $1,624,900 | 0.9665 | 0.0335 |
| HY-Springfield | $ 563,324 | $1,121,000 | 0.5025 | 0.4975 |
| IQ-Wilmington | $ 863,743 | $ 916,700 | 0.9422 | 0.0578 |

| LOCATION | ECC | PERCENTAGE OF DESIGN TASK ORDER 8 | TASK ORDER 8 DENOMINATOR |
|---|---|---|---|
| CA-Aberdeen | $1,029,400 | 0.1574 | $ 162,028 |
| GB-Miami | $4,761,500 | 0.2983 | $1,420,355 |
| GG-Missoula | $1,055,900 | 0.2512 | $ 265,242 |
| GH-Mobile | $ 964,900 | 0.6206 | $ 598,817 |
| GM-Nashville | $1,035,700 | 0.3770 | $ 390,459 |
| GO-San Juan | $1,090,200 | 0.4816 | $ 525,040 |
| GS-Midland | $ 909,800 | 0.1509 | $ 137,289 |
| GW-Paducah | $ 974,000 | 0.2813 | $ 273,986 |
| HE-Pueblo | $1,004,500 | 0.6284 | $ 631,429 |
| HI-Reno | $1,624,900 | 0.0335 | $ 54,434 |
| HY-Springfield | $1,121,000 | 0.4975 | $ 557,698 |
| IQ-Wilmington | $ 916,700 | 0.0578 | $ 52,985 |

A list of the sites included in the denominator and the ECC for each site is provided in EXHIBIT 5. Summing the fifty-four (54) whole and partial ECC's yields a denominator of $49,638,562.

**EXHIBIT 4**
Page 1 of 2

Site Specific Design Windows
Task Orders 1 through 8
Contract Number 50WCNA606099

| CLIN | SITE | CONTRACTING OFFICER'S DESIGN WINDOW | SOURCE | SEPTEMBER, 1994 MASTER SCHEDULE | |
|---|---|---|---|---|---|
| BB | Melbourne, FL | 02/12/88 - 09/13/88 | (1)(3)(4) | 02/12/88 - 07/11/88 | |
| BC | Sterling, VA | 04/14/87 - 08/24/88 | (1)(3)(4) | 05/15/87 - 05/26/88 | |
| BJ | St. Louis, MO | 01/25/88 - 09/28/88 | (1)(3)(4) | 01/25/88 - 07/25/88 | |
| CA | Aberdeen, SD | 08/27/92 - 10/31/92 | (3)(5) | 09/28/92 - 02/24/93 | ** |
| CE | Amarillo, TX | 02/27/88 - 09/15/88 | (3)(4) | 04/13/88 - 07/13/88 | |
| CK | Atlanta, GA | 07/01/92 - 11/05/92 | (1)(3) | 07/01/92 - 11/05/92 | |
| CN | Binghamton, NY | 08/22/89 - 07/26/91 | (3)(4) | 09/13/89 - 05/13/91 | |
| CO | Birmingham, AL | 07/01/91 - 05/15/92 | (2)(4) | 07/15/91 - 12/03/91 | |
| CQ | Boise, ID | 07/15/91 - 03/31/92 | (1)(3)(4) | 07/15/91 - 02/16/92 | |
| CR | Boston, MA | 09/16/91 - 02/24/92 | (1)(3) | 09/18/91 - 02/24/92 | * |
| DD | Cheyenne, WY | 10/23/91 - 05/26/92 | (1)(3)(4) | 10/23/91 - 03/26/92 | |
| DF | Chicago, IL | 04/11/90 - 09/22/90 | (3)(4) | 03/01/89 - 08/08/90 | |
| DG | Cincinnati, OH | 03/11/92 - 09/22/92 | (1)(2)(4) | 03/11/92 - 08/13/92 | |
| DI | Cleveland, OH | 02/21/92 - 09/01/92 | (2)(4) | 02/24/92 - 06/29/92 | |
| DK | Columbia, SC | 04/13/92 - 12/15/92 | (1)(2)(4) | 04/13/92 - 10/16/92 | |
| DR | Des Moines, IA | 05/08/91 - 03/24/92 | (2)(4) | 05/06/91 - 10/08/91 | |
| DS | Detroit, MI | 04/11/90 - 04/08/91 | (1)(3)(4) | 03/16/89 - 09/19/90 | |
| DT | Dodge City, KS | 02/15/88 - 09/19/88 | (1)(3)(4) | 02/15/88 - 06/27/88 | |
| EL | Goodland, KS | 02/28/88 - 09/14/88 | (3)(4) | 03/15/88 - 07/01/88 | |
| EM | Grand Island, NE | 02/17/89 - 08/23/89 | (3)(4) | 02/27/89 - 07/13/89 | |
| EQ | Great Falls MT | 10/14/91 - 04/10/92 | (1)(3) | 10/14/91 - 04/10/92 | * |
| ER | Green Bay, WI | 05/18/92 - 10/31/92 | (1)(2)(3)(5) | 05/18/92 - 10/07/92 | |
| EV | Morehead City, NC | 07/30/90 - 07/28/92 | (1)(3)(4) | 07/30/90 - 08/13/91 | |
| EY | Houston, TX | 01/30/89 - 08/29/89 | (1)(4) | 01/30/89 - 07/08/89 | |
| FB | Indianapolis, IN | 02/17/92 - 06/30/92 | (1)(3)(4) | 02/17/92 - 05/29/92 | |
| FC | Jackson, MS | 11/15/91 - 06/08/92 | (2)(3)(4) | 12/09/91 - 04/02/92 | |
| FH | Kansas City, RFC | 02/28/89 - 12/01/89 | (3)(4) | 03/06/89 - 08/01/89 | |
| FL | Knoxville, TN | 05/04/92 - 09/09/92 | (1)(3) | 05/04/92 - 09/09/92 | |
| FU | Los Angeles, CA | 09/23/91 - 06/25/92 | (1)(3)(4) | 09/23/91 - 03/25/92 | |
| FV | Louisville, KY | 10/02/90 - 04/04/91 | (1)(3)(4) | 10/02/89 - 02/08/91 | |
| GB | Miami, FL | 09/21/92 - 10/31/92 | (2)(5) | 09/21/92 - 01/19/94 | ** |
| GC | Milwaukee, WI | 03/18/88 - 09/16/88 | (1)(3)(4) | 03/18/88 - 07/15/88 | |

-- PROCUREMENT SENSITIVE INFORMATION --

FDCO 1839

**EXHIBIT 4**
Page 2 of 2

Site Specific Design Windows
Task Orders 1 through 8
Contract Number 50WCNA606099

| CLIN | SITE | CONTRACTING OFFICER'S DESIGN WINDOW | SOURCE | SEPTEMBER, 1994 MASTER SCHEDULE |
|---|---|---|---|---|
| GG | Missoula, MT | 06/29/92 - 10/31/92 | (3)(5) | 10/06/92 - 02/26/93 ** |
| GH | Mobile, AL | 08/13/92 - 10/31/92 | (2)(3)(5) | 08/24/92 - 12/09/92 ** |
| GM | Nashville, TN | 09/24/91 - 10/31/92 | (3)(5) | 10/26/92 - 03/05/92 ** |
| GO | San Juan, PR | 07/24/92 - 10/31/92 | (1)(5) | 07/24/92 - 01/14/93 * |
| GP | New York (Brookhaven) | 09/03/91 - 05/29/92 | (1)(3)(4) | 09/03/91 - 04/02/92 |
| GQ | Norfolk, VA | 01/22/91 - 10/31/92 | (3)(5) | 02/06/92 - 07/30/92 |
| GS | Midland/Odessa, TX | 09/14/92 - 10/31/92 | (3)(5) | 09/28/92 - 02/05/93 ** |
| GW | Paducah, KY | 08/27/92 - 10/31/92 | (2)(3)(5) | 09/14/92 - 02/01/93 ** |
| GY | Philadelphia, PA | 01/23/92 - 09/04/92 | (1)(2)(4) | 01/24/92 - 04/22/92 |
| HB | Pittsburgh, PA | 11/15/91 - 06/17/92 | (2)(4) | 12/09/91 - 04/24/92 |
| HD | Portland, ME | 03/02/92 - 10/31/92 | (1)(2)(3)(5) | 03/02/92 - 06/12/92 |
| HE | Pueblo, CO | 07/27/92 - 10/31/92 | (2)(3)(5) | 08/10/92 - 12/14/92 ** |
| HI | Reno, NV | 10/08/92 - 10/31/92 | (3)(5) | 10/16/92 - 03/17/93 ** |
| HO | Austin/San Antonio, TX | 08/19/91 - 10/23/92 | (1)(4) | 08/19/91 - 03/30/92 |
| HQ | Monterey, CA | 09/23/91 - 09/15/92 | (1)(3)(4) | 09/23/91 - 05/17/92 |
| HU | Sioux Falls, SD | 09/19/91 - 06/04/92 | (1)(3)(4) | 09/20/91 - 04/15/92 |
| HV | New Orleans, LA | 03/02/92 - 10/31/92 | (2)(3)(4) | 03/02/92 - 08/18/92 |
| HY | Springfield, MO | 08/03/92 - 10/31/92 | (2)(3)(5) | 08/17/92 - 01/06/93 ** |
| IE | Topeka, KS | 07/18/88 - 07/28/89 | (1)(3)(4) | 07/18/88 - 05/18/89 |
| IP | Wichita, KS | 08/18/89 - 08/29/90 | (3)(4) | 09/12/89 - 06/27/90 |
| IQ | Wilmington, NC | 09/28/92 - 10/31/92 | (2)(3)(5) | 10/12/92 - 03/01/93 * |
| TA | WSTTC | 03/16/89 - 09/07/89 | (3) | Not Listed |

* Converted to Leased Sites

** Design completed under follow-on contract

SOURCE KEY:
(1) - Master Schedule
(2) - Date of Kick-off Letter or Site Requirements Letter
(3) - Monthly Progress Report
(4) - Solicitati. Closing Date
(5) - Contract 50WCNA606099 Comple..ion Date

-- PROCUREMENT SENSITIVE INFORMATION --

EXHIBIT 5

Page 2 of 2

ESTIMATED COST OF CONSTRUCTION (ECC)
DENOMINATOR

| CLIN | LOCATION | PERCENTAGE OF DESIGN COMPLETE | ESTIMATED COST OF CONSTRUCTION | DENOMINATOR |
|---|---|---|---|---|
| HB | Pittsburgh, PA | 100.00% | $810,200 | $810,200 |
| HD | Portland, ME | 100.00% | $1,207,000 | $1,207,000 |
| HE | Pueblo, CO | 62.86% | $1,004,500 | $631,429 |
| HI | Reno, NV | 3.35% | $1,624,900 | $54,434 |
| HO | Austin/San Antonio, TX | 100.00% | $1,045,700 | $1,045,700 |
| HQ | Monterey, CA | 100.00% | $1,672,200 | $1,672,200 |
| HU | Sioux Falls, SD | 100.00% | $985.500 | $985,500 |
| HV | New Orleans, LA | 100.00% | $1,681,300 | $1,681,300 |
| HY | Springfield, MO | 49.75% | $1,121,000 | $557,698 |
| IE | Topeka, KS | 100.00% | $316,600 | $316,600 |
| IP | Wichita, KS | 100.00% | $655,400 | $655,400 |
| IQ | Wilmington, NC | 5.78% | $916,700 | $52,985 |
| TA | WSTC, Kansas City, MO | 100.00% | $229,500 | $229,500 |
| TOTAL | | | | $49,638,562 |

EXHIBIT 5

Page 1 of 2

ESTIMATED COST OF CONSTRUCTION (ECC)
DENOMINATOR

| CLIN | LOCATION | PERCENTAGE OF DESIGN COMPLETE | ESTIMATED COST OF CONSTRUCTION | DENOMINATOR |
|---|---|---|---|---|
| BB | Melbourne, FL | 100.00% | $839,200 | $839,200 |
| BC | Sterling, VA | 100.00% | $1,281,400 | $1,281,400 |
| BJ | St. Louis, MO | 100.00% | $909,400 | $909,400 |
| CA | Aberdeen, SD | 15.74% | $1,029,400 | $162,028 |
| CE | Amarillo, TX | 100.00% | $791,900 | $791,900 |
| CK | Atlanta, GA | 100.00% | $2,172,700 | $2,172,700 |
| CN | Binghamton, NY | 100.00% | $802,700 | $802,700 |
| CO | Birmingham, AL | 100.00% | $1,291,000 | $1,291,000 |
| CQ | Boise, ID | 100.00% | $1,076,600 | $1,076,600 |
| CR | Boston, MA | 100.00% | $1,843,000 | $1,843,000 |
| DD | Cheyenne, WY | 100.00% | $1,085,800 | $1,085,800 |
| DF | Chicago, IL | 100.00% | $991,600 | $991,600 |
| DG | Cincinnati, OH | 100.00% | $1,723,600 | $1,723,600 |
| DI | Cleveland, OH | 100.00% | $708,000 | $708,000 |
| DK | Columbia, SC | 100.00% | $486,800 | $486,800 |
| DR | Des Moines, IA | 100.00% | $1,125,600 | $1,125,600 |
| DS | Detroit, MI | 100.00% | $1,158,600 | $1,158,600 |
| DT | Dodge, City, KS | 100.00% | $778,200 | $778,200 |
| EL | Goodland, KS | 100.00% | $823,400 | $823,400 |
| EM | Grand Island, NE | 100.00% | $786,700 | $786,700 |
| EQ | Great Falls, MT | 100.00% | $1,235,000 | $1,235,000 |
| ER | Green Bay, WI | 100.00% | $1,228,300 | $1,228,300 |
| EV | Morehead City, NC | 100.00% | $1,074,200 | $1,074,200 |
| EY | Houston, TX | 100.00% | $681,000 | $681,000 |
| FB | Indianapolis, IN | 100.00% | $1,211,800 | $1,211,800 |
| FC | Jackson, MS | 100.00% | $709,300 | $709,300 |
| FH | Kansas City, RFC, MO | 100.00% | $1,055,700 | $1,055,700 |
| FL | Knoxville, TN | 100.00% | $936,100 | $936,100 |
| FU | Los Angeles, CA | 100.00% | $1,246,500 | $1,246,500 |
| FV | Louisville, KY | 100.00% | $738,800 | $738,800 |
| GB | Miami, FL | 29.83% | $4,761,500 | $1,420,355 |
| GC | Milwaukee, WI | 100.00% | $904,900 | $904,900 |
| GG | Missoula, MT | 25.12% | $1,055,900 | $265,242 |
| GH | Mobile, AL | 62.06% | $964,900 | $598,817 |
| GM | Nashville, TN | 37.70% | $1,035,700 | $390,459 |
| GO | San Juan, PR | 48.16% | $1,090,200 | $525,040 |
| GP | Brookhaven NY | 100.00% | $1,902,000 | $1,902,000 |
| GQ | Norfolk, VA | 100.00% | $1,013,100 | $1,013,100 |
| GS | Midland, TX | 15.09% | $909,800 | $137,289 |
| GW | Paducah, KY | 28.13% | $974,000 | $273,986 |
| GY | Philadelphia, PA | 100.00% | $1,352,500 | $1,352,500 |