UNITED STATES DEPARTMENT OF COMMERCE
The Inspector General
Washington, D.C. 20230

OCT 16 1990

MEMORANDUM FOR: Thomas J. Collamore
Assistant Secretary for Administration

FROM: Frank DeGeorge
Inspector General

SUBJECT: Joint System Program Office--Contracts Poorly Managed and Funds Improperly Spent
Draft Report No. STD-0199-1-000X

The Office of Inspector General has completed the subject audit and prepared the attached draft report. An executive summary begins on page i. The report contains a recommendation for your action on page 13.

We would appreciate receiving your written comments on the draft report within 30 calendar days, in accordance with the provisions of Department Administrative Order 213-3. Your comments will be considered in preparing the final report.

Attachment

'90 OCT 16 PM 4:04

GCP

ORIGINAL TO: OBPO Cordwic
PREPARE FOR TOM COLLAMORE
SIGNATURE: ✓
APPROPRIATE ACTION:
W/ ATT. OR ENCL:
RETURN TO ADMIN. BY: 10/23/90
DATE: 10/16/90
CONTROL NUMBER:

DRAFT

TABLE OF CONTENTS

PAGE

EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . . . . . . i

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 1

Tri-Agency Organizational Structure . . . . . . . . . . . . 1
Purpose and Scope of Audit . . . . . . . . . . . . . . . . 2

FINDINGS AND RECOMMENDATIONS . . . . . . . . . . . . . . . . 3

STRENGTHENED CONTRACTING PRACTICES WOULD
HELP AVOID EXCESSIVE PROGRAM COSTS . . . . . . . . . . . . 3

Contract Obligations Are Major Portion of Costs . . . . 3
Statements of Work Not Clearly Defined . . . . . . . . 5
Unpriced Modifications Issued . . . . . . . . . . . . . 5
Regulations Not Followed . . . . . . . . . . . . . . . 6
Contract Terms Not Adequately Enforced . . . . . . . . 7
Oversight, Guidance, and Assistance Inadequate . . . . 7
Recommendations . . . . . . . . . . . . . . . . . . . . 8

$24.1 MILLION SPENT ON NON-JSPO PROGRAM REQUIREMENTS . . 10

NEXRAD Joint Development Plan Not Followed . . . . . . 10
Established Funding Controls Ignored . . . . . . . . . 12
Misclassification of Non-JSPO Construction Costs . . . 13
Recommendations . . . . . . . . . . . . . . . . . . . . 13

## EXECUTIVE SUMMARY

In 1979 the National Weather Service began planning a replacement for its aging weather forecast radar system. The new system is to consist of 175 Doppler radar units with related equipment and computer software. The units will be installed throughout the United States and at several overseas locations. The anticipated cost of the new system has increased from an original estimate of $350 million to a 1989 estimate of one billion dollars.

Because of their common meteorological requirements, the Departments of Commerce, Defense, and Transportation entered into an agreement to jointly develop and acquire the new radar system. A Joint System Program Office was created within the National Weather Service.

During related program audits of the weather forecasting modernization effort, we found that the National Weather Service was experiencing significant development problems. These problems were compounded by improper procurement practices and ineffective contract practices. (See page 3.)

These program problems and procurement deficiencies resulted in millions of dollars in program cost overruns. Because of this, JSPO was unable to (1) provide any assurance that program funds were efficiently spent and that all incurred contract costs were necessary, or (2) determine the level of funding necessary to complete the planned radar system.

We recommend that the Under Secretary for Oceans and Atmosphere coordinate with the Department's Office of Procurement to help ensure that procurement and program officials do the following:

-- Prepare well-defined statements of work designed to help Joint System Program Office officials hold the contractors accountable for delivery of acceptable goods and services.

-- Refrain from using unpriced modifications that allow program officials to procure services for an unknown amount of additional costs on the basis of an equitable adjustment to be negotiated at a later date.

-- Comply with the Federal Acquisition Regulation and other requirements restricting sole source procurements, awards for advisory and assistance services, and fees for architectural and engineering work.

-- Monitor and strictly enforce all contract terms relative to the work performed and payments requested.

DRAFT

-- Discontinue the use of cost reimbursable, level-of-effort type contracts that provide insufficient controls to ensure adequate direction and management of contractor costs and services.

In addition, our audit of JSPO's financial management controls disclosed that joint system funds were used improperly.

o Funds totaling $24.1 million were applied to costs that were not related to the acquisition of the tri-agency radar system. Rather, these funds were used by NWS for the construction and renovation of weather forecast offices. (See page 10.)

o Established procedures requiring each sponsoring agency to approve all system expenditures were not followed. (See page 12.)

o Weather forecast office construction costs were inappropriately classified as unique-agency system requirements, thereby making them allowable under the terms of the tri-agency memorandum of agreement. (See page 13.)

As a result, JSPO spent $11 million of other agency funds for NWS's share of radar system expenses. JSPO's failure to adhere to the commitment to properly manage the tri-agency funds has compromised Commerce Department's ability to participate as lead agency in this joint venture.

We recommend that the Under Secretary for Oceans and Atmosphere require the Director, NEXRAD Joint System Program Office to:

(1) Adhere to established procedures for controlling expenditures of tri-agency funds.

(2) Develop and implement a control plan whereby

-- agency-unique requirements to be funded by tri-agency funds are reviewed and approved by all agency sponsors prior to obligation, and

-- tri-agency requirements are funded before agency-unique requirements are approved and funded.

We further recommend that the Under Secretary develop a plan for reimbursing the tri-agency fund for all amounts spent on NWS's forecast office modernization program that are not joint system requirements.

In addition, we recommend that the Assistant Secretary for Administration provide budget guidance and oversight to NOAA in planning for the repayment of $34.1 million to the JSPO.

DRAFT

## INTRODUCTION

The Departments of Commerce, Defense, and Transportation are acquiring a Next Generation Weather Radar System to replace the existing radar system. The new system's advanced Doppler technology and radar software should significantly improve weather forecasting, particularly in the area of severe weather systems. When fully operational, the network will include 175 Doppler radar units servicing weather forecast offices, air traffic routes, and air bases throughout the United States, as well as at some overseas locations.

The three agencies established a joint program in 1979 with the intention of having the NEXRAD system fully installed and operational by the end of 1996. From fiscal year 1980 through 1989, these agencies have advanced a total of $397.7 million for NEXRAD system costs. The Department of Defense had advanced $114.3 million, the Department of Transportation advanced $112.9 million, and the Department of Commerce advanced $170.5 million. Meanwhile, the estimated acquisition costs for the complete system have increased from $340 million to about one billion dollars.

The NEXRAD program is only one part of the National Weather Service's overall modernization initiative. Other major systems are being developed to improve and expand information processing and communication capabilities, and to modernize NWS weather forecast offices.

### Tri-Agency Organizational Structure

To manage the NEXRAD program the three agencies established the Joint System Program Office (JSPO) within the National Weather Service, which is part of the Commerce Department's National Oceanic and Atmospheric Administration. JSPO operates as a tri-agency organization with Commerce as the lead agency. JSPO (1) manages all aspects of the design, development, acquisition, and deployment of the NEXRAD system; and (2) ensures that the common meteorological requirements of all three Departments are met. This includes overall planning and technical and financial program management.

JSPO reports to a NEXRAD Program Council comprised of the Director, Joint System Program Office; the Assistant Administrator, National Weather Service; the Federal Coordinator for Meteorological Services and Supporting Research; and representatives from the Departments of Defense and Transportation.

The JSPO Headquarters personnel are located at the National Weather Service in Silver Spring, Maryland. They are responsible for the development, and implementation of the NEXRAD system.




DRAFT

DRAFT

System personnel are located at the Operational Support Facility in Norman, Oklahoma and are responsible for establishing the system operating procedures.

Once the NEXRAD system is installed and fully operating, the joint office will be disbanded and each of the three sponsoring agencies will assume responsibility for operating and maintaining its own radar units. NWS's Office of Systems Operation will be responsible for operating and maintaining the overall system.

Purpose and Scope of Audit

The purpose of our audit was to determine whether (1) all of JSPO's obligations were applicable to the NEXRAD program; and (2) cognizant officials from the Departments of Defense and Transportation were involved in, and fully aware of, all NEXRAD funding decisions and expenditures.

We reviewed and evaluated JSPO's obligations and expenditures to determine whether all NEXRAD funds were spent efficiently, effectively, and according to plans, agreements, budgetary authority, and other applicable guidelines. Focusing on obligations incurred during fiscal years 1987 through 1989, we reviewed accounting records, program financial records, and supporting documentation and interviewed cognizant government and contractor officials.

Our review also included an examination of practices used to award and administer contracts, exclusive of the major systems contract awarded to Unisys Corporation. Our office is conducting a separate audit of that award.

We performed the audit at the Silver Spring office and at the Special Engineering Project Office in the Central Administrative Support Center, Kansas City, Missouri. We also visited two contractors involved in the construction and modernization of the National Weather Service's field offices and radar sites. This included the site-selection contractor in Menlo Park, California, and the architectural and engineering firm in Kansas City, Missouri.

The audit was conducted in accordance with generally accepted government auditing standards and was performed under the authority of the Inspector General Act of 1978, as amended, and Department Organization Order 10-13, as amended.

DRAFT

## FINDINGS AND RECOMMENDATIONS

### STRENGTHENED CONTRACTING PRACTICES WOULD HELP AVOID EXCESSIVE PROGRAM COSTS

In 1980, NOAA estimated that $340 million would be required to complete the NEXRAD system. However, by 1989 the estimated costs had risen to one billion dollars. About 95 percent of these costs are being incurred to pay the contractors who are designing, testing, and building this system.

In reviewing selected NEXRAD contracts, we found a number of significant problems in the practices used to award and administer the contracts:

- o Statements of work were poorly defined, providing little basis for controlling costs.
- o Contract modifications were unpriced, allowing program officials to continually add work for unknown costs to be negotiated at later dates.
- o Requirements of the Federal Acquisition Regulation were not met. These requirements restricted such activities as sole source procurements, awards for advisory and assistance services, and fees for architectural and engineering work.
- o Contract terms relating to work performed and payments made were not adequately monitored and enforced.
- o Oversight and guidance for the NWS personnel administering the contracts were not effective.

Without adequate controls over contract functions, JSPO is not in a position to ensure that the contractors' tasks are clearly defined, carefully monitored, and properly compensated. We believe these conditions have contributed to the dramatic and unexpected increases in the cost of NEXRAD contract work.

#### Contract Obligations Are Major Portion of Costs

According to JSPO, NEXRAD program costs totaled $253.2 million from fiscal year 1980 through 1989. About $240 million of that amount was used for contract obligations. An additional $560 million is estimated for future contracts.

To help meet the procurement needs of the joint system office, the Department of Commerce assigned contracting officers from its Major Systems Procurement Division and NOAA's Central Administrative Support Center to work with JSPO in awarding and administering the major contracts. These officers were responsible for undertaking all actions necessary for effective contracting, ensuring compliance with the contract terms, and

DRAFT

generally safeguarding the overall interests of the government. Most of the contract work performed for the NEXRAD system has been provided by six contractors. We reviewed selected activities associated with four of these contractors, as identified below. (Dollar figures are through fiscal year 1989.)

| Contractor/Contract No. Amount | Types of Goods or Services Provided |
| --- | --- |
| Raytheon Co.: NA-83-SAC-00619 $60 Million | One of two system design contractors that competed for but did not win the production contract. |
| MITRE Corporation: NA-83-SAC-00668 50-SANW-9-00051 $10 Million | One of two technical support contractors that assist JSPO in all program areas, including technical review of the major system contractor's performance and monitoring the budget. |
| SRI International: NA-83-SAC-00626 $12.4 Million | The site selection contractor, responsible for locating radar and weather office sites, preparing environmental assessments, and performing related services needed for land acquisition. |
| Fluor Daniel, Inc.: 50-WCNA-6-06099 $13.4 Million | The architectural and engineering firm that provides program support and manages the modernization of the weather forecast offices for the NWS. The project scope was increased to include real estate services, program management support, and oversight of JSPO's radar site construction. |

We also reviewed several agreements with NOAA laboratories for research and development including software design and verification, and technical reviews.

Our office is conducting a separate audit of the largest contract awarded to Unisys Corporation, covering systems definition, validation, and production. Issues that arise from that audit will be addressed in a separate report.