To: JackT@mail@fdi kcmo
Cc: MaxE,RonR,RonaldA@proc@casc,DonitaM@proc@casc
Bcc:
From: Edward H. Mische@SEPO@CASC
Subject: Contract Review Meeting
Date: Monday, June 11, 1990 at 12:55:26 pm CDT
Attach:
Certify: N
Forwarded by:

---

The monthly subject meeting is scheduled for June 12th, in the CASC Procurement Bid Room, at 10:00 am.

Items to be discussed includes the development and contents of the draft FY91 Level of Effort Plan, preparation guidelines outlined in the May 24, 1990 E-Mail message, and 6% fixed fee limitation for specific design and contract incorporation.

Ron Rusch and I will attend this meeting from SEPO.

Ed.