4600 Madison, Suite 900
Kansas City, MO 64112
(816) 561-5757

# LETTER OF TRANSMITTAL

No. T1124

Project: NEXRAD/WFO Job: NOAA

U.S. DOC,NOAA,SEPO
601 E. 12th Street, Rm. 1836
Kansas City, MO 64106

June 25, 1990

Attn: Ron Rusch

RE: Graphs of Meeting of
June 12, 1990, CNFK-155

X Attached _ Separate Cover Via:

_ Shop Dwg _ Prints _ Plans _ Samples _ Specifications
_ Letter _ Change Order X Other: GRAPHS

| Copies | Date | Item | Number | Description |
|---|---|---|---|---|
| 1 | 21JUN90 | | | Price and Profit Limitations |
| 1 | 21JUN90 | | | Reduce Design Cost |

These above items are transmitted for your action as noted:

_ For Approval
X For Your Use
_ As Requested
_ Bids Due:

_ For Review And Comment
_ Approved As Submitted
_ Approved As Noted
_ Returned After Loan

_ Returned For Corrections
_ Resubmit
_ Submit
_ Return

_ Copies For Approval
_ Copy For Distribution
_ Copies Corrected Print

As discussed, these two graphs are transmitted to you to replace the graphs sent in the original minutes of Meeting of June 12, 1990.

Transmitted by: FLUOR DANIEL, INC.

Signed: L. Sutton
By: L.L. SUTTON
Date: 6/25/90

G 008754

cc: M. ENTRIKIN, R. ANIELAK, D. MCCULLOUGH, E. MISCHE, FDI ATTENDEES, FILE

# PRICE & PROFIT LIMITATIONS

- **ARCHITECTURAL & ENGINEERING SERVICES**

  FAR 15.903 (d) (1) (ii)

  Price (Cost + Fee) for Design, Plans, Drawings and Specifications ≤ 6% Estimated Cost of Construction.

- **CPFF CONTRACTS**

  FAR 15.903 (d) (1) (iii)

  Fee (Profit) ≤ 10% Contract's Estimated Cost

---

*Example of (ii):*

WFO = $700,000
GFE = $100,000
$800,000 x 0.06 = $48,000 max for design/plans/specifications

**DESIGN PHASE COSTS ARE INCLUDED IN THE 6% LIMITATION**
**PRE-DESIGN & POST-DESIGN COSTS ARE EXCLUDED FROM THE 6% LIMITATION**




| PRE-DESIGN (0% – 15%) | DESIGN PHASE (15% – 100%) | POST DESIGN (AFTER 100%) |
|---|---|---|
| • INITIAL SITE VISITS | • DESIGNS | • QA/QC |
| • TOPO/GEOTECH | • PLANS | • SHOP DRAWINGS |
| • STUDIES | • SPECIFICATIONS | • SUBMITTALS |
| • STANDARDS/CRITERIA | (PART I/SEC.C) | • MANUALS |
| • CONCEPTUAL WORK | | • AS-BUILTS |
| • VERIFICATION OF AS-BUILT CONDITIONS | | |
| • REPRODUCTION FOR REVIEW | | |
| • MILESTONE ESTIMATES | | |

FDI/JMT/MG

JUNE 21, 1990

# WAYS TO REDUCE "DESIGN" COST

## CLIENT

- REDUCE NO. OF REVIEWS ON STANDARD DESIGNS
- REDUCE NO. OF REVIEWERS
- CONSOLIDATE & LIMIT COMMENTS
- STANDARDIZE FORMAT OF REVIEW PACKAGE
- REDUCE (ELIMINATE) "WHAT-IFS"
- MINIMIZE LATE "DRUTHER" CHANGES

## FDI

- REVIEW & "HARDEN" MANHOUR BUDGET FOR DESIGNS
- CLEAN-UP THE MANHOUR BUDGET FOR UNIQUE DESIGNS
- HIP SHOOT ON COSTS OF REDESIGN - ie, PUT-UP OR SHUT-UP
- SEGREGATE (INSULATE) PRODUCTION DESIGNERS, ie,:<br>PRODUCTION = X people<br>OTHER = Y people

FDI/JMT/MG

JUNE 21, 1990