National Oceanic and Atmospheric Administration
Host Agency serving:
Bureau of the Census
Economic Development Administration
International Trade Administration
Minority Business Development Agency
Office of Export Enforcement
Office of the Inspector General
U.S. Travel and Tourism Administration

U.S. DEPARTMENT OF COMMERCE
Central Administrative Support Center
Federal Building, Room 1736
601 East 12th Street
Kansas City, Missouri 64106

October 5, 1990 CCx1

MEMORANDUM FOR: See Distribution

FROM: Max Entrikin, Chief
Special Engineering Program Office

SUBJECT: Design Costs

Many of you have at one time or another expressed concern about the design costs associated with the WFO development.

The attachment projects the design work and construction estimates for the FY91 work plan. Six percent of the $25,263K construction estimate is $1,516K. The forecast design cost is $1,363K, or 5.4 percent, of the estimated construction cost.

The point is that the design cost (15 percent through 100 percent) is not out of line with the Brooks Bill limitation of 6 percent for drawings and specification preparation.

Attachment

cc: W/TPO - Lou Boezi
W/TPO - Gary Knebel
W/TPO - Ron Warren
W/OSO323 - Mike Jacob
W/JS6 - Dave Smiley
CC - Martha Lumpkin
CC4 - Mike Tucker
WC4 - John Allen
MC4 - Kent Groninger
EC4 - Rob Hull
CCx1 - Frank Rabuse
CCx1 - Jerry Britton
CCx1 - Ed Mische
CCx1 - Ron Rusch

6 % DESIGN TEST - T.O. #6 (FY91)
BASIS: STATEMENT OF WORK SUBMITTAL, DATED 12 SEP 90, AND
1 AUG 90 EDD SCHEDULE.

DESIGN PROGRESS BASIS

| | CONCEPTUAL | DETAIL DESIGN & SPECS | | | |
|---|---|---|---|---|---|
| DESIGN PKGS | 0-15% | 15-35% | 35-90% | 90-100% | |
| | | 23% + | 65% + | 12% | = 100% |

SITES IN DESIGN DURING FY91

| CLIN | SYSTEM | PR | CCE | % DES | WTD CCE $$ |
|---|---|---|---|---|---|
| CN | BINGHAMTON | 19 | 895,100 | 77% | 689,000 |
| GY | PHILADELPHIA | 20 | 923,200 | 12% | 111,000 |
| EV | MOREHEAD CITY | 21 | 901,200 | 77% | 694,000 |
| FV | LOUISVILLE | 22 | 862,800 | 35% | 302,000 |
| FB | INDIANAPOLIS | 23 | 1,001,700 | 100% | 1,002,000 |
| GO | SAN JUAN | 24 | $1,093,000 | 100% | 1,093,000 |
| HB | PITTSBURGH | 25 | 386,300 | 100% | 386,000 |
| FZ | MEMPHIS | 28 | 332,100 | 100% | 332,000 |
| DK | COLUMBIA SC | 29 | 320,500 | 100% | 321,000 |
| FC | JACKSON MS. | 30 | 324,600 | 100% | 325,000 |
| HU | SIOUX FALLS SD | 31 | 324,600 | 100% | 325,000 |
| DI | CLEVELAND | 33 | 437,300 | 94% | 411,000 |
| CT | BUFFALO | 34 | 1,132,400 | 100% | 1,132,000 |
| CR | BOSTON | 36 | 1,654,700 | 100% | 1,655,000 |
| HD | PORTLAND ME | 37 | 904,400 | 100% | 904,000 |
| GU | OMAHA | 38 | 1,007,800 | 95% | 957,000 |
| DR | DES MOINES | 39 | 903,700 | 100% | 904,000 |
| HV | NEW ORLEANS | 41 | 1,432,500 | 94% | 1,347,000 |
| DO | DALLAS | 42 | 1,467,800 | 88% | 1,292,000 |
| FW | LUBBOCK | 43 | 877,900 | 100% | 878,000 |
| GB | MIAMI | 44 | 328,000 | 72% | 236,000 |
| FT | LITTLE ROCK | 45 | 276,100 | 56% | 155,000 |
| HQ | SAN FRAN/MONTEREY | 47 | 1,350,700 | 100% | 1,351,000 |
| HS | SEATTLE | 48 | 366,900 | 39% | 143,000 |
| CQ | BOISE ID | 49 | 931,600 | 88% | 820,000 |
| FU | LOS ANGELES | 50 | 1,060,500 | 94% | 997,000 |
| DG | CINCINNATI | 51 | 1,579,600 | 56% | 885,000 |
| FP | LAKE CHARLES | 52 | 807,800 | 56% | 452,000 |
| EQ | GREAT FALLS MT | 53 | 936,300 | 23% | 215,000 |
| CO | BIRMINGHAM AL | 54 | 965,600 | 39% | 377,000 |
| HO | AUSTIN | 55 | 890,500 | 23% | 205,000 |
| CK | ATLANTA | 56 | 1,469,200 | 39% | 573,000 |
| CC | ALBUQUERQUE | 57 | 1,050,800 | 23% | 242,000 |
| DC | CHARLESTON WV | 58 | 828,300 | 17% | 141,000 |
| GE | MINNEAPOLIS | 59 | 2,188,600 | 30% | 657,000 |

03-Oct-90 RUN DATE

SIX%.WK1

| | | | | | |
|---|---|---|---|---|---|
| DN | ANCHORAGE | 60 | 1,024,000 | 88% | 901,000 |
| FL | KNOXVILLE | 61 | 873,600 | 13% | 114,000 |
| HA | FAIRBANKS | 63 | 1,795,000 | 88% | 1,580,000 |
| DD | CHEYENNE | 64 | 879,200 | 17% | 149,000 |
| GG | MISSOULA | 65 | 348,500 | 3% | 10,000 |
| | AVG PER SITE (40 SITES) | | $928,000 | TOTAL | $25,263,000 |
| | NOT TO EXCEED A&E COST @ | | $25,263,000 x | 6% | $1,516,000 |
| | FORECAST A&E COST FROM T.O.6.3 PLAN = | | | 5.40% | $1,363,000 |

PRIORITY RECONCILIATION

| | | |
|---|---|---|
| DETROIT | 26 | DESIGN COMPLETE IN FY90 |
| PHOENIX | 27 | LEASE |
| SACRAMENTO | 32 | LEASE |
| ALBANY | 35 | LEASE |
| MILWAUKEE | 40 | DESIGN & CONSTRUCTION COMPLETE |
| RALEIGH/DURHAM | 46 | LEASE |
| RENO | 62 | CONCEPTUAL DESIGN COMPLETE IN FY91 |

03-Oct-90 RUN DATE

SIX%.WK1