
NOAA PROGRAMS
PROJECT CONTROL STRUCTURE
NOAA CONTRACT 50WCNA606099
FLUOR CONTRACT 449486
6 October 1986
Revision 1
WORK BREAKDOWN STRUCTURE
(WBS)
NOAA Programs
Program Management
Other Programs
NEXRAD Program
WFO Program
Operations Maintenance & Training
Program Management
Engineering
Facilities
Site
Site
Typical for all sites
Prog. & Proj. Management & Planning
Construction Management & Inspection
General A&E
Site Specific A&E
Site Selection & Acquisitioning
Site Work
Operational Equipment Installation
Land Acquisition & Disposal
Disposal of Installed Property
LEVELS
1) Total Programs
2) Programs (Systems)
3) Functions
4) Facility (Project)
5) Activity
6) Tasks
RESPONSIBILITY BREAKDOWN STRUCTURE (RBS)
FLUOR
NEXRAD CONTRACTOR
CASC / SEPO
JSPO
NWS
WFO Contractors
NEXRAD Subcontractors
TPO
RESPONSIBILITY LEGEND
Prime
Management
Coordinate
Subcontractor To Prime
Inspection Only
G9

G 008778