p. 1

2025017006

Legislative Archives

**FAX TRANSMITTAL** # of pages ► 8

| | |
|---|---|
| To Mary McCullough | From Kate Congress |
| Dept./Agency | Phone # 202-501-5350 |
| Fax # 202-496-7756 | Fax # 202-501-7001 |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

Seventy-fifth Congress (Public, No. ...

The committee, after considering the facts presented, unanimously report the same favorably and urge its passage.

In compliance with paragraph 2-A of rule XIII of the Rules of the House of Representatives, changes in existing law (Public, No. 160, 74th Cong.) are shown as follows (existing law in which no change is made is printed in roman; omitted matter is printed within black brackets; new matter is printed in italics):

[PUBLIC—No. 149—72D CONGRESS]

[H. R. 6477]

AN ACT To further amend the naturalization laws, and for other purposes

Approved May 25, 1932.

---

[PUBLIC—No. 160—74TH CONGRESS]

[H. R. 2739]

AN ACT To extend further time for naturalization to alien veterans of the World War under the Act approved May 25, 1932 (47 Stat. 165), to extend the same privileges to certain veterans of countries allied with the United States during the World War, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That subdivision (a) of section 1 of the Act entitled "An Act to further amend the naturalization laws, and for other purposes", approved May 25, 1932 (47 Stat. 165; U. S. C., Supp. VII, title 8, sec. 392b (a) shall, as herein amended, continue in force and effect to include petitions for citizenship filed prior to May 25, [1937] *1938*, with any court having naturalization jurisdiction: *Provided*, That for the purposes of this Act, clause (1) of subdivision (a) of section 1 of the aforesaid Act of May 25, 1932, is amended by striking out the words "all such period" and in lieu thereof inserting the words "the five years immediately preceding the filing of his petition."

SEC. 2. The provisions of section 1 of this Act are hereby extended to include any alien lawfully admitted into the United States for permanent residence who departed therefrom between August , 1914,[1] and April 5, 1917; or who, [having] been denied entry into the military and naval forces of the United States, departed therefrom subsequent to April 5, 1917, for the purpose of serving and actually served prior to November 11, 1918, in the military or naval forces of any of the countries allied with the United States in the World War and was discharged from such service under honorable circumstances: *Provided*, That before any applicant for citizenship under this section is admitted to citizenship the court shall be satisfied by competent proof that he is entitled to, and has complied in all respects with, the provisions of this Act; and that he was and had been a bona fide lawfully admitted resident in the United States for two years before the passage of this Act.

SEC. 3. The Commissioner of Immigration and Naturalization, with the approval of the Secretary of Labor, shall prescribe such rules and regulations as may be necessary for the enforcement of this Act.

O

76TH CONGRESS } HOUSE OF REPRESENTATIVES { REPORT
1st Session } { No. 76

# AUTHORIZING THE SECRETARY OF THE NAVY TO PROCEED WITH THE CONSTRUCTION OF CERTAIN PUBLIC WORKS

---

FEBRUARY 17, 1939.—Committed to the Committee of the Whole House on the state of the Union and ordered to be printed

---

Mr. VINSON of Georgia, from the Committee on Naval Affairs, submitted the following

## REPORT

[To accompany H. R. 4278]

The Committee on Naval Affairs, to whom was referred the bill (H. R. 4278) to authorize the Secretary of the Navy to proceed with the construction of certain public works, and for other purposes, having considered the same, report favorably thereon without amendment and recommends that the bill do pass.

The object and purposes of this bill are (1) to authorize the Secretary of the Navy to proceed with the construction of certain of the aviation facilities in line with the recommendations of the board of officers appointed in accordance with the act of May 17, 1938; (2) to give the Secretary of the Navy authority, whenever deemed by him to be advantageous to the national defense, to contract with or employ individuals, firms, or corporations for the production of designs, plans, drawings and specifications for construction of public works without reference to the Classification Act of 1923, or to section 3709 of the Revised Statutes of the United States; and, (3) to authorize the Secretary of the Navy to make contracts for the execution of the projects herein authorized under terms at variance with the usual procedure followed in making contracts for work of a similar nature in the continental United States.

The act of May 17, 1938, provided that the authorized strength of the Navy in naval vessels be increased by 20 percent and in naval aircraft by about 50 percent.

In view of the increases for the Navy as specified above, the Committee on Naval Affairs, when considering the bill providing for these increases, felt that additional naval operating bases for some of the units of the fleet would be necessary, and accordingly recommended section 10 of the act of 1938 which authorized and directed the Secretary of the Navy to appoint a board of officers to investigate and

Case 1:00-cv-00207-LB Document 48-31 Filed 01/12/2004 Page 2 of 4

Dec 27 02 04:04p Legislative Archives 2025017006 p.2



report upon the need, for the purpose of national defense, for the establishment of additional submarine, destroyer, and naval air bases on the continental coasts of the United States, its territories and possessions, and provided that the report of the board so appointed should be transmitted to the Speaker of the House.

The report of this board, known as the Hepburn Board, has been transmitted to the Speaker of the House and is printed as House Document 65, Seventy-sixth Congress. It recommends the establishment of some new bases and improvements in or expansion of some others now in existence. The Board reached its conclusions after a searching investigation and exhaustive study and the report contains substantiating reasons for its decisions. It deals solely with the additional needs for the Navy primarily as the result of the expansion program of the last Congress. The Board's conclusions were based only on the point of view of the requirements necessary better to promote the national defense of the country. The report is very comprehensive and invaluable. Due to budgetary considerations and limitations only a very limited number of the improvements recommended by the Board have been approved by the Budget for authorization in this bill.

The bill herewith favorably reported to the House to establish, develop, or increase naval aviation facilities would authorize the Navy Department to carry out certain of the recommendations of the Hepburn Board which are recommended by that Board as being of immediate strategic importance.

These items are Kaneohe Bay, T. H., Midway Island, Wake Island, Guam, Johnston and Palmyra Islands, in the mid-Pacific area; Kodiak and Sitka in the Alaskan area; San Juan, Puerto Rico, in the Atlantic area; and an increase in training facilities at the naval aviation training center at Pensacola, Fla.

In addition, there are included provision for expansion of the fleet air base at Pearl Harbor and expansion of the Naval Aircraft Factory at Philadelphia, for acquisition of additional land adjoining the naval air station at Norfolk for later necessary expansion there, and for minor seaplane facilities at Tongue Point, Oreg. The establishment of all these recommended naval aviation facilities is mandatory if our naval aviation is to reach the efficiency for which it is built. Also, the bill authorizes the Secretary of the Navy to accept the land at Corpus Christi, Tex., necessary for the later establishment of an additional air station for training purposes.

It is estimated that the expenditures for the facilities recommended in the bill will be approximately as follows:

| Locality: | | Locality—Continued. | |
|---|---|---|---|
| Kaneohe | $5, 800, 000 | Pensacola | $5, 850, 000 |
| Midway | 5, 350, 000 | Norfolk | 500, 000 |
| Wake | 2, 000, 000 | Tongue Point | 1, 500, 000 |
| Johnston | 1, 150, 000 | Pearl Harbor | 2, 800, 000 |
| Palmyra | 1, 100, 000 | Guam | 5, 000, 000 |
| Kodiak | 8, 750, 000 | Philadelphia | 1, 800, 000 |
| Sitka | 2, 900, 000 | | |
| San Juan | 9, 300, 000 | Total | 53, 800, 000 |

The expenditure of the $53,800,000, authorized herein will be spread over a period of 3 years and will occur approximately as follows: 1940, $19,450,000; 1941, $21,350,000; 1942, $13,000,000.



The President, in his national defense message to Congress on January 12, 1939, suggested an appropriation for the creation or strengthening of Navy bases in both oceans in general agreement with the report of the special board (Hepburn Board) which has already been submitted to the Congress.

A detailed list of the projects to be undertaken with the necessity therefor follows:

KANEOHE BAY

The Kaneohe Bay base will form an adjunct or auxiliary operating base for the main naval Hawaiian base at Pearl Harbor. In peace time it will serve as a training base for patrol planes to carry out expeditiously and efficiently those practices required to maintain an adequate state of training. The crowded conditions of Pearl Harbor render it hazardous to carry out some forms of necessary training because of its restricted waters. Kaneohe Bay, on the other hand, has sufficient water area to permit full load take-offs with safety and will be used solely as an operating base since only minor repair facilities are contemplated. In time of national emergency, the congestion in Pearl Harbor from surface craft will necessitate the use of Kaneohe as a main operating base to support the fleet. This support will consist of necessary patrol plane squadrons which would base thereon temporarily dependent upon fleet movements, and other squadrons which would operate therefrom for the patrol of vital areas about the Hawaiian Islands.

It is estimated that the cost of this project will be $5,800,000, with the expenditure occurring over a period of 3 years approximately as follows:

| | |
|---|---|
| 1940 | $3, 000, 000 |
| 1941 | 2, 500, 000 |
| 1942 | 300, 000 |

MIDWAY ISLAND

The secondary naval air base to be established on this island will provide facilities for the peacetime basing and training of one patrol plane squadron with emergency accommodations for a second squadron. It will permit training in conjunction with the fleet in an area which is vital to the successful defense of the Hawaiian area. It will provide in both peace and war the facilities necessary to project tender-based patrol plane squadrons to other outlying operating areas in the mid-Pacific, such as Wake, Palmyra, and Johnston, in support of the fleet and for training purposes. Only minor repair and maintenance facilities will be provided since all the overhaul activities for the mid-Pacific area are located at the fleet air base, Pearl Harbor.

It is estimated that the cost of this project will be $5,350,000, with the expenditure occurring over a period of 3 years approximately as follows:

| | |
|---|---|
| 1940 | $1, 500, 000 |
| 1941 | 1, 500, 000 |
| 1942 | 2, 350, 000 |

WAKE ISLAND

To provide harbor facilities (channel, turning basin, etc.) to permit the operation of tender-based patrol planes. The shore facilities

Case 1:00-cv-00207-LB Document 48-31 Filed 01/12/2004 Page 3 of 4

Dec 27 02 04:05p Legislative Archives 2025017006 p.3



which will be provided are to be very minor in nature. This so-called base is not a base in the full sense of the word but only insofar as any protected harbor with water area sufficient for patrol plane take-offs might be considered a base. It will provide in peacetime an area for the training of patrol plane squadrons in advanced base work, and in time of emergency will provide an operating base in support of the fleet in the strategic mid-Pacific area. Its importance is considered second only to Midway in the defense of Hawaii.

It is estimated that the cost of this project will be $2,000,000, with the expenditure occurring over a period of 2 years approximately as follows:

| | |
|---|---|
| 1940 | $1,000,000 |
| 1941 | 1,000,000 |

JOHNSTON AND PALMYRA ISLANDS

The foregoing remarks outlining the purpose of a tender-based, patrol-plane operating area at Wake apply with equal force to the developments projected at Johnston and Palmyra. They are identical in scope, since no shore-based planes are to be provided, except for some very minor items such as a seaplane ramp, parking area, and pier. These two protected water areas will provide operating bases in peacetime for advanced base training of patrol planes and in wartime would greatly assist fleet operations to the south and west of Hawaii in the defense of that area.

It is estimated that the cost of these projects will be $2,250,000, with the expenditure occurring over a period of 2 years approximately, as follows:

| | |
|---|---|
| 1940 | $2,000,000 |
| 1941 | 250,000 |

KODIAK

The purpose of the project at Kodiak is to provide a naval-aviation base in the Alaskan area with many of the features of a major air station. In particular, it will provide permanent facilities for the necessary training of two patrol-plane squadrons thereon in effective flight operations under the generally poor atmospheric conditions of the Alaskan area. Also, it will provide peacetime maintenance, repair, and storage facilities for the entire area, and would permit temporary basing of tender-based patrol planes enroute to advanced bases. In time of emergency, part of the vitally important strategic Alaskan area will be patrolled, and fleet operations will be supported from this base.

It is estimated that the cost of the project at Kodiak will be $8,750,000 with the expenditure occurring over a period of 3 years approximately, as follows:

| | |
|---|---|
| 1940 | $2,000,000 |
| 1941 | 4,500,000 |
| 1942 | 2,250,000 |

SITKA

This project primarily provides an intermediate station between Seattle and stations farther westward and also necessary permanent facilities to permit the training of one patrol plane squadron in the



southern Alaskan area. Facilities for temporary overloads will be provided to accommodate the movements of patrol planes in the area. In time of emergency, area patrol and operations to support the fleet in southern Alaskan waters would be conducted from this base.

It is estimated that the cost of this project will be $2,900,000 with the expenditure occurring over a period of 3 years approximately as follows:

| | |
|---|---|
| 1940 | $750,000 |
| 1941 | 1,530,000 |
| 1942 | 620,000 |

SAN JUAN

The purpose of the project at San Juan is to provide a secondary air base for the operations of two patrol plane squadrons permanently based with additional facilities for an additional patrol plane squadron to carry out training and maintenance in this strategic area in peacetime and in time of war to participate in the defense of the Canal Zone and the Caribbean.

It is estimated that the cost of this project will be $9,300,000, with the expenditure occurring over a period of 3 years approximately as follows:

| | |
|---|---|
| 1940 | $2,000,000 |
| 1941 | 3,500,000 |
| 1942 | 3,800,000 |

PENSACOLA

The purpose of the Naval Air Station, Pensacola, Fla., is well known. As the Navy's only training school for heavier-than-air pilots, it must necessarily produce naval pilots in sufficient numbers to meet any contemplated naval-aviation program. Its present facilities, if expanded, can properly handle a 50-percent increase in normal capacity in output of graduates which will meet the requirements of the 3,000-plane program, providing these additional facilities are furnished. The present expansion contemplated by the current bill under discussion will provide only the minimum needed to accommodate the additional load.

It is estimated that the cost of this project will be $5,850,000, with the expenditure occurring over a period of 3 years approximately as follows:

| | |
|---|---|
| 1940 | $2,500,000 |
| 1941 | 1,500,000 |
| 1942 | 1,850,000 |

PEARL HARBOR

The strategic considerations incident to this major base are too well known to require detailing. Since sufficient facilities at Pearl Harbor must exist in peacetime in order to receive and maintain the large numbers of long-range-patrol planes which will be required in the theater of operations if hostilities should take place in the mid-Pacific, its development is essential. Present facilities are inadequate for the efficient operation and maintenance of the present complement of planes and the overhaul activities must be expanded in order to

Dec 27 02 04:05p Legislative Archives 2025017006 p.4



make it function properly at the sole naval-aircraft-overhaul base in the mid-Pacific area.

It is estimated that the cost of this project will be $2,800,000, with the expenditures occurring over a period of 2 years approximately as follows:

| | |
|---|---|
| 1940 | $1,500,000 |
| 1941 | 1,300,000 |

GUAM

Under the terms of the bill the Navy will be authorized (1) to build a breakwater at a cost not to exceed $2,200,000; (2) to dredge the harbor to remove coral heads, to provide channels for ships and for seaplane operations at a cost not to exceed $1,900,000; and (3) to build seaplane ramps and parking space, small power plant, and necessary accessories, at a cost not to exceed $900,000.

From the above it can be seen that there is no provision to fortify Guam, as has been widely and incorrectly understood to be the case. The improvements contemplated are no more than is done year after year by this country in improving our harbors so as to make them safe and tenable under all conditions for surface vessels as well as for aircraft.

In speaking for the Navy Department, Hon. Charles Edison, The Assistant Secretary of the Navy, assured the committee that it was not the policy of the Department to fortify Guam nor did the Department now contemplate doing any more than is provided for in this bill. In referring to Guam The Assistant Secretary stated:

> It is the present policy of the Navy Department now to ask for development only to the extent stated in the bill before this committee.
>
> If unforeseen changes in the international situation should indicate a necessity for further development of an airplane base then Congress will be so informed.
>
> We hope that there will be no necessity for further development; none is contemplated at the present time.

The officials in the Navy Department have had the improvements recommended in this bill for Guam under consideration for a considerable period of time. On March 15, 1937, over a year before the Hepburn Board was authorized, the Chief of the Bureau of Aeronautics addressed the following letter to the Chief of Naval Operations:

> 1. The present available operating area for seaplanes in Apra Harbor is restricted and dangerous, due to the open harbor and to the presence of coral reefs. The removal of coral heads and outcroppings would greatly lessen the hazards of landing and taking-off, and would increase the available area for operating and mooring so that a limited number of patrol planes could readily use the harbor as a base of operations.
>
> 2. The removal of the shoals in the eastern section of the outer harbor would greatly extend and improve the seaplane operating and mooring area. It would enable operations to be safely carried out in this section when heavy swells in the western section, outside of the protecting reefs in the central part of the harbor, would render operations dangerous or preclude them entirely. This eastern section would also furnish a large, protected, smooth-water mooring area in normal weather.
>
> 3. A channel leading into the southern, inner portion of the harbor, and the removal of certain of the shoals therein, would make available a large, sheltered mooring area for use during typhoon weather when the outer harbor would be untenable. It is believed that the availability of this inner area would be a necessity if extended seaplane operations were to be conducted in this vicinity.
>
> 4. Suggested projects, designed to carry out the desirable improvements to Apra Harbor for seaplane operations as stated above, are shown on enclosure (a). These proposed projects are:
>
> (a) Removal of the tops of the coral heads and outcroppings in the outer harbor to give a depth of 6 feet at low low water. Shoals to be removed are shown on enclosed chart at "A."
>
> (b) Construction of a channel, 400 feet wide and 6 feet deep at mean low water, east of Fort Santa Cruz, joining the outer harbor with the inner area. Shoals to be removed are shown on the enclosed chart at "B," depth of water to be 6 feet at mean low water.
>
> 5. It is requested that this recommendation for harbor improvements be forwarded to the Commandant, United States Naval Station, Guam, for his comment as to the feasibility and his estimate of the costs of the separate projects.



NAVAL AIRCRAFT FACTORY

The item for the Naval Aircraft Factory at Philadelphia has been passed by the Budget and is included in H. R. 2878, but due to the urgent need for the improved facilities there, the committee has included the project in this bill. It will provide a new aeronautical engineering laboratory at a total cost for both of $1,800,000. Provision for both these activities is now inadequate, scattered, and obsolete and the need for them is far in excess of what they now can handle. The improved facilities are essential for handling with due efficiency the problems and the tests involved in the Navy's expanded aircraft building program.

It is estimated that the cost of this project will be $1,800,000, with the expenditure occurring over a period of 2 years approximately as follows:

| | |
|---|---|
| 1940 | $1,200,000 |
| 1941 | 600,000 |

NORFOLK

The committee has included an authorization to acquire the necessary land adjacent to the Naval Air Station at Norfolk for use later on when the very necessary expansion at that station is authorized. This was strongly recommended by the Hepburn Board. To do this the bill provides an amendment to the act of June 14, 1934 (Public, No. 347, 73d Cong.), which authorized the acquisition of some of the needed land, so as to permit all of the needed additional land to be included.

It is estimated that the total cost of this project will be $500,000, $100,000 increase over the original authorization.

TONGUE POINT

This project provides an important intermediate station between bases farther to the south and the Alaskan area. It also provides necessary permanent facilities for the training of one patrol plane squadron in the highly important industrial area controlled by the mouth of the Columbia River. The physical characteristics of this site are excellent for patrol plane operations and the project can readily be expanded in emergency to a very valuable defense adjunct.

It is estimated that the cost of this project will be $1,500,000, with the expenditures occurring over a period of 2 years approximately as follows:

| | |
|---|---|
| 1940 | $500,000 |
| 1941 | 1,000,000 |