(1) Labor and overhead rates will be evaluated similar to a FFP contract. Negotiation should concentrate on the important position classifications anticipated to be used in the contract. A specific hourly or daily rate must be negotiated for each position classification, and a common understanding reached on the type of work that each level of employee will do.

(2) Disagreement over the labor rate for a certain position classification might be resolved by the use of additional classification levels (such as three experience levels for an architect instead of one), or by adjusting the proportion of time of individual employees with different labor rates which comprise that classification. Also, disagreement over labor and/or overhead rates may be resolved by negotiating composite labor and overhead rates. Rates (or a method for determining rates, such as reference to Engineering News-Record cost indices) for contract option periods must also be negotiated.

b. Travel. The schedule of negotiated contract rates will include unit costs for all anticipated travel items such as vehicle cost per mile or day and per diem for certain locations of work. For travel that can not be anticipated, the contract may include a statement that travel costs will be computed in accordance with FAR 31.205-46.

c. Other Direct Costs. A unit cost or price should be negotiated for all anticipated supplies (such as survey monuments) or support services (such as soils tests or computer use). Unit costs or prices may also be negotiated for specific types of services, such as a daily rate for a survey crew or per acre rate for a topographic survey.

d. Profit. Profit will usually be negotiated for each task order under an ID contract. However, a standard profit rate for all task orders may be established in an ID contract if all orders will be very similar in nature, complexity, risk, price, and performance period. In either case, the profit rate will be applied to the total of the prime firm's costs and any subcontractors' costs (without profit) to avoid unreasonable layering of profit (i.e., no profit on profit).

e. Acceptance or Termination of Negotiations. Agreement on every rate, such as labor, overhead, or travel, is not necessary. The negotiators should consider the impact of specific rates on the prices of typical task orders anticipated under the contract. The rates for certain classifications (such as a principal) may exceed the PNO but may not be significant costs in typical task orders. If the final offer is not acceptable, negotiations will be terminated similar to a FFP contract.

f. Task Orders.

(1) The negotiation of a FFP task order is very similar to a FFP contract, except that the labor rates, overhead rates, and certain other unit costs or prices (and maybe profit) are already fixed in the ID contract. Also, there is a limitation in an ID contract on the cumulative amount of all orders that must be considered, and possibly a limitation on the price of individual task orders. Negotiation typically concerns the quantity and mix of various position classifications. A task order may be modified, have options, or include work

involving minor cost elements that are not in the contract rate schedule.

(2) The SOW of a task order must be within the scope of the ID contract (FAR 16.505(a)(2)). For any task order over $500,000, the contract file must be documented to justify why a task order was used instead of publicly announcing the requirement (EFARS 36.601-3-90(c)). The reasons should relate to the basic reasons for using an ID contract in EFARS 16.501(S-103)(a). Also, the contract file must be documented to justify the basis for issuing a task order under a particular ID contract when the order could have been issued under more than one ID contract (EFARS 16.505(b)(1)). Price can not be considered.

4-15. Subcontracting Plan. A Small Business Subcontracting Plan is required for any A-E contract over $500,000 (including any options) with a large business if there are subcontracting possibilities (FAR 19.702, 19.704, 19.705-2 and 52.219-8). See Appendix J for further details. The subcontracting plan is an element of the negotiation process and is made a part of the contract. A change in subcontractors from those proposed on the SF 255 must be approved by the KO (FAR 44.201-3(a)); see paragraph 4-7(b)(6)).

4-16. Price Negotiation Memorandum. The negotiators will complete the PNM (FAR 15.406-3 and supplements thereto) promptly after concluding negotiations. A PNM will discuss the principal elements of the negotiation. The PNM will demonstrate that the final accepted price complies with the 6 percent statutory limitation, if applicable. If an audit was performed, the PNM will discuss any deviations from the audit recommendations in the final negotiated price. A PNM shall be prepared, reviewed and approved in accordance with local procedures (EFARS 15.406-3(a)). Ordinarily, review and approval of a PNM should be concurrent with the review and approval of the final contract instrument.

4-17. Preaward Survey. The selection process addresses the technical capability, production resources and quality assurance methods of the firm. Hence, a short-form preaward survey report (only SF 1403, Preaward Survey of Prospective Contractor (General)) in accordance with FAR 9.106-4(d) is typically adequate. The preaward survey can be initiated after selection approval to avoid delaying award of a contract. The main emphasis of the preaward survey should be checking the financial capability of the firm through Dunn and Bradsteet reports, statements from the firm's bank, annual financial statements, or other appropriate means. Also, a contractor must be registered in the DoD Central Contractor Registration (CCR)[5] to be eligible for a contract (DFARS 204.73 and 252.204-7004).

4-18. Contract Preparation and Award.

a. General. An A-E contract will be prepared using the uniform contract format in

[5] A firm does not have to be registered in the CCR, nor have a Data Universal Numbering System (DUNS) number or Commercial and Government Entity (CAGE) code (both of which are required by the CCR), to be considered by an A-E evaluation board. Hence, a synopsis may request that interested firms include their DUNS number and/or CAGE code on their SF 255, if already assigned, but not mandate that firms obtain these identifiers as a condition of submission.

FAR 15.204.1, using SF 252, "Architect-Engineer Contract," as the cover sheet (FAR 36.702(a)). The contract may state a notice to proceed (NTP) date or the KO may send a separate NTP letter after contract award. If a contract is executed by mail, the KO should sign the contract after it has been signed by the contractor (FAR 4.101). However, if the action is urgent, an award letter (Appendix M) can be used, which also serves as the NTP.

b. ID Contracts. In order to satisfy the minimum contract guarantee (EFARS 16.504(a)(1)), the best practice is to issue the first task order using project funds at the same time the ID contract is awarded. If the first task order is not issued simultaneously with award of the ID contract, then the minimum guarantee shall be obligated[6] at the time of contract award using project funds, if the contract is customer-specific, or using the appropriate departmental overhead or revolving funds, if the contract serves many customers.

4-19. Task Order Issuance. IDC task orders are prepared using DD Form 1155, Order for Supplies or Services (DFARS 216.506). A DD Form 1155 for an ID contract task order need only be signed by the KO or ordering officer. The DD Form 1155 is a NTP.

4-20. NAF Contracts. AR 215-4 specifies the general procedures for NAF contracting. The FAR and its supplements, including the 6 percent statutory limitation, do not apply. Otherwise, the negotiation of an A-E contract for an NAF project should generally comply with this pamphlet.

4-21. Continuing Contracts Clause. The alternate continuing contracts clause prescribed at EFARS 32.705-100(b), and found at 52.232-5002, is appropriate for use in A-E contracts for civil works projects, including ID contracts[7]. The clause is used for incrementally-funded contracts when no contracting authority exists to obligate the entire contract price in advance of appropriations. Each increment of funding should produce a deliverable, such a required interim submittal.

---

[6] Immediately upon award of a task order(s) in sufficient amount to satisfy the minimum guarantee, the KO must deobligate the funds used to award the ID contract.

[7] A change to EFARS 32.705-100 is pending that will allow use of the "true" continuing contracts clause in A-E contracts for civil works water resource projects specifically adopted by Congress in authorizing legislation.

# APPENDIX K
# A-E CONTRACTING PROCESS



# A-E CONTRACTING PROCESS
# ACTIVITY DEFINITIONS

## ACQUISITION PLANNING PHASE

Authorization. Receipt of a formal authorization or customer request to initiate a project or A-E contract. Assignment of the project or contract to project delivery team members in project management, engineering, contracting and other appropriate functional areas.

Review of Requirements. Review of the project or contract requirements. Coordination with the customer to understand and refine the requirements, and obtain other pertinent information.

Preliminary Scope of Work (SOW). Preparation of the preliminary SOW based on review of the requirements and coordination with technical personnel and the customer.

Acquisition Plan. Decision on performance by the traditional design-bid-build method or an alternative method such as design-build (not procured as A-E services). Decision on which portion of work, if any, will be done by in-house personnel. Decision on packaging in one or multiple A-E contracts. Decision on appropriate A-E contract type. Development of a project management plan, including preliminary SOW, preliminary project budget (including preliminary estimate of A-E fee), schedule, and informal or formal acquisition plan, and their coordination with the customer and/or higher authority. Verification of the availability of funding with the customer.

Small Business Coordination. Coordination with the DSB and the SBA to identify prime contract and subcontracting opportunities for SB and SDB firms. Decision on set-aside for SB, ESB, 8(a) or HUBZone A-E firms. Preparation of DD Form 2579, Small Business Coordination Record.

**SELECTION PHASE** (Not applicable for task orders. However, if a task order can be issued under more than one ID contract, then the decision on which contract to use must be documented in the contract file. See EFARS 16.505(b)(1).)

Preparation of Synopsis. Preparation of the synopsis based on the preliminary SOW, and review and approval, as required. Electronic transmission of the synopsis to the FedBizOpps.

Synopsis Period. Minimum 30 days response period as required by FAR 5.203(c), for contracts expected to exceed the SAT.

Detailed Scope of Work. Development of a detailed SOW, including a description of the facility or project, design criteria, specific contract services and products, performance schedule, quality control requirements, and administrative instructions.

Preselection. A preselection board is optional. If a preselection board is not held, its functions will be performed by the selection board. Gathering and organizing documents for

evaluation by preselection and selection boards, including SFs 254 and 255 and performance evaluations. Conducting the preselection board and preparation of the board report. Scheduling board meetings, appointing board members, and preparing worksheets for both the preselection and selection boards should be done during the synopsis period.

Selection. Conducting a selection board and preparation of the board report.

Selection Approval. Review and approval of the selection report in accordance with the delegated selection authority in EFARS 36.602-4.

**PROPOSAL PHASE**

Request for Price Proposal (RFPP). Formal notification of selection for negotiation of a contract and RFPP sent to the most highly qualified firm. An RFPP is also sent for a task order under an ID contract. The RFPP includes the draft contract (not applicable to task orders), SOW, project documentation and design criteria.

Scope of Work Review by A-E. Review of the SOW, project documentation and design criteria by the A-E firm to prepare for the preproposal conference, if needed, and the development of its proposal.

Preproposal Conference. Conference(s) among the A-E firm, USACE personnel, customer and others as appropriate to discuss and refine project and contract requirements. Conference(s) may be by telephone, at the project site, in the firm's office or elsewhere, as appropriate.

Revised Scope Of Work. Resolution of any issues raised at the preproposal conference(s) and revision of the SOW accordingly.

Detailed Government Estimate. Preparation and approval of an IGE based on a detailed analysis of the SOW as required by FAR 36.605. Coordination with the customer and/or higher authority on estimated funding requirements.

A-E Price Proposal. Preparation and submission of a price proposal by the A-E firm. Includes preparation of a small business subcontracting plan if the A-E firm is a large business and the proposal exceeds $500,000 (not applicable for task orders).

Fact-Finding. Obtaining information in order to understand the A-E price proposal and its assumptions, and to clarify any ambiguities, omissions or uncertainties in the RFPP and SOW prior to negotiations (FAR 15.406-1(a)). After fact-finding, a revised proposal may be requested.

**NEGOTIATION PHASE**

Technical Analysis. Evaluation of the judgmental elements of the A-E proposal in accordance with FAR 15.404-1(e).

Audit. If considered necessary by the KO (FAR 15.404-2(a)).

Cost/Price Analyses and Prenegotiation Objectives (PNO). Evaluation of all cost elements of the A-E proposal in accordance with FAR 15.404-1(c), using the results of the technical analysis and the audit, if performed. Evaluation of the total price of the proposal and, as appropriate, the prices of phases or items of work in accordance with FAR 15.404-1(b). Based on the technical, cost and price analyses, development of the PNO in accordance with FAR 15.406-1. The proposal analysis and PNO are documented in a Prenegotiation Memorandum (PnM). Coordination with customer and/or higher authority on estimated funding requirements.

PnM Review and Approval. Review and approval of the PnM, in accordance with local procedures.

Negotiation. Negotiation of a fair and reasonable price in accordance with the PnM. Includes negotiation of an acceptable small business subcontracting plan (if applicable) and approval by the KO prior to contract award.

**CONTRACT AWARD PHASE**

Negotiation Documentation. Preparation of a PNM in accordance with FAR 15.406-3, preparation of the final SOW as a result of clarifications and changes during negotiations, and receipt of the final A-E proposal.

Funding Certification. Requesting, receiving and certifying the funds to award the contract or issue the task order.

Price Negotiation Memorandum (PNM) Review and Approval. Review and approval of the PNM in accordance with local procedures.

Contract Preparation. Preparation of SF 252, Architect-Engineer Contract, or preparation of DD Form 1155, Order for Supplies or Services, for a task order.

Contract Review and Award. Final review of the contract documentation and signing of the contract by the KO and the A-E firm, or signing of the task order by the KO.

# APPENDIX X
# INDEPENDENT GOVERNMENT ESTIMATES

1. General. An IGE for A-E services will be developed from a detailed analysis of the SOW, assuming reasonable economy and efficiency, and modern and effective methods. An IGE shall not be based on a percentage of construction cost, arbitrary ceilings, the availability of funds, or any cost or pricing information provided by the A-E firm. The intent of an IGE is to determine a price for the required work which is fair and reasonable to the Government (Comptroller General decision Dworsky Associates, B-248216, June 18, 1992, 92-1 CPD ¶ 533).

2. Preparation. An IGE will be prepared by engineers, architects, and/or other appropriate personnel having expertise (education, training and professional experience) in the type of work being contracted. Where available, cost and pricing specialists or auditors should be consulted for information on overhead, labor rates, and other pertinent unit costs and prices. An IGE will be marked "FOR OFFICIAL USE ONLY" and protected accordingly.

3. Approval. An IGE will be approved by a supervisor having expertise in the type of work being contracted. The level of supervisory approval will be appropriate for the complexity and dollar value of the contract action. An IGE will be approved prior to opening the related A-E price proposal. Internal management controls will be established to ensure that each IGE is prepared independently of the A-E proposal.

4. Revision. An IGE should be revised whenever there is a significant change in the SOW or a significant error or omission is discovered in the IGE. A revised IGE should normally be approved by the same person who approved the original IGE. Revision of an IGE is not required to justify accepting a proposal greater than the IGE if the significant differences are adequately explained in the PNM.

5. Statutory Limitation. The 6 percent statutory limitation for the "production and delivery of designs, plans, drawings and specifications" (FAR 15.404-4(c)(4)(i)(B) and 36.606(a), and EFARS 36.606-70(c)) will be carefully considered when preparing an IGE. An IGE will be clearly organized to show the elements of estimated price, including associated overhead and profit, subject to the 6 percent limitation, and the total of these elements of price expressed as a percentage of the estimated construction cost (excluding contingencies, and supervision and administration). For additional work or redesigned work, the estimated construction cost will be increased by the value of the additional or redesigned work (DFARS 236.606-70(b)).

6. Labor and Overhead Rates.

a. FFP Contracts. An IGE for a FFP contract will use labor and overhead rates representative of the class of A-E firms that have been selected as most highly qualified to perform the required work (EFARS 36.605(a)). Class includes such factors as firm size,

market area, specialization, and capabilities[1]. Appendix Y lists sources of information on labor and overhead costs in the A-E industry. Rates for the Government or the firm under negotiation will not be used since the objective of an IGE is to independently estimate a fair price for a competitive and efficient private firm, not the Government nor the firm under negotiation, to perform the required A-E services. Arbitrary limits on the overhead and labor rates used in an IGE are prohibited.

b. ID Contracts. An IGE for an ID contract will consist of an independent analysis of fair and reasonable rates for labor, overhead and other costs. An IGE for a task order will use the contract rates for labor, overhead, travel, supplies, services, and possibly profit (if the same profit rate is applicable to all orders).

7. Breakdown of Costs. An IGE will be organized to correspond to each phase or sub-phase of work in the SOW. The estimated price for each phase or sub-phase will be itemized to show the direct labor costs, overhead costs, travel costs, other direct costs, and profit.

a. Direct Labor Costs. The labor-hours needed for each position classification (types of disciplines at certain levels of expertise) are determined by analysis of the required tasks and products in the SOW. Reasonable effort must also be included for project management, quality control and assurance, clerical support, and coordination between disciplines. The estimated labor rates for work of extended duration or for later phases of work will be adjusted for escalation. If the SCA applies to the contract, the labor rates and benefits for service employees must be at least equal to those in the appropriate DoL wage determination.

b. Overhead. Overhead costs (also called indirect costs) include overhead on direct labor and general and administrative overhead. FAR 31 provides detailed guidance on overhead costs. An IGE will normally be prepared using a single overhead factor which combines overhead on direct labor with general and administrative overhead, expressed as a percentage of the total direct labor costs. This method is representative of the accounting practices of most A-E firms and is compatible with the market surveys in Appendix Y. Other overhead structures may be used in an IGE if representative of the class of firms selected for the work. An IGE may be prepared using separate overhead rates for the prime contractor and primary subcontractors if considered reasonable and typical for the type of work.

c. Travel. Travel requirements are determined from analysis of the SOW for tasks such as field investigation and meetings, based on the location of the firm selected for negotiation. Typical travel costs include rental car, company car mileage, airfare, parking fees, and per diem expenses. The labor of personnel when traveling will be included in the direct labor portion of an IGE. The unit cost and quantity of each travel item will be identified. Per diem and airfare costs are limited by FAR 31.205-46. The prevailing

---

[1] For example, for a major military command headquarters, the IGE would likely use labor and overhead rates representative of national, "top 100" firms. Conversely, for a standard vehicle maintenance building at a typical Army installation, the IGE would likely use rates of local, small-to-medium size firms.

privately owned vehicle mileage reimbursement rate for Government personnel will be used to estimate car mileage costs.

d. Other Direct Costs. Include all other necessary direct costs not included in direct labor and travel, and not ordinarily included in the overhead of an A-E firm. Commercial quotes from suppliers are usually available for these items. Typical other direct costs include: reproduction of documents for Government review, supplies, photographs, renderings, models, colorboards, long distance communications, laboratory tests, computer use, and postage.

e. Profit. Profit rates will be determined in accordance with EFARS 15.404-73-101. The profit rate will be applied to all costs (direct labor, overhead, travel and other direct) to estimate the dollar amount of profit. An IGE will not be structured with redundant levels of profit (no profit on profit)[2]. Hence, if an IGE is structured with subcontractors, the estimated costs (without profit) for the prime contractor and the subcontractors will be added to give the total cost base for applying the profit rate.

[2] The EFARS alternate structured approach to the weighted guidelines method (WGM) for A-E contracts yields profits that are substantially greater than the WGM in DFARS 215.404-71. Hence, estimating additional profit for layering of subcontractors is not warranted.