NOAA CONTRACT 50WCNA606099/52WCNA206003

# MAR '92 WFO FACILITIES BUDGET (EXCL FURNITURE)

| CLIN | SYSTEM NAME | ST | INSIDE GROSS SF | DES APP | NEX PRI | 23/8/91 EDD | TOTAL FACILITY COST |
|---|---|---|---|---|---|---|---|
| AA | Norman | OK | | | -1 | | |
| DQ | Denver Phase I | CO | N/A | M | 27 | Apr-93 | 165.8 |
| DT | Dodge City | KS | 4750 | B8 | 8 | Dec-91 | 778.2 |
| AB | Melbourne | FL | 6210 | B8 | 3 | Jul-91 | 839.2 |
| EL | Goodland | KS | 4750 | B8 | 13 | Sep-92 | 823.4 |
| CB | Amarillo | TX | 4750 | B8 | 18 | Dec-92 | 791.9 |
| GC | Milwaukee | WI | 4750 | B8 | 43 | Aug-93 | 904.9 |
| AC | Sterling | VA | 5350 | B8 | 4 | Jul-91 | 1,281.4 |
| AJ | St Louis | MO | 5350 | B8 | 7 | Nov-91 | 909.4 |
| IB | Topeka | KS | 4550 | M | 28 | Apr-93 | 316.6 |
| AC+ | Sterling Sewer Ext | VA | N/A | B8 | 4 | | 122.7 |
| BY | Houston/Galveston | TX | 4630 | B9 | 10 | Jan-92 | 681.0 |
| TA | NWS Trng (I&II) | MO | 7500 | M | 1 | | 229.5 |
| EM | Grand Island | NE | 4630 | B9 | 32 | May-93 | 786.7 |
| FH | Kansas City | MO | 9110 | BR | 14 | Oct-92 | 1,055.7 |
| IP | Wichita | KS | 4630 | B9 | 12 | Aug-92 | 655.4 |
| | PRIOR YEARs: | | | 14 | | | 10,341.8 |
| EU | State College | PA | 11000 | LAO | 36 | Jul-93 | 181.1 |
| DF | Chicago (Joliet) | IL | 4800 | B9 | 30 | May-93 | 991.6 |
| GZ | Phoenix | AZ | 6000 | L | 56 | Dec-93 | 74.3 |
| JB | NRC (BANNISTER) | MO | 13670 | M | 11 | Jul-92 | 60.4 |
| DS | Detroit | MI | 4630 | B9 | 29 | Apr-93 | 1,158.6 |
| IH | Tulsa (RFC) | OK | 9300 | LAO | 25 | Mar-93 | 176.4 |
| FV | Louisville | KY | 4630 | B9 | 42 | Aug-93 | 738.8 |
| CN | Binghamton | NY | 4630 | B9 | 39 | Jul-93 | 802.7 |
| | FISCAL YEAR '91: | | | 8 | | | 4,183.9 |

Highlighted 10,341,800

lease - assignment option

lease

Highlighted 3,691,700

lease - [illegible] option

Total highlighted $ 14,033,500*

* - Per Tracey Lambert, Project Controls, FDI/KC, highlighted locations reflect actual construction costs. Remaining locations reflect estimated construction costs.

‡ - Use actual amounts in computing estimated design costs. These locations have separate costs listed above -- part actual (⊕) and part estimated.



G 000028

6-6-4

NOAA CONTRACT 50WCNA606099/52WCNA206003

MAR '92 WFO FACILITIES BUDGET (EXCL FURNITURE)

| CLIN | SYSTEM NAME | ST | INSIDE GROSS SF | DES APP | NEX PRI | 23/8/91 EDD | TOTAL FACILITY COST | |
|---|---|---|---|---|---|---|---|---|
| FT | Little Rock | AR | 5370 | LM | 21 | Jan-93 | 246.7 | lease-mod |
| FC | Jackson | MS | 5370 | M | 22 | Feb-93 | 709.3 | |
| ZQ | Denver (ERL) | CO | 5960 | n/a | 27 | Apr-93 | 93.0 | |
| DQ | Denver (PHASE II) | CO | 0 | n/a | 27 | Apr-93 | 20.0 | |
| HB | Pittsburgh | PA | 4570 | M | 33 | Jun-93 | 810.2 | |
| DI | Cleveland | OH | 5640 | LM | 34 | Jun-93 | 708.0✓ | lease mod |
| FB | Indianapolis | IN | 5640 | B18 | 35 | Jun-93 | 1,211.8 | |
| GY | Philadelphia | PA | 5370 | B14 | 40 | Aug-93 | 1,352.5 | |
| GP | New York | NY | 5640 | B18 | 41 | Aug-93 | 1,902.0 | |
| FZ | Memphis | TN | 5370 | M | 44 | Sep-93 | 591.8 | lease |
| CB | Albany | NY | 5200 | L | 45 | Sep-93 | 151.5 | lease — TFC 276.5 - GFE furn 125.0K = 151.5 |
| CR | Boston | MS | 10880 | LAO | 47 | Sep-93 | 1,843.0✓ | lease - assignment option |
| HD | Portland | ME | 5640 | B18 | 49 | Oct-93 | 1,207.0 | |
| CQ | Boise | ID | 5370 | BU6 | 50 | Oct-93 | 1,076.6 ✓ | |
| DR | Des Moines | IA | 5370 | B14 | 51 | Oct-93 | 1,125.6✓ | |
| HU | Sioux Falls | SD | 4570 | B12 | 52 | Nov-93 | 985.5 | |
| EV | Morehead City | NC | 4570 | B0 | 54 | Nov-93 | 1,074.2 | |
| DO | Dallas | TX | 10880 | L | 58 | Dec-93 | 499.4 | lease |
| FW | Lubbock | TX | 5640 | L | 59 | Dec-93 | 176.7 | lease |
| DD | Cheyenne | WY | 5370 | B14 | 90 | Aug-94 | 1,085.8 ✓ | |
| FU | Los Angeles | CA | 5640 | BU4 | 60 | Jan-94 | 1,246.5 | |
| HQ | Monterey/San Fran | CA | 6340 | BU3 | 65 | Feb-94 | 1,672.0 | |
| CO | Birmingham | AL | 5370 | B14 | 74 | Apr-94 | 1,291.0✓ | |
| | FISCAL YEAR '92: | | | 21 | | | 21,080.2 | |

G 000029

NOAA CONTRACT 50WCNA606099/52WCNA206003

# MAR '92 WFO FACILITIES BUDGET (EXCL FURNITURE)

| CLIN | SYSTEM NAME | ST | INSIDE GROSS SF | DES APP | NEX PRI | 23/8/91 EDD | TOTAL FACILITY COST | |
|---|---|---|---|---|---|---|---|---|
| DK | Columbia | SC | 4570 | LM | 55 | Nov-93 | 486.8 ✓ | Lease/Mod |
| HL | Sacramento | CA | 9600 | L | 61 | Jan-94 | 190.3 | Lease |
| HG | Raleigh (N.C.St.) | NC | 5300 | L | 64 | Feb-94 | 141.3 | Lease |
| HS | Seattle (by WASC) | WA | 5990 | M | 67 | Feb-94 | 538.3 | ← |
| HV | New Orleans | LA | 10880 | BR | 68 | Mar-94 | 1,681.3 | |
| GB | Miami (NHC) | FL | 25000 | BU5 | 69 | Mar-94 | 3,426.1 | |
| FP | Lake Charles | LA | 5370 | LM | 71 | Mar-94 | 735.5 | Lease/Mod |
| DG | Cincinnati | OH | 10880 | BR | 72 | Apr-94 | 1,723.6 ✓ | |
| CK | Atlanta | GA | 10880 | BR | 75 | Apr-94 | 1,613.7 | |
| CC | Albuquerque | NM | 5370 | L | 77 | May-94 | 302.5 | Lease |
| HO | Austin | TX | 5370 | B14 | 78 | May-94 | 1,045.7 | |
| GU | Omaha | NE | 5640 | LAO | 79 | May-94 | 1,227.2 | Lease Assignation Opt [illegible] |
| CT | Buffalo | NY | 5370 | B14 | 80 | Jun-94 | 1,373.9 | |
| EQ | Great Falls | MT | 5370 | LAO | 81 | Jun-94 | 1,235.0 | Lease Assignation Opt [illegible] |
| GO | San Juan | PR | 5370 | B14 | 83 | Jun-94 | 1,216.7 | |
| DC | Charleston | WV | 5370 | LAO | 84 | Jul-94 | 1,209.1 | Lease Assignation Opt [illegible] |
| GE | Minneapolis | MN | 13200 | LAO | 85 | Jul-94 | 2,105.4 | ✓ ✓ ✓ |
| FL | Knoxville | TN | 4570 | B12 | 86 | Jul-94 | 936.1 ✓ | |
| HI | Reno | NV | 5640 | B18 | 88 | Aug-94 | 1,610.0 | |
| HM | Salt Lake City | UT | 12700 | L | 91 | Aug-94 | 317.7 | Lease |
| GG | Missoula | MT | 5370 | B14 | 92 | Aug-94 | 859.4 | |
| GQ | Norfolk | VA | 5370 | B14 | 94 | Sep-94 | 1,013.1 | |
| ER | Green Bay | WI | 4570 | B12 | 95 | Sep-94 | 1,154.6 | |
| IQ | Wilmington | NC | 4570 | B12 | 96 | Sep-94 | 907.7 | |
| GM | Nashville | TN | 5370 | B14 | 97 | Oct-94 | 1,025.3 | |
| HE | Pueblo | CO | 4570 | B12 | 98 | Oct-94 | 1,009.5 | |
| HJ | Roanoke | VA | 4570 | L | 99 | Oct-94 | 136.0 | Lease |
| CA | Aberdeen | SD | 4570 | B12 | 100 | Oct-94 | 1,030.2 | |
| HY | Springfield | MO | 4570 | B12 | 101 | Nov-94 | 1,099.7 | |
| HC | Portland | OR | 10875 | L | 102 | Nov-94 | 400.7 | Lease |
| EC | Eureka | CA | 5170 | BU7 | 103 | Nov-94 | 1,274.9 | |
| HF | Quad Cities | IA | 4570 | L | 104 | Nov-94 | 317.2 | Lease |
| HZ | Central Illinois | IL | 4570 | B12 | 105 | Dec-94 | 1,163.0 | |
| GH | Mobile | AL | 4570 | B12 | 106 | Dec-94 | 955.4 | |
| FD | Jacksonville | FL | 5370 | B14 | 107 | Dec-94 | 1,167.9 | |
| IB | Tallahassee | FL | 5920 | BU1 | 108 | Dec-94 | 1,198.6 | |
| DB | Charleston | SC | 5370 | B14 | 109 | Jan-95 | 1,106.7 | |
| | FISCAL YEAR '93: | | | | 37 | | 38,936.1 | |

G 000030

NOAA CONTRACT 50WCNA606099/52WCNA206003

MAR '92 WFO FACILITIES BUDGET (EXCL FURNITURE)

| CLIN | SYSTEM NAME | ST | INSIDE GROSS SF | DES APP | NEX PRI | 23/8/91 EDD | TOTAL FACILITY COST | |
|---|---|---|---|---|---|---|---|---|
| CP | Bismarck | ND | 5370 | M | 93 | Sep-94 | 474.1 | |
| GW | Paducah | KY | 4570 | B12 | 110 | Jan-95 | 972.9 | |
| GS | Midland/Odessa | TX | 4570 | B12 | 111 | Jan-95 | 898.7 | |
| IC | Tampa Bay Area | FL | 5370 | M | 113 | Feb-95 | 735.3 | |
| CS | Brownsville | TX | 4570 | B12 | 114 | Feb-95 | 1,059.3 | |
| EH | San Joaquin Valley | CA | 5370 | B14 | 115 | Feb-95 | 1,285.8 | |
| HT | Shreveport | LA | 4570 | B12 | 116 | Feb-95 | 1,061.4 | |
| IG | Tucson | AZ | 5640 | L | 119 | Mar-95 | 307.5 | lease |
| EX | Honolulu | HI | 7000 | L | 120 | Mar-95 | 1,091.8 | lease |
| FR | Las Vegas | NV | 5370 | B14 | 123 | Apr-95 | 1,237.3 | |
| FX | Marquette | MI | 4570 | B12 | 124 | Apr-95 | 1,006.6 | |
| EO | Grand Rapids | MI | 4570 | B12 | 125 | May-95 | 1,089.4 | |
| CD | Alpena | MI | 4570 | B12 | 128 | May-95 | 1,162.8 | |
| DN | Anchorage | AK | 10880 | BR | 129 | Jun-95 | 2,117.6 | |
| DV | Duluth | MN | 4570 | B12 | 130 | Jun-95 | 1,036.2 | |
| HP | San Diego | CA | 5370 | B14 | 131 | Jun-95 | 1,308.7 | |
| GR | North Platte | NE | 4570 | B12 | 132 | Jun-95 | 1,067.2 | |
| IR | Elko | NV | 4570 | B12 | 135 | Jul-95 | 1,487.7 | |
| HW | Pocatello | ID | 4570 | B12 | 136 | Jul-95 | 1,052.2 | |
| CU | Burlington | VT | 4570 | LM | 137 | Aug-95 | 682.6 | lease mod |
| ID | Juneau | AK | 5370 | B14 | 138 | Aug-95 | 1,528.4 | |
| FY | Medford | OR | 5370 | M | 139 | Aug-95 | 641.7 | |
| EF | Flagstaff | AZ | 4570 | B12 | 140 | Aug-95 | 1,206.8 | |
| EN | Grand Junction | CO | 5370 | B14 | 141 | Sep-95 | 1,144.1 | |
| HA | Fairbanks | AK | 5640 | B18 | 142 | Sep-95 | 1,668.7 | |
| HH | Rapid City | SD | 5640 | B18 | 143 | Sep-95 | 1,198.6 | |
| FQ | Riverton (Lander) | WY | 4570 | B12 | 144 | Sep-95 | 1,130.8 | |
| GX | Pendleton | OR | 4570 | B12 | 145 | Oct-95 | 1,065.8 | |
| FN | La Crosse | WI | 4570 | B12 | 146 | Oct-95 | 1,029.9 | |
| HX | Spokane | WA | 4570 | B12 | 149 | Nov-95 | 1,276.1 | |
| EE | Fargo | ND | 4570 | B12 | 150 | Nov-95 | 1,004.1 | |
| CM | Billings | MT | 4570 | B12 | 151 | Nov-95 | 1,076.5 | |
| EK | Glasgow | MT | 4570 | B12 | 154 | Dec-95 | 1,171.1 | |
| EA | El Paso | TX | 5370 | B14 | 155 | Dec-95 | 1,139.1 | |
| DM | Corpus Christi | TX | 4570 | B12 | 156 | Dec-95 | 1,085.1 | |
| HN | San Angelo | TX | 4570 | B12 | 160 | Jan-96 | 934.0 | |
| | FISCAL YEAR '94: | | | | 36 | | 39,435.8 | |

G 000031

NOAA CONTRACT 50WCNA606099/52WCNA206003

# MAR '92 WFO FACILITIES BUDGET (EXCL FURNITURE)

| CLIN | SYSTEM NAME | ST | INSIDE GROSS SF | DES APP | NEX PRI | 23/8/91 EDD | TOTAL FACILITY COST |
|---|---|---|---|---|---|---|---|
| CY | Cedar City | UT | n/a | RO | 133 | Jul-95 | 0.0 |
| IT | Yuma | AZ | n/a | RO | 148 | Oct-95 | 0.0 |
| FJ | Key West | FL | n/a | RO | 153 | Dec-95 | 0.0 |
| | FISCAL YEAR '95: | | | 3 | | | 0.0 |
| | TOTAL | | | | | | 114,000.0 |
| | | | 700.0 SF x 1000 | | | | |



G 000032