Appendix


1. Contracting Officer's Price and Cost Analysis .......... 5,11,12,18

2. Contracting Officer's Memorandum for the Record .......... 4,11,18

3. Defendant's Supplemental Response to Plaintiff's Requests for Admission .......... 5,12,13,26,30, n.27

4. 2/13/87 Memorandum of Negotiation .......... 5,12

5. Contracting Officer's Negotiation Plan .......... 5

6. 5/30/87 Memorandum of Understanding between Jesse Arredondo, Contracting Officer, NOAA and K Sawyer, Project Manager, FDI .......... 6

7. 10/21/86 Memorandum from W. Becker, Contracting Officer, Central Administrative Support Center, to Janet Stine, Audit Manager, Systems Acquisition Division, OIG .......... 6

8. Audit Report No. 4181-7D210225, dated 12/2/86, from DCAA to OIG .......... 6

9. 1/8/87 Memorandum from Janet Stine to William Becker .......... 6

10. Summary of Contracting Officer's Analysis of Incurred Costs .......... 6,10,12,13,30, n.21

11. Defendant's Response to Plaintiff's First Set of Interrogatories .......... 6,12,27

12. 4/8/87 Letter from Jack Toliver FDI to Jesse Arredondo CO NOAA .......... 7

13. 10/6/90 Draft OIG Audit Report .......... 7

14. 6/11/90 e-mail from Edward Mische SEPO to Jack Tolliver FDI .......... 7

15. 6/25/90 facsimile from FDI illustrating agreement from 6/12/90 meeting between FDI and NOAA .......... 8

16. Agency's 10/5/90 Internal Letter from Max Entrikin SEPO .........., n.15

17. Defendant's Response to Plaintiff's Request for Admissions .......... ,12

18. OIG Audit Report No. NOA-4436-3-001 "Weather Forecast Office Construction Support Contract Needed Improved Management and Administration" (1993) .......... 8,18,19,26

19. H.R. 670, 1949 U.S.C.C.A.N. 1475, 1499 .......... 16,24

20. Letter from Rep. Jack Brooks, Chairman of the Government Activities Subcommittee of the House Committee on Government Operations to the Comptroller General of the United States (November 16, 1967) .................. 16,n.12,n.15

21. Affidavit of Kenneth W. Forsyth ........................................................................ 18,21,26

22. 10/6/86 NOAA Program Work Breakdown Structure .................................................. 18

23. H.R. 4278, 72d Congress (1939) ........................................................................ 20

24. FAR §§ 15.903(d)(1) and 16.306(c) (1986) ........................................................ 24,25

25. EP 715-1-7 US Army Corps of Engineers "Architect-Engineer Contracting" ............... 26

26. Comptroller General Warren to the Secretary of War, B-18,126, 21 Comp. Gen. 580, 191 WL 925 (December 18, 1941) ................................................................ 29

27. To the Administrator, Veteran Administration, B-156,469, 1967 CPD ¶ 31, 1967 WL 1686 (July 21, 1967) ........................................................................ 31

28. Skidmore, Owings & Marrill, ASBCA No. 5593, 61-1 BCA ¶ 2974 (February 28, 1961) ........................................................................ 31

29. 1992 WFO Facilities Budget ........................................................................ 2