**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

**MOTION TO FOR LEAVE TO FILE PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACT OUT OF TIME**

Pursuant to RCFC Rule 15(c), and in accordance with the Court's Order of January 14, 2004, Plaintiff respectfully moves the Court to allow Plaintiff to file, now three (3) days out of time, a separate document entitled Proposed Findings of Uncontroverted Fact to supplement Plaintiff's Motion for Summary Judgment and Memorandum in Support of Summary Judgment timely filed with the Court on January 12, 2004. This is Plaintiff's first request for leave to file for this purpose.

Plaintiff's failure to file a separate document setting forth Plaintiff's Proposed Findings of Uncontroverted Fact in accordance with RCFC Rule 56(h)(1) was entirely an inadvertent mistake, and Plaintiff regrets any inconvenience that it may have caused the Court. Rule 56(h)(1) provides in pertinent part: "[t]he moving . . . party shall file, together with its motion, a separate document titled Proposed Findings of Uncontroverted Fact." Plaintiff included its proposed findings of uncontroverted fact as a section of the separate Memorandum in Support of Summary Judgment that accompanied Plaintiff's motion, which it titled "Statement of Undisputed Facts."

Plaintiff did not understand that Rule 56(h)(1) required Plaintiff to file a separate document along with its motion, in addition to Plaintiff's separate Memorandum in Support of Summary Judgment.

Because Plaintiff included in its Memorandum in Support of Summary Judgment the uncontested facts upon which Plaintiff based its Motion for Summary Judgment, Defendant has not suffered any prejudice as a result of Plaintiff's mistake. Indeed, the "Statement of Undisputed Facts" section of Plaintiff's Motion in Support of Summary Judgment conforms to all of the parameters set forth in RCFC 56(h)(1) insofar as it includes concise, separately numbered paragraphs setting forth all of the material facts upon which Plaintiff bases its motion and as to which Plaintiff believes there is no genuine dispute. See RCFC 56(h)(1). Furthermore, each paragraph in the section contains citations to Defendant's pleadings, and other documents included in the appendix to Plaintiff's Memorandum in Support of Summary Judgment or otherwise already part of the record. See id. Therefore, when Plaintiff served Defendant with its Motion and accompanying Memorandum in Support of Motion for Summary Judgment, Defendant received all of the information that will be included in Plaintiff's Proposed Findings of Uncontroverted Fact should the Court grant this motion.

For all of the reasons set forth above, Plaintiff respectfully requests that the Court grant its motion for leave to file a separate document entitled Proposed Findings of Uncontroverted Fact, now three (3) days out of time.

Respectfully submitted,

s/ *Frank M. Rapoport*

Frank M. Rapoport
Stephen E. Ruscus
David M. Glynn

McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for Plaintiff,
Fluor Enterprises, Inc.

Dated: January 15, 2004