IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-207C<br>(Judge Block) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 28 days to, and including, April 12, 2004, within which to file defendant's opposition to plaintiff's motion for summary judgment and supporting memorandum and defendant's cross-motion for summary judgment. Defendant's opposition and cross-motion are currently due on March 15, 2004. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granting defendant's request for 32 additional days. Prior to filing this motion, defendant's counsel contacted plaintiff's counsel who advised that plaintiff did not object to the granting of this motion.

When defendant filed its first motion for an enlargement of time, both defendant's counsel and agency counsel believed that agency counsel could provide defendant's counsel the agency's comments upon plaintiff's motion for summary judgment. However, agency counsel recently informed defendant's counsel that, due to official and personal commitments, he could not provide the

agency's comments within a period of time that would allow defendant to file, on or before March 15, 2004, our opposition and cross-motion for summary judgment. Agency counsel has advised that he will be able to provide his comments to defendant's counsel on or about March 19, 2004.

As we previously advised the Court, agency counsel's comments and suggestions are especially important because he has considerable personal knowledge of the facts, circumstances, and relevant documents in this case. Upon receipt of the agency's comments, defendant's counsel will need adequate time to (1) review the comments and confer with agency counsel; (2) incorporate the comments and suggestions into defendant's opposition and cross-motion; (3) confer again with agency counsel; (3) put defendant's opposition and cross-motion into final form; and (4) file defendant's opposition and cross-motion with the Court.

On March 22, 2004, defendant's counsel begins official travel to Dayton, Ohio to defend, and prepare for the taking of, a deposition in Northrop Grumman, Inc. v. United States, No. 96-760C (Fed. Cl.). He will not return to his office until March 29, 2004. Also, due to his mother-in-law's recent illness, defendant's counsel may have to travel to Phoenix, Arizona, during the requested period of enlargement. Further, defendant's counsel (1) beginning the last week in March, or the first week

in April 2004, may have to travel to Dallas, Texas, concerning matters in Gibb v. Department of the Treasury, No. 03-3274 (Fed. Cir.); (2) is responsible for preparing and filing a formal brief in Padgett v. United States Postal Service, No. 04-3006 (Fed. Cir.); (3) preparing a settlement memorandum in J.E. McAmis, Inc. v. United States, No. 02-62C (Fed. Cl.); (4) preparing and filing an answer in Vanderpool, et al. v. United States, No. 04-93C; and (4) handling other matters concerning his caseload.

For all of these reasons, defendant believes that its request for 28 additional days is reasonable and necessary to allow defendant to file its opposition to plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment with the Court. Accordingly, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time to, and including, April 12, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

s/Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

March 12, 2004

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2004, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson