Task Order #3 - October 1, 1987 through September 30, 1988

During task order 3, FDI began using site CLIN codes for area code 13 charges, however, usage was infrequent and inconsistent. The design window methodology was applied to area code 13 charges to site specific CLIN codes.

A substantial amount of charges were made to CLIN 00 which is not a specific site identifier. FDI contends that the work charged to CLIN 00 was primarily for conducting studies and performing non site-specific design functions. Information from source documentation supports FDI's explanation in part. Some of the charges to area code 13, CLIN 00 were for the performance of pre-design functions such as site investigations, preparing conceptual designs; utility coordination activities; and for completing other surveys and studies such as the asbestos survey at Jackson, Mississippi (CLIN FC); the fuel storage tank study; and the telecommunication study. However, the reviewed time-sheets revealed that at least some of the costs charged to CLIN 00 were for site specific design and should have been charged to a site CLIN code. Based on information provided in source documentation, a portion of costs charged to area code 13, CLIN 00, are excluded from the 6% design fee computation.

Designs for seven sites were completed in task order 3. Since cost estimating was charged to area code 13, no further adjustment was made for the preparation of cost estimates.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 3.

Task Order #3 Direct Design Labor

| | Irvine Labor | | Kansas City Labor | | Total Costs |
|---|---|---|---|---|---|
| | Hours | Costs | Hours | Costs | |
| Area Code 13 | 18148.0 | $392,709 | 12918.0 | $216,190 | $608,899 |
| Exclusions | | | | | |
| Design Window | | | (1659.0) | (23,197) | (23,197) |
| Non-Design | (8952.3) | (193,728) | (6371.8) | (106,537) | (300,265) |
| Task Order #3 Design | 9195.7 | $198,981 | 4887.2 | $ 86,456 | $285,437 |

Task Order #4 - October 1, 1988 through September 30, 1989

Throughout task order 4, FDI continued to charge all site specific design costs to area code 13. Although use of site CLIN codes was more frequent and consistent than in task order 3, evidence of incorrect charging to CLIN 00 remained. With the exception of those documented exclusions, charges to CLIN 00 are included in the design costs computations.

Designs for seven sites were completed in task order 4. Since cost estimating was charged to area code 13, no further adjustment was made for the preparation of cost estimates.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 4.

Task Order #4 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Cost |
| **Area Code 13** | 31453.7 | $451,034 |
| Exclusions | | |
| Design Window | (10192.3) | (141,451) |
| Non WFO/Leases | (552.0) | (8,071) |
| Non-Design | (14355.0) | (205,707) |
| Task Order #4 Design | 6354.4 | $ 95,805 |

Task Order #5 - October 1, 1989 through September 30, 1990

Prior to the beginning of task order 5, FDI made changes to the timecard work area charge codes. Area code 13 was no longer used for design effort. New work/cost area codes were established. These new work/cost codes were separated into four major groupings coinciding with the Statement of Work. The new cost areas were labeled "Project Management," "General Design/Engineering," "Site Specific Design/Engineering/Construction," and "JSPO/NEXRAD Program." Time-sheet instructions provided directions for charging work associated with site specific design, and design package submittal coordination and review, to area code(s) 31 and 33 respectively. The instructions also provided for the continued use of the two character facility identifier, CLIN code. Charges to these two area codes were the primary focus of the Contracting Officer's analysis of task orders 5 through 8.

Although definite instructions existed for charging site specific design, engineering, and construction activities to the appropriate area code and specific CLIN codes, a significant amount of hours, were charged CLIN 00.

FDI provided a copy of a revision to the original time-sheet instructions issued September 29, 1989. The revision made significant changes in the accounting for tasks performed, particularly in the Design and Engineering area.

According to the revised instructions, the accounting for work related to "Misc. General Engineering," (area code 20) which was originally grouped under "General Design/Engineering," was changed to "General Engineering," area code 31, CLIN 00 and re-grouped under "Site Specific Design/Engineering/ Construction." It seems illogical to categorize general, non-site specific work under the "Site Specific Design" rather than under the "General Design/Engineering" group. The revision is undated and no clear explanation for the change has been provided. Consequently, there is no basis to exclude all charges to area code 31, CLIN 00, in task order 5, from the design computation.

27

Three site designs were completed in task order 5. The cost for one construction cost estimate for each of the three sites is included in the design computation. The cost is based on the average proposed costs for estimating in task order 5.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 5.

Task Order #5 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 22154.8 | $378,508 |
| Exclusions | | |
| Design Window | (4430.2) | (74,324) |
| Other Exclusions | (2793.0) | (44,985) |
| **Subtotal Area Code 31** | 14,931.6 | $259,199 |
| **Area Code 33** | 1240.7 | $ 20,836 |
| Exclusions | | |
| Design Window | (602.6) | (10,457) |
| **Subtotal Area Code 33** | 638.1 | $ 10,379 |
| **Estimates** | 189.0 | 3,714 |
| Task Order #5 Design | 15758.7 | $273,292 |

Task Order #6 - October 1, 1990 through September 30, 1991

New time-sheet instructions were published at the beginning of task order 6. Site specific charges to area codes 31 and 33 continued to be the primary focus on the analysis of this task. The number of hours charged to CLIN 00 was significantly less than that in the previous task orders. Source documentation supports the exclusion of some of the CLIN 00 charges to area codes 31 and 33. Adjustments were made to exclude documented charges for prototype design changes.

The designs for three sites were completed during task order 6. The cost for one construction cost estimate for each of the three sites is included in the design computation for task order 6.

28

The following table summarizes the computation of total direct design labor incurred during the performance of task order 6.

Task Order #6 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 18076.4 | $351,672 |
| Exclusions | | |
| Design Window | (8705.8) | (168,533) |
| Other Exclusions | (1458.0) | (28,390) |
| **Subtotal Area Code 31** | 7912.6 | $154,749 |
| **Area Code 33** | 1887.9 | $ 27,084 |
| Exclusions | | |
| Design Window | (888.5) | (13,151) |
| Other Exclusions | (27.6) | (602) |
| **Subtotal Area Code 33** | 971.8 | $ 13,331 |
| **Estimates** | 219.0 | 10,845 |
| Task Order #6 Design | 9103.4 | $178,925 |

Task Order #7 - October 1, 1991 through April 30, 1992

The system for charging design costs in task order 7 was consistent with that used for task order 6. Accordingly, the same methodology used to reconstruct 6% related design costs in task order 6 was used for task order 7. The cost for four construction cost estimates is included in the computation.

As discussed in the analysis summary, at least some 6% related design costs incurred in task order 7 were incorrectly charged to area code 3A rather than area code 31. In a letter to the OIG dated January 14, 1993, FDI estimated that approximately 41% of the hours charged to area code 3A during January, 1992 through April, 1992 (task order 7) should have been charged to area code 31.

Based on the foregoing, FDI's estimated hours and costs for detailed design, that were incorrectly charged to area code 3A, are included in the computation of design incurred during task order 7.

29

The following table summarizes the computation of total direct design labor incurred during the performance of task order 7.

Task Order #7 Direct Design Labor

| | Kansas City Labor Hours | Kansas City Labor Total Costs |
|---|---|---|
| **Area Code 31** | 15024.0 | $318,056 |
| Exclusions | | |
| Design Window | (133.4) | (2,821) |
| Other Exclusions | (10.0) | (105) |
| **Subtotal Area Code 31** | 14880.6 | $315,130 |
| **Area Code 33** | 2655.1 | $ 39,149 |
| Exclusions | | |
| Design Window | (57.7) | (1,065) |
| Other Exclusions | (4.5) | (160) |
| **Subtotal Area Code 33** | 2592.9 | $ 37,924 |
| **Area Code 3A** | 5880.8 | $124,911 |
| Exclusions | (4906.6) | (104,462) |
| **Subtotal Area Code 3A** | 974.2 | $20,449 |
| **Estimates** | 270.0 | 6,007 |
| Task Order #7 Design | 18717.7 | $379,510 |

Task Order # 8 - May 1, 1992 through October 31, 1992

The same methodology for computing design cost in task order 7 was used to compute the design cost for task order 8. The computation of direct labor for task order 8 includes the estimated hours and costs that were incorrectly charged to area code 3A.

The following table summarizes the computation of total direct design labor incurred during the performance of task order 8.

Task Order #8 Direct Design Labor

| | Kansas City Labor | |
|---|---|---|
| | Hours | Total Costs |
| **Area Code 31** | 7280.8 | $148,117 |
| Exclusions | | |
| Design Window | (155.1) | (3,159) |
| **Subtotal Area Code 31** | 7125.7 | $144,958 |
| **Area Code 33** | 2301.1 | $35,188 |
| Exclusions | | |
| Design Window | (373.1) | (6,599) |
| **Subtotal Area Code 33** | 1928.0 | $28,589 |
| **Area Code 3A** | 8084.9 | $170,160 |
| Exclusions | (5059.8) | (106,560) |
| **Subtotal Area Code 3A** | 3025.1 | 63,600 |
| **Estimates** | 1330.0 | 28,528 |
| **San Juan** | 2340.0 | 38,486 |
| Task Order #8 Design | 15748.8 | $304,161 |

(b) ALLOCATIONS OF ADMINISTRATIVE LABOR

The methodology used by the OIG to compute the administrative labor costs to be apportioned to costs for design services was used in this analysis. The distribution of administrative labor to design costs is based on the relative ratio (administrative ratio) of proposed administrative labor hours to proposed "productive labor" hours for each contract task order. The grouping of proposed hours as administrative or productive is based on information provided to the OIG as a result of its discussions with FDI personnel. "Productive labor" is defined as the difference between total proposed direct labor hours and proposed administrative labor hours. The hourly rate is the average rate for administrative labor based on a composite of the departmental salary rates in the proposals.

31

The following tables illustrate the calculation of administrative labor costs. The first table establishes the administrative ratio by dividing proposed administrative hours by proposed "productive hours." The second table illustrates the calculation of total administrative labor cost applicable to design services. The sum of the design labor hours for the Irvine office and Kansas City office multiplied by the administrative ratio equals the administrative labor hours apportioned to design. Administrative labor hours multiplied by the hourly rate equals the total administrative labor costs included in the 6% design calculation.

| | Total Proposed Direct Labor | Proposed Administrative Hours | Proposed Productive Hours | Administrative Ratio | Hourly Rate |
|---|---|---|---|---|---|
| Task Order #2 | | | | | |
| Kansas City | 11040.0 | 7360.0 | 3680.0 | 2.0000 | $23.05 |
| Irvine | 7075.0 | 3440.0 | 3635.0 | 0.9464 | $21.70 |
| Task Order #3 | 88853.4* | 19063.6* | 69789.8* | 0.2732* | $19.21* |
| Task Order #4 | 118200.0 | 25100.0 | 93100.0 | 0.2696 | $17.54 |
| Task Order #5 | 118590.0 | 23720.0 | 94870.0 | 0.2500 | $17.94 |
| Task Order #6 | 170250.0 | 30450.0 | 139800.0 | 0.2178 | $18.68 |
| Task Order #7 | 111420.0 | 23025.0 | 88395.0 | 0.2605 | $18.39 |
| Task Order #8 | 85399.0 | 20350.0 | 65049.0 | 0.3128 | $17.17 |

* Hours for task order 3 are based on the weighted average ratios from task order 2 and 4 through 8.

| | Design Labor Hours | Total Administrative Ratio | Total Administrative Hours | Hourly Rate | Administrative Labor Cost |
|---|---|---|---|---|---|
| Task Order #2 | | | | | |
| Kansas City | 57.0 | 2.0000 | 114.0 | $23.05 | $ 2,628 |
| Irvine | 436.0 | 0.9464 | 412.6 | $21.70 | 8,954 |
| Task Order #3 | | | | | |
| Kansas City | 4887.2 | 0.2732 | 1335.2 | $19.21 | 25,649 |
| Irvine | 9195.7 | 0.2732 | 2512.3 | $19.21 | 48,261 |
| Task Order #4 | 6354.4 | 0.2696 | 1713.1 | $17.54 | 30,049 |
| Task Order #5 | 15758.7 | 0.2500 | 3939.7 | $17.94 | 70,678 |
| Task Order #6 | 9103.4 | 0.2178 | 1982.7 | $18.68 | 37,037 |
| Task Order #7 | 18717.7 | 0.2605 | 4876.0 | $18.39 | 89,669 |
| Task Order #8 | 13408.8 | 0.3128 | 4194.3 | $17.17 | 72,016 |
| TOTAL | | | | | $384,939 |

32

(c) OVERHEAD ALLOCATED TO DIRECT LABOR

The OIG used weighted average overhead rates. Using the same methodology, the Contracting Officer recalculated the rates using the final audited and approved rates. The following weighted average overhead rates were applied to the sum of direct design labor costs and allocated administrative labor for each task order. (Reference APPENDIX I, page 11, EXHIBIT 3). Rates for the Irvine office were applied to direct labor incurred at the FDI office in San Juan.

| | Irvine Overhead | Field Overhead |
|---|---|---|
| Task Order #2 | 0.9511 | 0.6778 |
| Task Order #3 | 1.0730 | 0.7817 |
| Task Order #4 | 1.1088 | 0.8176 |
| Task Order #5 | 1.0860 | 0.8418 |
| Task Order #6 | 0.9573 | 0.7478 |
| Task Order #7 | 0.9200 | 0.7304 |
| Task Order #8 | 0.91570 | 0.7289 |

(d) SUBCONTRACTS

Design costs for subcontracts were tabulated from documentation included in FDI billings. GEA provided substantial design and engineering support to FDI throughout the entire contract period. A complete analysis of GEA costs was conducted using the timesheets that accompanied most of the GEA invoices and information provided by FDI and GEA.

The total GEA design cost is based on the relative percentage of GEA 6% direct design labor hours plus CADD hours to total GEA direct labor hours plus CADD hours charged to FDI. The total GEA costs billed are adjusted for questioned indirect cost allocations (Reference: APPENDIX I, Note (b), page 3). The total GEA design cost is the result of multiplying the adjusted billed amount by the ratio of design hours to total hours.

As with some FDI design costs in task order(s) 7 and 8, GEA incurred and charged costs for detailed design to a pre-design account as well. Again, referring to FDI's January 14, 1993 letter addressing this issue, FDI estimated GEA design costs that were incorrectly charged to a pre-design account. These costs are included in the GEA direct labor design cost computation.

The following table summarizes GEA design costs included in the 6% design fee calculation.

| | Total Design Labor & CADD Hours | Total Direct Labor Hours | Design Ratio | Adjusted Total Billings | Total GEA Design Cost |
|---|---|---|---|---|---|
| Task Order #2 | 89.5 | 2444.5 | 0.0366 | $108,789 | $ 3,983 |
| Task Order #3 | 3047.9 | 11318.0 | 0.2693 | $430,659 | 115,976 |
| Task Order #4 | 2039.0 | 15639.6 | 0.1304 | $534,271 | 69,669 |
| Task Order #5 | 1572.2 | 13739.0 | 0.1144 | $492,229 | 56,311 |
| Task Order #6 | 2561.9 | 17527.5 | 0.1462 | $695,524 | 101,686 |
| Task Order #7 | 6544.0 | 13653.6 | 0.4793 | $511,606 | 245,213 |
| Task Order #8 | 7708.1 | 13063.5 | 0.5900 | $491,599 | 290,043 |
| TOTAL | | | | | $ 882,880 |

A.C. Kirkwood provided design services during task order(s) 7 and 8. The costs included in the 6% design computation for these services was taken from invoices included in the FDI billings.

## (e) ALLOCATIONS OF KANSAS CITY OFFICE RENTAL

Design costs include a portion of Kansas City Office rental. The ratio of total Kansas City direct design labor hours plus allocated administrative labor to the total FDI Kansas City direct labor hours is applied to the total office rent invoiced for each task order. The total office rent multiplied by the design labor percentage yields the appropriate Kansas City office rent applicable to design.

The following table illustrates the computation for the allocation of Kansas City office costs.

| | KC Direct Design Hours | Admin Hours | Total Design Hours | Total Labor Hours | Design Rental Ratio | Total Office Rent | Total Design Rent |
|---|---|---|---|---|---|---|---|
| Task Order #2 | 57.0 | 114.0 | 171.0 | 11029.0 | 0.0155 | $ 20,700 | $ 321 |
| Task Order #3 | 4887.2 | 1335.2 | 6222.4 | 41770.0 | 0.1490 | 85,967 | 12,806 |
| Task Order #4 | 6354.4 | 1713.1 | 8067.5 | 103752.8 | 0.0778 | 169,108 | 13,149 |
| Task Order #5 | 15758.7 | 3939.7 | 19698.4 | 118701.4 | 0.1659 | 181,719 | 30,156 |
| Task Order #6 | 9103.4 | 1982.7 | 11086.1 | 147804.1 | 0.0750 | 236,476 | 17,737 |
| Task Order #7 | 18717.7 | 4876.0 | 23593.7 | 101976.7 | 0.2314 | 175,551 | 40,616 |
| Task Order #8 | 13408.8 | 4194.3 | 17603.1 | 94495.0 | 0.1863 | 159,762 | 29,761 |
| TOTAL | | | | | | | $144,547[d] |

## (f) GENERAL AND ADMINISTRATIVE (G&A)/ CAPITAL COST OF MONEY

The OIG used weighted average G&A and Cost of Capital rates. Using the same methodology, The Contracting Officer recalculated the rates using the final audited and approved rates. The weighted average G&A rate and Cost of Capital/G&A Base rate was applied to the sum of labor, overhead, subcontract and office rental costs. The weighted average rate for Cost of Capital/Overhead Base was applied to labor costs.

The following rates were used to calculate the total design cost. (Reference APPENDIX I, page 11, EXHIBIT 3)

| | G&A | Cost of Capital Overhead Base | Cost of Capital G&A Base |
|---|---|---|---|
| Task Order #2 | 0.1071 | 0.01094 | 0.00126 |
| Task Order #3 | 0.1067 | 0.01289 | 0.00127 |
| Task Order #4 | 0.0972 | 0.01182 | 0.00103 |
| Task Order #5 | 0.1172 | 0.01433 | 0.00099 |
| Task Order #6 | 0.1045 | 0.01257 | 0.00051 |
| Task Order #7 | 0.0982 | 0.00738 | 0.00026 |
| Task Order #8 | 0.0974 | 0.00654 | 0.00023 |

[d] Columns may not sum exactly due to rounding

34

(g) ALLOCATIONS OF FIXED FEES

Using the methodology employed by the OIG, fixed fee is allocated in the same ratios as FDI's fixed fee to total costs billed for each task order. The following table summarizes the calculation of fixed fee allocated to design costs.

| | Total Invoice | Fixed Fee Billed | Total Costs Billed | Fee Ratio | Design Costs | Design Fee |
|---|---|---|---|---|---|---|
| Task Order #2 | $1,942,387 | $136,834 | $1,805,552 | 0.0758 | $ 55,710 | $ 4,223 |
| Task Order #3 | 5,035,705 | 370,900 | 4,664,805 | 0.0795 | 936,493 | 74,451 |
| Task Order #4 | 6,338,322 | 512,000 | 5,826,322 | 0.0879 | 343,663 | 30,208 |
| Task Order #5 | 7,027,171 | 550,000 | 6,477,171 | 0.0849 | 810,016 | 68,770 |
| Task Order #6 | 9,032,834 | 796,000 | 8,236,834 | 0.0966 | 551,774 | 53,301 |
| Task Order #7 | 6,511,807 | 509,200 | 6,002,607 | 0.0848 | 1,277,524 | 108,334 |
| Task Order #8 | 6,481,653 | 520,000 | 5,961,653 | 0.0872 | 1,137,861 | 99,221 |
| TOTAL | | | | | | $438,509[e] |

2.0 DENOMINATOR

Only those sites incurring six percent charges in the numerator are included in the denominator of the 6% fraction. The denominator is the sum of the estimated cost of construction (ECC) of all sites included in the numerator.

The ECC for designs completed in task order(s) 2 through 8 are based on the March 1992 WFO Facilities Budget (exclusive of furniture), provided by FDI and budget estimates relevant to the time the design effort was actually performed. A pro-rated construction estimate was included in the denominator for those designs which started in task order 8 but were completed under the letter contract awarded by the NOAA, PGAS office.

The designs for the following twelve (12) sites were started in task order 8 but were completed under the letter contract.

| CLIN | LOCATION | CLIN | LOCATION |
|---|---|---|---|
| CA | Aberdeen, SD | GS | Midland/Odessa, TX |
| GB | Miami, FL | GW | Paducah, KY |
| GG | Missoula, MT | HE | Pueblo, CO |
| GH | Mobile, AL | HI | Reno, NV |
| GM | Nashville, TN | HY | Springfield, MO |
| GO | San Juan, PR | IQ | Wilmington, NC |

[e] Columns may not sum exactly due to rounding

35

A weighted facility cost was used to identify the extent of site design effort to be completed under the letter contract. The ratio of the weighted facility cost to the total facility cost less furniture provides the percentage of total design scheduled to be completed under the letter contract. The balance of the design effort is presumed to have been completed under contract 50WCNA606099. The ECC for these twelve sites was determined by multiplying the percentage of design completed by the ECC.

The following tables illustrate the computation of the portion of the ECC included in the denominator of the 6% fraction, for the above twelve sites.

| LOCATION | PGAS WEIGHTED FACILITY COST | ECC | PERCENTAGE OF DESIGN PGAS | TASK ORDER 8 |
|---|---|---|---|---|
| CA-Aberdeen | $ 867,423 | $1,029,400 | 0.8426 | 0.1574 |
| GB-Miami | $3,341,188 | $4,761,500 | 0.7017 | 0.2983 |
| GG-Missoula | $ 790,609 | $1,055,900 | 0.7488 | 0.2512 |
| GH-Mobile | $ 366,114 | $ 964,900 | 0.3794 | 0.6206 |
| GM-Nashville | $ 645,277 | $1,035,700 | 0.6230 | 0.3770 |
| GO-San Juan | $ 565,122 | $1,090,200 | 0.5184 | 0.4816 |
| GS-Midland | $ 772,507 | $ 909,800 | 0.8491 | 0.1509 |
| GW-Paducah | $ 699,989 | $ 974,000 | 0.7187 | 0.2813 |
| HE-Pueblo | $ 373,315 | $1,004,500 | 0.3716 | 0.6284 |
| HI-Reno | $1,570,532 | $1,624,900 | 0.9665 | 0.0335 |
| HY-Springfield | $ 563,324 | $1,121,000 | 0.5025 | 0.4975 |
| IQ-Wilmington | $ 863,743 | $ 916,700 | 0.9422 | 0.0578 |

| LOCATION | ECC | PERCENTAGE OF DESIGN TASK ORDER 8 | TASK ORDER 8 DENOMINATOR |
|---|---|---|---|
| CA-Aberdeen | $1,029,400 | 0.1574 | $ 162,028 |
| GB-Miami | $4,761,500 | 0.2983 | $1,420,355 |
| GG-Missoula | $1,055,900 | 0.2512 | $ 265,242 |
| GH-Mobile | $ 964,900 | 0.6206 | $ 598,817 |
| GM-Nashville | $1,035,700 | 0.3770 | $ 390,459 |
| GO-San Juan | $1,090,200 | 0.4816 | $ 525,040 |
| GS-Midland | $ 909,800 | 0.1509 | $ 137,289 |
| GW-Paducah | $ 974,000 | 0.2813 | $ 273,986 |
| HE-Pueblo | $1,004,500 | 0.6284 | $ 631,429 |
| HI-Reno | $1,624,900 | 0.0335 | $ 54,434 |
| HY-Springfield | $1,121,000 | 0.4975 | $ 557,698 |
| IQ-Wilmington | $ 916,700 | 0.0578 | $ 52,985 |

A list of the sites included in the denominator and the ECC for each site is provided in EXHIBIT 5, pages 17 and 18. Summing the fifty-four (54) whole and partial ECC's yields a denominator of $49,852,262.

**EXHIBIT 4**
Page 2 of 2

Site Specific Design Windows
Task Orders 1 through 8
Contract Number 50WCNA606099

| CLIN | SITE | CONTRACTING OFFICER'S DESIGN WINDOW | SOURCE | SEPTEMBER, 1994 MASTER SCHEDULE | |
|---|---|---|---|---|---|
| GG | Missoula, MT | 06/29/92 - 10/31/92 | (3) (5) | 10/06/92 - 02/26/93 | ** |
| GH | Mobile, AL | 08/13/92 - 10/31/92 | (2) (3) (5) | 08/24/92 - 12/09/92 | ** |
| GM | Nashville, TN | 09/24/91 - 10/31/92 | (3) (5) | 10/26/92 - 03/05/92 | ** |
| GO | San Juan, PR | 07/24/92 - 10/31/92 | (1) (5) | 07/24/92 - 01/14/93 | ** |
| GP | New York (Brookhaven) | 09/03/91 - 05/29/92 | (1) (3) (4) | 09/03/91 - 04/02/92 | |
| GQ | Norfolk, VA | 01/22/91 - 10/31/92 | (3) (5) | 02/06/92 - 07/30/92 | |
| GS | Midland/Odessa, TX | 09/14/92 - 10/31/92 | (3) (5) | 09/28/92 - 02/05/93 | ** |
| GW | Paducah, KY | 08/27/92 - 10/31/92 | (2) (3) (5) | 09/14/92 - 02/01/93 | ** |
| GY | Philadelphia, PA | 01/23/92 - 09/04/92 | (1) (2) (4) | 01/24/92 - 04/22/92 | |
| HB | Pittsburgh, PA | 11/15/91 - 06/17/92 | (2) (4) | 12/09/91 - 04/24/92 | |
| HD | Portland, ME | 03/02/92 - 10/31/92 | (1) (2) (3) (5) | 03/02/92 - 06/12/92 | |
| HE | Pueblo, CO | 07/27/92 - 10/31/92 | (2) (3) (5) | 08/10/92 - 12/14/92 | ** |
| HI | Reno, NV | 10/08/92 - 10/31/92 | (3) (5) | 10/16/92 - 03/17/93 | ** |
| HO | Austin/San Antonio, TX | 08/19/91 - 10/23/92 | (1) (4) | 08/19/91 - 03/30/92 | |
| HQ | Monterey, CA | 09/23/91 - 09/15/92 | (1) (3) (4) | 09/23/91 - 05/17/92 | |
| HU | Sioux Falls, SD | 09/19/91 - 06/04/92 | (1) (3) (4) | 09/20/91 - 04/15/92 | |
| HV | New Orleans, LA | 03/02/92 - 10/31/92 | (2) (3) (4) | 03/02/92 - 08/18/92 | |
| HY | Springfield, MO | 08/03/92 - 10/31/92 | (2) (3) (5) | 08/17/92 - 01/06/93 | ** |
| IE | Topeka, KS | 07/18/88 - 07/28/89 | (1) (3) (4) | 07/18/88 - 05/18/89 | |
| IP | Wichita, KS | 08/18/89 - 08/29/90 | (3) (4) | 09/12/89 - 06/27/90 | |
| IQ | Wilmington, NC | 09/28/92 - 10/31/92 | (2) (3) (5) | 10/12/92 - 03/01/93 | ** |
| TA | WSTTC | 03/16/89 - 09/07/89 | (3) | Not Listed | |

* Converted to Leased Sites ** Design completed under follow-on contract

SOURCE KEY:
(1) - Master Schedule
(2) - Date of Kick-off Letter or Site Requirements Letter
(3) - Monthly Progress Report
(4) - Solicitation Closing Date
(5) - Contract 50WCNA606099 Completion Date

**EXHIBIT 4**
Page 1 of 2

Site Specific Design Windows
Task Orders 1 through 8
Contract Number 50WCNA606099

| CLIN | SITE | CONTRACTING OFFICER'S DESIGN WINDOW | SOURCE | SEPTEMBER, 1994 MASTER SCHEDULE | |
|---|---|---|---|---|---|
| BB | Melbourne, FL | 02/12/88 - 09/13/88 | (1)(3)(4) | 02/12/88 - 07/11/88 | |
| BC | Sterling, VA | 04/14/87 - 08/24/88 | (1)(3)(4) | 05/15/87 - 05/26/88 | |
| BJ | St. Louis, MO | 01/25/88 - 09/28/88 | (1)(3)(4) | 01/25/88 - 07/25/88 | |
| CA | Aberdeen, SD | 08/27/92 - 10/31/92 | (3)(5) | 09/28/92 - 02/24/93 | ** |
| CE | Amarillo, TX | 02/27/88 - 09/15/88 | (3)(4) | 04/13/88 - 07/13/88 | |
| CK | Atlanta, GA | 07/01/92 - 11/05/92 | (1)(3) | 07/01/92 - 11/05/92 | |
| CN | Binghamton, NY | 08/22/89 - 07/26/91 | (3)(4) | 09/13/89 - 05/13/91 | |
| CO | Birmingham, AL | 07/01/91 - 05/15/92 | (2)(4) | 07/15/91 - 12/03/91 | |
| CQ | Boise, ID | 07/15/91 - 03/31/92 | (1)(3)(4) | 07/15/91 - 02/16/92 | |
| CR | Boston, MA | 09/16/91 - 02/24/92 | (1)(3) | 09/18/91 - 02/24/92 | * |
| DD | Cheyenne, WY | 10/23/91 - 05/26/92 | (1)(3)(4) | 10/23/91 - 03/26/92 | |
| DF | Chicago, IL | 04/11/90 - 09/22/90 | (3)(4) | 03/01/89 - 08/08/90 | |
| DG | Cincinnati, OH | 03/11/92 - 09/22/92 | (1)(2)(4) | 03/11/92 - 08/13/92 | |
| DI | Cleveland, OH | 02/21/92 - 09/01/92 | (2)(4) | 02/24/92 - 06/29/92 | |
| DK | Columbia, SC | 04/13/92 - 12/15/92 | (1)(2)(4) | 04/13/92 - 10/16/92 | |
| DR | Des Moines, IA | 05/08/91 - 03/24/92 | (2)(4) | 05/06/91 - 10/08/91 | |
| DS | Detroit, MI | 04/11/90 - 04/08/91 | (1)(3)(4) | 03/16/89 - 09/19/90 | |
| DT | Dodge City, KS | 02/15/88 - 09/19/88 | (1)(3)(4) | 02/15/88 - 06/27/88 | |
| EL | Goodland, KS | 02/28/88 - 09/14/88 | (3)(4) | 03/15/88 - 07/01/88 | |
| EM | Grand Island, NE | 02/17/89 - 08/23/89 | (3)(4) | 02/27/89 - 07/13/89 | |
| EQ | Great Falls MT | 10/14/91 - 04/10/92 | (1)(3) | 10/14/91 - 04/10/92 | * |
| ER | Green Bay, WI | 05/18/92 - 10/31/92 | (1)(2)(3)(5) | 05/18/92 - 10/07/92 | |
| EV | Morehead City, NC | 07/30/90 - 07/28/92 | (1)(3)(4) | 07/30/90 - 08/13/91 | |
| EY | Houston, TX | 01/30/89 - 08/29/89 | (1)(4) | 01/30/89 - 07/08/89 | |
| FB | Indianapolis, IN | 02/17/92 - 06/30/92 | (1)(3)(4) | 02/17/92 - 05/29/92 | |
| FC | Jackson, MS | 11/15/91 - 06/08/92 | (2)(3)(4) | 12/09/91 - 04/02/92 | |
| FH | Kansas City, RFC | 02/28/89 - 12/01/89 | (3)(4) | 03/06/89 - 08/01/89 | |
| FL | Knoxville, TN | 05/04/92 - 09/09/92 | (1)(3) | 05/04/92 - 09/09/92 | |
| FU | Los Angeles, CA | 09/23/91 - 06/25/92 | (1)(3)(4) | 09/23/91 - 03/25/92 | |
| FV | Louisville, KY | 10/02/90 - 04/04/91 | (1)(3)(4) | 10/02/89 - 02/08/91 | |
| GB | Miami, FL | 09/21/92 - 10/31/92 | (2)(5) | 09/21/92 - 01/19/94 | ** |
| GC | Milwaukee, WI | 03/18/88 - 09/16/88 | (1)(3)(4) | 03/18/88 - 07/15/88 | |

EXHIBIT 5
Page 1 of 2

ESTIMATED COST OF CONSTRUCTION (EEC)
DENOMINATOR

| CLIN | LOCATION | PERCENTAGE OF DESIGN COMPLETE | ESTIMATED COST OF CONSTRUCTION | DENOMINATOR |
|---|---|---|---|---|
| BB | Melbourne, FL | 100.00% | $839,200 | $839,200 |
| BC | Sterling, VA | 100.00% | $1,281,400 | $1,281,400 |
| BJ | St. Louis, MO | 100.00% | $909,400 | $909,400 |
| CA | Aberdeen, SD | 15.74% | $1,029,400 | $162,028 |
| CE | Amarillo, TX | 100.00% | $791,900 | $791,900 |
| CK | Atlanta, GA | 100.00% | $2,172,700 | $2,172,700 |
| CN | Binghamton, NY | 100.00% | $802,700 | $802,700 |
| CO | Birmingham, AL | 100.00% | $1,291,000 | $1,291,000 |
| CQ | Boise, ID | 100.00% | $1,076,600 | $1,076,600 |
| CR | Boston, MA | 100.00% | $1,843,000 | $1,843,000 |
| DD | Cheyenne, WY | 100.00% | $1,085,800 | $1,085,800 |
| DF | Chicago, IL | 100.00% | $991,600 | $991,600 |
| DG | Cincinnati, OH | 100.00% | $1,723,600 | $1,723,600 |
| DI | Cleveland, OH | 100.00% | $708,000 | $708,000 |
| DK | Columbia, SC | 100.00% | $486,800 | $486,800 |
| DR | Des Moines, IA | 100.00% | $1,125,600 | $1,125,600 |
| DS | Detroit, MI | 100.00% | $1,158,600 | $1,158,600 |
| DT | Dodge, City, KS | 100.00% | $778,200 | $778,200 |
| EL | Goodland, KS | 100.00% | $823,400 | $823,400 |
| EM | Grand Island, NE | 100.00% | $790,600 | $790,600 |
| EQ | Great Falls, MT | 100 00% | $1,235,000 | $1,235,000 |
| ER | Green Bay, WI | 100.00% | $1,228,300 | $1,228,300 |
| EV | Morehead City, NC | 100.00% | $1,074,200 | $1,074,200 |
| EY | Houston, TX | 100.00% | $681,000 | $681,000 |
| FB | Indianapolis, IN | 100 00% | $1,211,800 | $1,211,800 |
| FC | Jackson, MS | 100.00% | $709,300 | $709,300 |
| FH | Kansas City, RFC, MO | 100.00% | $1,080,900 | $1,080,900 |
| FL | Knoxville, TN | 100.00% | $936,100 | $936,100 |
| FU | Los Angeles, CA | 100.00% | $1,276,100 | $1,276,100 |
| FV | Louisville, KY | 100.00% | $871,100 | $871,100 |
| GB | Miami, FL | 29.83% | $4,761,500 | $1,420,355 |
| GC | Milwaukee, WI | 100 00% | $904,900 | $904,900 |
| GG | Missoula, MT | 25.12% | $1,055,900 | $265,242 |
| GH | Mobile, AL | 62.06% | $964,900 | $598,817 |
| GM | Nashville, TN | 37.70% | $1,035,700 | $390,459 |
| GO | San Juan, PR | 48 16% | $1,090,200 | $525,040 |
| GP | Brookhaven MY | 100.00% | $1,902,000 | $1,902,000 |

39

EXHIBIT 5
Page 2 of 2

ESTIMATED COST OF CONSTRUCTION (EEC)
DENOMINATOR

| CLIN | LOCATION | PERCENTAGE OF DESIGN COMPLETE | ESTIMATED COST OF CONSTRUCTION | DENOMINATOR |
|---|---|---|---|---|
| GQ | Norfolk, VA | 100.00% | $1,013,100 | $1,013,100 |
| GS | Midland, TX | 15.09% | $909,800 | $137,289 |
| GW | Paducah, KY | 28.13% | $974,000 | $273,986 |
| GY | Philadelphia, PA | 100.00% | $1,352,500 | $1,352,500 |
| HB | Pittsburgh, PA | 100.00% | $810,200 | $810,200 |
| HD | Portland, ME | 100.00% | $1,207,000 | $1,207,000 |
| HE | Pueblo, CO | 62.86% | $1,004,500 | $631,429 |
| HI | Reno, NV | 3.35% | $1,624,900 | $54,434 |
| HO | Austin/San Antonio, TX | 100.00% | $1,045,700 | $1,045,700 |
| HQ | Monterey, CA | 100.00% | $1,672,200 | $1,672,200 |
| HU | Sioux Falls, SD | 100.00% | $985,500 | $985,500 |
| HV | New Orleans, LA | 100.00% | $1,681,300 | $1,681,300 |
| HY | Springfield, MO | 49.75% | $1,121,000 | $557,698 |
| IE | Topeka, KS | 100.00% | $316,600 | $316,600 |
| IP | Wichita, KS | 100.00% | $655,400 | $655,400 |
| IQ | Wilmington, NC | 5.78% | $916,700 | $52,985 |
| TA | WSTC, Kansas City, MO | 100.00% | $252,200 | $252,200 |
| | TOTAL | | $61,271,000 | $49,852,262 |

40

# AWARD/CONTRACT

THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF PAGES

2. CONTRACT (Proc. Inst. Ident.) NO. 50WCNA606099

3. EFFECTIVE DATE *See Below

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. NAAW6400-700040

5. ISSUED BY CODE CC32:JA

U.S. Department of Commerce, NOAA
Central Administrative Support Center
601 East 12th Street, Room 1758, CC32:JA
Kansas City, Missouri 64106

6. ADMINISTERED BY (If other than Item 5) CODE

Same as Block No. 5

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

Fluor Technology, Inc.
3333 Michelson Drive
Irvine, California 92730

CODE | FACILITY CODE

8. DELIVERY

☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

Not Applicable

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 11

11. SHIP TO/MARK FOR CODE

DOC, NOAA, CASC
Special Engineering Program Office, Room 1836
601 E. 12th Street, Kansas City, MO 64106

12. PAYMENT WILL BE MADE BY CODE CC1

DOC, NOAA, CASC
Finance Office, Room 1760, CC1
601 E. 12th Street, Kansas City, MO 64106

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

☐ 10 U.S.C. 2304(c)( ) ☒ 41 U.S.C. 253(c)( 5 )

14. ACCOUNTING AND APPROPRIATION DATA

WA0700 8M1G31FL 2517

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Provide Project and Program Management, Architect-Engineer Design, and Construction Management and Inspection Services in support of the installation phase of the NEXRAD Program and NWSFO Design and Construction Program. Base Period is from 8/4/86 to 9/30/87. | 27141 | DPMH* | | 1,750,476.00 |
| | | | Fixed | Fee | 145,000.00 |
| | | (*Direct Productive Manhours) | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT | $1,895,476.00 |

## 16. TABLE OF CONTENTS



| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |



*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 4 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

[Stamp: CONTRACTS APPROVED] [Stamp: APPROVED LAW DEPT]

19A. NAME AND TITLE OF SIGNER (Type or print)
Sacker, Vice President
Fluor Technology, Inc.

20A. NAME OF CONTRACTING OFFICER
James J. Jiovenale

19B. NAME OF CONTRACTOR
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED
12 FEB, 1987

20B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED
*May 30, 1987

41

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE |
|---|---|---|
| | — | |

NAME OF OFFEROR OR CONTRACTOR
FLUOR TECHNOLGOY, INC., 3333 Michaelson Drive, Irvine, CA 92730

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

SF-26 BLOCK 15B (continued)

The following items are incorporated as part of the contract ---

1. RFP NWWR07000600001, dated July 11, 1986, including Amendments One and Two.

2. Fluor Proposal GA-5621, dated, July 24, 1986, including SF1411 for Base Year, Representations and Certifications, Small and Disadvantaged Business Subcontracting Plan.

3. Department of Commerce, Office of Small and Disadvantaged Business Utilization approval of Fluor Technology, Inc. Subcontracting plan.

4. Letter Contract (CAR 1352.216-76)
This contract replaces Letter Contract 50WCNA606099, dated July 29, 1986 and time extensions listed below:

(a) First Extension
(b) Second Extension
(c) Third Extension
(d) Fourth Extension
(e) Fifth Extension
(f) Sixth Extension
(g) Seventh Extension
(h) Eighth Extension
(i) Ninth Extension

5. In accordance with OSDBU approval requirement for Quarterly Sub-Contracting Report SF-295 is deleted; Semi-annual SubContracting Report SF-294 requirement remains in effect.

6. Utilization of Women-Owned Business subcontracting is deleted but purchases will be noted on Semi-Annual SubContracting Report.

7. In Part I, Section H, paragraph H.16(a) substitute CASC Contracting Officer in lieu of Dept of Energy Administrative Contracting Officer where the Dept. of Commerce is the cognizant audit agency.

8. Change effective date Amendment No. 2 to read 8/4/86.

9. ADD - FAR Clause 52.203-6 Restrictions on Subcontracter Sales To The Government (JUL 1985)

10. ADD - FAR 52.233-3 Protest After Award, Alternate I (JUNE 1985)

11. ADD - FAR 52-251-1 Government Supply Sources (APR 1984)

42

Offices and will be required for approximately one hundred seventy-two (172) RDA facilities and for approximately forty (40) microwave facilities (some of which will be collocated at RDA and WFO sites.) Additional professional service project related work may also be required of the PSC.

References to "The Government" in this SOW shall be interpreted to mean the Government or its representative as designated in writing by the Contracting Officer (CO.)

## 2. REQUIREMENTS

### 2.1 Program and Project Management and Planning

The PSC shall establish and maintain a project management organization which effectively tracks and manages the tasks required by the Architecture and Engineering and the Construction Management and Inspection sections of this SOW. The PSC shall provide program management and planning support to assure that Architect and Engineering tasks are properly time coordinated with the Government-approved NEXRAD prime contractor, RDA and microwave site development, construction and equipment delivery, and installation schedules. The program management and planning functions shall also assure that PSC provided construction inspection services are available at the appropriate times during NEXRAD prime contractor RDA and microwave site preparation, construction, and equipment installations. Program management and planning efforts by this PSC shall further assure the availability of PSC provided construction management and construction inspection services in support of construction, modification, or expansion (by other contractors) of NWS Offices. The PSC shall provide the above program management services in a manner that will fully orchestrate the availability of WFO's at a time compatible with, and in consonance with, the NEXRAD prime contractor's delivery and installation of RDA, microwave, and NEXRAD user equipment at WFO's.

The PSC shall provide program management and planning support for all Architect and Engineering tasks and for all construction management and construction inspection tasks. The PSC shall be responsible for preparing accurate and timely assessments for the Government on program status and progress. The PSC shall develop program planning, tracking systems, and cost estimating systems that will allow the Government to evaluate the effect (in time and dollars) of changes to site acquisition, design, delivery, equipment installation, site preparation, utilities extension, access road construction, WFO construction, and all other project associated tasks. The program management and planning effort must consider the effects of seasonal variations that will affect construction and installation and must develop a management and planning system that can be responsive to measure, evaluate, and report on the impact of changes requested by or required by the Government.

2.1.1 A Work Breakdown Structure (WBS) shall be prepared and used to reflect all program elements for the Architect/Engineer and

construction management and inspection phases. The WBS shall be the primary framework for integrating program planning, scheduling, and for reporting and tracking costs. A PERT/CPM Program Network (Program Network, Schedule and Graphs) or PSC proposed Government approved alternate program shall be prepared to reflect the program tasks, task duration and task interdependencies. The PSC shall establish program milestones and schedules as required to report program progress and measure PSC and program performance. Time-phased milestones and schedules shall be established for all elements of the WBS and program tasks to provide a baseline program plan. Milestones included in the program plan shall be readily verifiable with minimum requirements for subjective judgement and shall be in sufficient number to provide a number of measurable milestones during each month of contract performance.

2.1.2 The PSC shall submit for approval a Cost Allocation Report (CAR) format for services under this contract. The CAR shall be broken down by tasks, one page per task, and be in chart format composed of rows and columns. As a minimum, the costs shall include original approved funds, revised approved funds, funds expended, estimated cost to complete, and estimated cost at completion.

2.1.3 The PSC shall prepare cost estimates for construction contract packages prepared under this contract. Initial estimates shall be prepared during the early stages of the program management and planning effort. Estimates shall be prepared in such level of detail as is practical at the time the estimates are made, and shall be refined and updated as the program progresses. At no time, however, will the original estimates be allowed to lose their visibility. The original estimates will be kept visible for two reasons. The first reason is to focus attention on the original estimating task in order to assure that the estimates are as refined as possible at the time they are made. The second reason is to assure that changes in estimates will be properly justified and supported by appropriate engineering analysis. The cost estimates will be included in the management reports and will be compared to actual costs accrued throughout the life of this contract.

2.1.4 The program plan shall be prepared in such a manner that the PSC can produce progress reports in various levels of detail for use by various levels of PSC and Government management. The top level progress report will be prepared so it conveys on one page (8½" x 11") the overall project status, including real costs vs. estimated costs, real times vs. estimated times, major actions, and persons or organizations (by name) responsible for completing the actions. The lowest level reports will show levels of detail down to each individual site status (RDA, WFO, or microwave) and for each site show the major milestones and times necessary to meet overall program completion goals. The PSC shall provide copies of the progress reports to the