Contracting Officer's Technical Representative (COTR) at least monthly and at such other times as may be requested. The report format and content will be subject to approval of the COTR.

2.1.5 An initial review meeting shall be held no later than one month after award of this contract. At this meeting the PSC shall review the methods and approach for developing the plans and schedules for conduct of the work to be performed and methods of tracking each of the tasks to be managed and completed under this contract.

2.1.6 Formal Program Management Review meetings shall be conducted bimonthly. At least five (5) working days prior to each meeting, the Agenda for the meetings shall be provided by the PSC. Time-phased flows of tasks and subtasks to be performed, logical relationships among those tasks, major schedule milestones, and discussions of areas of responsibility and accomplishments of the key people assigned to the contract shall be included.

2.1.7 Program Management Reviews shall include information on contract status, with primary emphasis on schedule status and information on key events, significant accomplishments, near-term milestones, cost, problem identification and analysis, and a personal assessment of program status by the PSC's Program Manager. The PSC shall prepare the Minutes, including presentation material, of each review and shall record and track all action items.

2.1.8 A Planning Workshop shall be conducted by the PSC approximately one month after contract award. Among other things, the purpose of the workshop will be: to establish lines of communication; to resolve division of responsibilities; to fully understand the scope of work; to discuss priorities; to educate the Government concerning "lessons learned" on previous work of a similar nature; and to discuss procedures in the conduct of the contract.

2.1.9 <u>Program Technical Review Meetings</u>

Program technical review meetings shall be initially conducted at least every month and more often as required by the COTR. Technical reviews shall include a detailed review of progress against previously developed objective measures and the established master schedule. Problems shall be described, options developed for their resolution shall be identified, and proposed solutions shall be described. Other items of a technical nature shall be discussed and necessary action determined at each program technical review meeting.

The PSC shall provide a chairperson for each technical review meeting and ensure that action items assigned to the PSC during the meeting are implemented. The PSC shall distribute the

agenda at least five (5) working days prior to each meeting. The PSC shall ensure attendance of appropriate PSC personnel, shall provide all necessary clerical support (when the reviews take place at the PSC's facility,) and shall make available copies of documentation and presentation materials to conduct efficient and effective reviews. Upon request, key reports and specific supplementary materials used during formal reviews shall be provided. At each meeting appropriate PSC personnel shall be available to respond to any Government questions related to agenda subjects covered during the meeting. The PSC shall prepare the Minutes, including presentation material, of each review and shall record and track all action items.

2.1.10 Participation in Government Meetings

The PSC shall make available key program and technical personnel when requested. These personnel will attend and participate in Government required reviews, planning meetings, and similar meetings. The PSC will be required to meet and interface with the NEXRAD Joint Systems Program Office (JSPO) and the NEXRAD prime contractor in order to develop planning information and schedules.

2.1.11 Other Miscellaneous Management and Planning Matters

The PSC shall:

a) Establish methods of rapid message transmittal (letter and drawings) between the PSC, JSPO, NWS Headquarters, the NEXRAD prime contractor, and the Special Engineering Project Office (SEPO.)

b) Provide conference rooms and temporary or occasional office space for meetings and for use by the COTR or other Government employees.

c) Prepare briefing reports and visual aids (viewgraphs/slides, etc.) for use by Government Program Managers during progress reviews.

2.1.12 If required by the Government, the PSC shall assist the Government in developing plans, procedures, and schedules for decommissioning, deactivation, and removal of existing radar equipment. These plans will be developed in a manner that will be time-phased with the staffing of the WFO's and the activation and commissioning of the NEXRAD systems and equipment.

## 2.2 General Architecture and Engineering

The PSC shall provide the full range of professional services required for design and construction of new WFO's, design and construction of existing NWS Office expansions, and design and construction of existing NWS Office modifications. The design effort shall be carried out within guidelines which will be provided by the Government. The Government guidelines will include a building schematic for a base-line new WFO and will include such engineering information (drawings, etc.) as exists in the Government's files for existing offices that require expansion or modification. Government furnished guidelines will also include basic information for space requirements and relationships for various WFO operations and support functions. Using this Government furnished engineering information, base-line WFO designs and space guidelines, the PSC shall develop design drawings, construction specifications, and cost estimates for new, expanded, or modified NWS Offices. The PSC shall produce construction documents (design drawings, construction specifications, and cost estimates) at a rate and against a time schedule that will be consistent with the project management and planning developed in Section 2.1. The PSC shall provide the following services applicable to NWS Office design and construction methodology. These efforts shall be accomplished by the PSC in order to provide additional design guidance and criteria throughout the life of this contract.

2.2.1 The PSC shall accomplish market research that will consider the cost effectiveness of various construction techniques including, but not limited to, such alternatives as on-site conventional construction, modular construction using off-site fabrication, or other methods.

2.2.2 The Government will need to make decisions as to the life cycle cost of Government ownership vs. leasing of new WFO's. Accordingly, the PSC shall develop guidelines to be used on a site specific basis to aid the Government in making these decisions. The guidelines shall consider all aspects of ownership vs. leasing for an assumed life span of 20 years. When these guidelines are developed and approved, the PSC shall apply them for each new WFO and shall recommend to the Government whether it is in the Government's best interest to build and own the facility or to lease a facility built to meet the Government's needs, but owned and maintained by others.

2.2.3 The PSC shall conduct a study to determine whether economies of scale could be realized by the Government through grouping multiple construction sites under one construction contract. The possible economic advantages, as well as the possible loss of flexibility in rescheduling construction efforts or delays in procurement efforts, shall be addressed. The priority of construction efforts must necessarily be decided by the Government; thus the installation priorities may not allow construction to proceed during optimum weather conditions.

2.2.4 The PSC shall investigate and develop a projection of total telecommunications requirements (both local and long-line) for each NWS Office (new, expanded, or modified.) This projected telecommunications requirements document shall be developed by the PSC following consultation with various Government program offices whose individual needs must be considered in developing the projections. It is expected that this investigation will culminate in a set of minimum requirements for a base-line WFO with additional telecommunications needs for special programs.

2.2.5 The PSC shall investigate the various NWS office design parameters and incorporate the findings into a comprehensive design manual. This document will serve as the Government's design criteria manual for follow-up design and modification of NWS offices made necessary by future WFO's, systems installations, or programs. The outline of the manual shall be submitted to the Government early in the contract for Government comment. A draft of the manual shall be prepared shortly thereafter. Revisions to the draft shall be made yearly incorporating "lessons learned." A final edition shall be submitted to the Government near the end of the contract.

2.2.6 The PSC shall provide site development consultation services for selected NEXRAD RDA and microwave line of sight (MLOS) sites. Civil, electrical, and telecommunications engineering advice will be used by the Government to make fundamental decisions regarding the feasibility of certain sites.

2.2.7 The PSC shall prepare a Facilities Maintenance Plan based upon the common facilities characteristics of the PSC designed WFO's. The Facilities Maintenance Plan shall include, but not be limited to, engine-generator cycling and maintenance requirements, heat, ventilation and air-conditioning (HVAC) maintenance requirements, utilities maintenance needs, uninterruptible power system (UPS) maintenance needs, and similar matters.

## 2.3 Site Specific Architecture and Engineering

For each NWS Office (new, expanded, or modified) the PSC shall provide professional and technical services necessary to assure a complete and habitable WFO at least six (6) months prior to the NEXRAD prime contractor's hardware delivery and installation schedule. In addition, the Government may require earlier availability of selected WFO's in order to avoid multiple office relocations or for other reasons. The level of effort required of the PSC for each WFO shall include, but not be limited to, the following activities.

2.3.1 The PSC shall conduct site investigations and prepare site specific designs that will accommodate local environmental concerns, aesthetics, local building codes, zoning regulations, and local climate for new, expanded, or modified NWS Offices. This site specific planning and design effort shall include, but not be limited to, foundation design, building orientation, passive

solar considerations, design of facade including material and color, utilities, grading, parking, and landscaping.

The PSC shall prepare a complete design and construction package for each NWS Office specified by the Government. All of the construction documents, cost estimates, design calculations, studies, and reports shall be approved and certified by a registered architect, registered professional engineer, or certified cost engineer, as applicable, and shall be in compliance with all local, regional, state and federal regulations, standards, codes and ordinances. All topographic surveys and construction site survey control shall be performed and certified by a surveyor licensed in the state where the WFO is located.

2.3.2 The PSC shall prepare, reproduce, and distribute, record drawings and documents for each NWS Office assigned. The PSC shall file and hold these drawings and documents during this contract and shall make them available to the Government as required.

2.3.3 The PSC shall support the Government in conducting design reviews for each WFO site. The PSC shall coordinate, schedule, conduct, record, and distribute the design review minutes and incorporate the actions resulting from site specific design reviews for each NWS Office at the conceptual review meeting (15%,) preliminary (35%,) and pre-final (90%) design completion stages. The PSC shall conduct these design reviews at the SEPO office in Kansas City, Missouri, or, at the Government's option, at the PSC's offices in the Kansas City area. The preliminary (35%) and pre-final (90%) design review packages shall be provided to the Government a minimum of thirty (30) days prior to such reviews. The final (100%) design packages, with responses to all Government review comments, shall be provided to the Government for Government approval at least sixty (60) days prior to the time that the planning schedule developed in Section 2.1 requires the design package to be available for inclusion in Government prepared construction procurement bid documents. The PSC shall assist the Government in preparing construction procurement bid documents. The PSC shall provide advance notice information concerning design and construction packages for the Government's use in scheduling and coordinating release of contract bid packages.

2.3.4 The PSC shall accomplish all necessary engineering effort for completing site surveys for new, expanded, or modified NWS Offices. These site surveys shall generate the required site specific engineering information to allow design effort to proceed unimpeded. Site specific engineering surveys shall include, but not be limited to, geotechnical investigations, environmental investigations, earth resistivity information, photographic documentation, safety considerations, handicapped access information, information on local ordinances and codes,

HVAC evaluations, electrical system evaluations, plumbing system evaluations, structural integrity, roofing system evaluations, lead times necessary to allow construction contractors to obtain local construction and building permits, and all necessary information concerning extension of utilities and similar matters. At existing NWS Offices, the PSC shall verify existing record drawings furnished by the Government and update them as required to complete follow-on design.

2.3.5 The PSC shall provide professional services to support the Government throughout the design and construction phases of WFO preparation. These professional services shall include, but not be limited to, coordination of requirements of the National Oceanic and Atmospheric Administration (NOAA,) National Weather Service (NWS,) Federal Aviation Administration (FAA,) Department of Defense (DoD,) Joint Systems Program Office (JSPO,) local airport and city authorities, and others.

2.3.6 The PSC shall prepare documents, accomplish land surveys, and obtain other information including appraisals of property values, legal descriptions, names of owners, recorded easements, site maps, and such other information as may be necessary to allow the Government to obtain specified building sites through fee simple absolute purchase or such other means as will satisfy the Government's real property site acquisitions.

2.3.7 The PSC shall also assist the Government by preparing applications for securing clearances from FAA and owners for construction on or near airports and in other locations, and by providing the necessary professional investigations documentation, and preparation of applications to allow the Government to obtain easements for power, telephones, and communication cables, access roads, gas, water and sewer extensions, and similar matters.

2.3.8 The PSC shall provide assistance to the Government during the contract bid phase in such matters as advertising, pre-bid meetings, site visits, pre-qualification of bidders, and shall assist the Government in evaluating construction contract bid responses and making award recommendations prior to Government approval. Following award of a construction contract, the PSC shall assist the Government by participating in pre-construction meetings, in negotiating and processing variances as required, and by preparing change orders (including cost estimates) when necessary. The PSC shall assist the Government in negotiating change orders and resolving disputes and claims, as required. The PSC shall also (with 10-day turnaround) review, make recommendations, and prepare letters for Government approval or disapproval of all construction contractor submitted shop drawings, catalog cuts, and other required construction contractor submittals. The PSC shall also establish and maintain a file of all such submittals. The PSC shall provide procurement and logistics support service as required to coordinate

obtaining, shipping, storage, and issue of Government and construction contractor supplied material and equipment.

2.3.9 The PSC shall provide construction management and inspection services for WFO's at approved times as necessary to assure that construction is being carried out in accordance with the terms of the construction documents. The PSC shall document the results of these inspections and shall make timely recommendations to the Government of the need to issue stop orders to the Contractor for non-compliance. The PSC shall assist the Government during final inspection and in developing final inspection punch-lists. The PSC shall also assist the Government in reviewing construction contractor's requests for partial and final payments, and shall prepare letters for the COTR's signature to the contracting officer conveying information pertaining to the construction contract and payment requests.

2.3.10 The PSC shall prepare necessary applications for the Government to use in ordering the telecommunications services and shall assure that power and other utility services for the WFO's are applied for by the construction contractors. During site inspections the PSC shall assure that utility development is being carried out in a timely manner. The PSC shall identify those areas where utility installation lead-time is excessively long and shall advise the Government concerning schedule impacts.

2.4 Construction Management and Inspection

In addition to the construction management and inspection efforts discussed in Section 2.3, the PSC shall provide the same level of professional services during the NEXRAD prime contractor's RDA and microwave site construction and installation effort and for the NEXRAD prime contractor's installation of equipment at WFO's. The PSC shall assist the Government by providing review of the NEXRAD prime contractor's RDA site and microwave site construction documents, and of the NEXRAD prime contractor's equipment installation documents for installations at WFO's. The PSC shall review and comment on the above documents at the 35%, 90%, and 100% completion points and shall make necessary recommendations for changes, approvals, or disapprovals, and shall prepare letters of transmittal for the Government to forward to the NEXRAD prime contractor. In addition, the PSC shall review and comment on each submittal of the NEXRAD prime contractor's CPM/PERT schedules.

2.4.1 The PSC shall provide technical participation at pre-construction meetings, and at such other meetings as may be required.

2.4.2 The PSC shall collect information and prepare submittals to assist the Government in obtaining zoning variances and easements, when required; the PSC shall participate in zoning board

meetings as required. The PSC shall advise on and prepare change orders and cost estimates, when required.

2.4.3 The PSC shall prepare for each WFO, a package of information that will be transferred by the Government to the NEXRAD prime contractor. This package shall include information to allow the NEXRAD prime contractor to prepare WFO site specific NEXRAD equipment installation documents. The package will include, as a minimum, space layouts, air-conditioning provisions, power distribution provisions, cable routing, ground bus locations, and location of the telephone company demarcation point for leased communication lines.

2.4.4 The PSC shall provide RDA site and microwave site construction inspection in support of the Government's overall construction management effort. The PSC shall prepare an inspection schedule for Government approval that will assure timely inspection of NEXRAD prime contractor construction efforts. The schedule will identify the critical points of construction that will require inspection and approval to proceed, and will include as a minimum, pre-final and final inspections, as well as those instances where excavation work is open and where footers, re-bar, buried cable, and similar items must be inspected on site. The PSC will also assure during on-site inspections that the NEXRAD prime contractor is adhering to local, state, and federal regulations concerning personnel safety and wage rates.

2.4.5 The PSC shall provide the Government with RDA site, MLOS site(s), and User site construction cost estimates for each NEXRAD site. The cost estimates will be used as Government Cost Estimates to validate the NEXRAD prime contractor's construction costs. The estimates will also be used to negotiate change orders as actual site conditions may require. An estimate based on RDA/MLOS/User site specific Government assumptions shall be required early in the contract. An update to the estimate shall be required based on information contained in the RDA site Government furnished, "In-Depth Site Survey" reports. Revised estimates shall be prepared based on the NEXRAD prime contractor's 35%, 90%, and 100% construction documents. The original estimates, as well as the updates, shall be kept visible throughout all stages of refinement.

## 3. DELIVERABLES

### 3.1 General Information

The PSC shall provide deliverables as specified in the table on the following page.

FLUOR TECHNOLOGY, INC.
3333 MICHELSON DRIVE
IRVINE, CALIFORNIA 92730
TELEPHONE: (714) 975-2000
TELEX: 18-1625
ITT: 4720147

May 13, 1988

4600 Madison Avenue - Suite 900
Kansas City, Missouri 64112

SEPO-NEXRAD and NWS Office Development
NOAA Contract 50WCNA606099
FTI Contract 449438

Letter No. FK/NK/0287

U. S. Department of Commerce, NOAA
Central Administrative Support Center
Special Engineering Program Office
601 East 12th Street, Room 1836
Kansas City, Missouri 64106

Attention: D. M. Entrikin, COTR

Gentlemen:

TRANSMITTAL PROGRAM DOCUMENTS

Reference: Program Review, May 4-5, 1988, Kansas City, Mo.

Attached are five sets of the programmimg documents which were discussed at referenced program review and have been revised to reflect changes from the models used as the basis for those discussions.

The conference notes containing the minutes of this review will be distributed separately.

Each set of documents contains the following:

- Cost summary by fiscal year 1989 - 1994 (6 sheets)
- Cost summary FY89-94
- Summary schedule (4 bar charts)
- Engineering manpower, 28 MYR LOE
- Construction contract award schedule (3 sheets)
- Construction program by fiscal year (6 sheets)
- PSC cost estimate FY89 (3 sheets)
- PSC cost estimate FY90 (3 sheets)

Very truly yours,

K. T. Sawyer
Project Manager

KTS:sds
KTS099
Attachments (5 copies)

53

FD 004160

SD-977

5.0 Discussion:

| | | | | |
|---|---|---|---|---|
| o | 1.3 | RDA/MLOS/access | | $ 47,750,000 |
| | | MLOS 40x$75,000 | | ($ 3,000,000) |
| | | RDA 175x$250,000 | | ($ 43,750,000) |
| | | 10 unique accesses | | ($ 1,000,000) |
| o | 1.4 | PUPs | 429 | $ 7,875,000 |
| | | WFO sites | (114) | |
| | | Other sites | 315 x $25,000 | |

o 2.1 Program Management $ 5,602,000

Includes:
- Program Management
- Discipline Management
  . Cost
  . Schedule
  . Estimating
  . Construction
  . Real Estate
  . Contracting
  . Purchasing
  . Engineering

o 2.2 Real Property $ 1,193,000

Supports 4 ASCs with total of 3 manyears/year for 4 years

o 2.3 JSPO Project Management $ 5,506,000

- Costs about 10% in excess of norm
- Higher costs reflect:
  . Low constructed cost of PUPs
  . High travel
  . FAA coordination role extends beyond facilities
- Costs include: UNISYS Contract management support, PUPs coordination, FAA coordination, interface coordination JSPO, FAA, DOD, UNISYS, SEPO, ASC, NWSR, NWSH.

o 2.4 Construction Management and Inspection $ 10,454,000

- Costs higher than the customary 5% reflect:
  . travel, use of graduate engineers as inspectors (quality, ethics) and support of CASC contract administration
  . five RDA inspections at 60 sites adjacent to WFOs - follow after nine WFO inspections

54

5.0 Discussion (cont'd)

- o 2.5 General Engineering $ 2,780,000

  - Forecast based on FY88 experience activity consumed 9.4 percent of total DPMH preparing studies, evaluations, presentation materials, etc.

- o 2.6 Specific Engineering $ 13,800,000

  - Design cost experience in FY88 is less than forecast in reference

  - Pre-design work includes: site investigation and report, design narrative, topographic and geo-technical surveys and reports, and utility and telephone connection.

  - Post-design work includes: vendor data control, review, approval; manual preparation; record drawings; contract closeout

  - Coordination includes: documentation of interfaces with ASCs, Regions, NWSH, JSPO, SRI, UNISYS, SEPO, utilities, telecom companies.

Reference: LETTER FK/NK/0287 DATED MAY 13, 1988 TRANSMITTING PROGRAM DOCUMENTS DEVELOPED FOR THE MAY 4-5, 1988 WORKSHOP HELD IN KANSAS CITY.

1.0 Facilities Construction Costs ($ FY88):

| | | |
|---|---|---|
| 1.1 | WFO-UA (117-34) | $ 68,361,000 |
| 1.2 | Land (223) | $ 3,331,000 |
| 1.3 | RDA/MLOS/Site Access (175) | $ 47,750,000 |
| 1.4 | PUPs (315) (@ 25,000 EA) | $ 7,875,000 |
| 1.5 | Subtotal | $ 127,317,000 |

Estimated facilities costs do not include existing UA facilities, utilities, tie-ins, PUPs at WFOs.

2.0 PSC Costs:

| | | | |
|---|---|---|---|
| 2.1 | Program Management<br>$127,317,000 x .044 = | | $ 5,501,948 |
| 2.2 | Real Property Management | | $ 1,193,000 |
| 2.3 | JSPO Project Management Support<br>$55,625,000 x .099 = | | $ 5,506,875 |
| 2.4 | Construction Management and Inspection<br>$127,317,000 x .082 = | | $ 10,439,994 |
| 2.5 | General Architecture and Engineering<br>$127,317,000 x .022 = | | $ 2,800,974 |
| 2.6 | Specific Architecture and Engineering | | |
| | 2.6.1 WFO-UA | | |
| | Pre-design .02x$68,361,000 = | $ 1,367,220 | |
| | Design .06x$68,361,000 = | $ 4,101,660 | |
| | Post design .03x$68,361,000 = | $ 2,050,830 | |
| | Coordination .02x68,361,000 = | $ 1,367,220 | |
| | 2.6.2 RDA/MLOS/PUPs<br>Design review, estimates, coordination .02x55,625,000 = | $ 1,112,500 | |
| | 2.6.3 Contract documents .01x127,317,000 = | $ 1,273,170 | |
| | 2.6.4 Construction engineering .005x127,317,000 = | $ 636,585 | |
| | 2.6.5 Cost/Schedule/Estimating engineering .01x127,317,000 = | $ 1,273,170 | |
| | 2.6.6 Subtotal | $ 13,182,355 | 13,182,355 |
| 2.7 | Subtotal PSC | | $ 38,625,000 |
| 3.0 | SEPO Costs | | $ 720,000 |
| 4.0 | Program Costs | | $ 166,662,000 |

23MAY90.02
To: JACKT@MAIL@FDI KCMO
Cc: DONITAM@PROC@CASC,EdM@SEPO@CASC
Bcc:
From: Ronald F. Anielak@PROC@CASC
Subject: FY91 PSC Modification - Task Orders
Date: Thursday, May 24, 1990 at 1:26:21 pm CDT
Attach:
Certify: N
Forwarded by:

---

SUBJECT: PSC CONTRACT MODIFICATION,
LEVEL OF EFFORT NO. 06 (FY91) PREPARATION GUIDELINES

The proposed FY91 level of effort cost plus fixed fee term contract will be divided into eight (8) specific task orders within one contract mod.

These Task Orders will include:

1. Program Management - Labor
2. Program Management - Expenses
3. JSPO Support
4. Real Estate
5. Site Selection
6. Construction Services
7. General Engineering
8. Site Development and Engineering

Task Orders No's. 3, 4, 5, 6, and 8 will include specific sites per task or will be "site specific". That is, each Task Order will specify the sites associated with that specific task. If 20 sites are selected for construction of WFOs as an example, each site would be listed under Site Development and Engineering and again under Construction Services.Task Orders No's 1, 2, and 7 will NOT include specific sites.

Supporting documentation for individual task orders will be similar to the current documentation prepared for annual task orders and revisions.

Milestones will be established for each task order based on a schedule provided by the Government. FDI will submit monthly progress reports using the established milestone schedules. The Government will monitor progress using the established milestone schedules. The Government will conduct monthly meetings on the second Tuesday of each month to discuss progress.

FDI may continue to submit bi-monthly invoices. However costs for each task order must be segregated on the invoice into the eight task orders and will include:

1. Direct Productive Manhours per task order, except task order no. 2.
2. Costs per task order.
3. Fee per task order, except task order no. 2.

A fixed fee will be negotiated across the board for all task orders within the modification. The fee will be subdivided among the specific task orders.

A 6% fixed fee limitation will apply to design specific sub-tasks.

A contract modification will be issued on a quarterly basis and new milestones established if the milestones change regardless of what or who caused the change.

6

ONFK - 155

# FLUOR DANIEL, INC.
4600 Madison, Suite 900
Kansas City, MO 64112
(816) 561-5757

## MINUTES OF MEETING No. 1
Tuesday, June 12, 1990 10:00

Project: NEXRAD/WFO Job: NOAA

Location: CASC Bid Room
Subject : Task Order 5&6 Review

| Here Y/N | Initials | Attendee Name | Representing Name |
|---|---|---|---|
| Y | RFA | R. F. Anielak | U.S. DOC, NOAA, CASC |
| Y | DSM | D. S. Mc Cullough | U.S. DOC, NOAA, CASC |
| Y | RAR | R. A. Rusch | U.S. DOC, NOAA, SEPO |
| Y | EHM | E. H. Mische | U.S. DOC, NOAA, SEPO |
| Y | JMT | J. M. Toliver | Fluor Daniel, Inc. |
| Y | JAW | J. A. Wagner | Fluor Daniel, Inc. |
| Y | TRL | T. R. Lambert | Fluor Daniel, Inc. |
| Y | LLS | L. L. Sutton | Fluor Daniel, Inc. |

| Item | Description | Status | Initial | Due | BIC |
|---|---|---|---|---|---|
| 0001 | It was reported that negotiations with the St. Louis contractor, Wayne Roberts, had gone well. All but 2 changes were negotiated. A claim is still expected from the contractor. FDI is reviewing the statutory requirements for the claim to see if the contractor is complying. Also, we expect to pave soon at Sterling. | NEW | 12JUN90 | | LLS |
| 0002 | RFA reviewed an article from that mornings K.C. Star newspaper about the Kansas City contractor, Oppenheimer, moving to Calif. and closing their Kansas City operations. The Pleasant Hill WFO was specifically mentioned noting that it would not be complete until December 1990. The contractor will be reminded of continuing contract obligations. | NEW | 12JUN90 | | LLS |
| 0003 | JMT presented discussion papers regarding Price and Profit Limitations and Ways to Reduce "Design" Cost. Smooth copies of the papers are attached hereto. This discussion ensued in response to RFA E-mail of May 24, 1990. | NEW | 12JUN90 | | JMT |
| 0004 | JAW discussed status of the Draft Annual Work Plan for next fiscal year. On 29 Jun 90 FDI will deliver the Draft Plan including 1) Work Statement 2) Work Plan 3) Cost Estimate and a listing of personnel to perform the work. This preliminary submittal will not be broken down into 8 task orders. The breakdown will be accomplished after JSPO approves overall plan on about Aug 24, 1990. | NEW | 12JUN90 | 29JUN90 | TRL |

Prepared by: FLUOR DANIEL, INC.

Signed: [signature]
By:
Date: 15 June 1990

# PRICE & PROFIT LIMITATIONS

- **ARCHITECTURAL & ENGINEERING SERVICES**

  FAR 15.903 (d) (1) (ii)

  Price (Cost + Fee) for Designs, Plans, Drawings and Specs
  $\leq$ 6% Estimated Cost of Construction.

- **CPFF CONTRACTS**

  FAR 15.903 (d) (1) (iii)

  Fee (Profit) $\leq$ 10% Contract's Estimated Cost

---

*Example of (ii):*

WFO = $700,000
GFE = <u>$100,000</u>
$800,000 x 0.06 = $48,000 maximum for:

## DESIGNS, PLANS, SPECS, (PART 1/SECTION C)

↓
↓

**0** **15%** **100%** **ACCEPT**

0------------------------♦■■■■■■■■■■■■■■■■■■■■■■■■■■■♦------------------------------0

↑ ↑
↑ ↑

- INITIAL SITE VISITS
- TOPO/GEOTECH
- STUDIES
- STANDARDS/CRITERIA
- CONCEPTUAL WORK
- VERIFICATION OF AS-BUILT CONDITIONS
- REPRODUCTION FOR REVIEW
- MILESTONE ESTIMATES

- QA/QC
- SHOP DRAWINGS
- SUBMITTALS
- MANUALS
- AS-BUILTS

# WAYS TO REDUCE "DESIGN" COST

## CLIENT

- REDUCE NO. OF REVIEWS ON STANDARD DESIGNS
- REDUCE NO. OF REVIEWERS
- CONSOLIDATE & LIMIT COMMENTS
- STANDARDIZE FORMAT OF REVIEW PACKAGE
- REDUCE (ELIMINATE) "WHAT-IFS"

## FDI

- REVIEW & "HARDEN" MANHOUR BUDGET FOR DESIGNS
- CLEAN-UP THE MANHOUR BUDGET FOR UNIQUE DESIGNS
- HIP SHOOT ON COSTS OF REDESIGN - ie, PUT-UP OR SHUT-UP
- SEGREGATE (INSULATE) PRODUCTION DESIGNERS, ie,:
  PRODUCTION = X people
  OTHER = Y people

FDI/JMT/MG

JUNE 15, 1990

FLUOR DANIEL

October 3, 1990

SEPO-NEXRAD and NWS Office Development
NOAA Contract 50WCNA606099
FDI Contract 449458

Letter No: FK/NK/1057

U.S. Department of Commerce, NOAA
Central Administrative Support Center
Special Engineering Program Office
601 East 12th Street, Room 1836
Kansas City, Missouri 64106

Attention: Mr. Max Entrikin

Dear Max:

TASK ORDER NO. 6

Since the requirement for 6% design (A/E) is a continuing question associated with the NWS modernization, we've prepared the attached calculation which demonstrates the budgeted A/E effort associated with Task Order No. 6. You will note the forecast (all-in) A/E cost including estimated fee is 5.40% (less than 6%).

Also attached is the fully priced personnel summary for Task Order No. 6. Please note the TOWP Hourly Rate includes a 6.15% TOWP benefit adjustment over the base monthly rate. This reflects a change in FDI accounting practices. The accounting change along with new lower overhead rates have been submitted to the DOE-RL ACO for approval and a "before and after" case is attached for your information. You will note that the TOWP adjustment along with the new overhead rates are revenue neutral and have no cost impact.

Best regards,

R.B. Campbell
Project Manager

RBC:mg

Attachments

62

6 % DESIGN TEST - T.O. #6 (FY91)
BASIS: STATEMENT OF WORK SUBMITTAL, DATED 12 SEP 90, AND
1 AUG 90 EDD SCHEDULE.

DESIGN PROGRESS BASIS

| DESIGN PKGS | CONCEPTUAL | DETAIL DESIGN & SPECS | | |
|---|---|---|---|---|
| | 0 15% | 15-35% | 35-90% | 90-100% |
| | | 23% + | 65% + | 12% = 100% |

SITES IN DESIGN DURING FY91

| CLIN | SYSTEM | PR | CCE | % DES | WTD CCE $$ |
|---|---|---|---|---|---|
| CN | BINGHAMTON | 19 | 895,100 | 77% | 689,000 |
| GY | PHILADELPHIA | 20 | 923,200 | 12% | 111,000 |
| FV | MOREHEAD CITY | 21 | 901,200 | 77% | 694,000 |
| FV | LOUISVILLE | 22 | 862,800 | 35% | 302,000 |
| FB | INDIANAPOLIS | 23 | 1,001,700 | 100% | 1,002,000 |
| GO | SAN JUAN | 24 | $1,093,000 | 100% | 1,093,000 |
| HB | PITTSBURGH | 25 | 386,300 | 100% | 386,000 |
| FZ | MEMPHIS | 28 | 332,100 | 100% | 332,000 |
| DK | COLUMBIA SC | 29 | 320,500 | 100% | 321,000 |
| FC | JACKSON MS. | 30 | 324,600 | 100% | 325,000 |
| HU | SIOUX FALLS SD | 31 | 324,600 | 100% | 325,000 |
| DI | CLEVELAND | 33 | 437,300 | 94% | 411,000 |
| CT | BUFFALO | 34 | 1,132,400 | 100% | 1,132,000 |
| CR | BOSTON | 36 | 1,654,700 | 100% | 1,655,000 |
| HD | PORTLAND ME | 37 | 904,400 | 100% | 904,000 |
| GU | OMAHA | 38 | 1,007,800 | 95% | 957,000 |
| DR | DES MOINES | 39 | 903,700 | 100% | 904,000 |
| HV | NEW ORLEANS | 41 | 1,432,500 | 94% | 1,347,000 |
| DO | DALLAS | 42 | 1,467,800 | 88% | 1,292,000 |
| FW | LUBBOCK | 43 | 877,900 | 100% | 878,000 |
| GB | MIAMI | 44 | 328,000 | 72% | 236,000 |
| FT | LITTLE ROCK | 45 | 276,100 | 56% | 155,000 |
| HQ | SAN FRAN/MONTEREY | 47 | 1,350,700 | 100% | 1,351,000 |
| HS | SEATTLE | 48 | 366,900 | 39% | 143,000 |
| CQ | BOISE ID | 49 | 931,600 | 88% | 820,000 |
| FU | LOS ANGELES | 50 | 1,060,500 | 94% | 997,000 |
| DG | CINCINNATI | 51 | 1,579,600 | 56% | 885,000 |
| FP | LAKE CHARLES | 52 | 807,800 | 56% | 452,000 |
| EQ | GREAT FALLS MT | 53 | 936,300 | 23% | 215,000 |
| CO | BIRMINGHAM AL | 54 | 965,600 | 39% | 377,000 |
| HO | AUSTIN | 55 | 890,500 | 23% | 205,000 |
| CK | ATLANTA | 56 | 1,469,200 | 39% | 573,000 |
| CC | ALBUQUERQUE | 57 | 1,050,800 | 23% | 242,000 |
| DC | CHARLESTON WV | 58 | 828,300 | 17% | 141,000 |
| GE | MINNEAPOLIS | 59 | 2,188,600 | 30% | 657,000 |

02-Oct-90 RUN DATE

SIX%.WK1

| | | | | | |
|---|---|---|---|---|---|
| DN | ANCHORAGE | 60 | 1,024,000 | 88% | 901,000 |
| FL | KNOXVILLE | 61 | 873,600 | 13% | 114,000 |
| HA | FAIRBANKS | 63 | 1,795,000 | 88% | 1,580,000 |
| DD | CHEYENNE | 64 | 879,200 | 17% | 149,000 |
| GG | MISSOULA | 65 | 348,500 | 3% | 10,000 |

AVG PER SITE (40 SITES) $928,000 TOTAL $25,263,000

NOT TO EXCEED A&E COST @ $25,263,000 x 6% $1,516,000

FORECAST A&E COST FROM 1.0.6.3 PLAN = 5.40% $1,363,000

PRIORITY RECONCILIATION

| | | |
|---|---|---|
| DETROIT | 26 | DESIGN COMPLETE IN FY90 |
| PHOENIX | 27 | LEASE |
| SACRAMENTO | 32 | LEASE |
| ALBANY | 35 | LEASE |
| MILWAUKEE | 40 | DESIGN & CONSTRUCTION COMPLETE |
| RALEIGH/DURHAM | 46 | LEASE |
| RENO | 62 | CONCEPTUAL DESIGN COMPLETE IN FY91 |

64

03-Oct-90 RUN DATE

SIXZ.WK1

8

*@ENGR,*@CADD,*@ARCH
HBS@PROC,TRL@PROC

om: Terry L. Sonderup@ENGR@FDI KCMO
bject: TIMECHARGES
te: Thursday, August 15, 1991 10:34:32 CDT
tach:
rtify: N
rwarded by:

---

IERE IS QUITE A BIT OF CONFUSION REGARDING THE SCOPE DEFINITION OF AREAS 3A, , AND 34.

CKGROUND: BY CONTRACT (THE FAR'S) WE ARE REQUIRED TO PRODUCE THE DETAILED TE SPECIFIC DESIGN WITHIN A BUDGET OF 6% OF FACILITY CONSTRUCTION COST. NCEPTUAL DESIGN IS NOT INCLUDED IN THIS "6% DESIGN"; CONCEPTUAL DESIGN IS IARGED TO AREA 3A AND THIS ACTIVITY IS COMPLETED SOMETIME PRIOR TO ISSUE OF IE 35% PACKAGE. AREA 3A CHARGES INCLUDE (BUT ARE NOT LIMITED TO) ACTIVITIES JCH AS:

FLOOR PLAN DEVELOPMENT
BUILDING ELEVATIONS
PLUMBING LAYOUT
HVAC DUCTWORK LAYOUT
ELECTRICAL ONE LINE
PRELIMINARY GRADING PLANS
STRUCTURAL FRAMING PLAN

WILL BE WORKING WITH THE PROJECT ENGINEERS AND LEAD DISCIPLINE ENGINEERS TO TTER DEFINE THE BREAK POINT. UNTIL THAT TASK IS COMPLETED THE LEAD GINEERS SHOULD DIRECT THEIR TROOPS REGARDING CHARGES TO "3A".

IEA 31 IS SITE SPECIFIC (6%) DESIGN AND IS FROM COMPLETION OF "3A" UNTIL 100% CKAGE ISSUE.

IEA 34 IS FOR PRELIMINARY SITE SPECIFIC WORK SUCH AS SITE INVESTIGATIONS, O/TOPOS, AND ENGINEERING COORDINATION. ENGINEERING COORDINATION RELATES TO RLY COORDINATION ACTIVITIES SUCH AS:

INVESTIGATE UTILITY REQUIREMENTS
INVESTIGATE PERMITTING REQUIREMENTS
INVESTIGATE ZONING REQUIREMENTS

IEA 34 CHARGES ARE OUTSIDE OF THE 6% DESIGN, SO ENGINEERING COORDINATION DOES T REFER TO COORDINATION OF WORK THAT OCCURS AS PART OF YOUR DETAIL DESIGN TIVITIES (SQUAD CHECK, DESIGN REVIEWS, CLIENT COMMENTS, ETC.). THIS TOPIC LL BE DISCUSSED IN MORE DETAIL DURING THE NEXT MANHOUR REVIEW MEETING.

65

FD 000217