IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-207C<br>(Judge Block) |

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S SUMMARY JUDGMENT MOTION AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

# APPENDIX

Pl.'s App. 30 May 24, 1990, e-mail from Ron Anielak, COTR, to Jack Tolliver, FDI

Pl.'s App. 31 Declaration of James Wagner

Pl.'s App. 32 Oct. 3, 1990, letter from R.B. Campbell, FDI, to Max Entriken, SEPO

May 10, 2004