To: JACKT@MAIL@FDI KCMO
Cc: DONITAM@PROC@CASC,EdM@SEPO@CASC
Bcc:
From: Ronald F. Anielak@PROC@CASC
Subject: FY91 PSC Modification - Task Orders
Date: Thursday, May 24, 1990 at 1:26:21 pm CDT
Attach:
Certify: N
Forwarded by: Edward H. Mische@SEPO@CASC

---

Comments by: Edward H. Mische@SEPO@CASC
Forwarded to: MaxE,RonR,KenL,DaveS@jspo@w,EdM
Comments:

Forwarded for your information. The option year contract, FY91, with FDI, will have the contract tasks divided and monitored as indicated.
Ed.

-------------------------- [Original Message] -------------------------

SUBJECT: PSC CONTRACT MODIFICATION,
LEVEL OF EFFORT NO. 06 (FY91) PREPARATION GUIDELINES

The proposed FY91 level of effort cost plus fixed fee term contract will be divided into eight (8) specific task orders within one contract mod.

These Task Orders will include:

1. Program Management - Labor
2. Program Management - Expenses
3. JSPO Support
4. Real Estate
5. Site Selection
6. Construction Services
7. General Engineering
8. Site Development and Engineering

Task Orders No's. 3, 4, 5, 6, and 8 will include specific sites per task or will be "site specific". That is, each Task Order will specify the sites associated with that specific task.
If 20 sites are selected for construction of WFOs as an example, each site would be listed under Site Development and Engineering and again under Construction Services.Task Orders No's 1, 2, and 7 will NOT include specific sites.

Supporting documentation for individual task orders will be similar to the current documentation prepared for annual task

orders and revisions.

Milestones will be established for each task order based on a schedule provided by the Government. FDI will submit monthly progress reports using the established milestone schedules. The Government will monitor progress using the established milestone schedules. The Government will conduct monthly meetings on the second Tuesday of each month to discuss progress.

FDI may continue to submit bi-monthly invoices. However costs for each task order must be segregated on the invoice into the eight task orders and will include:

1. Direct Productive Manhours per task order, except task order no. 2.
2. Costs per task order.
3. Fee per task order, except task order no. 2.

A fixed fee will be negotiated across the board for all task orders within the modification. The fee will be subdivided among the specific task orders.

A 6% fixed fee limitation will apply to design specific sub-tasks.

A contract modification will be issued on a quarterly basis and new milestones established if the milestones change regardless of what or who caused the change.