FLUOR DANIEL

October 3, 1990

SEPO-NEXRAD and NWS Office Development
NOAA Contract 50WCNA606099
FDI Contract 449458

Letter No: FK/NK/1057

U.S. Department of Commerce, NOAA
Central Administrative Support Center
Special Engineering Program Office
601 East 12th Street, Room 1836
Kansas City, Missouri 64106

Attention: Mr. Max Entrikin

Dear Max:

TASK ORDER NO. 6

Since the requirement for 6% design (A/E) is a continuing question associated with the NWS modernization, we've prepared the attached calculation which demonstrates the budgeted A/E effort associated with Task Order No. 6. You will note the forecast (all-in) A/E cost including estimated fee is 5.40% (less than 6%).

Also attached is the fully priced personnel summary for Task Order No. 6. Please note the TOWP Hourly Rate includes a 6.15% TOWP benefit adjustment over the base monthly rate. This reflects a change in FDI accounting practices. The accounting change along with new lower overhead rates have been submitted to the DOE-RL ACO for approval and a "before and after" case is attached for your information. You will note that the TOWP adjustment along with the new overhead rates are revenue neutral and have no cost impact.

Best regards,

R.B. Campbell
Project Manager

RBC:mg

Attachments

6 % DESIGN TEST - T.O. #6 (FY91)
BASIS: STATEMENT OF WORK SUBMITTAL, DATED 12 SEP 90, AND
1 AUG 90 EDD SCHEDULE.

DESIGN PROGRESS BASIS

| | CONCEPTUAL | DETAIL DESIGN & SPECS | | |
|---|---|---|---|---|
| DESIGN PRGS | 0 15% | 15-35% | 35-90% | 90-100% |
| | | 23% + | 65% + | 12% = 100% |

SITES IN DESIGN DURING FY91

| CLIN | SYSTEM | PR | CCE | % DES | WTD CCE $$ |
|---|---|---|---|---|---|
| CN | BINGHAMTON | 19 | 895,100 | 77% | 689,000 |
| GY | PHILADELPHIA | 20 | 923,200 | 12% | 111,000 |
| FV | MOREHEAD CITY | 21 | 901,200 | 77% | 694,000 |
| FV | LOUISVILLE | 22 | 862,800 | 35% | 302,000 |
| FB | INDIANAPOLIS | 23 | 1,001,700 | 100% | 1,002,000 |
| GD | SAN JUAN | 24 | $1,093,000 | 100% | 1,093,000 |
| HB | PITTSBURGH | 25 | 386,200 | 100% | 386,000 |
| FZ | MEMPHIS | 28 | 332,100 | 100% | 332,000 |
| DK | COLUMBIA SC | 29 | 320,500 | 100% | 321,000 |
| FC | JACKSON MS. | 30 | 324,600 | 100% | 325,000 |
| IU | SIOUX FALLS SD | 31 | 324,600 | 100% | 325,000 |
| 41 | CLEVELAND | 33 | 437,300 | 94% | 411,000 |
| CT | BUFFALO | 34 | 1,132,400 | 100% | 1,132,000 |
| CR | BOSTON | 36 | 1,654,700 | 100% | 1,655,000 |
| HD | PORTLAND ME | 37 | 904,400 | 100% | 904,000 |
| GU | OMAHA | 38 | 1,007,800 | 95% | 957,000 |
| DR | DES MOINES | 39 | 903,700 | 100% | 904,000 |
| HV | NEW ORLEANS | 41 | 1,432,500 | 94% | 1,347,000 |
| DO | DALLAS | 42 | 1,467,800 | 88% | 1,292,000 |
| FW | LUBBOCK | 43 | 877,900 | 100% | 878,000 |
| GB | MIAMI | 44 | 328,000 | 72% | 236,000 |
| FT | LITTLE ROCK | 45 | 276,100 | 56% | 155,000 |
| HQ | SAN FRAN/MONTEREY | 47 | 1,350,700 | 100% | 1,351,000 |
| HS | SEATTLE | 48 | 366,900 | 39% | 143,000 |
| CQ | BOISE ID | 49 | 931,600 | 88% | 820,000 |
| FU | LOS ANGELES | 50 | 1,060,500 | 94% | 997,000 |
| DG | CINCINNATI | 51 | 1,579,600 | 56% | 885,000 |
| FP | LAKE CHARLES | 52 | 807,800 | 56% | 452,000 |
| EQ | GREAT FALLS MT | 53 | 936,300 | 23% | 215,000 |
| CD | BIRMINGHAM AL | 54 | 965,600 | 39% | 377,000 |
| HO | AUSTIN | 55 | 890,500 | 23% | 205,000 |
| CK | ATLANTA | 56 | 1,469,200 | 39% | 573,000 |
| CC | ALBUQUERQUE | 57 | 1,050,800 | 23% | 242,000 |
| DC | CHARLESTON WV | 58 | 828,300 | 17% | 141,000 |
| GE | MINNEAPOLIS | 59 | 2,188,600 | 30% | 657,000 |