IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC. f/k/a FLUOR DANIEL, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-207C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 14 days, to and including, July 9, 2004, within which to file defendant's reply to plaintiff's response to defendant's motion for summary judgment and supporting memorandum. Defendant's reply is currently due on June 25, 2004. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted defendant an enlargement of 29 days. Prior to filing this motion, defendant's counsel contacted plaintiff's counsel who advised that plaintiff does not object to the granting of this motion.

Despite his best efforts, agency counsel, due to professional and personal commitments, was unable to provide defendant's counsel the agency's extensive comments upon plaintiff's response until June 21, 2004, or five days before our reply brief was due. Moreover, agency counsel is away from his office until June 28, 2004.

Agency counsel's comments, and conferring with agency counsel, are important elements in preparing defendant's reply brief. Nonetheless, defendant's counsel made a good faith effort to draft and file defendant's reply brief on or before June 25, 2004. However, defendant's counsel also had to spend considerable time negotiating and drafting a settlement agreement in Gibb v. Department of the Treasury, No. 03-3274 (Fed. Cir.), and dealing with other matters concerning his caseload. Consequently, defendant's counsel has concluded that he is unable to file the Government's reply brief on or before June 25, 2004, because additional time is necessary for defendant's counsel: (1) to continue reviewing the agency's comments; (2) to be able to confer with agency counsel concerning the reply brief; (3) to continue drafting defendant's reply brief; and (4) to file defendant's reply brief with the Court. Also, defendant's counsel is also responsible for (1) drafting and filing a formal brief in Murakami v. United States, No. 04-5050 (Fed. Cir.); (2) preparing for oral argument in Killeen v. Office of Personnel Management; (3) drafting and filing pleadings in Lighting v. United States, No. 04-804C (Fed. Cl.); and (4) handling other matters concerning his caseload.

Taking the all of these matters into consideration, as well as the Fourth of July Federal holiday, defendant (1) requires 14 additional days to file its reply brief; and (2) does not

anticipate seeking any further enlargements of time for this purpose. Moreover, the requested 14 days should not add any additional time: (1) if the Court deems oral argument necessary, to the Court scheduling argument; and (2) reaching a decision in this case.

For all of these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time to, and including, July 9, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

June 24, 2004

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June 2004, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson