**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-207C<br>(Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEFING**

Pursuant to RCFC Rules 6 and 6.1, Plaintiff respectfully moves the Court for an enlargement of time to permit Plaintiff no less than an additional twenty-one (21) days until December 10, 2004 to file the supplemental briefing required by the Court's Order of September 29, 2004. Plaintiff's supplemental brief currently is due on November 19, 2004. Plaintiff has not previously requested an enlargement of time for this purpose.

This extension is necessary to permit Plaintiff to complete preparation of the supplemental briefing. Plaintiff's briefing currently is underway. However, Plaintiff requires additional time to consider the factual issues raised in the Court's questions and investigate the feasibility of developing responses to these issues. Defendant does not oppose Plaintiff's proposed extension. To the contrary, Defendant's counsel represents that he will be out of town December 8-9, 2004 and likely will request that the Court extend Defendant's deadline to January 7, 2005. Anticipating this scenario, Plaintiff simply would request that the Court require simultaneous briefings at whatever extended date the Court believes is appropriate. Plaintiff believes this is more fair and equitable since Plaintiff did not initiate by motion the issues to be briefed and it is

Plaintiff's understanding that the Court would have required simultaneous briefing but for Defendant counsel's travel schedule.

For all of the reasons set forth above, Plaintiff respectfully requests that the Court grant its motion to extend the deadline for filing its supplemental briefing by twenty-one (21) days to, and including, December 10, 2004. Plaintiff also requests that responses of both parties to be due on the same day.

Respectfully submitted,

s/ *Frank M. Rapoport*
Frank M. Rapoport
Stephen E. Ruscus

McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for Plaintiff,
Fluor Enterprises, Inc.

Dated: November 15, 2004