IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC. f/k/a FLUOR DANIEL, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-207C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a seven day enlargement of time, to and including, January 14, 2005, within which to file defendant's supplemental brief pursuant to the Court's October 29, 2004 order. Defendant's brief is currently due on January 7, 2005. This is defendant's first request for an enlargement of time for this purpose. Prior to filing this motion, defendant's counsel contacted plaintiff's counsel who: (1) advised that plaintiff did not object to the granting of this motion; and (2) requested that, because defendant's and plaintiff's supplemental briefs are to be filed simultaneously, defendant also respectfully requests that the Court enlarge plaintiff's time for filing its supplemental brief to, and including, January 14, 2005.

On December 30, 2005, agency counsel advised defendant's counsel: (1) that agency counsel, as a result of contractors insisting that, for accounting purposes, their contracts had to be in place no later than December 31, 2004, unexpectedly had to

provide legal review upon several large procurements over which he has legal oversight; (2) that, because of the holiday season, agency counsel was unable to obtain assistance in handling this unexpected increase in workload; and (3) that, because of the holiday season resulting in agency personnel being on leave, agency counsel has had difficulty in obtaining the input necessary for his comments and the drafting of defendant's supplemental brief. Consequently, despite his diligent and good faith efforts, agency counsel is unable to provide defendant's counsel with the agency's comments within a period of time that would allow defendant to file defendant's supplemental brief on or before January 7, 2005.

As with other submissions filed with the Court, agency counsel's comments and input, as well as the time necessary to confer with agency counsel, are indispensable to the filing of defendant's supplemental brief. Moreover, on January 4, 2005, defendant's counsel begins official travel to Dayton, Ohio for the purpose of preparing for depositions in Northrop Grumman, Inc. v. United States, No. 96-760C (Fed. Cl.), and will not return to his office until January 6, 2005. Defendant's counsel is also responsible for handling other matters concerning his caseload.

For all of these reasons, defendant needs seven additional days: (1) to allow agency counsel to provide defendant's counsel

the agency's for defendant's supplemental brief; (2) for defendant's counsel to review the agency's comments and incorporate those comments into a draft supplemental brief; (3) for defendant's counsel to confer with agency counsel upon the supplemental brief; (4) for defendant's counsel to put defendant's supplemental brief into final form; and (5) to allow defendant's counsel to file defendant's supplemental brief with the Court. Accordingly, defendant respectfully requests that the Court grant this motion for an enlargement of time to, and including, January 14, 2005. Further, because defendant's and plaintiff's supplemental briefs are to be filed simultaneously, defendant respectfully requests that plaintiff also be allowed to file its supplemental brief on or before January 14, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

January 3, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January 2005, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson