# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 2 |

2. AMENDMENT/MODIFICATION NO.: 56WCNA100006 Task Order
3. EFFECTIVE DATE: 10/01/90
4. REQUISITION/PURCHASE REQ. NO.: NAAW6600100015
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: CC31:RFA
U.S. Department of Commerce, NOAA
Central Administrative Support Center
601 East 12th Street, Room 1756
Kansas City, MO 64106

7. ADMINISTERED BY (If other than Item 6) — CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
Fluor Daniel, Inc.
4600 Madison Avenue, Suite 900
Kansas City, MO 64112

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO. 50-WCNA-6-06099
10B. DATED (SEE ITEM 13) May 30, 1987

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
1WA70008M2L34PS 2517 $545,400.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority) Task Order Number Six (0006) in accordance with Task Order Clause B.7 of the contract. |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This task order is issued in order to cover the interim period of October 1, 1990 through December 15, 1990, or until task order 7 through 13 can be issued.

The work to be performed during this period is a continuation of the previous task orders of the contract. The scope of work by paragraph is included as an attachment.

Estimated labor hours for this task order number 0006 is 37,500 and estimated total amount is $2,000,000.00.

This document represents partial tasking of option year four (0004) October 1, 1990, through September 30, 1991. Full tasking of the option year will occur upon completion of the DCAA audit. Estimated total amount as proposed is subject to negotiation upon completion of the

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Donita S. McCullough
Chief, Contracts Branch A

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Donita McCullough
(Signature of Contracting Officer)
16C. DATE SIGNED 10/01/90

## INSTRUCTIONS

Instructions for items other than those that are self-explanatory, are as follows:

(a) Item 1 (Contract ID Code). Insert the contract type identification code that appears in the title block of the contract being modified.

(b) Item 3 (Effective date).

(1) For a solicitation amendment, change order, or administrative change, the effective date shall be the issue date of the amendment, change order, or administrative change.

(2) For a supplemental agreement, the effective date shall be the date agreed to by the contracting parties.

(3) For a modification issued as an initial or confirming notice of termination for the convenience of the Government, the effective date and the modification number of the confirming notice shall be the same as the effective date and modification number of the initial notice.

(4) For a modification converting a termination for default to a termination for the convenience of the Government, the effective date shall be the same as the effective date of the termination for default.

(5) For a modification confirming the contracting officer's determination of the amount due in settlement of a contract termination, the effective date shall be the same as the effective date of the initial decision.

(c) Item 6 (Issued By). Insert the name and address of the issuing office. If applicable, insert the appropriate issuing office code in the code block.

(d) Item 8 (Name and Address of Contractor). For modifications to a contract or order, enter the contractor's name, address, and code as shown in the original contract or order, unless changed by this or a previous modification.

(e) Items 9, (Amendment of Solicitation No.—Dated), and 10, (Modification of Contract/Order No.—Dated). Check the appropriate box and in the corresponding blanks insert the number and date of the original solicitation, contract, or order.

(f) Item 12 (Accounting and Appropriation Data). When appropriate, indicate the impact of the modification on each affected accounting classification by inserting one of the following entries:

(1) Accounting classification ................................
Net increase $ ................................

(2) Accounting classification ................................
Net decrease $ ................................

NOTE: If there are changes to multiple accounting classifications that cannot be placed in block 12, insert an asterisk and the words "See continuation sheet".

(g) Item 13. Check the appropriate box to indicate the type of modification. Insert in the corresponding blank the authority under which the modification is issued. Check whether or not contractor must sign this document. (See FAR 43.103.)

(h) Item 14 (Description of Amendment/Modification).

(1) Organize amendments or modifications under the appropriate Uniform Contract Format (UCF) section headings from the applicable solicitation or contract. The UCF table of contents, however, shall not be set forth in this document.

(2) Indicate the impact of the modification on the overall total contract price by inserting one of the following entries:

(i) Total contract price increased by $ ..........

(ii) Total contract price decreased by $ ..........

(iii) Total contract price unchanged.

(3) State reason for modification.

(4) When removing, reinstating, or adding funds, identify the contract items and accounting classifications.

(5) When the SF 30 is used to reflect a determination by the contracting officer of the amount due in settlement of a contract terminated for the convenience of the Government, the entry in Item 14 of the modification may be limited to —

(i) A reference to the letter determination; and

(ii) A statement of the net amount determined to be due in settlement of the contract.

(6) Include subject matter or short title of solicitation/contract where feasible.

(i) Item 16B. The contracting officer's signature is not required on solicitation amendments. The contracting officer's signature is normally affixed last on supplemental agreements.

☆U.S. Government Printing Office: 1989-262-081/90223

Block 14, Description of Amendment/Modification (Continued)

audit. Any decrease in costs or fee as a result of the negotiations shall be made retroactive to October 1, 1990.

Reference is made to FAR Clause 52.232-18 entitled, "Availability of Funds" referenced at Part II, Section I.1. Funds have not been appropriated by Congress for the Department of Commerce, NOAA, for FY91 (October 1, 1990 through September 30, 1991). For the purpose of this task order, funds in the amount of $545,400.00 are available for performance through October 19, 1990.

End of Modification

**National Oceanic and Atmospheric Administration,**
Host Agency serving:
Bureau of the Census
Economic Development Administration
International Trade Administration
Minority Business Development Agency
Office of Export Enforcement
Office of the Inspector General
U.S. Travel and Tourism Administration

**U.S. DEPARTMENT OF COMMERCE**
**Central Administrative Support Center**
Federal Building, Room 1736
601 East 12th Street
Kansas City, Missouri 64106

TASK ORDER NO. 6
WORK PLAN AND AUTHORIZATION

Contract No.: 50-WCNA-6-06099
Task Order No.: 06
Work Plan date: October 1, 1990
Authorization Date: October 1, 1990

I. <u>TASK ORDER SUMMARY</u>

A. TASK DESCRIPTION: Within the limits of the Statement of Work, Part I, Section C of the contract, Fluor Daniel, Inc., (FDI) shall perform all work during FY91 as detailed in the Work Performance Description, dated October 1, 1989.

B. PERFORMANCE PERIOD AND SCHEDULE: The work described herein shall be accomplished from October 1, 1990 through December 15, 1990.

C. DELIVERABLES: The work products and scheduled delivery dates are set forth in the Work Plan.

II. <u>WORK PLAN SUMMARY</u>

A. Except as noted in the Work Plan, all work will be performed by FDI in its Kansas City, Missouri office. The technical approach to perform the work is described in Attachment A.

B. The following milestone dates apply to this task order:

Begin work . . . . . . . . . . . . . October 1, 1990

Complete Task Order . . . . . . . . December 15, 1990

C. The estimated costs to accomplish the work described herein are detailed in Attachment A. The total estimated DPMH requirement and price are:

Estimated Cost: $2,000,000.00

Estimated Direct Productive Manhours: 135,000

III. AUTHORIZATION

This task order and related attachments and exhibits thereto are issued pursuant to the provisions of clause B.7 of contract 50WCNA606099.

Effective October 1, 1990, you are authorized to proceed with the work set forth in this task order number 6. FDI is not authorized to proceed beyond the performance period of this order nor will FDI be paid for any costs incurred beyond that period unless the task order is modified by the Contracting Officer to authorize additional performance and payment.

Attachment A -
Work Performance Description 6.1 to 6.7

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.1**

TASK ORDER - NO. 06.1 PROGRAM MANAGEMENT & PLANNING - LABOR
PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.1 - PROGRAM AND PROJECT MANAGEMENT AND PLANNING (REFERENCE ARTICLE 2.1 OF THE CONTRACT).**

2.1.01 General Program Management, PSC and S/C Administration.

2.1.1.1 Quarterly status and update of PROGRAM MASTER schedule, and PROJECT LEVEL schedule. (TOTAL 4)

2.1.1.2 Twice monthly update of TASK ORDER SUMMARY schedule. (or weekly when required) (TOTAL 26)

2.1.1.3 Monthly status and update of TASK ORDER CONTROL LEVEL schedule. (TOTAL 12)

2.1.1.4 Specialty schedules - none allowed.

2.1.1.5 Draft Quarterly Task Order revisions. (TOTAL 32)

2.1.1.6 Draft Task Order No. 7. (TOTAL 1)

2.1.1.7 Maintain overall PROGRAM PLAN documents.

2.1.1.8 Monthly Program Cost Report. (TOTAL 12)

2.1.1.9 Participate in NEXRAD Outreach Committee. Attendance at six meetings allowed. TRIPS REQUIRED: 6

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.1**

2.1.1.10 Participate in FOC meetings as required. Attendance at six meetings allowed. TRIPS REQUIRED: 6

2.1.1.11 Administer Gould Evans Architects subcontract.

2.1.1.12 Administer Fluor Daniel, Inc, PSC.

2.1.02 Prepare and submit Cost Allocation Reports (CAR) Financial Progress Reports and Progress Reports. (TOTAL 12)

2.1.03 THRU 2.1.5 NOT USED...

2.1.06 Schedule and implement Program Management Review meetings. (TOTAL 6)

2.1.07 THRU 2.1.8 NOT USED...

2.1.09 Schedule and implement Program Technical Review meetings. (TOTAL 30)

2.1.10 Schedule and implement Task Order Review meetings. (TOTAL 12)

2.1.11 Miscellaneous management and planning matters.

2.1.11.01 Maintain an office in Kansas City with office space, furnishings, equipment and personnel suitable for efficient performance of the work.

2.1.11.02 Acquire supplies and equipment.

2.1.11.03 Maintain O & A Manual. (No work allowed)

2.1.11.04 Prepare briefing reports and visual aids for use by Government Program Managers during progress reviews.

2.1.12 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.2**

TASK ORDER - NO. 06.2 GENERAL ARCHITECTURE & ENGINEERING
PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.2 - GENERAL ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.2 OF THE CONTRACT)**

2.2.1 Perform specific general architectural and engineering tasks as may be required by the Contracting Officer.

- 2.2.1.1 FY90 Standard WFO design (4,550 SF).
- 2.2.1.2 DDG/EES Maintenance Specifications
- 2.2.1.3 Standard Small WFO design (3,995 SF).

2.2.2 THRU 2.2.4 NOT USED...

2.2.5 Maintain design manual (No work allowed)

2.2.6 NOT USED...

2.2.7 Develop Operations and Maintenance Manuals for completed sites (TOTAL 4).

- 2.2.7.1 NRC (JB)
- 2.2.7.2 Kansas City (FH)
- 2.2.7.3 Wichita (IP)
- 2.2.7.4 Grand Island (EM)

2.2.8 THRU 2.4.8 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.3**

TASK ORDER - NO. 06.3 SITE SPECIFIC ARCHITECTURE & ENGINEERING
PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.1 - PROGRAM AND PROJECT MANAGEMENT AND PLANNING (REFERENCE ARTICLE 2.1 OF THE CONTRACT)**

2.1.1 THRU 2.1.2 NOT USED...

2.1.3 Prepare Construction Cost Estimates (CCE) for WFO facilities, UAIB's, and roads in conjuntion with section 2.3.1. Includes maintenance of estimating data base/data retrieval system, and computer systems for estimating.

- 2.1.3.1 15% DESIGN ESTIMATES (CONCEPTUAL) (Deleted from scope).
- 2.1.3.2 35% DESIGN ESTIMATES (TOTAL 30).
- 2.1.3.3 90% DESIGN ESTIMATES (TOTAL 22).
- 2.1.3.4 100% DESIGN ESTIMATES (Deleted from scope).

2.1.4 Prepare construction schedules in conjunction with Section 2.1.3.4.

2.1.5 THRU 2.1.12 NOT USED...

**TASK 2.3 - SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.1 (a) Accomplish site specific CONCEPTUAL design and issue 15% design packages where required. Conduct ongoing review of design criteria. Participate in JSPO/SEPO/NWS review of same. Respond to requirements for technical evaluation of alternative criteria. It is not anticipated 15% design packages will be issued for standard designs.

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.3**

2.3.1(a) CONT.

| | | CONCEPT. DESIGN | 15% DESIGN PACKAGE |
|---|---|---|---|
| 2.3.1.1 | Los Angeles CA (FU) (Standard) | 100% | |
| 2.3.1.2 | Memphis TN (FZ) (Modification) | 100% | Required |
| 2.3.1.3 | Cleveland OH (DI) (Modification) | 100% | Required |
| 2.3.1.4 | Portland ME (HD) (Standard) | 100% | |
| 2.3.1.5 | Omaha NE (GU) (Standard) | 100% | |
| 2.3.1.6 | Des Moines IA (DR) (Standard) | 100% | |
| 2.3.1.7 | Sioux Falls SD (HU)(Modification) | 100% | Required |
| 2.3.1.8 | Birmingham AL (CO)(Standard) | 100% | |
| 2.3.1.9 | Atlanta GA (CK)(Unique RFC) | 100% | Required |
| 2.3.1.10 | Miami FL (GB)(Modification) | 100% | Required |
| 2.3.1.11 | Columbia SC (DK)(Modification) | 100% | Required |
| 2.3.1.12 | Buffalo NY (CT) (Standard) | 100% | |
| 2.3.1.13 | Seattle WA (HS) (Modification) | 100% | Required |
| 2.3.1.14 | Boise ID (CQ) (Standard) | 100% | |
| 2.3.1.15 | Minneapolis MN (GE)(Unique RFC) | 100% | Required |
| 2.3.1.16 | Bismarck ND (CP)(Modification) | 75% | Required |
| 2.3.1.17 | Great Falls MT (EQ)(Standard) | 100% | |
| 2.3.1.18 | Dallas TX (DO)(Unique RFC) | 100% | Required |
| 2.3.1.19 | Austin TX (HO)(Standard) | 100% | |
| 2.3.1.20 | Lubbock TX (FW)(Standard) | 100% | |
| 2.3.1.21 | Albuquerque NM (CC)(Standard) | 100% | |
| 2.3.1.22 | Reno NV (HI)(Standard) | 100% | |
| 2.3.1.23 | Cincinnati OH (DG) (Unique RFC) | 100% | Required |
| 2.3.1.24 | Missoula MT (GG) (Modification) | 100% | Required |
| 2.3.1.25 | Knoxville TN (FL) (Standard) | 100% | |
| 2.3.1.26 | Lake Charles LA (FP)(Standard) | 100% | |
| 2.3.1.27 | New Orleans LA (HV) (Unique RFC) | 100% | Required |
| 2.3.1.28 | Little Rock AR (FT) (Modification) | 100% | Required |
| 2.3.1.29 | Monterey CA (HQ) (Standard) | 100% | |
| 2.3.1.30 | Charleston WV (DC) (Standard) | 100% | |
| 2.3.1.31 | Cheyenne WY (DD) (Standard) | 100% | |
| 2.3.1.32 | Green Bay WI (ER) (3,995 SF) | 75% | |

FLUOR DANIEL
CONTRACT NO. 50WCNA606099
FLUOR CONTRACTS 449466/68

WORK PERFORMANCE DESCRIPTION
TASK ORDER 06.3

2.3.1(a) CONT.

| | | CONCEPT. DESIGN | 15% DESIGN PACKAGE |
|---|---|---|---|
| 2.3.1.33 | Pueblo CO (HE) (3,995 SF) | 50% | |
| 2.3.1.34 | Aberdeen SD (CA) (3,995 SF) | 25% | |
| 2.3.1.35 | New York City NY (GP) (Standard) | 50% | |
| 2.3.1.36 | Fairbanks AK (HA) (As req'd) | 100% | Required |
| 2.3.1.37 | Anchorage AK (DN) (As req'd) | 100% | Required |

2.3.1 (b) Accomplish site specific PRELIMINARY design, FINAL design and SIGNATURE documents (35%,90% and 100% packages).

| | | DESIGN PACKAGES | | |
|---|---|---|---|---|
| | | 35% | 90% | 100% |
| 2.3.1.38 | Pittsburgh PA (HB)(Rst Mod) | 100% | 100% | 100% |
| 2.3.1.39 | Jackson MS (FC) (Rst Mod) | 100% | 100% | 100% |
| 2.3.1.40 | Morehead City NC (EV) (Std) | | 100% | 100% |
| 2.3.1.41 | Buffalo NY (CT) (Std) | 100% | 100% | 100% |
| 2.3.1.42 | Philadelphia PA(GY)(Rst 89R) | | | 100% |
| 2.3.1.43 | Binghamton NY (CN)(89R) | | 100% | 100% |
| 2.3.1.44 | Cleveland OH (DI)(Mod) | 100% | 100% | 50% |
| 2.3.1.45 | Indianapolis IN (FB) (89R) | 100% | 100% | 100% |
| 2.3.1.46 | Louisville KY (FV) (89R) | | 35% | 100% |
| 2.3.1.47 | Charleston WV (DC) (Std) | 75% | | |
| 2.3.1.48 | Memphis TN (FZ) (Mod) | 100% | 100% | 100% |
| 2.3.1.49 | Little Rock AR (FT) (Mod) | 100% | 50% | |
| 2.3.1.50 | New Orleans LA (HV) (Uniq RFC) | 100% | 100% | 50% |
| 2.3.1.51 | Los Angeles CA (FU) (Std) | 100% | 100% | 50% |
| 2.3.1.52 | Monterey CA (HQ)(Std) | 100% | 100% | 100% |
| 2.3.1.53 | Portland ME (HD) (Std) | 100% | 100% | 100% |
| 2.3.1.54 | Omaha NE (GU)(Std) | 100% | 100% | 60% |
| 2.3.1.55 | Des Moines IA (DR) (Std) | 100% | 100% | 40% |
| 2.3.1.56 | Cheyenne WY (DD) (Std) | 50% | | |
| 2.3.1.57 | Sioux Falls SD (HU) (Mod) | 100% | 100% | 100% |
| 2.3.1.58 | Birmingham AL (CO) (Std) | 100% | 25% | |
| 2.3.1.59 | Atlanta GA (CK)(Uniq RFC) | 100% | 25% | |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.3**

2.3.1 (b) CONT.

| | | DESIGN PACKAGES | | |
|---|---|---|---|---|
| | | 35% | 90% | 100% |
| 2.3.1.60 | Miami FL (GB) (Mod) | 100% | 75% | |
| 2.3.1.61 | Columbia SC (DK) (Mod) | 100% | 100% | 100% |
| 2.3.1.62 | Seattle WA (HS) (Mod) | 100% | 25% | |
| 2.3.1.63 | Boise ID (CQ) (Std) | 100% | 100% | |
| 2.3.1.64 | Minneapolis MN (GE) (Uniq RFC) | 100% | 10% | |
| 2.3.1.65 | Great Falls MT (EQ)(Std) | 100% | | |
| 2.3.1.66 | Dallas TX (DO) (Uniq RFC) | 100% | 100% | |
| 2.3.1.67 | Austin TX (HO) (Std) | 100% | | |
| 2.3.1.68 | Lubbock TX (FW) (Std) | 100% | 100% | 100% |
| 2.3.1.69 | Albuquerque NM (CC) (Std) | 100% | | |
| 2.3.1.70 | Cincinnati OH (DG) (Uniq RFC) | 100% | 50% | |
| 2.3.1.71 | Missoula MT (GG) (Mod) | 10% | | |
| 2.3.1.72 | Knoxville TN (FL) (Std) | 50% | | |
| 2.3.1.73 | Lake Charles LA (FP) (Std) | 100% | 50% | |
| 2.3.1.74 | Fairbanks AK (HA)(As req'd) | 100% | 100% | |
| 2.3.1.75 | Anchorage AK (DN)(As req'd) | 100% | 100% | |

2.3.2 Produce As-Built drawings for completed sites (5 sites).

- 2.3.2.1 NRC (JB)
- 2.3.2.2 Kansas City MO (FH)
- 2.3.2.3 Wichita KS (IP)
- 2.3.2.4 Grand Island NE (EM)
- 2.3.2.5 Houston TX (EY)

2.3.3 Design package submittals and reviews for WFO's to support Section 2.3.1 above.

2.3.4 Accomplish site investigations and complete site investigation packages in support of A/E design: (TOTAL 35). Prepare, issue, administer subcontracts for and accomplish TOPO surveys (TOTAL 24), geotechnical surveys (TOTAL 29), laboratory testing and engineering coordination to support 2.3.1 (a) above. TRIPS REQUIRED: 55

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.3**

2.3.4 CONT.

| | | INVESTIGATE | TOPO | GEOTECH |
|---|---|---|---|---|
| 2.3.4.1 | Aberdeen SD (CA) | x | | x |
| 2.3.4.2 | Albuquerque NM (CC) | x | x | x |
| 2.3.4.3 | Atlanta GA (CK) | x | x | x |
| 2.3.4.4 | Austin TX (HO) | x | x | x |
| 2.3.4.5 | Birmingham AL (CO) | x | x | x |
| 2.3.4.6 | Bismarck ND (CP) | x | | |
| 2.3.4.7 | Boise ID (CQ) | | | x |
| 2.3.4.8 | Brownsville TX (CS) | | x | x |
| 2.3.4.9 | Buffalo NY (CT) | x | x | x |
| 2.3.4.10 | Charleston WV (DC) | x | x | x |
| 2.3.4.11 | Cincinnati OH (DG) | x | | x |
| 2.3.4.12 | Cleveland OH (DI) | x | | |
| 2.3.4.13 | Columbia SC (DK) | x | | |
| 2.3.4.14 | Dallas TX (DO) | x | x | x |
| 2.3.4.15 | Des Moines IA (DR) | | | x |
| 2.3.4.16 | Glasgow MT (EK) | | x | |
| 2.3.4.17 | Great Falls MT (EQ) | x | x | x |
| 2.3.4.18 | Green Bay WI (ER) | x | | x |
| 2.3.4.19 | Jackson MS (FC) | x | | |
| 2.3.4.20 | Knoxville TN (FL) | x | x | x |
| 2.3.4.21 | Lake Charles LA (FP) | x | x | x |
| 2.3.4.22 | Little Rock AR (FT) | x | | |
| 2.3.4.23 | Lubbock TX (FW) | x | x | x |
| 2.3.4.24 | Miami FL (GB) | x | | |
| 2.3.4.25 | Minneapolis MN (GE) | x | x | x |
| 2.3.4.26 | Missoula MT (GG) | x | | |
| 2.3.4.27 | Monterey CA (HQ) | x | x | x |
| 2.3.4.28 | Nashville TN (GM) | x | x | x |
| 2.3.4.29 | New Orleans (HG) | x | x | x |
| 2.3.4.30 | New York NY (GP) | x | x | x |
| 2.3.4.31 | Norfolk VA (GQ) | x | | x |
| 2.3.4.32 | Omaha NB (GU) | | | x |
| 2.3.4.33 | Paducah KY (GW) | | x | |

FLUOR DANIEL
CONTRACT NO. 50WCNA606099
FLUOR CONTRACTS 449466/68

WORK PERFORMANCE DESCRIPTION
TASK ORDER 06.3

2.3.4 CONT.

| | | INVESTIGATE | TOPO | GEOTECH |
|---|---|---|---|---|
| 2.3.4.34 | Pittsburgh PA (HB) | x | | |
| 2.3.4.35 | Portland ME (HD) | x | x | x |
| 2.3.4.36 | Pueblo CO (HE) | x | x | x |
| 2.3.4.37 | Reno NV (HI) | x | x | x |
| 2.3.4.38 | Riverton WY (FQ) | | x | |
| 2.3.4.39 | Seattle WA (HS) | x | | |
| 2.3.4.40 | Sioux Falls SD (HU) | x | | |
| 2.3.4.41 | Springfield MO (HY) | x | x | x |
| 2.3.4.42 | Wilmington NC (IQ) | x | | x |

2.3.5 THRU 2.4.8 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.4**

TASK ORDER - NO. 06.4 ECONOMIC ANALYSIS
PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.2 - GENERAL ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.2 OF THE CONTRACT)**

2.2.1 NOT USED...

2.2.2 Prepare economic analysis packages as necessary to satisfy the NWS/IG Memorandum of Understanding for the following sites (TOTAL 62). Assumes requirements letters will be available from NWS to support scheduled real estate acquisition and site design. TRIPS REQUIRED: 15

| | | SITE SURVEY | |
|---|---|---|---|
| | | Required | Not Required |
| 2.2.2.1 | Lake Charles LA (FP) | x | |
| 2.2.2.2 | Roanoke VA (HJ) | x | |
| 2.2.2.3 | Quad Cities IA (HF) | | x |
| 2.2.2.4 | Central Illinois IL (HZ) | x | |
| 2.2.2.5 | Alpena MI (CD) | | x |
| 2.2.2.6 | Shreveport LA (HT) | x | |
| 2.2.2.7 | Nashville TN (GM) | x | |
| 2.2.2.8 | Sacramento CA (HL) | | x |
| 2.2.2.9 | Eureka CA (EC) | | x |
| 2.2.2.10 | San Diego CA (HP) | x | |
| 2.2.2.11 | Aberdeen SD (CA) | | x |
| 2.2.2.12 | Rapid City SD (HH) | x | |
| 2.2.2.13 | Tampa Bay FL (IC) | x | |
| 2.2.2.14 | Mobile AL (GH) | x | |
| 2.2.2.15 | Jacksonville FL (FD) | x | |
| 2.2.2.16 | Tallahassee FL (IB) | x | |
| 2.2.2.17 | Charleston SC (DB) | x | |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.4**

2.2.2 CONT.

| | | Required | Not Required |
|---|---|---|---|
| 2.2.2.18 | Pocatello ID (HW) | | x |
| 2.2.2.19 | Spokane WA (HX) | x | |
| 2.2.2.20 | Medford OR (FY) | x | |
| 2.2.2.21 | Duluth MN (DV) | x | |
| 2.2.2.22 | Fargo ND (EE) | x | |
| 2.2.2.23 | El Paso TX (EA) | x | |
| 2.2.2.24 | Glasgow MT (EK) | | x |
| 2.2.2.25 | Corpus Christi TX (DM) | x | |
| 2.2.2.26 | San Angelo TX (HN) | | x |
| 2.2.2.27 | Midland TX (GS) | x | |
| 2.2.2.28 | Las Vegas NV (FR) | | x |
| 2.2.2.29 | Tuscon AZ (IG) | x | |
| 2.2.2.30 | Flagstaff AZ (EF) | | x |
| 2.2.2.31 | Elko NV (IR) | | x |
| 2.2.2.32 | Memphis TN (FZ) | x | |
| 2.2.2.33 | Jackson MS (FC) | | x |
| 2.2.2.34 | Sioux Falls SD (HU) | x | |
| 2.2.2.35 | Albany NY (CB) | x | |
| 2.2.2.36 | Portland ME (HD) | x | |
| 2.2.2.37 | Omaha NE (GU) | x | |
| 2.2.2.38 | Des Moines IA (DR) | x | |
| 2.2.2.39 | New Orleans LA (HV) | x | |
| 2.2.2.40 | Dallas/Ft.Worth TX (DO) | | x |
| 2.2.2.41 | Lubbock TX (FW) | x | |
| 2.2.2.42 | Miami FL (GB) | x | |
| 2.2.2.43 | Raleigh NC (HG) | x | |
| 2.2.2.44 | Seattle WA (HS) | x | |
| 2.2.2.45 | Boise ID (CQ) | x | |
| 2.2.2.46 | Cincinnati OH (DG) | | x |
| 2.2.2.47 | Great Falls MT (EQ) | x | |
| 2.2.2.48 | San Antonio TX (HO) | x | |
| 2.2.2.49 | Albuquerque NM (CC) | | x |
| 2.2.2.50 | Minneapolis MN (GE) | x | |
| 2.2.2.51 | Knoxville TN (FL) | | x |
| 2.2.2.52 | Reno NV (HI) | x | |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.4**

| 2.2.2 CONT. | | Required | Not Required |
|---|---|---|---|
| 2.2.2.53 | Cheyenne WY (DD) | | x |
| 2.2.2.54 | Salt Lake City UT (HM) | x | |
| 2.2.2.55 | Bismarck ND (CP) | x | |
| 2.2.2.56 | New York City NY (GP) | x | |
| 2.2.2.57 | Portland OR (HC) | x | |
| 2.2.2.58 | Puerto Rico (GO) | x | |
| 2.2.2.59 | Anchorage AK (DN) | x | |
| 2.2.2.60 | Fairbanks AK (HA) | x | |
| 2.2.2.61 | Honolulu HI | x | |
| 2.2.2.62 | Sitka (Juneau)AK (ID) | x | |

2.2.3 THRU 2.4.8 NOT USED.. .

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.5**

TASK ORDER - NO. 06.5 CONTRACTING, CONSTRUCTION MANAGEMENT & INSPECTION

PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.3 – SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.1 THRU 2.3.7 NOT USED...

2.3.8 Provide assistance to the government in contracting matters.

2.3.8.1 Assist the government in administering Government Furnished Equipment (GFE) requirements contracts. Prepare and source GFE contract for fuel tanks.

2.3.8.1.1 Furniture GFE
2.3.8.1.2 DDG GFE
2.3.8.1.3 EES GFE
2.3.8.1.4 HVAC GFE
2.3.8.1.5 Signs GFE
2.3.8.1.6 Source Fuel Tank GFE

2.3.8.2 Prepare and issue construction contracts in conjunction with Task Order No. 06.3 Section 2.3.1 (TOTAL 16). TRIPS REQUIRED: 12

2.3.8.2.1 Detroit (8A) (DS)
2.3.8.2.2 Chicago (DF)
2.3.8.2.3 Morehead City (EV)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.5**

2.3.8.2 CONT.

| | |
|---|---|
| 2.3.8.2.4 | Buffalo (CT) |
| 2.3.8.2.5 | Binghamton (CN) |
| 2.3.8.2.6 | Indianapolis (FB) |
| 2.3.8.2.7 | Jackson (Partial) (FC) |
| 2.3.8.2.8 | Omaha (GU) |
| 2.3.8.2.9 | Des Moines (DR) |
| 2.3.8.2.10 | Louisville (FV) |
| 2.3.8.2.11 | Memphis (Partial) (FZ) |
| 2.3.8.2.12 | Lubbock (Partial) (FW) |
| 2.3.8.2.13 | NRC (JB) |
| 2.3.8.2.14 | Pittsburgh (Partial) (HB) |
| 2.3.8.2.15 | Philadelphia (GY) |
| 2.3.8.2.16 | Portland ME (HD) |

2.3.8.3 Provide construction management, review of vendor submittals, review of lessor submittals and contract administration services as required for 19 projects.

| | |
|---|---|
| 2.3.8.3.1 | Binghamton (CN) |
| 2.3.8.3.2 | Buffalo (CT) |
| 2.3.8.3.3 | Chicago (DF) |
| 2.3.8.3.4 | Detroit 8A (DS) |
| 2.3.8.3.5 | Grand Island (EM) |
| 2.3.8.3.6 | Indianapolis (FB) |
| 2.3.8.3.7 | Kansas City (FH) |
| 2.3.8.3.8 | Louisville (FV) |
| 2.3.8.3.9 | Morehead City (EV) |
| 2.3.8.3.10 | NRC (JB) |
| 2.3.8.3.11 | Philadelphia (GY) |
| 2.3.8.3.12 | Wichita (IP) |
| 2.3.8.3.13 | Tulsa (LEASE) (IH) |
| 2.3.8.3.14 | State College (LEASE) (EU) |
| 2.3.8.3.15 | Phoenix (LEASE) (GZ) |
| 2.3.8.3.16 | Sacramento (LEASE) (HL) |
| 2.3.8.3.17 | Albany (LEASE) (CB) |
| 2.3.8.3.18 | Boston (LEASE) (CR) |

FLUOR DANIEL
CONTRACT NO. 50WCNA606099
FLUOR CONTRACTS 449466/68

WORK PERFORMANCE DESCRIPTION
TASK ORDER 06.5

2.3.8.3 CONT.
2.3.8.3.19 Raleigh/Durham (LEASE) (HG)

2.3.8.4 Validate contractor payment requests and construction progress.

2.3.8.5 Maintain cost report for recording and reporting contractors cost status (TOTAL 12).

2.3.8.6 Assist in the prevention and resolution of disputes and claims.

2.3.8.7 Assist in negotiating change orders.

2.3.8.8 Review contractors schedules for compliance to contract requirements.

2.3.8.9 Provide Contract Administration Services.

2.3.8.10 Prepare and administer furniture storage, delivery and installation contracts (TOTAL 5).

2.3.8.10.1 Kansas City (FH)
2.3.8.10.2 Wichita (IP)
2.3.8.10.3 Grand Island (EM)
2.3.8.10.4 Tulsa (IH)
2.3.8.10.5 Chicago (DF)

2.3.8.11 <u>LEASE ADMINISTRATION</u>(Competitive Sites)-Administer the lease contracts for leases at competitive locations. This will include discussions with lessor, building contractor, and architect to clarify lease terms on requirements; and review of schedules and progress (TOTAL 8) TRIPS REQUIRED: 16

2.3.8.11.1 Albany NY (CB)
2.3.8.11.2 Boston MA (CR)
2.3.8.11.3 Norman Training OK (AA)
2.3.8.11.4 Phoenix AZ (GZ)
2.3.8.11.5 Raleigh NC (HG)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.5**

2.3.8.11 CONT.

- 2.3.8.11.6 Roanoke VA (HJ)
- 2.3.8.11.7 State College PA (EU)
- 2.3.8.11.8 Sacramento CA (HL)

2.3.8.12 Conduct post construction conference (6 TOTAL). TRIPS REQUIRED:12

- 2.3.8.12.1 NRC
- 2.3.8.12.2 Kansas City MO
- 2.3.8.12.3 Wichita KS
- 2.3.8.12.4 Grand Island NE
- 2.3.8.12.5 Houston TX
- 2.3.8.12.6 Chicago IL

2.3.9 Provide construction management and inspection services.

2.3.9.1 Provide construction management and inspection services for 18 projects. TOTAL 76 inspections, 59 contractor invoices. TRIPS REQUIRED: 84

- 2.3.9.1.1 Kansas City (FH)
- 2.3.9.1.2 Wichita (IP)
- 2.3.9.1.3 Tulsa (LEASE) (IH)
- 2.3.9.1.4 Grand Island (EM)
- 2.3.9.1.5 State College (LEASE)(EU)
- 2.3.9.1.6 Binghamton (CN)
- 2.3.9.1.7 Philadelphia (GY)
- 2.3.9.1.8 Morehead City (EV)
- 2.3.9.1.9 Louisville (FV)
- 2.3.9.1.10 Indianapolis (FB)
- 2.3.9.1.11 Chicago (DF)
- 2.3.9.1.12 Detroit (DS)
- 2.3.9.1.13 Buffalo (CT)
- 2.3.9.1.14 Boston (LEASE) (CR)
- 2.3.9.1.15 Albany (LEASE)(CB)
- 2.3.9.1.16 Raleigh (LEASE)(HG)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.5**

2.3.9.1 CONT.

2.3.9.1.17 Phoenix (LEASE)(GZ)
2.3.9.1.18 Sacramento (LEASE)(HL)

2.3.9.2 Compliance inspection and coordinations.

2.3.9.3 Final inspection and acceptance.

2.3.9.4 Validate contractor payment requests and construction progress.

2.3.9.5 Review contractors schedules for compliance to program requirements.

2.3.9.6 Coordinate construction contract interfaces.

2.3.9.7 Construction project administration.

2.3.10 THRU 2.4.8 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.6**

TASK ORDER - NO. 06.6 REAL PROPERTY ACQUISITION
PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.3 - SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.6 Perform market surveys, prepare documents, negotiate terms, accomplish land surveys, and obtain other information including appraisals of property values, legal descriptions, names of owners, recorded easements, site maps, zoning clearances, and other information necessary to allow the Government to obtain specified building sites.

2.3.6.1 Assist the government in selection of sites to be acquired.

2.3.6.2 Assist SEPO in preparation of Congressional responses.

2.3.6.3 Assist ASC's on drafting deeds.

2.3.6.4 Assist ASC's on title restrictions resolution.

2.3.6.5 Assist SEPO on interpreting utility tie-in fees and permits.

2.3.6.6 Assist SEPO in the preparation of courtesy review permit package submissions.

2.3.6.7 Assist SEPO in coordinating real estate environmental issues with SRI.

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.6**

2.3.6.8 FEE SIMPLE PURCHASE - Purchase land from private sources for construction by the Government of WFO facilities (TOTAL 4). TRIPS REQUIRED: 10

- 2.3.6.8.1 Eureka CA WFO (EC)
- 2.3.6.8.2 Los Angeles CA WFO (FU)
- 2.3.6.8.3 Minneapolis MN WFO/RFC (GE)
- 2.3.6.8.4 Yuma AZ WFO (Partial) (IT)

2.3.6.9 LEASES- Develop new leases for special purpose facility space (WFO) (TOTAL 7). TRIPS REQUIRED: 17

- 2.3.6.9.1 Albany NY WFO (CB)
- 2.3.6.9.2 Phoenix AZ WFO (GZ)
- 2.3.6.9.3 Raleigh NC WFO (HG)
- 2.3.6.9.4 Roanoke VA WFO (HJ)
- 2.3.6.9.5 State College PA WFO/RFC (EU)
- 2.3.6.9.6 Tulsa OK WFO/RFC (IH)
- 2.3.6.9.7 Boston MA WFO/RFC (CR)

2.3.6.10 AAIA LEASES- Obtain no-cost leases for use of airport property under the Airport and Airways Improvement Act (AAIA) (TOTAL 5). TRIPS REQUIRED: 12

- 2.3.6.10.1 Charleston SC WFO (DB)
- 2.3.6.10.2 Cheyenne WY WFO (DD)
- 2.3.6.10.3 Dallas TX WFO/RFC/UA/RDA (DO)
- 2.3.6.10.4 Portland OR WFO/RFC (HC)
- 2.3.6.10.5 Pueblo CO WFO (HE)

2.3.6.11 MEMORANDUM OF AGREEMENT- Develop agreements for use of public domain under the control of another Government Agency (TOTAL 3). TRIPS REQUIRED: 7

- 2.3.6.11.1 Elko NV WFO (IR)
- 2.3.6.11.2 Missoula MT WFO (Partial) (GG)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.6**

2.3.6.11 CONT.

2.3.6.11.3 Medford OR WFO (Partial) (FY)

2.3.6.12 Prepare, issue and administer subcontracts for plats of survey (TOTAL 17), appraisals (TOTAL 20), title insurance (TOTAL 10) and tower analysis (TOTAL 5) as required to support real estate actions.

2.3.6.13 Develop monthly NEXRAD Real Estate Report (TOTAL 12)

2.3.6.14 Provide real estate administration and coordination support. TRIPS REQUIRED: 9

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

TASK ORDER - NO. 06.7 JSPO SUPPORT
PERFORMANCE PERIOD: OCTOBER 1, 1990 - SEPTEMBER 30, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1991...

STATEMENT OF WORK:

**TASK 2.2 - GENERAL ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.2 OF THE CONTRACT)**

2.1.1 THRU 2.2.5 NOT USED...

2.2.6 Assist the JSPO with the preparation, review, and coordination with UNISYS of PUP survey packages (TOTAL 65). TRIPS REQUIRED: 65

| | |
|---|---|
| 2.2.6.1 | Eglin AFB (Partial) (BH) |
| 2.2.6.2 | JAX (Jacksonville) ARTCC (Partial) (BH) |
| 2.2.6.3 | Kansas City ARTCC (Partial) (BJ) |
| 2.2.6.4 | San Angelo WFO SUP #1 (DW) |
| 2.2.6.5 | Navpol/Andrews (Partial) (ASS) |
| 2.2.6.6 | FAA Flow Control (Partial) (NONA) |
| 2.2.6.7 | Denver ARTCC (DQ) |
| 2.2.6.8 | Denver WFO (RPGOP) (DQ) |
| 2.2.6.9 | Keesler AFB OPS Training (Partial) (TB) |
| 2.2.6.10 | Andersen AFB GUAM (Partial) (CG) |
| 2.2.6.11 | Navocan/JTWC/AGANA (Partial) (CG) |
| 2.2.6.12 | Agana (Partial) (CG) |
| 2.2.6.13 | San Juan PR (GO) |
| 2.2.6.14 | Kansas City RFC (FH) |
| 2.2.6.15 | Whiteman AFB (Partial) (FH) |
| 2.2.6.16 | Kansas City WFO (RPGOP) (FH) |
| 2.2.6.17 | McConnell AFB (Partial) (IP) |
| 2.2.6.18 | Wichita WFO (IP) |
| 2.2.6.19 | Fort Riley (Partial) (IE) |

FLUOR DANIEL
CONTRACT NO. 50WCNA606099
FLUOR CONTRACTS 449466/68

WORK PERFORMANCE DESCRIPTION
TASK ORDER 06.7

2.2.6 CONT.

2.2.6.20 Topeka WFO (IE)
2.2.6.21 Tulsa WFO (IH)
2.2.6.22 Memphis ARTCC (IH)
2.2.6.23 Goodland WFO (EL)
2.2.6.24 Clark AB PI (Partial) (DH)
2.2.6.25 Nas Cubi PT (Partial) (DH)
2.2.6.26 Grand Island NE (EM)
2.2.6.27 Minneapolis ARTCC (EM)
2.2.6.28 Offutt AFGWC (NONA)
2.2.6.29 Amarillo WFO (CE)
2.2.6.30 Albuquerque ARTCC (CE)
2.2.6.31 Harrisburg RFC (EU)
2.2.6.32 State College (EU)
2.2.6.33 Binghamton WFO (CN)
2.2.6.34 Philadelphia WFO (GY)
2.2.6.35 NAS Willow Grove (Partial) (GY)
2.2.6.36 McGuire AFB (Partial) (GY)
2.2.6.37 National Met Center #2 (Partial) (NONA)
2.2.6.38 Kunsan AB KOREA (Partial) (FM)
2.2.6.39 Dover AFB (Partial) (DU)
2.2.6.40 Charleston WV WFO (DC)
2.2.6.41 Cincinnati RFC (DC)
2.2.6.42 Louisville WFO (FV)
2.2.6.43 Indianapolis WFO (FB)
2.2.6.44 Indianapolis RFC (FB)
2.2.6.45 Chicago WFO (DF)
2.2.6.46 Chicago ARTCC (DF)
2.2.6.47 Pittsburgh WFO (HB)
2.2.6.48 Cleveland ARTCC (HB)
2.2.6.49 Detroit WFO (DS)
2.2.6.50 Selfridge ANGB (Partial) (DS)
2.2.6.51 Camp Humphreys ROK (Partial) (CV)
2.2.6.52 Osan AB (Partial) (CV)
2.2.6.53 Yongsan (Partial) (CV)
2.2.6.54 Suwon (Partial) (CV)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.2.6 CONT.

2.2.6.55 CP Casey (Partial) (CV)
2.2.6.56 Cleveland WFO (DI)
2.2.6.57 Memphis WFO (FZ)
2.2.6.58 Eaker AFB (Partial) (FZ)
2.2.6.59 NAS Memphis (FZ)
2.2.6.60 Birmingham WFO (DX)
2.2.6.61 Fort Benning (Partial) (DX)
2.2.6.62 Maxwell AFB (Partial) (DX)
2.2.6.63 Atlanta ARTCC (DX)
2.2.6.64 Little Rock WFO (FT)
2.2.6.65 Little Rock AFB (Partial) (FT)

2.2.7 NOT USED...

2.2.8 Provide NEXRAD Engineering support. TRIPS REQUIRED: 12 domestic plus 2 overseas

2.2.8.1 NRC Maintenance Facility Tech Requirements
2.2.8.2 RDA Preliminary Conceptual Design - Remote Mountains
2.2.8.3 RDA Preliminary Conceptual Design - Europe DOD Sites
2.2.8.4 RDA Preliminary Conceptual Design - Vance AFB Demolition
2.2.8.5 RDA Preliminary Conceptual Design - General
2.2.8.6 RDA Preliminary Conceptual Design - Pacific DOD Sites
2.2.8.7 FAA Project Management and Engineering Support
2.2.8.8 General Nexrad Engineering CAD Support

**TASK 2.3 - SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.1 THRU 2.3.4 NOT USED...

2.3.5 Provide general support to JSPO for the NEXRAD program. TRIPS REQUIRED: 40

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.3.5.1 Maintain NEXRAD schedules, prepare and monitor Government contract deliverables and monitor UNISYS Contract Deliverables.

2.3.5.2 Provide JSPO assistance with contract management meetings.

2.3.5.3 Attend UNISYS management meetings.

2.3.6 NOT USED...

2.3.7 Utility coordination for RDA and user sites(TOTAL 41).

2.3.7.1 Bannister MNTC Depot (JB)
2.3.7.2 Denver (DQ)
2.3.7.3 Keesler AFB (IB)
2.3.7.4 Andersen AFB (CG)
2.3.7.5 San Juan PR (GO)
2.3.7.6 Kansas City (FH)
2.3.7.7 Wichita (IP)
2.3.7.8 Topeka (IE)
2.3.7.9 Tulsa (IH)
2.3.7.10 Goodland (EL)
2.3.7.11 Kadena AB OKI (FF)
2.3.7.12 Grand Island (EM)
2.3.7.13 Amarillo (CE)
2.3.7.14 State College (EU)
2.3.7.15 Binghamton (CN)
2.3.7.16 Philadelphia (GY)
2.3.7.17 Clark AFB PHI (DH)
2.3.7.18 Dover AFB (DU)
2.3.7.19 Charleston WV (DC)
2.3.7.20 Louisville (FV)
2.3.7.21 Indianapolis (FB)
2.3.7.22 Chicago (DF)
2.3.7.23 Pittsburgh (HB)
2.3.7.24 Detroit (DS)
2.3.7.25 Kunsan AB ROK (FM)
2.3.7.26 Cleveland (DI)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.3.7 CONT.

2.3.7.27 Buffalo (CT)
2.3.7.28 Memphis (FZ)
2.3.7.29 East Alabama (DX)
2.3.7.30 Little Rock (FT)
2.3.7.31 Camp Humphreys (CV)
2.3.7.32 Jackson (FC)
2.3.7.33 Slidell (HV)
2.3.7.34 Central Texas (DA)
2.3.7.35 San Francisco (HQ)
2.3.7.36 Los Angeles (FU)
2.3.7.37 Vandenberg AFB (IK)
2.3.7.38 Morehead City (EV)
2.3.7.39 Yokota AB JAP (IS)
2.3.7.40 Albany (CB)
2.3.7.41 Dyess AFB TX (DW)

2.3.8 THRU 2.3.10 NOT USED...

**TASK 2.4 CONSTRUCTION MANAGEMENT AND INSPECTION (REFERENCE ARTICLE 2.4 IN THE CONTRACT)**

2.4.1 Assist the JSPO/NEXRAD Program in reviewing NEXRAD Contractor design and NEXRAD Program materials. (46-35% Reviews, 32-90% Design Reviews, 19-100% Design Reviews).

| | | RDA | DESIGN | REVIEWS |
|---|---|---|---|---|
| | | 35% | 90% | 100% |
| 2.4.1.1 | NW Florida (SUP) (BH) | | | X |
| 2.4.1.2 | Keesler AFB (MTC DPT)(TE) | | X | X |
| 2.4.1.3 | St. Louis (BJ) | | | X |
| 2.4.1.4 | Dodge City (DT) | X | X | X |
| 2.4.1.5 | Houston/Galveston(EY) | X | X | X |
| 2.4.1.6 | KC Bannister (JB) | | X | X |
| 2.4.1.7 | Denver (DQ) | X | X | X |
| 2.4.1.8 | Keesler AFB (DOD TRNG)(TB) | X | X | X |
| 2.4.1.9 | Andersen AFB (CG) | X | X | X |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.1 CONT.

| | | RDA 35% | DESIGN 90% | REVIEWS 100% |
|---|---|---|---|---|
| 2.4.1.10 | San Juan PR (GO) | X | X | X |
| 2.4.1.11 | Kansas City (FH) | X | X | X |
| 2.4.1.12 | Wichita (IP) | X | X | X |
| 2.4.1.13 | Topeka (IE) | X | X | X |
| 2.4.1.14 | Tulsa (IH) | X | X | X |
| 2.4.1.15 | Goodland (EL) | X | X | X |
| 2.4.1.16 | Kadena OKI (FF) | X | X | X |
| 2.4.1.17 | Grand Island (EM) | X | X | X |
| 2.4.1.18 | Amarillo (CE) | X | X | X |
| 2.4.1.19 | St. College (EU) | X | X | X |
| 2.4.1.20 | Binghamton (CN) | X | X | |
| 2.4.1.21 | Philadelphia (GY) | X | X | |
| 2.4.1.22 | Clark AFB (DH) | X | X | |
| 2.4.1.23 | Dover AFB (DU) | X | X | |
| 2.4.1.24 | Charleston WV (DC) | X | X | |
| 2.4.1.25 | Louisville (FV) | X | X | |
| 2.4.1.26 | Indianapolis (FB) | X | X | |
| 2.4.1.27 | Chicago (DF) | X | X | |
| 2.4.1.28 | Pittsburgh (HB) | X | X | |
| 2.4.1.29 | Detroit (DS) | X | X | |
| 2.4.1.30 | Kunsan AB ROK (FM) | X | X | |
| 2.4.1.31 | Cleveland (DI) | X | X | |
| 2.4.1.32 | Buffalo (CT) | X | X | |
| 2.4.1.33 | Memphis (FZ) | X | X | |
| 2.4.1.34 | East Alabama (DX) | X | X | |
| 2.4.1.35 | Little Rock (FT) | X | | |
| 2.4.1.36 | Camp Humphreys (CV) | X | | |
| 2.4.1.37 | Jackson (FC) | X | | |
| 2.4.1.38 | Slidell (HV) | X | | |
| 2.4.1.39 | Central Texas (DA) | X | | |
| 2.4.1.40 | San Francisco (HQ) | X | | |
| 2.4.1.41 | Los Angeles (FU) | X | | |
| 2.4.1.42 | Vandenberg AFB (IK) | X | | |
| 2.4.1.43 | Morehead City (EV) | X | | |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.1 CONT.

| | | RDA 35% | DESIGN 90% | REVIEWS 100% |
|---|---|---|---|---|
| 2.4.1.44 | Yokota (IS) | X | | |
| 2.4.1.45 | Albany (CB) | X | | |
| 2.4.1.46 | Dyess AFB (DW) | X | | |
| 2.4.1.47 | Boston (CR) | X | | |
| 2.4.1.48 | Salt Lake City (HM) | X | | |
| 2.4.1.49 | Fort Rucker (EG) | X | | |
| 2.4.1.50 | Portland ME (FM) | X | | |

2.4.2 THRU 2.4.3 NOT USED...

2.4.4 Assist the JSPO with construction inspection of building modifications (TOTAL 46) and NEXRAD RDA sites (TOTAL 14). TRIPS REQUIRED: 48

BUILDING SITES

2.4.4.1 Tulsa RFC (BA)
2.4.4.2 Tinker AFB (BA)
2.4.4.3 Dallas/Ft. Worth ARTCC (BA)
2.4.4.4 Oklahoma City (Norman) WFO (RPGOP) (BA)
2.4.4.5 Cape Canaveral (BB)
2.4.4.6 Melbourne WFO (RPGOP) (BB)
2.4.4.7 Patrick AFB (BB)
2.4.4.8 Miami ARTCC (BB)
2.4.4.9 National Meteorological Center #1 (NONA)
2.4.4.10 National Hurricane Center #1 (NONA)
2.4.4.11 National Severe Storm Center #1 (NONA)
2.4.4.12 MCAF Quantico (NONA)
2.4.4.13 Pax River (NONA)
2.4.4.14 Sterling (Washington DC) (RPGOP) (BC)
2.4.4.15 Andrews AFB (BC)
2.4.4.16 DCA (Washington) ARTCC (BC)
2.4.4.17 Kansas City (RPGOP) (TA)
2.4.4.18 Altus AFB (BF)
2.4.4.19 Sheppard AFB (BF)
2.4.4.20 Ft. Sill (BF)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.4 CONT. BUILDING SITES

2.4.4.21 AF GLOBAL WX CTR #1 (OFFUT AFB) (NONA)
2.4.4.22 Eglin AFB (BH)
2.4.4.23 JAX (Jacksonville) ARTCC (BH)
2.4.4.24 Tyndall AFB (BH)
2.4.4.25 Hurlburt FLD (AFB) (BH)
2.4.4.26 KC ARTCC (BJ)
2.4.4.27 Scott AFB (BJ)
2.4.4.28 St. Louis WFO (BJ)
2.4.4.29 Dodge City WFO (DT)
2.4.4.30 Houston/Galveston WFO (EY)
2.4.4.31 Kansas City Bannister (CJ)
2.4.4.32 Denver WFO (DQ)
2.4.4.33 Denver ARTCC (DQ)
2.4.4.34 MAC/WSU Scott AFB (NONA)
2.4.4.35 Keesler AFB (MTC TRAINING) (JA)
2.4.4.36 Southern Region HQ (NONA)
2.4.4.37 Eastern Region HQ (NONA)
2.4.4.38 Central Region HQ (NONA)
2.4.4.39 NWS HQ (Washington DC) (NONA)
2.4.4.40 NSSFC #2 (NONA)
2.4.4.41 National Data Center (NONA)
2.4.4.42 Tallahassee WFO (NONA)
2.4.4.43 OSF2 (NONA)
2.4.4.44 FAA Flow Control (NONA)
2.4.4.45 Navpol Andrews (NONA)
2.4.4.46 Navpol Suitland (NONA)

RDA SITES

2.4.4.47 OSF/RADAR Upgrade (BA)
2.4.4.48 Oklahoma City (Twin Lakes) (BA)
2.4.4.49 Melbourne (BB)
2.4.4.50 Washington (Sterling) (BC)
2.4.4.51 Frederick (SUP) (BF)
2.4.4.52 NW Florida (SUP) (BH)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.4 CONT. RDA SITES

| | |
|---|---|
| 2.4.4.53 | Keesler AFB (MNTC DEPOT) (TE) |
| 2.4.4.54 | St. Louis (BJ) |
| 2.4.4.55 | NRC (JB) |
| 2.4.4.56 | Dodge City (DT) |
| 2.4.4.57 | Houston/Galveston (EY) |
| 2.4.4.58 | Denver (DQ) |
| 2.4.4.59 | Keesler AFB (TB) |
| 2.4.4.60 | Andersen AFB GUAM (CG) |

2.4.5 Provide RDA/MLOS site and user site construction cost estimates (35% and 90%) and schedules in conjunction with 2.4.1 above (TOTAL 78).

| | | COST ESTIMATES 35% | 90% |
|---|---|---|---|
| 2.4.5.1 | Keesler AFB (MTC DPT) (TE) | | X |
| 2.4.5.2 | Dodge City (DT) | X | X |
| 2.4.5.3 | Houston/Galveston (EY) | X | X |
| 2.4.5.4 | Bannister (JB) | | X |
| 2.4.5.5 | Denver (DQ) | X | X |
| 2.4.5.6 | Keesler AFB (TB) | X | X |
| 2.4.5.7 | Andersen GUAM (CG) | X | X |
| 2.4.5.8 | San Juan PR (GO) | X | X |
| 2.4.5.9 | Kansas City (FH) | X | X |
| 2.4.5.10 | Wichita (IP) | X | X |
| 2.4.5.11 | Topeka (IE) | X | X |
| 2.4.5.12 | Tulsa (IH) | X | X |
| 2.4.5.13 | Goodland (EL) | X | X |
| 2.4.5.14 | Kadena OKI (FF) | X | X |
| 2.4.5.15 | Grand Island (EM) | X | X |
| 2.4.5.16 | Amarillo (CE) | X | X |
| 2.4.5.17 | State College (EU) | X | X |
| 2.4.5.18 | Binghamton (CN) | X | X |
| 2.4.5.19 | Philadelphia (GY) | X | X |
| 2.4.5.20 | Clark AFB (DH) | X | X |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

| | | | COST ESTIMATES 35% | 90% |
|---|---|---|---|---|
| 2.4.5 | CONT. | | | |
| | 2.4.5.21 | Dover AFB (DU) | X | X |
| | 2.4.5.22 | Charleston WV AFB (DC) | X | X |
| | 2.4.5.23 | Louisville (FV) | X | X |
| | 2.4.5.24 | Indianapolis (FB) | X | X |
| | 2.4.5.25 | Chicago (DF) | X | X |
| | 2.4.5.26 | Pittsburgh (HB) | X | X |
| | 2.4.5.27 | Detroit (DS) | X | X |
| | 2.4.5.28 | Kunsan AB ROK (FM) | X | X |
| | 2.4.5.29 | Cleveland (DI) | X | X |
| | 2.4.5.30 | Buffalo (CT) | X | X |
| | 2.4.5.31 | Memphis (FZ) | X | X |
| | 2.4.5.32 | East Alabama (DX) | X | X |
| | 2.4.5.33 | Little Rock (FT) | X | |
| | 2.4.5.34 | Camp Humphreys (CV) | X | |
| | 2.4.5.35 | Jackson (FC) | X | |
| | 2.4.5.36 | Slidell (HV) | X | |
| | 2.4.5.37 | Central Texas (DA) | X | |
| | 2.4.5.38 | San Francisco (HQ) | X | |
| | 2.4.5.39 | Los Angeles (FU) | X | |
| | 2.4.5.40 | Vandenberg AFB (IK) | X | |
| | 2.4.5.41 | Morehead City (EV) | X | |
| | 2.4.5.42 | Yokota (IS) | X | |
| | 2.4.5.43 | Albany (CB) | X | |
| | 2.4.5.44 | Dyess (DW) | X | |
| | 2.4.5.45 | Boston (CR) | X | |
| | 2.4.5.46 | Salt Lake City (HM) | X | |
| | 2.4.5.47 | Fort Rucker (EG) | X | |
| | 2.4.5.48 | Portland ME (HD) | X | |

2.4.6 Develop a NEXRAD System Test Plan and Acceptance Procedure and assist in the establishment of an Acceptance Working Group. Support the Government in the inspection and acceptance effort at each site and for each system and PUP installation and provide necessary project management services (TOTAL 12). TRIPS REQUIRED: 24

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.6 CONT.

2.4.6.1 OSF/Radar Upgrade
2.4.6.2 NWS/NWSTC
2.4.6.3 Maintenance
2.4.6.4 OSF-2
2.4.6.5 Oklahoma City (Twin Lakes) OK (BA)
2.4.6.6 Melbourne FL (BB)
2.4.6.7 Washington (Sterling) VA (BC)
2.4.6.8 Frederick OK (BF)
2.4.6.9 NW Florida (BH)
2.4.6.10 DOD/Maintenance Training Equipment
2.4.6.11 St.Louis MO (BJ)
2.4.6.12 Kansas City (Bannister) MO (JB)

2.4.7 Provide miscellaneous project management and contract administration services on the NEXRAD prime contract and the Site Surveying and Facility and Support Planning contract.

2.4.7.1 Perform MLOS versus Commercial T-1 analyses (TOTAL 41).

2.4.7.1.1 MLOS - San Joaquin Valley (EH)
2.4.7.1.2 MLOS - Elko (IR)
2.4.7.1.3 MLOS - Boise (CQ)
2.4.7.1.4 MLOS - Missoula (GG)
2.4.7.1.5 MLOS - Billings (CM)
2.4.7.1.6 MLOS - Pocatello (HW)
2.4.7.1.7 MLOS - Grand Junction (EN)
2.4.7.1.8 MLOS - Pueblo (HE)
2.4.7.1.9 MLOS - North Platte (GR)
2.4.7.1.10 MLOS - Oklahoma City (BA)
2.4.7.1.11 MLOS - Springfield IL (HZ)
2.4.7.1.12 MLOS - Medford (FY)
2.4.7.1.13 COMMERCIAL T-1 - Seattle (HS)
2.4.7.1.14 COMMERCIAL T-1 - Portland OR (HC)
2.4.7.1.15 COMMERCIAL T-1 - Eureka (EC)
2.4.7.1.16 COMMERCIAL T-1 - Sacramento Valley (HL)
2.4.7.1.17 COMMERCIAL T-1 - San Francisco (HQ)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.7.1 CONT.

2.4.7.1.18 COMMERCIAL T-1 - Los Angeles (FU)
2.4.7.1.19 COMMERCIAL T-1 - Yuma (IT)
2.4.7.1.20 COMMERCIAL T-1 - Tucson (IG)
2.4.7.1.21 COMMERCIAL T-1 - Phoenix (GZ)
2.4.7.1.22 COMMERCIAL T-1 - Flagstaff (EF)
2.4.7.1.23 COMMERCIAL T-1 - Las Vegas (FR)
2.4.7.1.24 COMMERCIAL T-1 - Reno (HI)
2.4.7.1.25 COMMERCIAL T-1 - Charleston WV (DC)
2.4.7.1.26 COMMERCIAL T-1 - Wilmington (IQ)
2.4.7.1.27 COMMERCIAL T-1 - Roanoke (HJ)
2.4.7.1.28 COMMERCIAL T-1 - Cedar City (CY)
2.4.7.1.29 COMMERCIAL T-1 - Salt Lake City (HM)
2.4.7.1.30 COMMERCIAL T-1 - Denver (DQ)
2.4.7.1.31 COMMERCIAL T-1 - Albuquerque (CC)
2.4.7.1.32 COMMERCIAL T-1 - Topeka (IE)
2.4.7.1.33 COMMERCIAL T-1 - Tulsa (IH)
2.4.7.1.34 COMMERCIAL T-1 - Memphis (FZ)
2.4.7.1.35 COMMERCIAL T-1 - Louisville (FV)
2.4.7.1.36 COMMERCIAL T-1 - Portland ME (HD)
2.4.7.1.37 COMMERCIAL T-1 - Albany (CB)
2.4.7.1.38 COMMERCIAL T-1 - State College (EU)
2.4.7.1.39 COMMERCIAL T-1 - Philadelphia (GY)
2.4.7.1.40 COMMERCIAL T-1 - Raleigh/Durham (HG)
2.4.7.1.41 COMMERCIAL T-1 - Charleston SC (DB)

2.4.8 Provide the same services in support of real estate acquisition of MLOS and RDA sites, as provided for WFO sites in Subsection 2.3.6.

2.4.8.1 FEE SIMPLE PURCHASE - Purchase land from private sources for the construction by the Government of RDA and MLOS facilities (TOTAL 5). TRIPS REQUIRED: 12

2.4.8.1.1 Albany NY REPEATER (CB)
2.4.8.1.2 Charleston SC RDA (DB)
2.4.8.1.3 Charleston SC REPEATER (DB)



G 002642

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 449466/68**

**WORK PERFORMANCE DESCRIPTION**
**TASK ORDER 06.7**

2.4.8.1 CONT.

2.4.8.1.4 Louisville KY REPEATER (FV)
2.4.8.1.5 Raleigh NC RDA (HG)

2.4.8.2 LEASES - Develop new leases for unimproved parcels (RDA/MLOS) (TOTAL 11). TRIPS REQUIRED: 25

2.4.8.2.1 Elko NV MLOS (Partial) (IR)
2.4.8.2.2 Elko NV RDA ACCESS (Partial)(IR)
2.4.8.2.3 North Platte NE REPEATER (GR)
2.4.8.2.4 Philadelphia PA REPEATER (GY)
2.4.8.2.5 Phoenix AZ MLOS (GZ)
2.4.8.2.6 Raleigh NC MLOS (HG)
2.4.8.2.7 Sacramento CA RDA (HL)
2.4.8.2.8 San Joaquin CA MLOS (EH)
2.4.8.2.9 Yuma AZ RDA (IT)
2.4.8.2.10 Wilmington NC MLOS (IQ)
2.4.8.2.11 Tulsa OK MLOS (IH)

2.4.8.3 MEMORANDA OF AGREEMENT - Development agreements for use of public domain under control of another Government Agency (TOTAL 5). TRIPS REQUIRED: 12

2.4.8.3.1 Elko NV RDA (IR)
2.4.8.3.2 Elko NV MLOS (IR)
2.4.8.3.3 Elko NV MLOS (IR)
2.4.8.3.4 Miami FL RDA/UA (GB)
2.4.8.3.5 Portland OR MLOS (HC)

2.4.8.4 Assist with acquisition of Norman Computer Training Facilities.