AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | PAGE OF PAGES

2. AMENDMENT/MODIFICATION NO. 56WCNA200007 | 3. EFFECTIVE DATE October 1, 1991 | 4. REQUISITION/PURCHASE REQ. NO. NAAW66002 | 5. PROJECT NO. (If applicable)

6. ISSUED BY CODE WC31:RFA

U.S. Department of Commerce, NOAA
Central Administrative Support Center
Procurement Division, Room 1656
601 East 12th Street
Kansas City, Missouri 64106

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Fluor Daniel, Inc.
4600 Madison, Suite 900
Kansas City, Missouri 64112

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. 50WCNA606099

10B. DATED (SEE ITEM 13) May 30, 1987

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2AA1110BM2134PS (NWS) 2517 Increase $2,904,480.00 2AA1110BM2L41PS (DOD) 2517 Increase $161,360.00
2AA1110BM2L40PS (FAA) 2517 Increase $161,360.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Task Order Number Seven (0007) in accordance with Task Order Clause B.7 of the Contract.

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This task order is issued to cover the period of October 1, 1991 through December 31, 1991. The work to be performed during this period is a continuation of the previous task orders of the Contract. The work is described in the attached statement of work entitled "Work Performance Description, Revision 1," dated September 24, 1991. Fluor Daniel Inc's proposal dated September 24, 1991 is incorporated by reference.

| Labor Hours | Cost | Fixed Fee | Total Cost |
|---|---|---|---|
| 55,375 | $2,986,500.00 | $240,700.00 | $3,227,200.00 |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Donita S. McCullough
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Donita McCullough
(Signature of Contracting Officer)

16C. DATE SIGNED 10-9-91

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

G 001048

INSTRUCTIONS

Instructions for items other than those that are self-expl[illegible], follows:

(a) Item 1 (Contract ID Code). Insert the contract type identification code that appears in the title block of the contract being modified.

(b) Item 3 (Effective date).

(1) For a solicitation amendment, change order, or administrative change, the effective date shall be the issue date of the amendment, change order, or administrative change.

(2) For a supplemental agreement, the effective date shall be the date agreed to by the contracting parties.

(3) For a modification issued as an initial or confirming notice of termination for the convenience of the Government, the effective date and the modification number of the confirming notice shall be the same as the effective date and modification number of the initial notice.

(4) For a modification converting a termination for default to a termination for the convenience of the Government, the effective date shall be the same as the effective date of the termination for default.

(5) For a modification confirming the contracting officer's determination of the amount due in settlement of a contract termination, the effective date shall be the same as the effective date of the initial decision.

(c) Item 6 (Issued By). Insert the name and address of the issuing office. If applicable, insert the appropriate issuing office code in the code block.

(d) Item 8 (Name and Address of Contractor). For modifications to a contract or order, enter the contractor's name, address, and code as shown in the original contract or order, unless changed by this or a previous modification.

(e) Items 9, (Amendment of Solicitation No.—Dated), and 10, (Modification of Contract/Order No.—Dated). Check the appropriate box and in the corresponding blanks insert the number and date of the original solicitation, contract, or order.

(f) Item 12 (Accounting and Appropriation Data). When appropriate, indicate the impact of the modification on each affected accounting classification by inserting one of the following entries:

(1) Accounting classification ..............................
Net increase $ ..............................

(2) Accounting classification ..............................
Net decrease $ ..............................

NOTE: If there are changes to multiple accounting classifications that cannot be placed in block 12, insert an asterisk and the words "See continuation sheet".

(g) Item 13. Check the appropriate box to indicate the type of modification. Insert in the corresponding blank the authority under which the modification is issued. Check whether or not contractor must sign this document. (See FAR 43.103.)

(h) Item 14 (Description of Amendment/Modification).

(1) Organize amendments or modifications under the appropriate Uniform Contract Format (UCF) section headings from the applicable solicitation or contract. The UCF table of contents, however, shall not be set forth in this document.

(2) Indicate the impact of the modification on the overall total contract price by inserting one of the following entries:

(i) Total contract price increased by $ ..........

(ii) Total contract price decreased by $ ..........

(iii) Total contract price unchanged.

(3) State reason for modification.

(4) When removing, reinstating, or adding funds, identify the contract items and accounting classifications.

(5) When the SF 30 is used to reflect a determination by the contracting officer of the amount due in settlement of a contract terminated for the convenience of the Government, the entry in Item 14 of the modification may be limited to —

(i) A reference to the letter determination; and

(ii) A statement of the net amount determined to be due in settlement of the contract.

(6) Include subject matter or short title of solicitation/contract where feasible.

(i) Item 16B. The contracting officer's signature is not required on solicitation amendments. The contracting officer's signature is normally affixed last on supplemental agreements.

*U.S. Government Printing Office: 1991 — 281-782/20352



G 001049

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

TASK ORDER - PROGRAM MANAGEMENT & PLANNING - LABOR
PERFORMANCE PERIOD: OCTOBER 1, 1991 - DECEMBER 31, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1992...

STATEMENT OF WORK:

**TASK 2.1 – PROGRAM AND PROJECT MANAGEMENT AND PLANNING (REFERENCE ARTICLE 2.1 OF THE CONTRACT).**

2.1.1 Perform Program Management, PSC and S/C Administration.

2.1.1.1 Project Management - Program Management Activities

2.1.1.1.1 Program Planning
2.1.1.1.2 Overview of Departmental Work
2.1.1.1.3 Client Activity Coordination
2.1.1.1.4 Travel Coordination
2.1.1.1.5 Filing
2.1.1.1.6 Prepare, issue, copy and distribute correspondence and E-Mail.
2.1.1.1.7 Prepare and issue Meeting Notes
2.1.1.1.8 Prepare and issue Monthly Reports
2.1.1.1.9 Prepare and update Work Plans
2.1.1.1.10 SEPO and FDI Alignment

2.1.1.2 Project Controls - Program Management Activities

2.1.1.2.1 TPO Coordination
2.1.1.2.2 Prepare Budget & Schedule Studies
2.1.1.2.3 Quarterly Status & Update of Program Master Schedule & Project Level Schedule (TOTAL 1)
2.1.1.2.4 Twice Monthly Update of Summary Work Plan Schedule (TOTAL 7)
2.1.1.2.5 Monthly Status & Update of Task Order Control Level Schedule (TOTAL 3)
2.1.1.2.6 Draft Quarterly Task Order Revisions (TOTAL 7 Task Orders)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.1.1.2.7 Maintain and issue Monthly Program Cost Report (TOTAL 3)
2.1.1.2.8 Prepare site specific engineering manhour reports (TOTAL 5)
2.1.1.2.9 Prepare and issue Task Order Change Requests.
2.1.1.2.10 Issue weekly Change Request Index (TOTAL 13)

2.1.1.3 WFO Project Management - Program Management Activities

2.1.1.3.1 Monitor and Manage Quality Program
2.1.1.3.2 Develop and review Project Execution Plans
2.1.1.3.3 Monitor and Manage Project Costs
2.1.1.3.4 Monitor and Manage Project Scope
2.1.1.3.5 Monitor and Manage Task Order Schedule
2.1.1.3.6 Implement Plans and Changes to Plans

2.1.1.4 Construction - Program Management Activities

2.1.1.5 Engineering - Program Management Activities

2.1.1.5.1 Engineering Administration
2.1.1.5.2 Scheduling and Planning
2.1.1.5.3 Engineering Supervision
2.1.1.5.4 Engineering Staff Meetings
2.1.1.5.5 Review Project Documents and Criteria

2.1.1.6 Participate in NEXRAD Outreach Committee. Attendance at two meetings allowed. TRIPS REQUIRED: 2

2.1.1.7 Participate in FOC meetings as required. Attendance at two meetings allowed. TRIPS REQUIRED: 2

2.1.1.8 Administer Gould Evans Architects subcontract

2.1.1.9 Administer other A/E subcontractors

2.1.1.10 Administer temporary personnel subcontracts

2.1.2 Cost Allocation and Progress Reporting

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.1.2.1 Prepare and submit Cost Allocation Report (CAR) Financial Progress Reports and Progress Reports (TOTAL 3)

2.1.2.2 Maintain Expense Worksheet Database

2.1.2.3 Maintain CAPS Labor Report

2.1.2.4 Maintain Agency Labor Data

2.1.2.5 Research Commitments

2.1.3 THRU 2.1.5 NOT USED...

2.1.6 Schedule and implement Program Mangement Review Meetings (TOTAL 2)

2.1.7 THRU 2.1.8 NOT USED...

2.1.9 Schedule and implement Program Technical Review Meetings (TOTAL 6)

2.1.10 Schedule and implement Task Order Review Meetings (TOTAL 3)

2.1.11 Miscellaneous management and planning matters

2.1.11.1 Maintain an O & A Manual (No work allowed)

2.1.11.2 Purchasing and Procurement - Project Support

2.1.11.3 Cost Accounting Activities

2.1.11.3.1 Payroll Timesheets
2.1.11.3.2 NOAA Invoice
2.1.11.3.3 Expense Reports
2.1.11.3.4 Accounts Payable
2.1.11.3.5 Project Cost Analysis
2.1.11.3.6 Supervision Overview

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.1.11.3.7 Telephone Expense Tracking and Bill Reconciliation
2.1.11.3.8 Petty Cast Administration
2.1.11.3.9 Manual Checks
2.1.11.3.10 KCPO Banking

2.1.11.4 Irvine Organization Support

2.1.11.5 Project Administration - Human Resources

2.1.11.5.1 Salary Administration
2.1.11.5.2 Employee Records
2.1.11.5.3 Performance Evaluations
2.1.11.5.4 Benefit Administration
2.1.11.5.5 EEO/AAP

2.1.11.6 Project Administration - Office Operations

2.1.11.6.1 Clerical Support
2.1.11.6.2 Reception
2.1.11.6.3 Office Supplies
2.1.11.6.4 Telephone/correspondence/couriers
2.1.11.6.5 Facilities and equipment
2.1.11.6.6 Travel coordination and log

2.1.11.7 Project Administration-LAN and Computer System

2.1.11.7.1 Support
2.1.11.7.2 Administration
2.1.11.7.3 Network maintenance
2.1.11.7.4 Hardware support
2.1.11.7.5 Software support
2.1.11.7.6 Network procedure word processing
2.1.11.7.7 Programming

2.1.12 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

TASK ORDER - GENERAL ARCHITECTURE & ENGINEERING
PERFORMANCE PERIOD: OCTOBER 1, 1991 - DECEMBER 31, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1992...

STATEMENT OF WORK:

**TASK 2.2 - GENERAL ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.2 OF THE CONTRACT)**

2.2.1 Perform specific general architectural and engineering tasks as may be required by the Contracting Officer.

- 2.2.1.1 Update Standard Designs
- 2.2.1.2 Prepare special studies as required
- 2.2.1.3 DDG/EES maintenance specifications

2.2.2 THRU 2.2.4 NOT USED...

2.2.5 Maintain Design Criteria Manual

- 2.2.5.1 Update Design Manual including Furniture Book & color schemes to FY92 Criteria

2.2.6 NOT USED...

2.2.7 Develop Operations and Maintenance Manuals for completed sites (TOTAL 2).

- 2.2.7.1 Chicago IL (DF)
- 2.2.7.2 Wichita KS (IP)

2.2.8 THRU 2.4.8 NOT USED...



G 001054

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

TASK ORDER - SITE SPECIFIC ARCHITECTURE & ENGINEERING
PERFORMANCE PERIOD: OCTOBER 1, 1991 - DECEMBER 31, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1992...

STATEMENT OF WORK:

**TASK 2.1 – PROGRAM AND PROJECT MANAGEMENT AND PLANNING (REFERENCE ARTICLE 2.1 OF THE CONTRACT)**

2.1.1 THRU 2.1.2 NOT USED...

2.1.3 Prepare Construction Cost Estimates (CCE) for WFO facilities, UAIB's, and roads in conjuntion with section 2.3.1. Includes maintenance of estimating data base/data retrieval system, and computer systems for estimating.

2.1.3.1 15% DESIGN ESTS.(CONCEPTUAL)
2.1.3.2 35% DESIGN ESTS.(TOTAL 9)
2.1.3.3 90% DESIGN ESTS.(TOTAL 6)
2.1.3.4 100% DESIGN ESTIMATES
2.1.3.5 LESSOR MOD ESTIMATES (TOTAL 3)

2.1.4 Prepare construction schedules in conjunction with Section 2.1.3.4.

2.1.5 THRU 2.1.12 NOT USED...

**TASK 2.3 – SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.1 (a) Accomplish site specific CONCEPTUAL design and issue 15% design packages where required. Conduct ongoing review of design criteria. Participate in SPO/SEPO/NWS review of same. Respond to requirements for technical evaluation of alternative criteria. It is not anticipated 15% design packages will be issued for standard designs.

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.1(a)CONT.

| | | CONCEPT. DESIGN | 15% DESIGN PACKAGE |
|---|---|---|---|
| 2.3.1.1 | Charleston WV (DC) (WFO I-14) | 100% | |
| 2.3.1.2 | Dallas TX (DO) (RFC) | 60% | |
| 2.3.1.3 | Los Angeles CA (FU)(Unique WFO) | 100% | Required |
| 2.3.1.4 | S.Francisco Bay Area(HQ)(Uniq.WFO) | 100% | |
| 2.3.1.5 | Portland ME (HD) (WFO I-14) | 60% | |
| 2.3.1.6 | Great Falls MT (EQ) (WFO I-14) | 100% | |
| 2.3.1.7 | Philadelphia PA (GY)(WFO I-14) | 100% | |
| 2.3.1.8 | Sioux Falls SD (HU)(WFO I-12) | 100% | |

2.3.1 (b) Accomplish site specific PRELIMINARY design, FINAL design and SIGNATURE documents (35%,90% and 100% packages).

| | | DESIGN PACKAGES | | |
|---|---|---|---|---|
| | | 35% | 90% | 100% |
| 2.3.1.9 | Jackson MS (FC) (Modification) | | 100% | 50% |
| 2.3.1.10 | Des Moines IA (DR) (WFO I-14) | | | 100% |
| 2.3.1.11 | Boise ID (CG) (Unique WFO) | | 100% | 40% |
| 2.3.1.12 | Indianapolis IN (FB)(WFO I-18) | | 100% | 100% |
| 2.3.1.13 | Boston MA (CR) (RFC) | 100% | 100% | |
| 2.3.1.14 | Birmingham AL (CO) (WFO I-14) | | 100% | |
| 2.3.1.15 | New York NY (GP) (WFO I-18) | 100% | 60% | |
| 2.3.1.16 | Philadelphia PA (GY) (WFO I-14) | 100% | 25% | |
| 2.3.1.17 | Los Angeles CA (FU)(Uniq.WFO) | 100% | | |
| 2.3.1.18 | S.Fran.Bay Area(HQ)(Uniq.WFO) | 100% | 25% | |
| 2.3.1.19 | Austin/S.Ant. TX(HO)(WFO I-14)- | 100% | 90% | |
| 2.3.1.20 | Great Falls MT (EQ)(WFO I-14) | 100% | | |
| 2.3.1.21 | Sioux Falls SD (HU)(WFO I-12) | 100% | 75% | |
| 2.3.1.22 | Pittsburgh PA (HB)(Modification) | | 100% | |
| 2.3.1.23 | Charleston WV (DC)(WFO I-14) | 100% | | |

2.3.2 Produce As-Built drawings for completed sites (2 sites).

2.3.2.1 Chicago IL (DF)
2.3.2.2 Wichita KS (IP)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.3 Design package submittals and reviews for WFO's to support Section 2.3.1 above.

2.3.4 Accomplish site investigations (TOTAL 7) and complete site investigation packages in support of A/E design. Prepare, issue, administer subcontracts for and accomplish TOPO surveys (TOTAL 10), geotechnical surveys (TOTAL 7), tree surveys (ALLOW 2) laboratory testing and engineering coordination to support 2.3.1 (a) above. TRIPS REQUIRED: 7

| | | INVESTI. | TOPO | GEOTECH |
|---|---|---|---|---|
| 2.3.4.1 | Green Bay WI (ER) | x | | |
| 2.3.4.2 | Missoula MT (GG) | x | x | |
| 2.3.4.3 | Norfolk VA (CQ) | x | | |
| 2.3.4.4 | Reno NV (HI) | x | x | |
| 2.3.4.5 | San Juan PR (GO) | x | | |
| 2.3.4.6 | Tallahassee FL (IB) | x | | |
| 2.3.4.7 | Wilmington NC (IQ) | x | | |
| 2.3.4.8 | Albuquerque NM (CC) | | | x |
| 2.3.4.9 | Atlanta GA (CK) | | | x |
| 2.3.4.10 | Charleston WV (DC) | | | x |
| 2.3.4.11 | Duluth MN (DV) | | x | x |
| 2.3.4.12 | Knoxville TN (FL) | | | x |
| 2.3.4.13 | Lubbock TX (FW) | | | x |
| 2.3.4.14 | Nashville TN (GM) | | | x |
| 2.3.4.15 | Burlington VT (CU) | | x | |
| 2.3.4.16 | Buffalo NY (CY) | | x | |
| 2.3.4.17 | Jacksonville FL (FD) | | x | |
| 2.3.4.18 | Lake Charles LA (FP) | | x | |
| 2.3.4.19 | Lake Charles LA (Cable Easmt.) | | x | |
| 2.3.4.20 | Little Rock AR (FT) | | x | |
| 2.3.4.21 | Shreveport LA (HT) | | x | |

2.3.5 THRU 2.4.8 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

TASK ORDER - CONTRACTING, CONSTRUCTION MANAGEMENT & INSPECTION

PERFORMANCE PERIOD: OCTOBER 1, 1991 - DECEMBER 31, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1992...

STATEMENT OF WORK:

**TASK 2.3 - SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.1 THRU 2.3.7 NOT USED...

2.3.8 Provide assistance to the government in contracting matters.

2.3.8.1 Assist the government in administering Government Furnished Equipment (GFE) requirements contracts. Prepare and resource as sole source contract the DDG GFE contract.

2.3.8.1.1 Furniture GFE
2.3.8.1.2 DDG GFE
2.3.8.1.3 EES GFE
2.3.8.1.4 HVAC GFE
2.3.8.1.5 Signs GFE
2.3.8.1.6 Source Fuel Tank GFE

2.3.8.2 Assist the government in preparation of CBD Notices (TOTAL 3)

2.3.8.3 Provide contract administration support

2.3.8.3.1 Clerical Support
2.3.8.3.2 Staff Meetings and Preparation
2.3.8.3.3 Writing Procedures
2.3.8.3.4 Scheduling Tasks

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.8.3 CONT.

2.3.8.3.5 Database Management
2.3.8.3.6 Administer Socio-Economic Programs

2.3.8.4 Prepare and issue construction contracts in conjunction with Task Order No. 06.3 Section 2.3.1 (TOTAL 3)

2.3.8.4.1 Des Moines IA (DR) (Partial 50%)
2.3.8.4.2 Morehead City NC (Partial 25%)
2.3.8.4.3 Indianapolis IN (Partial 20%)

2.3.8.5 Conduct Pre-Construction Conferences (NONE) TRIPS REQUIRED: 0.

2.3.8.6 Provide construction management, review of vendor submittals, review of lessor submittals and contract administration services as required for 8 projects.

2.3.8.6.1 Chicago IL (DF)
2.3.8.6.2 Louisville KY (FV)
2.3.8.6.3 Detroit MI (DS)
2.3.8.6.4 Binghamton NY (CB)
2.3.8.6.5 Jackson MS Roof (FC)
2.3.8.6.6 Tulsa OK (Lease)(IH)
2.3.8.6.7 Central Pennsylvania (Lease)(EU)
2.3.8.6.8 Kansas City MO (FH)

2.3.8.7 Validate contractor payment requests and construction progress.

2.3.8.8 Maintain cost report for recording and reporting contractors cost status (TOTAL 3).

2.3.8.9 Assist in the prevention and resolution of disputes and claims.

2.3.8.10 Assist in negotiating change orders.

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.8.11 Review contractors schedules for compliance to contract requirements.

2.3.8.12 Provide Contract Administration Services.

2.3.8.13 Prepare and administer furniture storage, delivery and installation contracts (TOTAL 5).

2.3.8.13.1 Chicago IL (DF)
2.3.8.13.2 Louisville KY (FV)
2.3.8.13.3 Detroit MI (DS)
2.3.8.13.4 Tulsa OK (IH)
2.3.8.13.5 Central Pennsylvania (EU)

2.3.8.14 Conduct post construction conference (1 TOTAL).
TRIPS REQUIRED: 2

2.3.8.14.1 Chicago IL (DF)

2.3.8.15 Coordinate Furniture Requirements between local MIC/SEPO/CASC/Herman Miller/NOAA-DC (TOTAL 2)

2.3.8.15.1 Louisville KY (FV)
2.3.8.15.2 Detroit MI (DS)

2.3.8.16 Provide construction warranty assistance. TRIPS REQUIRED: 5

2.3.8.16.1 Sterling VA (BC)
2.3.8.16.2 St. Louis MO (BJ)
2.3.8.16.3 Amarillo TX (CE)
2.3.8.16.4 Grand Island NE (EM)
2.3.8.16.5 Houston/Galveston TX (EY)

2.3.9 Provide construction management and inspection services.

2.3.9.1 Provide construction management and inspection services for 7 projects. TOTAL 20 inspections, 11 contractor invoices. TRIPS REQUIRED: 20

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.9.1.1 Chicago IL (DF)
2.3.9.1.2 Louisville KY (FV)
2.3.9.1.3 Detroit MI (DS)
2.3.9.1.4 Binghamton NY (CB)
2.3.9.1.5 Jackson MS Roof (FT)
2.3.9.1.6 Tulsa OK (IH) (Lease)
2.3.9.1.7 Central Pennsylvania (EU)(Lease)

2.3.9.2 Compliance inspection and coordinations.

2.3.9.3 Final inspection and acceptance.

2.3.9.4 Validate contractor payment requests and construction progress.

2.3.9.5 Review contractors schedules for compliance to program requirements.

2.3.9.6 Coordinate construction contract interfaces.

2.3.9.7 Construction project administration.

2.3.10 THRU 2.4.8 NOT USED...

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

TASK ORDER - REAL PROPERTY ACQUISITION
PERFORMANCE PERIOD: OCTOBER 1, 1991 - DECEMBER 31, 1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1992...

STATEMENT OF WORK:

**TASK 2.3 – SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.6 Perform market surveys, prepare documents, negotiate terms, accomplish land surveys, and obtain other information including appraisals of property values, legal descriptions, names of owners, recorded easements, site maps, zoning clearances, and other information necessary to allow the Government to obtain specified building sites.

2.3.6.1 Assist the government in selection of sites to be acquired.

2.3.6.2 Assist SEPO in preparation of Congressional responses.

2.3.6.3 Assist ASC's on drafting deeds.

2.3.6.4 Assist ASC's on title restrictions resolution.

2.3.6.5 Assist SEPO on interpreting utility tie-in fees and permits.

2.3.6.6 Assist SEPO in the preparation of courtesy review permit package submissions.

2.3.6.7 Assist SEPO in coordinating real estate environmental and permitting issues. TRIPS REQUIRED: 2

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.6.8 FEE SIMPLE PURCHASE - Purchase land from private sources for construction by the Government of WFO facilities (TOTAL 7). TRIPS REQUIRED: 2

- 2.3.6.8.1 Eureka CA WFO(Partial)(CR6-012)(EC)
- 2.3.6.8.2 Minneapolis MN(Purchase Opt.)(Partial)FU
- 2.3.6.8.3 Minneapolis MN WFO/RFC (Partial)(GE)
- 2.3.6.8.4 Buffalo NY WFO (Partial) (CT)
- 2.3.6.8.5 Boston MA WFO/RFC(Partial)(CR)
- 2.3.6.8.6 North Platte NE WFO(Partial)(GR)
- 2.3.6.8.7 Charleston WV WFO(Partial)(DC)

2.3.6.9 LEASES- Develop new leases for special purpose facility space (WFO) (TOTAL 6). TRIPS REQUIRED: 3

- 2.3.6.9.1 Albany NY WFO (CB)
- 2.3.6.9.2 Roanoke VA WFO(Partial)(HJ)
- 2.3.6.9.3 Raleigh NC WFO (HG)
- 2.3.6.9.4 Little Rock AR WFO(Partial)(FT)
- 2.3.6.9.5 Portland OR WFO/RFC(Partial)(HC)
- 2.3.6.9.6 Miami FL WFO (Partial)(GB)

2.3.6.10 AAIA LEASES- Obtain no-cost leases for use of airport property under the Airport and Airways Improvement Act (AAIA) for WFO facilities (TOTAL 4). TRIPS REQUIRED: 1

- 2.3.6.10.1 Charleston SC WFO(Partial)(DB)
- 2.3.6.10.2 Flagstaff AZ WFO (Partial)(EF)
- 2.3.6.10.3 Dallas TX WFO/RFC/UA/RDA (Partial) (DO)
- 2.3.6.10.4 Salt Lake City UT WFO(Partial)(HM)

2.3.6.11 MEMORANDUM OF AGREEMENT- Develop agreements for use of public domain under the control of another Government Agency for WFO facilities (TOTAL 3). TRIPS REQUIRED: 1

- 2.3.6.11.1 Elko NV WFO(Partial)(IR)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.6.11 CONT.

2.3.6.11.2 Missoula MT WFO (Partial) (GG)
2.3.6.11.3 New York NY WFO(Partial) (GP)

2.3.6.12 Prepare requirements and design development package for lease and lessor modification sites. (TOTAL 6) TRIPS REQUIRED: 5

2.3.6.12.1 Albany NY WFO (Lease) (CB)
2.3.6.12.2 Denver CO ERL WFO (Lease) (DQ)
2.3.6.12.3 Columbia SC WFO (Lessor Mod) (DK)
2.3.6.12.4 Cleveland OH WFO (Lessor Mod) (DI)
2.3.6.12.5 Little Rock AR WFO (Lessor Mod) (FT)
2.3.6.12.6 Memphis TN WFO/RFC (Lessor Mod) (FZ)

2.3.6.13 Perform Real Estate Program Management Activities

2.3.6.13.1 Real Estate Planning
2.3.6.13.2 Reporting
2.3.6.13.3 Real Estate Management and Supervision
2.3.6.13.4 Real Estate Coordination and Direction
2.3.6.13.5 Clerical Administration Support
2.3.6.13.6 Travel Arrangements
2.3.6.13.7 SRI Report Coordination

2.3.6.14 Prepare, issue and administer subcontracts for plats of survey (TOTAL 10), appraisals (TOTAL 4), title insurance (TOTAL 1) and tower analysis (TOTAL 1) as required to support real estate actions.

2.3.6.15 Develop monthly NEXRAD Real Estate Report (TOTAL 3)

2.3.6.16 Provide real estate administration and coordination support. TRIPS REQUIRED: 10

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.6.17 LEASE ADMINISTRATION(Competitive Sites)-Administer the lease contracts for leases at competitive locations. This will include discussions with lessor, building contractor, and architect to clarify lease terms on requirements; and review of schedules and progress (TOTAL 8) TRIPS REQUIRED: 8

- 2.3.6.17.1 Albany NY (Partial) (CB)
- 2.3.6.17.2 Little Rock AR (Partial) (FT)
- 2.3.6.17.3 Sacramento CA (HL)
- 2.3.6.17.4 Raleigh NC (Partial) (HG)
- 2.3.6.17.5 Central Pennsylvania (Partial) (EV)
- 2.3.6.17.6 Columbia SC (Partial) (DK)
- 2.3.6.17.7 Tulsa OK (Partial) (IH)
- 2.3.6.17.8 Cleveland OH (Partial) (DI)

2.3.6.18 FEE SIMPLE PURCHASE - Purchase land from private sources for the construction by the Government of RDA and MLOS facilities (TOTAL 5). TRIPS REQUIRED: 2

- 2.4.6.18.1 Charleston SC RDA(Partial)(DB)
- 2.4.6.18.2 Charleston SC MLOS (Partial)(DB)
- 2.4.6.18.3 Yuma AZ RDA (Partial)(IT)
- 2.4.6.18.4 Pueblo CO MLOS (Partial)(HE)
- 2.4.6.18.5 Raleigh NC RDA(Partial)(HG)

2.4.6.19 LEASES - Develop new leases for unimproved parcels (for RDA/MLOS facilities) (TOTAL 13). TRIPS REQUIRED: 4

- 2.4.6.19.1 Albany NY MLOS (Partial)(CB)
- 2.4.6.19.2 Boston MA RDA (Partial) (CR)
- 2.4.6.19.3 Elko NV RDA ACCESS (Partial)(IR)
- 2.4.6.19.4 Little Rock AR RDA (Partial)(FT)
- 2.4.6.19.5 North Platte NE MLOS (Partial)(GR)
- 2.4.6.19.6 Philadelphia PA MLOS(Partial)(GY)
- 2.4.6.19.7 Phoenix AZ MLOS (Partial)(GZ)
- 2.4.6.19.8 Raleigh NC MLOS(Partial)(HG)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.4.6.19 CONT.

2.4.6.19.9 Charleston SC MLOS (Partial)(DB)
2.4.6.19.10 Charleston WV RDA(Partial)(DC)
2.4.6.19.11 Wilmington NC MLOS(Partial)(IQ)
2.4.6.19.12 Tulsa OK MLOS(Partial)(IH)
2.4.6.19.13 Roanoke VA MLOS (Partial)(HJ)

2.4.6.20 MEMORANDA OF AGREEMENT - Develop agreements for use of public domain under control of another Government Agency for RDA/MLOS facilities (TOTAL 9). TRIPS REQUIRED: 2

2.4.6.20.1 Denver CO MLOS(Partial)(DQ)
2.4.6.20.2 Elko NV MLOS (Partial) (IR)
2.4.6.20.3 Elko NV MLOS (Partial)(IR)
2.4.6.20.4 Louisville KY RDA (Partial)(FY)
2.4.6.20.5 Portland OR MLOS(Partial)(HC)
2.4.6.20.6 Missoula MT RDA (Partial)(GG)
2.4.6.20.7 Flagstaff AZ RDA (Partial)(EF)
2.4.6.20.8 Medford OR RDA (Partial) (FY)
2.4.6.20.9 Sacramento CA RDA (Partial)(HL)

2.4.6.21 AAIA LEASES - Obtain no-cost leases for use of airport property under the Airport and Airways Improvement Act (AAIA) for RDA/MLOS facilities (TOTAL 2). TRIPS REQUIRED: 1

2.4.6.21.1 Key West FL RDA (Partial) (FJ)
2.4.6.21.2 Miami FL RDA/UAIB (Partial) (GB)

2.4.6.22 Perform Economic Analyses for T-1 Sensitivity.

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.4.6.23 Provide Services in support of Real Estate Acquisition of FAA T-NEXRAD and TDWR sites. TOTAL REQUIRED: 18

| | | Plat | Appraisal | Acquisition | Title |
|---|---|---|---|---|---|
| 2.3.6.23.1 | Memphis TN (MEM) | x | x | | x |
| 2.3.6.23.2 | Houston TX (Inter-Cont) (IAH) | x | | | |
| 2.3.6.23.3 | Ft. Lauderdale FL (FLL) | x | x | x | x |
| 2.3.6.23.4 | Washington Nat'l DC (DCA) | x | x | | x |
| 2.3.6.23.5 | Atlanta GA (ATL) | x | x | x | x |
| 2.3.6.23.6 | Chicago (O'Hare) IL (ORD) | x | | | |
| 2.3.6.23.7 | New Orleans LA (MSY) | x | | | |
| 2.3.6.23.8 | St. Louis MO (STL) | x | | | |
| 2.3.6.23.9 | Orlando FL (MCO) | x | | x | |
| 2.3.6.23.10 | Tampa FL (TPA) | x | | x | x |
| 2.3.6.23.11 | Minneapolis MN (MSP) | x | x | | x |
| 2.3.6.23.12 | Dallas/Ft. Worth TX (DFW) | x | | | |
| 2.3.6.23.13 | Miami FL (MIA) | x | | x | |
| 2.3.6.23.14 | Houston (Hobby) TX (HOU) | x | | | |
| 2.3.6.23.15 | Denver CO (DEN) | x | | | |
| 2.3.6.23.16 | Andrews AFB | x | x | | |
| 2.3.6.23.17 | Philadelphia PA (PHL) | x | | | |
| 2.3.6.23.18 | New York (LaGuardia) (LGA) | x | | | |
| 2.3.6.23.19 | Phoenix AZ (PHX) | x | x | | |
| 2.3.6.23.20 | New York (Kennedy)(JFK) | x | x | | |
| 2.3.6.23.21 | Newark NJ (EWR) | x | x | | |
| 2.3.6.23.22 | Detroit MI (DTW) | x | x | | |
| 2.3.6.23.23 | Pittsburgh PA (PIT) | x | x | | |
| 2.3.6.23.24 | Kansas City MO (MCI) | x | | | |
| 2.3.6.23.25 | Charlotte NC (CLT) | x | | x | |
| 2.3.6.23.26 | Covington/Cincinnati OH (CVG) | x | | x | |
| 2.3.6.23.27 | Dallas (Love Field) TX (DAL) | x | | | |
| 2.3.6.23.28 | Salt Lake City UT (SLC) | x | | | |
| 2.3.6.23.29 | West Palm Beach FL (PBI) | x | | | |
| 2.3.6.23.30 | Raleigh/Durham NC (RDA) | x | | x | |
| 2.3.6.23.31 | Washington DC (Dulles) (IAD) | x | | | |
| 2.3.6.23.32 | Louisville KY (SDF) | x | | x | |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

TASK ORDER - SPO SUPPORT
PERFORMANCE PERIOD: OCTOBER 1, 1990 - DECEMBER 31,1991

SCOPE: WORK TO BE PERFORMED UNDER CONTRACT 50WCNA606099 DURING FY 1992...

STATEMENT OF WORK:

**TASK 2.2 – GENERAL ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.2 OF THE CONTRACT)**

2.1.1 THRU 2.2.5 NOT USED...

2.2.6 Assist the SPO with the preparation, review, and coordination with UNISYS of PUP survey packages (TOTAL 42). TRIPS REQUIRED: 42

2.2.6.1 National Met Center #2 (NONA)
2.2.6.2 National Hurricane Center #2 (NONA)
2.2.6.3 Goodland WFO (EL)
2.2.6.4 Tallahassee WFO (BH)
2.2.6.5 Nas Agana (CG)
2.2.6.6 JTWC Agana (CG)
2.2.6.7 Andersen AB (CG)
2.2.6.8 Dover AFB (DV)
2.2.6.9 SAC WSU (NONA)
2.2.6.10 Amarillo WFO (CE)
2.2.6.11 Atlanta ARTCC (DX)
2.2.6.12 Birmingham WFO, SUPP #1 (DX)
2.2.6.13 Ft. Benning (DX))
2.2.6.14 Maxwell AFB (DX)
2.2.6.15 Little Rock WFO (FT)
2.2.6.16 Nas Cubi Pt (DH)
2.2.6.17 Clark AB (DH)
2.2.6.18 Jackson WFO (FC)
2.2.6.19 Nas Meridian (FC)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.2.6 CONT.

2.2.6.20 Los Angeles WFO, SUPP #1 (IR)
2.2.6.21 Western Region HQ (NONA)
2.2.6.22 Detroit WFO (DS)
2.2.6.23 Chicago WFO (DF)
2.2.6.24 Chicago ARTCC (DF)
2.2.6.25 Minneapolis ARTCC (EM)
2.2.6.26 Grand Island WFO (EM)
2.2.6.27 Pittsburgh WFO (HB)
2.2.6.28 Cleveland ARTCC (HB)
2.2.6.29 Cleveland WFO (DI)
2.2.6.30 Indianapolis WFO (FB)
2.2.6.31 Indianapolis ARTCC (FB)
2.2.6.32 NWS RFC State College (EU)
2.2.6.33 State College WFO (EU)
2.2.6.34 Binghamton WFO (CW)
2.2.6.35 Boston ARTCC (CB)
2.2.6.36 New York ARTCC (GY)
2.2.6.37 Kessler AFB (JA)
2.2.6.38 Ft. Worth SUPP #1 (DA)
2.2.6.39 Nas Meridian (DA)
2.2.6.40 Bergstrom AFB (DA)
2.2.6.41 Ft. Hood (DA)
2.2.6.42 Los Angeles ARTCC (IK)

2.2.7 NOT USED...

2.2.8 Provide NEXRAD Engineering support. TRIPS REQUIRED: 4

2.2.8.1 RDA Preliminary Conceptual Design - General Support
2.8.8.2 RDA Preliminary Conceptual Design - Boise (Partial 45%)
2.2.8.3 RDA Preliminary Conceptual Design - San Francisco (Partial 20%)
2.2.8.4 RDA Preliminary Conceptual Design - Pacific DOD Sites
2.2.8.5 FAA Project Management and Engineering Support
2.2.8.6 General Nexrad Engineering CAD Support

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

**TASK 2.3 - SITE SPECIFIC ARCHITECTURE AND ENGINEERING (REFERENCE ARTICLE 2.3 OF THE CONTRACT)**

2.3.1 THRU 2.3.4 NOT USED...

2.3.5 Provide general support to SPO for the NEXRAD program. TRIPS REQUIRED: 10

2.3.5.1 Maintain NEXRAD schedules, prepare and monitor Government contract deliverables and monitor UNISYS Contract Deliverables.

2.3.5.2 Provide SPO assistance with contract management meetings.

2.3.5.3 Attend UNISYS management meetings.

2.3.5.4 Provide congressional support

2.3.6 NOT USED...

2.3.7 Utility coordination for RDA and user sites(TOTAL 26).

2.3.7.1 Andersen AFB (CG)
2.3.7.2 Kadena AB OKI (FF)
2.3.7.3 Dover AFB (DU)
2.3.7.4 Charleston WV (DC)
2.3.7.5 Louisville (FV)
2.3.7.6 Indianapolis (FB)
2.3.7.7 Chicago (DF)
2.3.7.8 Pittsburgh (HB)
2.3.7.9 Detroit (DS)
2.3.7.10 Kunsan AB ROK (FM)
2.3.7.11 Cleveland (DI)
2.3.7.12 Buffalo (CT)
2.3.7.13 Memphis (FZ)
2.3.7.14 East Alabama (DX)
2.3.7.15 Little Rock (FT)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.3.7 CONT.

2.3.7.16 Camp Humphreys (CV)
2.3.7.17 Jackson (FC)
2.3.7.18 Slidell (HV)
2.3.7.19 Central Texas (DA)
2.3.7.20 San Francisco (HQ)
2.3.7.21 Los Angeles (FU)
2.3.7.22 Vandenberg AFB (IK)
2.3.7.23 Morehead City (EV)
2.3.7.24 Yokota AB JAP (IS)
2.3.7.25 Albany (CB)
2.3.7.26 Dyess AFB TX (DW)

2.3.8 THRU 2.3.10 NOT USED...

**TASK 2.4 CONSTRUCTION MANAGEMENT AND INSPECTION (REFERENCE ARTICLE 2.4 IN THE CONTRACT)**

2.4.1 Assist the SPO/NEXRAD Program in reviewing NEXRAD Contractor design and NEXRAD Program materials. (18-35% Reviews, 14-90% Design Reviews, 8-100% Design Reviews).

| | | RDA | DESIGN | REVIEWS |
|---|---|---|---|---|
| | | 35% | 90% | 100% |
| 2.4.1.1 | Keesler AFB (MTC DPT)(TE) | | | X |
| 2.4.1.2 | Griffiss AFB (ES) | X | | |
| 2.4.1.3 | St. Louis (BJ) | | | X |
| 2.4.1.4 | Dodge City (DT) | | X | X |
| 2.4.1.5 | Houston/Galveston(EY) | | X | X |
| 2.4.1.6 | Denver (DQ) | X | | |
| 2.4.1.7 | Keesler AFB (DOD TRNG)(TB) | X | | |
| 2.4.1.8 | Andersen AFB (CG) | | X | X |
| 2.4.1.9 | Kansas City (FH) | | X | |
| 2.4.1.10 | Wichita (IP) | | X | X |
| 2.4.1.11 | Topeka (IE) | | X | |
| 2.4.1.12 | Tulsa (IH) | | X | X |
| 2.4.1.13 | Goodland (EL) | | X | |



G 001071

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

| | | RDA DESIGN REVIEWS | | |
|---|---|---|---|---|
| | | 35% | 90% | 100% |
| 2.4.1.14 | Grand Island (EM) | | X | X |
| 2.4.1.15 | Amarillo (CE) | | X | |
| 2.4.1.16 | Philadelphia (GY) | X | | |
| 2.4.1.17 | Clark AFB (DH) | | X | |
| 2.4.1.18 | Dover AFB (DU) | X | X | |
| 2.4.1.19 | Louisville (FV) | X | | |
| 2.4.1.20 | Chicago (DF) | | X | |
| 2.4.1.21 | Pittsburgh (HB) | X | | |
| 2.4.1.22 | Detroit (DS) | X | | |
| 2.4.1.23 | Kunsan AB ROK (FM) | X | | |
| 2.4.1.24 | Cleveland (DI) | X | | |
| 2.4.1.25 | East Alabama (DX) | X | X | |
| 2.4.1.26 | Little Rock (FT) | X | | |
| 2.4.1.27 | Camp Humphreys (CV) | X | | |
| 2.4.1.28 | Jackson (FC) | X | | |
| 2.4.1.29 | Central Texas (DA) | X | | |
| 2.4.1.30 | Los Angeles (FU) | X | | |
| 2.4.1.31 | Morehead City (EV) | X | | |
| 2.4.1.32 | Boston (CR) | X | | |

2.4.2 THRU 2.4.3 NOT USED...

2.4.4 Assist the SPO with construction inspection of building modifications (TOTAL 33) and NEXRAD RDA sites (TOTAL 8). TRIPS REQUIRED: 20

<u>BUILDING SITES</u>

2.4.4.1 Tulsa RFC (BA)
2.4.4.2 Tinker AFB (BA)
2.4.4.3 Dallas/Ft. Worth ARTCC (BA)
2.4.4.4 Oklahoma City (Norman) WFO (RPGOP) (BA)
2.4.4.5 Cape Canaveral (BB)
2.4.4.6 Melbourne WFO (RPGOP) (BB)
2.4.4.7 Patrick AFB (BB)
2.4.4.8 Miami ARTCC (BB)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

BUILDING SITES

2.4.4.9 National Meteorlogical Center #1 (NONA)
2.4.4.10 National Hurricane Center #1 (NONA)
2.4.4.11 National Severe Storm Center #1 (NONA)
2.4.4.12 MCAF Quantico (NONA)
2.4.4.13 Pax River (NONA)
2.4.4.14 Sterling (Washington DC) (RPGOP) (BC)
2.4.4.15 Andrews AFB (BC)
2.4.4.16 DCA (Washington) ARTCC (BC)
2.4.4.17 Southern Region HQ (NONA)
2.4.4.18 Eastern Region HQ (NONA)
2.4.4.19 Central Region HQ (NONA)
2.4.4.20 NWS HQ (Washington DC) (NONA)
2.4.4.21 NSSFC #2 (NONA)
2.4.4.22 National Data Center (NONA)
2.4.4.23 OSF2 (NONA)
2.4.4.24 FAA Flow Control (NONA)
2.4.4.25 Navpol Andrews (NONA)
2.4.4.26 Dodge City WFO (DT)
2.4.4.27 Scott AFB (BJ)
2.4.4.28 MAC WSU (NONA)
2.4.4.29 St. Louis WFO (BJ)
2.4.4.30 AFGWC #1-2 Offutt AFB (NONA)
2.4.4.31 Ft. Ritchie (NONA)
2.4.4.32 Keesler AFB (JA)
2.4.4.33 Keesler AFB (2 PUPS) (NONA)

RDA SITES

2.4.4.34 Washington (Sterling) (BC)
2.4.4.35 Frederick (SUP) (BF)
2.4.4.36 NW Florida (SUP) (BH)
2.4.4.37 Keesler AFB (MNTC DEPOT)(TE)
2.4.4.38 St. Louis (BJ)
2.4.4.39 Dodge City (DT)
2.4.4.40 Houston/Galveston (EY)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

RDA SITES

2.4.4.41 Denver (DQ)

2.4.5 Provide RDA/MLOS site and user site construction cost estimates (35% and 90%) and schedules in conjunction with 2.4.1 above (TOTAL 38).

| | | COST ESTIMATES 35% | 90% |
|---|---|---|---|
| 2.4.5.1 | Keesler AFB (MTC DPT) (TE) | | X |
| 2.4.5.2 | Denver (DQ) | | X |
| 2.4.5.3 | Keesler AFB (TB) | | X |
| 2.4.5.4 | Kansas City (FH) | | X |
| 2.4.5.5 | Wichita (IP) | | X |
| 2.4.5.6 | Topeka (IE) | X | X |
| 2.4.5.7 | Tulsa (IH) | X | X |
| 2.4.5.8 | Goodland (EL) | | X |
| 2.4.5.9 | Kadena OKI (FF) | X | X |
| 2.4.5.10 | Grand Island (EM) | X | X |
| 2.4.5.11 | Amarillo (CE) | X | X |
| 2.4.5.12 | State College (EU) | X | X |
| 2.4.5.13 | Binghamton (CN) | X | X |
| 2.4.5.14 | Philadelphia (GY) | X | |
| 2.4.5.15 | Dover AFB (DU) | X | |
| 2.4.5.16 | Louisville (FV) | X | |
| 2.4.5.17 | Pittsburgh (HB) | X | |
| 2.4.5.18 | Kunsan AB ROK (FM) | X | |
| 2.4.5.19 | Cleveland (DI) | X | |
| 2.4.5.20 | Buffalo (CT) | X | |
| 2.4.5.21 | Memphis (FZ) | X | |
| 2.4.5.22 | East Alabama (DX) | X | X |
| 2.4.5.23 | Little Rock (FT) | X | |
| 2.4.5.24 | Camp Humphreys (CV) | X | |
| 2.4.5.25 | Jackson (FC) | X | |
| 2.4.5.26 | Slidell (HV) | X | |
| 2.4.5.27 | Central Texas (DA) | X | |

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

| | | COST ESTIMATES 35% | 90% |
|---|---|---|---|
| 2.4.5 CONT. | | | |
| 2.4.5.28 | San Francisco (HQ) | X | |
| 2.4.5.29 | Los Angeles (FU) | X | |
| 2.4.5.30 | Morehead City (EV) | X | |

2.4.6 Support the Government in the inspection and acceptance effort at each site and for each system and PUP installation and provide necessary project management services (TOTAL 4). TRIPS REQUIRED: 8

2.4.6.1 Melbourne (BB)
2.4.6.2 Sterling (BC)
2.4.6.3 Frederick (BF)
2.4.6.4 NW Florida (BH)

2.4.7 Provide miscellaneous project management and contract administration services on the NEXRAD prime contract and the Site Surveying and Facility and Support Planning contract.

2.4.7.1 Perform MLOS versus Commercial T-1 analyses (TOTAL 41).

2.4.7.1.1 San Joaquin Valley (EH)
2.4.7.1.2 Elko (IR)
2.4.7.1.3 Boise (CQ)
2.4.7.1.4 Missoula (GG)
2.4.7.1.5 Billings (CM)
2.4.7.1.6 Pocatello (HW)
2.4.7.1.7 Grand Junction (EN)
2.4.7.1.8 Pueblo (HE)
2.4.7.1.9 North Platte (GR)
2.4.7.1.10 Oklahoma City (BA)
2.4.7.1.11 Springfield IL (HZ)
2.4.7.1.12 Medford (FY)
2.4.7.1.13 Seattle (HS)
2.4.7.1.14 Portland OR (HC)
2.4.7.1.15 Eureka (EC)

**FLUOR DANIEL**
**CONTRACT NO. 50WCNA606099**
**FLUOR CONTRACTS 597176/78**

**WORK PERFORMANCE DESCRIPTION**
**FY92 FIRST QUARTER WORK PLAN REV.1**

2.4.7.1 CONT.

2.4.7.1.16 Sacramento Valley (HL)
2.4.7.1.17 San Francisco (HQ)
2.4.7.1.18 Los Angeles (FU)
2.4.7.1.19 Yuma (IT)
2.4.7.1.20 Tucson (IG)
2.4.7.1.21 Phoenix (GZ)
2.4.7.1.22 Flagstaff (EF)
2.4.7.1.23 Las Vegas (FR)
2.4.7.1.24 Reno (HI)
2.4.7.1.25 Charleston WV (DC)
2.4.7.1.26 Wilmington (IQ)
2.4.7.1.27 Roanoke (HJ)
2.4.7.1.28 Cedar City (CY)
2.4.7.1.29 Salt Lake City (HM)
2.4.7.1.30 Denver (DQ)
2.4.7.1.31 Albuquerque (CC)
2.4.7.1.32 Topeka (IE)
2.4.7.1.33 Tulsa (IH)
2.4.7.1.34 Memphis (FZ)
2.4.7.1.35 Louisville (FV)
2.4.7.1.36 Portland ME (HD)
2.4.7.1.37 Albany (CB)
2.4.7.1.38 State College (EU)
2.4.7.1.39 Philadelphia (GY)
2.4.7.1.40 Raleigh/Durham (HG)
2.4.7.1.41 Charleston SC (DB)