# In The United States Court of Federal Claims

**No: 00-207C**
May 13, 2005

**FLUOR ENTERPRISES, INC.**
**f/k/a FLUOR DANIEL, INC.,**

***Plaintiff***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

**SCHEDULING ORDER**

On May 13, 2005 the court held a status teleconference during which the parties indicated that settlement discussions were under way in this case. Accordingly, the parties are **ORDERED** to file a joint status report no later than **Friday, August 12, 2005** apprising the court of the progress of those discussions.

s/Lawrence J. Block
**Lawrence J. Block**
**Judge**