IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLOOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

STATUS REPORT

Pursuant to the Court's May 13, 2005 order, defendant submits this status report for the parties. Due to plaintiff’s counsel’s unavailability to sign this status report, he has authorized defendant to file this status report for the parties and concurs in its contents.

As the Court was previously advised, the parties are very interested in attempting to settle this case. However, based upon the Court’s decision concerning the calculation of the defendant’s claim, before comprehensive settlement discussions could take place, defendant decided to conduct extensive review of the available contract files. That review was recently completed. Moreover, plaintiff recently provided defendant materials for the purpose conducting settlement negotiations.

Plaintiff’s counsel of record, Mr. Frank Rapoport, has advised that he will be away from his office through the month of August 2005. Therefore, he is unavailable to take part in settlement discussions during August 2005.

Agency counsel has been away from his office for three

weeks. Therefore, time is necessary for defendant’s counsel to confer with agency counsel upon the information gleaned from the recently completed document review and the material plaintiff recently provided defendant. Further, defendant’s counsel is responsible for: (1) drafting and filing a formal brief in Cox v. Department of Defense, 05-3072 (Fed. Cir.); (2) conducting discovery in Vanderpool, et al. v. United States, No. 04-0093C(Fed. Cl.); (3) preparing for the taking of depositions in Northrop Grumman, Inc. v. United States, No. 96-760C (Fed. Cl.); and (4) handling other matters concerning his caseload. Also, beginning August 22, 2005, defendant’s counsel begins official travel to Los Angeles, California, for the purpose of taking the depositions in Northrop Grumman, Inc. v. United States, and will not return to his office until August 29, 2005. Further, defendant’s counsel has a trip to Seattle, Washington planned during September to take depositions in Vanderpool, et al. V. United States.

For all of these reasons, the parties presently anticipate that comprehensive settlement discussions will take place during September 2005. Should those discussions prove fruitful, plaintiff would submit a written offer of compromise to defendant. Upon receipt of the offer of compromise, time would be necessary to allow the Department of Justice’s process of considering offers of compromise to take place. This includes: (1) defendant’s counsel forwarding the offer of compromise to the

agency for the agency's recommendation upon the offer of compromise; (2) the agency providing defendant's counsel its written recommendation; (3) defendant's counsel drafting and submitting to the Attorney General's authorized representative a settlement memorandum upon the offer of compromise ; (4) the Attorney General's representative reviewing the offer of compromise and the settlement memorandum; and (5) the Attorney General's authorized representative reaching a decision upon the offer of compromise.

Based upon the foregoing, in order to ensure there is enough time to conduct settlement discussions and, if necessary, permit the Department of Justice's offer of compromise process to take place, the parties respectfully request that defendant be allowed to file a status report with the Court no later than October 31, 2005, advising the Court of the status of this case. In the event a decision upon settlement is reached before October 31, 2005, defendant will immediately notify the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

August 12, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 12the day of August 2005, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson