IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC. f/k/a FLUOR DANIEL, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-207C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STATUS REPORT

Pursuant to the Court's order, defendant submits the following status report.

As the Court was previously advised, the parties are very interested in attempting to settle this case. Nonetheless, despite their best efforts, counsel for defendant and plaintiff were unable to meet during either September or October 2005. However, counsel will meet on November 9, 2005, to conduct settlement negotiations. It is hoped that if that meeting proves fruitful: (1) plaintiff will submit a written offer of compromise to defendant; or (2) further settlement negotiations will be scheduled.

If plaintiff submits a written offer of compromise, time will be necessary to allow the Department of Justice's process of considering offers of compromise to take place including: (1) defendant's counsel forwarding the offer of compromise to the agency for the agency's recommendation upon the offer of compromise; (2) the agency providing defendant's counsel its written recommendation; (3) defendant's counsel drafting and

submitting to the Attorney General’s authorized representative a settlement memorandum upon the offer of compromise; (4) the Attorney General’s representative reviewing the offer of compromise and the settlement memorandum; and (5) the Attorney General’s authorized representative reaching a decision upon the offer of compromise. In the event that further discussions are required, time will be necessary for the parties to schedule and conduct those negotiations.

Based upon the foregoing, and taking into consideration the Thanksgiving and Christmas holiday season, defendant respectfully requests that it be allowed to file a status report with the Court no later than January 6, 2006, advising the Court of the status of this case. In the event the November 9, 2005 meeting does not prove fruitful, or a decision upon settlement is reached before January 6, 2006, the Court will be immediately notified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ DONALD E. KINNER
DONALD E. KINNER
Assistant Director

/s/ STEVEN J. ABELSON
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

November 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2005, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson