IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLOOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

STATUS REPORT

Pursuant to the Court's order, defendant submits the following status report.

Settlement negotiations have been completed. As a result, plaintiff is going to submit a written offer of compromise to defendant. However, as of the date of this status report, defendant is still awaiting plaintiff's offer of compromise, which defendant hopes to receive within the next two weeks.

Upon defendant's receipt of plaintiff's offer of compromise, the Department of Justice's process of considering offers of compromise will commence including: (1) defendant's counsel forwarding the offer of compromise to the agency for the agency's recommendation upon the offer of compromise; (2) the agency providing defendant's counsel its written recommendation; (3) defendant's counsel drafting and submitting to the Attorney General's authorized representative a settlement memorandum upon the offer of compromise; (4) the Attorney General's representative reviewing the offer of compromise and the settlement memorandum; and (5) the Attorney General's authorized

representative reaching a decision upon the offer of compromise.

Based upon the foregoing, it is anticipated that a decision upon plaintiff's offer of compromise will be finalized within 60 days of the filing of this status report. Therefore, defendant respectfully requests that it be permitted to submit, if necessary, a status report concerning this case on or before March 17, 2006. In the event a decision upon plaintiff's offer of compromise is made sooner than anticipated, the Court will be immediately notified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

January 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2006, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson