IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLOOR ENTERPRISES, INC. f/k/a FLUOR DANIEL, INC. | ) | |
| Plaintiff, | ) | No. 00-207C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STATUS REPORT

Defendant submits the following status report.

After defendant's counsel received plaintiff's written offer of compromise, he forwarded it to agency counsel for comments and a recommendation. Due to his heavy workload and previous commitments, agency counsel was unable to provide the agency's comments and recommendations until April 6, 2006. Beginning April 18, 2006, defendant's counsel began official travel to Seattle, Washington to conduct settlement negotiations in Vanderpool, et al. v. United States, No. 04-0093C (Fed. Cl.), and did not return to his office until April 24, 2006. This trip, combined with defendant's counsel having to handle other matters concerning his workload, has prevented defendant's counsel from completing the settlement memo necessary for Attorney General's authorized representative to review plaintiff's offer of compromise.

Beginning May 3, 2006, defendant's counsel begins travel to Phoenix, Arizona for personal reasons. He will return to his office on May 11, 2006. Time is required: (1) for defendant's

counsel to complete his settlement memorandum; (2) for the settlement memorandum to be reviewed prior to it, and plaintiff's offer of compromise, being submitted to the Attorney General's authorized representative; (3) for the Attorney General's representative to review plaintiff's offer of compromise and the settlement memorandum; and (4) for the Attorney General's authorized representative to reach a decision upon plaintiff's offer of compromise.

Based upon the foregoing, it is anticipated that a decision upon plaintiff's offer of compromise will be finalized within 45 days of the filing of this status report. In the event a decision upon plaintiff's offer of compromise is made sooner than anticipated, the Court will be immediately notified. Moreover, if necessary, defendant respectfully requests that it be permitted to submit a status report concerning this case on or before June 23, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

May 2, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2006, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson