IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

STATUS REPORT

Pursuant to the Court's May 8, 2005 order, defendant submits the following status report.

At the time defendant's counsel submitted its May 2, 2006 status report, he honestly believed that he would be able to finish his settlement memo within a period of time that would allow the Attorney General's authorized representative to reach a decision upon plaintiff's offer of compromise within 45 days of that status report. However, defendant's counsel had to travel to Seattle, Washington, concerning matters in Vanderpool, et al. v. United States, No. 04-0093C (Fed. Cl.), and to Los Angeles California, and Dayton, Ohio concerning matters in Northrop Grumman, Inc. v. United States, No. 96-760C (Fed. Cl.). Further, defendant's counsel had to deal with certain personal matters that have taken up a considerable amount of his time. Moreover, after filing the May 2, 2006 status report with the court, defendant's counsel learned that the Attorney General's authorized representative who would decide whether to accept plaintiff's offer of compromise was at a higher level within the

Department of Justice than originally thought. As a result, additional levels of review are required prior to a decision being reached upon plaintiff's offer of compromise. Therefore, despite his best efforts, defendant's counsel has been unable to complete his memorandum within a period of time that would allow the Attorney General's authorized representative to reach a decision on or before June 30, 2006.

Defendant's counsel's memorandum is almost complete. Taking into consideration the Independence Day holiday, the process reviewing that memorandum and plaintiff's offer of compromise should begin on or about July 5, 2005. Beginning July 11, 2006, defendant's counsel begins official travel to Los Angeles to take a deposition in Northrop Grumman, Inc. v. United States, and will not return to his office until July 17, 2006. On July 19, 2006, defendant's counsel travels to Phoenix, Arizona for personal reasons. On July 23, 2006, defendant's counsel travels from Phoenix to Los Angeles to take another deposition in Northrop Grumman, Inc. v. United States, and will not return to his office until July 27, 2006.

Taking all of the above into consideration, it is anticipated that a decision upon plaintiff's offer of compromise will be finalized on or before August 4, 2006. In the event a decision upon plaintiff's offer of compromise is made sooner than anticipated, the Court will be immediately notified. Moreover,

if necessary, defendant respectfully requests that it be permitted to submit a status report concerning this case on or before August 11, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

June 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2006, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson