IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLOOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

STATUS REPORT

Defendant submits the following status report concerning the consideration of plaintiff's offer of compromise within the Department of Justice.

Due to the Court's decision upon the Government's ability to calculate the six percent limitation, plaintiff's offer of compromise continues to be reviewed within the Department. As the Court was previously advised, the decision upon plaintiff's offer of compromise is made at one of the highest levels of the Department. However, one of the individuals required to review plaintiff's offer is away from his office and will not return for at least the next two weeks.

Taking all of the above into consideration, and the fact that time is still necessary for plaintiff's offer of compromise to be reviewed within the Department, it is anticipated that a decision upon plaintiff's offer of compromise will be finalized on or before October 26, 2006. In the event a decision upon plaintiff's offer of compromise is made sooner than anticipated, the Court will be immediately notified. If necessary, defendant

respectfully requests that it be permitted to submit a status report concerning this case on or before November 3, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

September 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2006, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson