IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-207C<br>(Judge Block) |

DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please take notice that the telephone number for counsel for the United States has changed. Effective immediately, the new telephone number is: (202) 616-0461.

/s/ Steven J. Abelson
STEVEN J. ABELSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0461
Facsimile: (202) 514-7969

October 25, 2006

CERTIFICATE OF FILING

I hereby certify that on October 25, 2006, a copy of the foregoing "DEFENDANT’S NOTICE OF NEW TELEPHONE NUMBER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven J. Abelson