IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLOOR ENTERPRISES, INC. f/k/a FLUOR DANIEL, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-207C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STATUS REPORT

Defendant submits the following status report concerning the consideration of plaintiff's offer of compromise within the Department of Justice.

The Department's review of the of plaintiff's offer of compromise has been completed. Plaintiff's offer of compromise has not been accepted.

When defendant's counsel informed plaintiff's counsel that plaintiff's offer of compromise was not accepted, defendant's counsel and plaintiff's counsel agreed to conduct further discussions concerning how the parties believe this case should proceed. Therefore, taking into consideration the Thanksgiving, Christmas, and New Year's holidays, defendant, with plaintiff's agreement, respectfully requests that the Court allow defendant to file, on or before January 12, 2007, a report advising the Court of the status of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

November 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2006, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson