# In The United States Court of Federal Claims

**No: 00-207C**
**November 17, 2006**

**FLUOR ENTERPRISES, INC.**
**f/k/a FLUOR DANIEL, INC.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**STATUS REPORT ORDER**

On March 24, 2005, this Court resolved the parties' cross-motions for summary judgment and found that plaintiff was entitled to the reasonable value of its services under an implied-in-fact contract theory. At that time, the parties were urged to seek a settlement. The parties have since filed seven Status Reports advising the Court that more time is needed to discuss settlement possibilities. The most recent Status Report requests until January 12, 2007, to file the next Status Report, during which time the parties intend "to conduct further discussions concerning how the parties believe this case should proceed."

The Court is interested in this matter proceeding in as expeditiously as possible. As such, the parties are **ORDERED** to file a Joint Status Report by **Friday, January 12, 2007**. Should they be unable to reach a reasonable settlement by that time, the Court will conduct a telephonic status conference with the parties on **Wednesday, January 17, 2007, at 1 p.m.**, during which, the parties shall be prepared to propose a trial date as well as all necessary deadlines pursuant to the Rules of the United States Court of Federal Claims, Appendix A.

**IT IS SO ORDERED**.

s/Lawrence J. Block
**Lawrence J. Block**
**Judge**