IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-207C<br>(Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STATUS REPORT

Pursuant to the Court's order, defendant submits the following status report.

Plaintiff has submitted another written offer of compromise to defendant. Consequently, the Department of Justice's process of considering offers of compromise has commenced including: (1) defendant's counsel forwarding the offer of compromise to the agency for the agency's recommendation upon the offer of compromise; (2) the agency providing defendant's counsel its written recommendation; (3) defendant's counsel drafting and submitting to the Attorney General's authorized representative a settlement memorandum upon the offer of compromise; (4) the Attorney General's representative reviewing the offer of compromise and the settlement memorandum; and (5) the Attorney General's authorized representative reaching a decision upon the offer of compromise.

Based upon the foregoing, it is anticipated that a decision upon plaintiff's offer of compromise will be finalized within 45 days of the filing of this status report. Therefore, defendant

respectfully requests that the telephonic status conference currently scheduled for February 13, 2007 be postponed. Moreover, defendant respectfully requests that it be permitted to submit, if necessary, a status report concerning this case on or before March 27, 2007. In the event a decision upon plaintiff's offer of compromise is made sooner than anticipated, the Court will be immediately notified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0461

Attorneys for Defendant

OF COUNSEL:

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

February 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2007, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson