IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

STATUS REPORT

Pursuant to the Court's order, defendant submits the following status report. Prior to filing this status report, defendant's counsel contacted plaintiff's counsel and made him aware of the contents of this status report. Plaintiff did not object to filing of this report.

The parties have settled this case and are currently finalizing a settlement agreement. It is anticipated that within 30 days of the filing of this status report, the parties will file a joint motion to dismiss, with prejudice, the complaint and counterclaims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven J. Abelson
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0461

FRED KOPATICH
Attorney
Office of the General Counsel
Department of Commerce
14th & Constitution Ave, N.W.
Room 5893
Washington, D.C. 20230

Attorneys for Defendant

April 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2007, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson