IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLUOR ENTERPRISES, INC.<br>f/k/a FLUOR DANIEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-207C<br>(Judge Block) |

JOINT MOTION TO DISMISS WITH PREJUDICE
PLAINTIFF'S COMPLAINT AND DEFENDANT'S COUNTERCLAIMS

As a result of the Attorney General's designated representative accepting plaintiff's written offer of compromise, defendant and plaintiff have reached an agreement settling this case. Accordingly, defendant and plaintiff file this joint motion to dismiss and respectfully request that the Court dismiss with prejudice plaintiff's complaint and defendant's counterclaims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Frank M. Rapoport
FRANK M. RAPOPORT
MCKENNA LONG & ALDRIDGE, L.L.P.
1900 K Street
Washington, D.C. 20006

Attorney for Plaintiff

May 14, 2007

s/Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0461

Attorneys for Defendant

May 14, 2007

OF COUNSEL:

FRED KOPATICH
Contract Law Division
Office of the General Counsel
Department of Commerce
14th & Constitution Avenue, N.W.
Rm 5701
Washington, D.C. 20230

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2007, the foregoing "JOINT MOTION TO DISMISS WITH PREJUDICE PLAINTIFF’S COMPLAINT AND DEFENDANT’S COUNTERCLAIMS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson