# In the United States Court of Federal Claims

**No. 00-207 C**

**FLUOR ENTERPRISES, INC., FORMERLY KNOWN AS, FLUOR DANIEL, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Minute Order of May 16, 2007, granting the parties' joint motion to voluntarily dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**May 17, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.